# Exhibit 1

## Substantial Stock Ownership Notice

01:16524101.2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THE WET SEAL, INC., a Delaware corporation, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF SUBSTANTIAL STOCK OWNERSHIP

**PLEASE TAKE NOTICE** that _____ (the "Filer") hereby provides notice (the "Notice") that, as of [Date], the Filer beneficially owns _____ shares of stock in The Wet Seal, Inc. ("WSI Stock"), which represents ____ % of the total amount of WSI Stock currently outstanding.

**PLEASE TAKE FURTHER NOTICE** that the taxpayer identification number of the Filer is _____ .

**PLEASE TAKE FURTHER NOTICE** that, under penalties of perjury, the Filer hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct and complete.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Interim Order, Pursuant To Bankruptcy Code Sections 105(a), 362, and 541, Establishing Notification Procedures And Approving Restrictions On Certain Transfers Of Equity Interests In and Claims Against The Debtors Nunc Pro Tunc to The Petition Date* [Docket No. ____] (the "Interim Order"), this Notice is being filed with the Court and served upon WSI, WSI's counsel, and the Committee's counsel.[2]

For purposes of this Notice, (i) "beneficial ownership" (or any variation thereof) of WSI Stock and Options to acquire WSI Stock shall be determined in accordance with applicable rules under section 382 of the Internal Revenue Code of 1986, as amended, the U.S. Department of

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265); Wet Seal Catalog, Inc. (7604); and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Interim Order.

Treasury regulations ("Treasury Regulations") promulgated thereunder and rulings issued by the Internal Revenue Service, and, thus, to the extent provided in those rules, from time to time shall include, without limitation, (A) direct and indirect ownership (*e.g.*, a holding company would be considered to beneficially own all stock owned or acquired by its subsidiaries), (B) ownership by a holder's family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of stock and (C) in certain cases, the ownership of an Option (as defined below) to acquire WSI Stock; and (v) an "Option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock or similar interest, regardless of whether it is contingent or otherwise not currently exercisable; provided, however, that the term "Option" shall not include any right to acquire the WSI Stock that is to be issued to B. Riley or one of its affiliates or designees, pursuant to the Plan.

If applicable, the Filer is represented by _____, Attn:____.

Respectfully submitted,

(Name of Filer)

By:_____

Name:_____

Address:_____

_____

Telephone:_____

Facsimile:_____

Dated:_____