**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THE WET SEAL, INC., a Delaware corporation, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date: February 5, 2015 at 2:00 p.m. (ET)<br>Objection Deadline: January 29, 2015 at 4:00 p.m. (ET)<br><br>Re: Docket Nos. 3, 5, 9, 13, 14, 15, 16, 17, 18, 21, 56, 91, 94, 99, 103, 104 & 105 |

## OMNIBUS NOTICE OF PLEADINGS AND HEARING THEREON

PLEASE TAKE NOTICE that, on January 16, 2015, The Wet Seal, Inc. and its subsidiaries, the debtors and debtors in possession (the "Debtors") in the above captioned cases, filed the following first day pleadings with this Court (collectively, the "First Day Pleadings):

1. Debtors' Motion for Entry of Order (I) Authorizing Continued Use of Cash Management System, (II) Authorizing the Continuation of Intercompany Transactions, (III) Granting Administrative Priority Status to Postpetition Intercompany Transactions, (IV) Authorizing Use of Prepetition Bank Accounts, Account Control Agreements, and Certain Payment Methods, and (V) Waiving the Requirements of 11 U.S.C. § 345(B) on an Interim Basis [D.I. 5; 1/16/15]

2. Debtors' Motion for Entry of Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [D.I. 9; 1/16/15]

3. Debtors' Emergency *Ex Parte* Motion, Pursuant to Bankruptcy Code Sections 105(a), 362 and 541, for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Equity Interests in and Claims Against the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 13; 1/16/15]

4. Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265), Wet Seal Catalog, Inc. (7604), and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

01:16528668.2

> Bankruptcy Rules 2002, 4001 and 9014: (1) Authorizing Post-Petition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Priority, (3) Authorizing Use of Cash Collateral and Providing for Adequate Protection, (4) Modifying the Automatic Stay, and (5) Scheduling a Final Hearing [D.I. 21; 1/16/15]

PLEASE TAKE FURTHER NOTICE that a hearing on the First Day Pleadings was held on January 20, 2015, at which time the Court approved the First Day Pleadings on an interim basis [Docket Nos. 99, 103, 104, and 105].

PLEASE TAKE FURTHER NOTICE that, on January 15, 2015 and January 16, 2015, the Debtors filed the following additional pleadings (the "Additional Pleadings"):

1. Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 503(b) (I) Approving and Authorizing the Assumption of the Plan Sponsorship Agreement, and (II) Approving and Authorizing the Payment of the Break-Up Fee and Expense Reimbursement [D.I. 3; 1/15/15]

2. Debtors' Motion for Entry of an Order Establishing Procedures for the Rejection of Executory Contracts and Unexpired Leases of Nonresidential Real Property [D.I. 14; 1/16/15]

3. Debtors' First Omnibus Motion for the Entry of an Order Authorizing the Debtors (A) to Reject Certain Unexpired Non-Residential Real Property Leases Pursuant to 11 U.S.C. § 365, and (B) Abandon Any Remaining Property Located at the Leased Premises *Nunc Pro Tunc* to the Petition Date [D.I. 15; 1/16/15]

4. Debtors' Second Omnibus Motion for the Entry of an Order Authorizing the Debtors (A) to Reject Certain Unexpired Non-Residential Real Property Leases Pursuant to 11 U.S.C. § 365, and (B) Abandon Any Remaining Property Located at the Leased Premises *Nunc Pro Tunc* to the Petition Date [D.I. 16; 1/16/15]

5. Debtors' Third Omnibus Motion for the Entry of an Order Authorizing the Debtors (A) to Reject Certain Unexpired Non-Residential Real Property Leases Pursuant to 11 U.S.C. § 365, and (B) Abandon Any Remaining Property Located at the Leased Premises *Nunc Pro Tunc* to the Petition Date [D.I. 17; 1/16/15]

6. Debtors' Fourth Omnibus Motion for the Entry of an Order Authorizing the Debtors (A) to Reject Certain Unexpired Non-Residential Real Property Leases Pursuant to 11 U.S.C. § 365, and (B) Abandon Any Remaining Property Located at the Leased Premises *Nunc Pro Tunc* to the Petition Date [D.I. 18; 1/16/15

7.   Debtors' Fifth Omnibus Motion for the Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Nunc Pro Tunc to the Petition Date [D.I. 56; 1/16/15]

PLEASE TAKE FURTHER NOTICE that a hearing to consider final approval of the First Day Pleadings and approval of the Additional Pleadings is scheduled for **February 5, 2015 at 2:00 p.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the First Day Pleadings and/or the Additional Pleadings must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed counsel for the Debtors on or before **January 29, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the Debtors intend to file proposed orders granting the relief requested in the First Day Pleadings on a final basis in advance of the Objection Deadline. Copies of the proposed orders will be available, free of charge, from the website of the Court appointed claims agent, Donlin, Recano & Company, Inc. (www.donlinrecano.com/wetseal).

[*Remainder of page intentionally left blank*]

IF NO OBJECTIONS TO ANY OF THE FIRST DAY PLEADINGS OR ADDITIONAL PLEADINGS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY PLEADINGS AND ADDITIONAL PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 20, 2015

*/s/ Maris J. Kandestin*
Michael R. Nestor, Esq. (DE Bar No. 3526)
Maris J. Kandestin, Esq. (DE Bar No. 5294)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: mnestor@ycst.com
       mkandestin@ycst.com

and

Lee R. Bogdanoff, Esq.
Michael L. Tuchin, Esq.
David M. Guess, Esq.
Jonathan M. Weiss, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4022
Fax:   (310) 407-9090
Email: lbogdanoff@ktbslaw.com
       mtuchin@ktbslaw.com
       dguess@ktbslaw.com
       jweiss@ktbslaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*