IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE WET SEAL, INC., a Delaware corporation, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date: February 11, 2015 at 10:00 a.m. (ET)<br>Objection Deadline: February 4, 2015 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO:   (I) THE U.S. TRUSTEE; (II) HOLDERS OF THE FORTY (40) LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS AGAINST THE DEBTORS; (III) BANK OF AMERICA, N.A.; AND (IV) ALL PARTIES WHO HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

      PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the *Debtors' Motion Pursuant to Sections 501 and 502 of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e) for Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof* (the "Motion").[2]

      PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 4, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

      PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 11, 2015 AT 10:00 A.M. (ET)** (THE "HEARING") BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265), Wet Seal Catalog, Inc. (7604), and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

      PLEASE TAKE FURTHER NOTICE IF YOU FAIL TO OBJECT TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

| | |
|---|---|
| Dated: January 23, 2015 | /s/ Travis G. Buchanan |
| | Michael R. Nestor, Esq. (DE Bar No. 3526) |
| | Maris J. Kandestin, Esq. (DE Bar No. 5294) |
| | Travis G. Buchanan (DE Bar No. 5595) |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Tel:  (302) 571-6600 |
| | Fax:  (302) 571-1253 |
| | Email:  mnestor@ycst.com |
| |        mkandestin@ycst.com |
| |        tbuchanan@ycst.com |
| | |
| | and |
| | |
| | Lee R. Bogdanoff, Esq. |
| | Michael L. Tuchin, Esq. |
| | David M. Guess, Esq. |
| | Jonathan M. Weiss, Esq. |
| | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| | 1999 Avenue of the Stars, 39th Floor |
| | Los Angeles, CA 90067 |
| | Tel:  (310) 407-4022 |
| | Fax:  (310) 407-9090 |
| | Email:  lbogdanoff@ktbslaw.com |
| |        mtuchin@ktbslaw.com |
| |        dguess@ktbslaw.com |
| |        jweiss@ktbslaw.com |
| | |
| | *Proposed Counsel for the Debtors and Debtors in Possession* |