**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
THE WET SEAL, INC., a Delaware : Case No. 15-10081 (CSS)
corporation, *et al.*, :
: NOTICE OF APPOINTMENT OF
Debtors. : COMMITTEE OF UNSECURED
x CREDITORS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

     1. **Hudson Bay Master Fund Ltd.**, c/o Toav Roth or Victor Simonte, 777 Third Ave., 30th Floor, New York, NY 10017, Phone: (212) 571-1244, Fax: (212) 571-1279

     2. **Simon Property Group, Inc.**, Attn: Jim Napoli, 225 West Washington Street, Indianapolis, IN 46204, Phone: (317) 263-2346, Fax: (317) 263-7901

     3. **GGP Limited Partnership**, Attn: Julie Minnick Bowden, 110 North Wacker Drive, Chicago, IL 60606, Phone: (312) 960-2707, Fax: (312) 442-6374

     4. **Hansae Co. Ltd.**, Attn: Yong-Baek Lee, Yeouido-Dong, 5F, 29 Eunhaeng-Ro Yeongdeungpo-Gu, Seoul, Korea KR, Phone: +02 3779 0779, Fax: +02 3779 5599

     5. **Heart and Hips**, Attn: Jarvis Park, 2424 E. 26th Street, Vernon, CA 90058, Phone: (213) 765-0300

     ANDREW R. VARA
     Acting United States Trustee, Region 3

     */s/ Benjamin Hackman*    for
     T. PATRICK TINKER
     ASSISTANT UNITED STATES TRUSTEE

DATED: January 30, 2015

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Maris Kandestin, Phone: (302) 571-6600, Fax: (302) 571-1253