# Exhibit 1

**Approved Budget**

01:16577735.5

# wet seal

# 13-Weekl Cash Flow Budget

January 15, 2015

| | | |
|---|---|---|
| I. | Budget | Page 2 |
| II. | Professional Fees Support Schedule | Page 3 |

Wet Seal, Inc.
13-Week Cash Flow Forecast - Summary
($ in 000's)

| Cash Flow Forecast Week Actual/Forecast Week Ending | Chapter 11 January Week 1 Forecast 17-Jan | January Week 2 Forecast 24-Jan | January Week 3 Forecast 31-Jan | February Week 4 Forecast 7-Feb | February Week 5 Forecast 14-Feb | February Week 6 Forecast 21-Feb | February Week 7 Forecast 28-Feb | March Week 8 Forecast 7-Mar | March Week 9 Forecast 14-Mar | March Week 10 Forecast 21-Mar | March Week 11 Forecast 28-Mar | March Week 12 Forecast 4-Apr | April Week 13 Forecast 11-Apr | April Week 14 Forecast 18-Apr | April Week 15 Forecast 25-Apr | April Week 16 Forecast 2-May | 16 Week Forecast Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I. Memo: Store Merch Sales Comp | -47.1% | -47.6% | -46.2% | -10.0% | -10.0% | -10.0% | -10.0% | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% | 0.0% | 0.0% | 0.0% | 0.0% | -7.5% |
| Memo: Ending Store Count | 173 | 173 | 173 | 173 | 173 | 173 | 173 | 173 | 173 | 173 | 173 | 173 | 173 | 173 | 173 | 173 | 173 |
| II. Cash Flows | | | | | | | | | | | | | | | | | |
| Sales Receipts | 765 | 844 | 829 | 2,267 | 3,485 | 3,853 | 3,590 | 3,731 | 4,307 | 4,512 | 4,347 | 4,204 | 4,453 | 5,395 | 4,735 | 3,973 | 55,291 |
| Operating Disbursements | | | | | | | | | | | | | | | | | |
| Merchandise Disbursements | 500 | 1,043 | 960 | 1,563 | 1,953 | 1,948 | 1,746 | 1,932 | 2,176 | 2,147 | 2,045 | 2,014 | 2,082 | 2,591 | 1,750 | 1,851 | 28,301 |
| Payroll & 401K | 1,911 | 525 | 2,161 | 46 | 2,261 | 64 | 1,949 | 65 | 1,949 | 51 | 1,949 | 43 | 1,949 | 46 | 1,949 | 46 | 16,965 |
| Rent | 199 | - | 3,953 | - | - | - | 3,953 | - | - | - | 3,953 | - | - | - | 2,504 | 3,953 | 18,515 |
| Sales Tax Remittance | 510 | 2,600 | - | - | 122 | 1,102 | - | - | 86 | 777 | - | - | 138 | 1,242 | - | - | 6,578 |
| Other Operating Disbursements | 793 | 1,083 | 990 | 886 | 841 | 601 | 825 | 474 | 334 | 541 | 918 | 751 | 375 | 425 | 348 | 968 | 11,153 |
| Subtotal | 3,912 | 5,251 | 8,064 | 2,495 | 5,177 | 3,715 | 8,474 | 2,470 | 4,546 | 3,516 | 8,865 | 2,808 | 4,545 | 4,304 | 6,552 | 6,818 | 81,511 |
| Operating Cash Flow | (3,148) | (4,407) | (7,235) | (228) | (1,692) | 138 | (4,883) | 1,261 | (239) | 996 | (4,518) | 1,396 | (92) | 1,091 | (1,816) | (2,844) | (26,221) |
| Non-Operating Disbursements | | | | | | | | | | | | | | | | | |
| Capital Expenditures | 65 | 65 | 65 | 28 | 36 | 36 | 32 | 37 | 43 | 42 | 40 | 39 | 45 | 54 | 47 | 40 | 714 |
| DIP Interest/Fees | - | 375 | - | - | - | - | - | - | - | - | - | 23 | - | - | - | 35 | 433 |
| Professional Fees | 501 | 32 | 82 | 72 | 72 | 655 | 72 | 52 | 52 | 933 | 52 | 52 | 39 | 39 | 872 | 39 | 3,616 |
| Subtotal | 566 | 472 | 147 | 100 | 108 | 691 | 104 | 89 | 94 | 975 | 92 | 114 | 84 | 93 | 920 | 114 | 4,763 |
| Freight/Utility Deposits | - | 250 | 250 | 250 | 250 | - | - | - | - | - | - | - | - | - | - | - | 1,000 |
| Total Disbursements | 4,479 | 5,974 | 8,461 | 2,845 | 5,535 | 4,405 | 8,577 | 2,559 | 4,640 | 4,491 | 8,957 | 2,922 | 4,629 | 4,397 | 7,471 | 6,932 | 87,274 |
| Net Cash Flow | (3,714) | (5,129) | (7,633) | (578) | (2,050) | (552) | (4,987) | 1,172 | (333) | 21 | (4,610) | 1,282 | (176) | 998 | (2,736) | (2,958) | (31,983) |
| III. Cash / ABL Loan Balance | | | | | | | | | | | | | | | | | |
| Beginning Bank Cash | 21,565 | 18,971 | 13,129 | 9,104 | 5,296 | 3,645 | 2,864 | 1,594 | 1,500 | 1,500 | 1,562 | 1,500 | 1,500 | 1,500 | 2,065 | 1,500 | 21,565 |
| Net Cash Flow | (3,714) | (5,129) | (7,633) | (578) | (2,050) | (552) | (4,987) | 1,172 | (333) | 21 | (4,610) | 1,282 | (176) | 998 | (2,736) | (2,958) | (31,983) |
| Bounced Checks | 1,684 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,684 |
| Change to Check Float | (564) | 788 | 3,608 | (3,231) | 399 | (229) | 3,716 | (3,918) | 178 | 62 | 3,998 | (3,878) | (265) | 565 | 1,574 | 383 | 3,185 |
| BofA Cash Management Deposit | - | (1,500) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,500) |
| Revolver Draw | - | - | - | - | - | - | - | 2,653 | 1,500 | 1,562 | 550 | 2,596 | 441 | (998) | 597 | 2,576 | 8,549 |
| Ending Bank Cash | 18,971 | 13,129 | 9,104 | 5,296 | 3,645 | 2,864 | 1,594 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 2,065 | 1,500 | 1,500 | 1,500 |
| Beginning Revolver | - | - | - | - | - | - | - | - | 2,653 | 2,809 | 2,788 | 3,338 | 5,934 | 6,375 | 5,377 | 5,973 | - |
| Draw / (Pay Down) | - | - | - | - | - | - | - | 2,653 | 156 | (21) | 550 | 2,596 | 441 | (998) | 597 | 2,576 | 8,549 |
| Ending Revolver Draw | - | - | - | - | - | - | - | 2,653 | 2,809 | 2,788 | 3,338 | 5,934 | 6,375 | 5,377 | 5,973 | 8,549 | 8,549 |
| IV. Borrowing Base (Weekly) | | | | | | | | | | | | | | | | | |
| Total Borrowing Base | 8,973 | 8,909 | 9,067 | 10,069 | 10,648 | 10,940 | 10,928 | 11,915 | 12,139 | 12,459 | 12,563 | 13,706 | 14,148 | 14,469 | 15,058 | 14,492 | 14,492 |
| V. Available Line Calculation (Weekly) | | | | | | | | | | | | | | | | | |
| Revolving Commitment | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Lesser of BB or Available Line | 8,973 | 8,909 | 9,067 | 10,069 | 10,648 | 10,940 | 10,928 | 11,915 | 12,139 | 12,459 | 12,563 | 13,706 | 14,148 | 14,469 | 15,000 | 14,492 | 14,492 |
| Less: Current Balance Outstanding | - | - | - | - | - | - | - | 2,653 | 2,809 | 2,788 | 3,338 | 5,934 | 6,375 | 5,377 | 5,973 | 8,549 | 8,549 |
| Net Availability | 8,973 | 8,909 | 9,067 | 10,069 | 10,648 | 10,940 | 10,928 | 9,263 | 9,331 | 9,671 | 9,225 | 7,772 | 7,774 | 9,092 | 9,027 | 5,943 | 5,943 |
| Plus: Ending Bank Cash | 18,971 | 13,129 | 9,104 | 5,296 | 3,645 | 2,864 | 1,594 | 1,500 | 1,500 | 1,562 | 1,500 | 1,500 | 1,500 | 2,065 | 1,500 | 1,500 | 1,500 |
| Total Liquidity (Wkly BBase) | 27,944 | 22,038 | 18,171 | 15,365 | 14,293 | 13,804 | 12,522 | 10,763 | 10,831 | 11,232 | 10,725 | 9,272 | 9,274 | 11,158 | 10,527 | 7,443 | 7,443 |

Wet Seal, Inc.
Weekly Cash Flows - Professional Fees
($ in 000's)

| | January | | | February | | | | | March | | | | April | | | | 16 Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week 1 Forecast 17-Jan | Week 2 Forecast 24-Jan | Week 3 Forecast 31-Jan | Week 4 Forecast 7-Feb | Week 5 Forecast 14-Feb | Week 6 Forecast 21-Feb | Week 7 Forecast 28-Feb | Week 8 Forecast 7-Mar | Week 9 Forecast 14-Mar | Week 10 Forecast 21-Mar | Week 11 Forecast 28-Mar | Week 12 Forecast 4-Apr | Week 13 Forecast 11-Apr | Week 14 Forecast 18-Apr | Week 15 Forecast 25-Apr | Week 16 Forecast 2-May | Forecast Total |
| **I. Professional Fees Incurred** | | | | | | | | | | | | | | | | | |
| **A. Company Professionals** | | | | | | | | | | | | | | | | | |
| FTI | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 800 |
| KTBS / Young Conaway | 60 | 110 | 110 | 85 | 85 | 85 | 85 | 85 | 85 | 85 | 85 | 85 | 85 | 85 | 85 | 85 | 1,385 |
| Houlihan Lokey | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 505 |
| Paul Hastings | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 500 |
| Subtotal | 181 | 231 | 231 | 206 | 206 | 206 | 206 | 191 | 191 | 191 | 191 | 191 | 191 | 191 | 191 | 191 | 3,190 |
| **B. ABL Professionals** | | | | | | | | | | | | | | | | | |
| Reimer & Braunstien - BofA | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 10 |
| Skadden / Other - GA | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 500 |
| Subtotal | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 510 |
| **C. DIP Professionals** | | | | | | | | | | | | | | | | | |
| B. Riley/Skadden | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **D. Unsecured Creditors Professionals** | | | | | | | | | | | | | | | | | |
| Counsel | - | - | 55 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 13 | 13 | 488 |
| Financial Advisor | - | - | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 350 |
| Subtotal | - | - | 80 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 68 | 38 | 38 | 838 |
| **E. Other Professionals** | | | | | | | | | | | | | | | | | |
| Donlin, Recano, & Co. | 49 | 25 | 25 | 40 | 40 | 40 | 40 | 20 | 20 | 20 | 20 | 20 | 8 | 8 | 8 | 8 | 389 |
| US Trustee | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 25 |
| Subtotal | 51 | 27 | 27 | 42 | 42 | 42 | 42 | 22 | 22 | 22 | 22 | 22 | 9 | 9 | 9 | 9 | 414 |
| **Total Incurred** | 264 | 290 | 370 | 347 | 347 | 347 | 347 | 312 | 312 | 312 | 312 | 312 | 270 | 270 | 270 | 270 | 4,952 |
| **II. Professional Fees Paid** | | | | | | | | | | | | | | | | | |
| **A. Company Professionals** | | | | | | | | | | | | | | | | | |
| FTI | - | - | - | - | - | 120 | - | - | - | 160 | - | - | - | - | 160 | - | 440 |
| KTBS / Young Conaway | 239 | - | - | - | - | 224 | - | - | - | 272 | - | - | - | - | 272 | - | 1,007 |
| Houlihan Lokey | 110 | - | - | - | - | 96 | - | - | - | 128 | - | - | - | - | 80 | - | 414 |
| Paul Hastings | 60 | - | - | - | - | 75 | - | - | - | 100 | - | - | - | - | 100 | - | 335 |
| Subtotal | 409 | - | - | - | - | 515 | - | - | - | 660 | - | - | - | - | 612 | - | 2,196 |
| **B. ABL Professionals - Paid as Incurred** | | | | | | | | | | | | | | | | | |
| Reimer & Braunstien - BofA | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 10 |
| Skadden / Other - GA | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 500 |
| Subtotal | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 510 |
| **C. DIP Professionals** | | | | | | | | | | | | | | | | | |
| B. Riley/Skadden | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **D. Unsecured Creditors Professionals** | | | | | | | | | | | | | | | | | |
| Counsel | - | - | - | - | - | 44 | - | - | - | 136 | - | - | - | - | 136 | - | 316 |
| Financial Advisor | - | - | - | - | - | 20 | - | - | - | 80 | - | - | - | - | 80 | - | 180 |
| Subtotal | - | - | - | - | - | 64 | - | - | - | 216 | - | - | - | - | 216 | - | 496 |
| **E. Other Professionals** | | | | | | | | | | | | | | | | | |
| Donlin, Recano, & Co. | 60 | - | 50 | 40 | 40 | 40 | 40 | 20 | 20 | 20 | 20 | 20 | 8 | 8 | 8 | 8 | 400 |
| US Trustee | - | - | - | - | - | 4 | - | - | - | 5 | - | - | - | - | 5 | - | 14 |
| Subtotal | 60 | - | 50 | 40 | 40 | 44 | 40 | 20 | 20 | 25 | 20 | 20 | 8 | 8 | 12 | 8 | 414 |
| **Total Paid** | 501 | 32 | 82 | 72 | 72 | 655 | 72 | 52 | 52 | 933 | 52 | 52 | 39 | 39 | 872 | 39 | 3,616 |