**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>THE WET SEAL, INC., a Delaware corporation, *et al.*[1]<br><br>                           Debtors. | Chapter 11<br>Case No.: 15-10081 (CSS)<br>(Jointly Administered)<br><br>**Objection Deadline: 03/11/15 at 4:00 p.m. (EST)**<br>**Hearing Date: 03/18/15 at 11:30 a.m. (EST)** |

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF REORGANIZATION OF THE WET SEAL, INC. AND SUBSIDIARY DEBTORS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    1.     Plan and Disclosure Statement. On February 11, 2015, the above-captioned debtors (the "Debtors") filed the *Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors* (as it may be amended, supplemented or modified from time to time pursuant to the terms thereof, the "Plan") and the related *Disclosure Statement for the Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors* (as it may be amended, supplemented or modified from time to time pursuant to the terms thereof, the "Disclosure Statement"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

    2.     Summary of Plan. The proposed Plan provides for payment in full of all Administrative Claims, the satisfaction of all Allowed Secured Claims, and the payment in full of all Allowed Priority Tax Claims and Non-Tax Priority Claims, consistent with section 1129 of the Bankruptcy Code. The Plan also provides for the cancellation of all of the Debtors' existing equity interests and the issuance of new common stock in Reorganized WSI (the "New Equity"), (i) 20% of which New Equity will be issued to Holders of Allowed General Unsecured Claims whose Claims are not otherwise settled or resolved under the terms of the Plan; and (ii) 80% of which New Equity will be purchased by B. Riley Financial, Inc., as Plan Sponsor and DIP Lender, in exchange for an aggregate amount of $25 million in the form of (x) conversion of the principal amount under the DIP Facility into equity and (y) cash. However, the Debtors are also seeking higher and better bids than that submitted by B. Riley Financial, Inc., which could result in modifications to the Plan or an alternative approach.

    3.     Disclosure Statement Hearing. A hearing (the "Disclosure Statement Hearing") will be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in Courtroom 6 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 on **March 18, 2015 at 11:30 a.m. (Eastern Standard Time)** to consider the entry of an order (i) approving the disclosure statement and finding, among other things, that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and (ii) setting certain dates and deadlines relating to voting on the Plan and confirmation of the Plan.

    4.     Copies of Plan and Disclosure Statement. Copies of the Plan and Disclosure Statement are available for review under the "Plan and Disclosure Statement" tab by accessing

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265); Wet Seal Catalog, Inc. (7604); and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

https://donlinrecano.com/wetseal.  In addition, copies of the Plan and Disclosure Statement are available upon written request via first class mail to the Debtors' claims agent at Donlin, Recano & Company, Inc., Re: The Wet Seal, Inc., *et al.*, P.O Box 899, Madison Square Station, New York, NY 10010.  Further, the Plan and Disclosure Statement can be requested via email to balloting@donlinrecano.com with Wet Seal referenced in the subject line.

5. <u>Objections to Disclosure Statement</u>.    Responses and objections, if any, to the approval of the Disclosure Statement, or the other relief sought by the Debtors in connection with approval of the Disclosure Statement, must (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection or response and include proposed language to be inserted in the Disclosure Statement to resolve any such objection or response; and (d) be filed with the Bankruptcy Court and served on the following parties so as to be actually received **before 4:00 p.m. (Eastern Standard Time) on March 11, 2015**: the Debtors, Wet Seal, Inc., *et al.*, 26972 Burbank, Foothill Ranch, California 92610 (Attn: Chief Executive Officer; Attn: Chief Financial Officer); counsel to the Debtors, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067 (Attn: Michael L. Tuchin, Esq.; Attn: Lee R. Bogdanoff, Esq.); and Young Conaway Stargatt & Taylor, LLP, 1000 N. King St., Rodney Square, Wilmington, Delaware 19801 (Attn: Michael R. Nestor, Esq.); counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067 (Attn: Jeffrey N. Pomerantz, Esq.; Attn: Shirley S. Cho, Esq.) and 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Bradford J. Sandler, Esq.); counsel to B. Riley Financial, Inc., Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071 (Attn: Van C. Durrer II, Esq.; Attn: Adithya Mani, Esq.); counsel to Bank of America, N.A., Riemer & Braunstein LLP, Times Square Tower, Seven Times Square, New York, New York 10036 (Attn: Steven E. Fox, Esq.); and the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801.

6. **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN.  VOTES ON THE PLAN WILL BE SOLICITED IF AND WHEN THE BANKRUPTCY COURT APPROVES A DISCLOSURE STATEMENT.**

7. <u>Continuance of Disclosure Statement Hearing</u>. The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing.

Dated:  February 11, 2015

*/s/ Maris J. Kandestin*

| | |
|---|---|
| Michael R. Nestor, Esq. (DE Bar No. 3526) | Lee R. Bogdanoff, Esq. |
| Maris J. Kandestin, Esq. (DE Bar No. 5294) | Michael L. Tuchin, Esq. |
| Young Conaway Stargatt & Taylor, LLP | David M. Guess, Esq. |
| Rodney Square | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| 1000 North King Street | 1999 Avenue of the Stars, 39th Floor |
| Wilmington, Delaware 19801 | Los Angeles, CA 90067 |
| Tel:  (302) 571-6600 | Tel:  (310) 407-4022 |
| Fax:  (302) 571-1253 | Fax:  (310) 407-9090 |
| Email: mnestor@ycst.com | Email: lbogdanoff@ktbslaw.com |
|        mkandestin@ycst.com |        mtuchin@ktbslaw.com |
| |        dguess@ktbslaw.com |