**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THE WET SEAL, INC., a Delaware corporation, *et al.*[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 259, 313, & 329 |

**NOTICE OF ENTRY OF ORDER APPROVING CERTAIN BID PROCEDURES GOVERNING THE SUBMISSION OF COMPETING PROPOSALS TO (I)(A) SPONSOR A PLAN OF REORGANIZATION FOR THE DEBTORS OR (B) ACQUIRE ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND (II) PROVIDE DEBTOR-IN-POSSESSION FINANCING**

　　　　**PLEASE TAKE NOTICE** that, on February 6, 2015, The Wet Seal, Inc. and its subsidiaries, the debtors and debtors in possession (the "Debtors") in the above-captioned jointly administered chapter 11 cases (the "Cases"), filed the *Debtors' Motion for Entry of an Order Approving Certain Bid Procedures Governing the Submission of Competing Proposals to (I)(A) Sponsor of a Plan of Reorganization for the Debtors or (B) Acquire All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and (II) Provide Debtor-in-Possession Financing* [Docket No. 259] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

　　　　**PLEASE TAKE FURTHER NOTICE** that, on February 18, 2015, the Court entered an order [Docket No. 329] (the "Bid Procedures Order") authorizing and approving certain proposed bid procedures (the "Bid Procedures") governing the submission of competing proposals to (i)(a) sponsor a plan of reorganization for the Debtors (a "Plan Transaction") or (b) acquire all or substantially all of the Debtors' assets pursuant to section 363 of the Bankruptcy Code (a "363 Transaction") and, (ii) with respect to either a Plan Transaction or a 363 Transaction, provide debtor-in-possession financing ("Replacement Financing") to replace the Debtors' current debtor-in-possession financing.

　　　　All parties that may be interested in submitting a competing proposal for (i)(a) a Plan Transaction or (b) a Sale Transaction and (ii) Replacement Financing must read carefully the Bid Procedures attaced as Exhibit 1 to the Bid Procedures Order. Any party in interest who would like additional information regarding the Bid Procedures, including, but not limited to due diligence, should contact Derek Pitts, Houlihan Lokey Capital, Inc., 245 Park Avenue 20th Fl., New York, NY 10167, email: dpitts@hl.com.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265), Wet Seal Catalog, Inc. (7604), and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

        For any additional information, please refer to the actual terms and conditions of the Bid Procedures as provided in the Bid Procedures Order.

Dated: February 18, 2015

        */s/ Travis G. Buchanan*
Michael R. Nestor, Esq. (DE Bar No. 3526)
Maris J. Kandestin, Esq. (DE Bar No. 5294)
Travis G. Buchanan (DE Bar No. 5595)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email:  mnestor@ycst.com
         mkandestin@ycst.com
         tbuchanan@ycst.com

and

Lee R. Bogdanoff, Esq.
Michael L. Tuchin, Esq.
David M. Guess, Esq.
Jonathan M. Weiss, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4022
Fax:   (310) 407-9090
Email: lbogdanoff@ktbslaw.com
       mtuchin@ktbslaw.com
       dguess@ktbslaw.com
       jweiss@ktbslaw.com

*Counsel for the Debtors and Debtors in Possession*