# EXHIBIT A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WET SEAL, INC., a Delaware | ) | Case No. 15-10081 (CSS) |
| corporation, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related to Docket No. _____** |

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF
PROVINCE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 30, 2015**

The relief set forth on the following pages numbered two (2) and three (3) is hereby

**ORDERED**.

This matter came before the Court on the *Application for Entry of an Order Authorizing
and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee
of Unsecured Creditors of the Wet Seal, Inc., a Delaware Corporation, et al., Effective as of
January 30, 2015* (the "Application")[2] and the Declaration of Paul Huygens filed in support of
the Application (the "Huygens Declaration") both filed by the Official Committee of Unsecured
Creditors (the "Committee") of The Wet Seal , Inc. (the "Debtors"), pursuant to sections 328(a)
and 1103(a) Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the
Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local
Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware (the "Local
Rules") for an order authorizing and approving the retention and employment of Province, Inc. as
financial advisor for the Committee in these cases; and the Court having jurisdiction to consider

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification number are as follows: The
Wet Seal, Inc. (5940), The Wet Seal Retail, Inc. (6265), Wet Seal Catalog, Inc. (7604), and Wet Seal GC, LLC
(2855-VA).  The Debtors' address is 26972 Burbank, Foothill Ranch, CA  92610.

[2]  Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in
the Application.

the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and it appearing to the Court that the said Application should be approved, it is, therefore, ORDERED that:

1.    The Application is granted.

2.    Pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Del. Bankr. L.R. 2014-1, the Committee is authorized to employ and retain and employ Province, Inc. as financial advisor to the Committee effective as of January 30, 2015.

3.    Province shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' cases as set forth in the Application and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of this Court.

4.    The Committee and Province are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.    Province is authorized to sign and file electronically all notices, orders, motions, applications and other requests for relief, all briefs, memoranda, affidavits, declarations, replies and other documents filed in support of such documents and all objections and responses related to any such documents filed by any party in the Debtors' chapter 11 cases.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Order.


Dated: _____, 2015

                                                    _____
                                                    The Honorable Christopher S. Sontchi
                                                    United States Bankruptcy Judge