# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WET SEAL, INC., a Delaware | ) | Case No. 15-10081 (CSS) |
| corporation, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related to Docket No. ___** |

**ORDER AUTHORIZING AND APPROVING THE RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 30, 2015**

Upon the *Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of January 30, 2015* (the "Application");[2] and upon the Declaration of Bradford J. Sandler filed in support of the Application (the "Sandler Declaration"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and the Committee having provided adequate and appropriate notice of

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification number are as follows: The Wet Seal, Inc. (5940), The Wet Seal Retail, Inc. (6265), Wet Seal Catalog, Inc. (7604), and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application or Sandler Declaration.

the Application under the circumstances; and after due deliberation and good and sufficient

cause appearing therefor; and it appearing to the Court that the Application should be approved,

**IT IS HEREBY ORDERED THAT:**

1.     The Application is GRANTED.

2.     The Committee is hereby authorized to retain and employ PSZJ as counsel

to the Committee pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy

Rule 2014, and Local Rule 2014-1, effective as of January 30, 2015.

3.     PSZJ shall apply for compensation for professional services rendered and

reimbursement of expenses incurred in connection with the Debtors' cases in compliance with

the applicable provisions of the Bankruptcy Code, including section 330 of the Bankruptcy

Code, the Bankruptcy Rules, and any applicable procedures and orders of this Court.

4.     PSZJ is authorized to render professional services to the Committee as

described in the Application.

5.     The Committee and PSZJ are authorized and empowered to take all

actions necessary to implement the relief granted in this Order.

6.     The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

7.     This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

Dated: _____, 2015        _____

The Honorable Chrisopher S. Sontchi
United States Bankruptcy Judge

2