## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>THE WET SEAL, INC., a Delaware corporation, *et al.*[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 297, 298 & 329** |

### NOTICE OF (I) AUCTION RESULTS AND (II) STATUS OF (A) JOINT CHAPTER 11 PLAN OF REORGANIZATION OF THE WET SEAL, INC. AND SUBSIDIARY DEBTORS AND (B) DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF REORGANIZATION OF THE WET SEAL, INC. AND SUBSIDIARY DEBTORS

### PLEASE TAKE NOTICE OF THE FOLLOWING:

1. <u>Bid Procedures and Competing Bids</u>. On February 18, 2015, the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") entered the *Order Approving Certain Bid Procedures Governing the Submission of Competing Proposals to (I)(A) Sponsor a Plan of Reorganization for the Debtors or (B) Acquire All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and (II) Provide Debtor-in-Possession Financing* [Dkt. No. 329] (the "<u>Bid Procedures Order</u>"), pursuant to which the Bankruptcy Court approved certain bid procedures and established a March 5, 2015 bid deadline (the "<u>Bid Deadline</u>") for parties to propose an alternative transaction to the above-captioned debtors (the "<u>Debtors</u>"), superior to the transaction contemplated under that certain *Plan Sponsorship Agreement* (the "<u>PSA</u>"), dated as of January 15, 2015, by and among the Debtors and B. Riley Financial, Inc. ("<u>B. Riley</u>"). Pursuant to the Bid Procedures Order, an auction (the "<u>Auction</u>") to determine the highest or otherwise best bid would commence on March 10, 2015 if any competing qualified bids were submitted by the Bid Deadline. Before commencement of the Auction, the Debtors (in consultation with the official committee of unsecured creditors (the "<u>Creditors' Committee</u>")), determined that only Mador Lending, LLC ("<u>Mador</u>"), an affiliate of Versa Capital Management, LLC, had submitted a competing qualified bid by the Bid Deadline.

2. <u>Auction Results</u>. As contemplated under the Bid Procedures Order (which permitted bidders to propose to sponsor a plan of reorganization (the "<u>Plan Transaction</u>") or to acquire all or substantially all of the Debtors' assets pursuant to section 363 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") (the "<u>363 Transaction</u>"), but required in either instance that bidders provide replacement debtor-in-possession financing (the "<u>Replacement Financing</u>")), Mador proposed a 363 Transaction and Replacement Financing. On March 12, 2015, at the conclusion of the Auction, the Debtors selected Mador as the successful bidder, in accordance with the terms of the Bid Procedures Order. The Debtors will be filing motions for approval of the 363 Transaction and the Replacement Financing that the Debtors intend to seek to be heard on an expedited basis. In particular, the Debtors will be requesting that the motion to approve the Replacement Financing be heard on March 18, 2015.

---

[1]   The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265); Wet Seal Catalog, Inc. (7604); and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

3.     Plan and Disclosure Statement. On February 11, 2015, the Debtors filed the *Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors* [Dkt. No. 297] (as it may be amended, supplemented or modified from time to time pursuant to its terms, the "Plan") and the related *Disclosure Statement for the Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors* [Dkt. No. 298] (as it may be amended, supplemented or modified from time to time, the "Disclosure Statement") with the Bankruptcy Court. The currently-filed versions of the Plan and Disclosure Statement contemplate a restructuring pursuant to the PSA with B. Riley and, as such, will be amended by the Debtors (in consultation with Mador and the Creditors' Committee) to provide that, *inter alia*, the proceeds of the 363 Transaction will be used for payment of claims of the Debtors' unsecured creditors and the satisfaction of expenses of administration and priority claims.

4.     Continuance of Disclosure Statement Hearing. The Bankruptcy Court originally scheduled a hearing to be held on March 18, 2015 at 11:30 a.m. (prevailing Eastern Time) to consider the entry of an order to, *inter alia*, (i) approve the Disclosure Statement and (ii) set certain dates and deadlines relating to voting on the Plan and confirmation of the Plan (the "Plan Procedures"). In light of the results of the Auction, the Debtors will not seek approval of the Disclosure Statement and Plan Procedures at the March 18, 2015 hearing and will ask the Bankruptcy Court to continue the hearing on those matters to a later date.

Dated: March 13, 2015

*/s/ Maris J. Kandestin*

Michael R. Nestor, Esq. (DE Bar No. 3526)
Maris J. Kandestin, Esq. (DE Bar No. 5294)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: mnestor@ycst.com
       mkandestin@ycst.com

Lee R. Bogdanoff, Esq.
Michael L. Tuchin, Esq.
David M. Guess, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4022
Fax:   (310) 407-9090
Email: lbogdanoff@ktbslaw.com
       mtuchin@ktbslaw.com
       dguess@ktbslaw.com