**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THE WET SEAL, INC., a Delaware corporation, *et al.*[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 259 & 329** |

**NOTICE OF FILING OF TRANSCRIPT OF**
**AUCTION HELD ON MARCH 10 AND 12, 2015**

**PLEASE TAKE NOTICE** that on February 6, 2015, The Wet Seal, Inc. and its subsidiaries, the debtors and debtors in possession (the "Debtors") in the above-captioned jointly administered chapter 11 cases filed the *Debtors' Motion for Entry of an Order Approving Certain Bid Procedures Governing the Submission of Competing Proposals to (I)(A) Sponsor of a Plan of Reorganization for the Debtors or (B) Acquire All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and (II) Provide Debtor-in-Possession Financing* [Docket No. 259].

**PLEASE TAKE FURTHER NOTICE** that on February 18, 2015, the Court entered its *Order Approving Certain Bid Procedures Governing the Submission of Competing Proposals to (I)(A) Sponsor a Plan of Reorganization for the Debtors or (B) Acquire All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and (II) Provide Debtor-in-Possession Financing* [Docket. No. 329] (the "Bid Procedures Order").

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265), Wet Seal Catalog, Inc. (7604), and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, on March 10 and 12, 2015, the Debtors held an auction (the "Auction") to determine the highest or otherwise best bid to sponsor a plan of reorganization or acquire all or substantially all of the Debtors' assets pursuant to section 363 of the Bankruptcy Code, and, in either case, to provide replacement debtor-in-possession financing.

**PLEASE TAKE FURTHER NOTICE** that the transcript of the Auction and all applicable exhibits are attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated:  March 16, 2015 | */s/ Travis G. Buchanan* |
| | Michael R. Nestor, Esq. (DE Bar No. 3526) |
| | Maris J. Kandestin, Esq. (DE Bar No. 5294) |
| | Travis G. Buchanan (DE Bar No. 5595) |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Tel:   (302) 571-6600 |
| | Fax:  (302) 571-1253 |
| | Email:  mnestor@ycst.com |
| | mkandestin@ycst.com |
| | tbuchanan@ycst.com |
| | |
| | and |
| | |
| | Lee R. Bogdanoff, Esq. |
| | Michael L. Tuchin, Esq. |
| | David M. Guess, Esq. |
| | Jonathan M. Weiss, Esq. |
| | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| | 1999 Avenue of the Stars, 39th Floor |
| | Los Angeles, CA 90067 |
| | Tel:   (310) 407-4022 |
| | Fax:  (310) 407-9090 |
| | Email: lbogdanoff@ktbslaw.com |
| | mtuchin@ktbslaw.com |
| | dguess@ktbslaw.com |
| | jweiss@ktbslaw.com |