## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE WET SEAL, INC., a Delaware corporation, *et al.*[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: April 1, 2015 at 10:00 a.m. (ET)** *(Requested)*<br>**Objection Deadline: March 25, 2015 at 4:00 p.m. (ET)** *(Requested)* |

## NOTICE OF MOTION

TO:　(I) THE U.S. TRUSTEE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO B. RILEY; (IV) COUNSEL TO BANK OF AMERICA, N.A.; (V) COUNSEL TO THE PREPETITION SECURED PARTIES; (VI) COUNSEL TO MADOR; (VII) ANY PARTY THAT MAY ASSERT A LIEN IN THE DEBTORS' ASSETS; (VIII) ALL CURRENT LANDLORDS AND EACH COUNTERPARTY TO THE DEBTORS' CONTRACTS (AS DEFINED IN THE ASSET PURCHASE AGREEMENT); (IX) THE INTERNAL REVENUE SERVICE; (IX) THE U.S. SECURITIES AND EXCHANGE COMMISSION; AND (X) ALL PARTIES WHO HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

　　　　**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the *Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* (the "Motion").[2]

　　　　**PLEASE TAKE FURTHER NOTICE** that the Debtors have requested that objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 25, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

　　　　**PLEASE TAKE FURTHER NOTICE** THAT THE DEBTORS HAVE REQUESTED A HEARING ON THE MOTION TO BE HELD ON **APRIL 1, 2015 AT 10:00**

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265), Wet Seal Catalog, Inc. (7604), and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:16800877.1

**A.M. (ET)** (THE "HEARING") BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** IF YOU FAIL TO OBJECT TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

Dated:  March 16, 2015

*/s/ Maris J. Kandestin*
Michael R. Nestor, Esq. (DE Bar No. 3526)
Maris J. Kandestin, Esq. (DE Bar No. 5294)
Travis G. Buchanan, Esq. (DE Bar No. 5595)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:   (302) 571-1253
Email:  mnestor@ycst.com
            mkandestin@ycst.com
            tbuchanan@ycst.com

and

Lee R. Bogdanoff, Esq.
Michael L. Tuchin, Esq.
David M. Guess, Esq.
Jonathan M. Weiss, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4022
Fax:   (310) 407-9090
Email: lbogdanoff@ktbslaw.com
            mtuchin@ktbslaw.com
            dguess@ktbslaw.com
            jweiss@ktbslaw.com

*Counsel for the Debtors and Debtors in Possession*