## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE WET SEAL, INC., a Delaware corporation, et al.[1]<br><br>          Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 426 & 427 |

**ORDER SHORTENING NOTICE WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING (A) THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL CLAIMS, LIENS, RIGHTS, INTERESTS AND ENCUMBRANCES; (B) THE DEBTORS TO ENTER INTO AND PERFORM THEIR OBLIGATIONS UNDER THE ASSET PURCHASE AGREEMENT; AND (C) THE DEBTORS TO ASSUME AND ASSIGN CERTAIN <u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>**

Upon the motion (the "<u>Motion to Shorten</u>")[2] of The Wet Seal, Inc. and its subsidiaries, the debtors and debtors in possession (the "<u>Debtors</u>") in the above-captioned jointly administered chapter 11 cases (the "<u>Cases</u>"), for entry of an order, pursuant to Bankruptcy Code section 105, Bankruptcy Rules 2002(a) and 9006(f), and Local Rule 9006-1(e), authorizing the Debtors to shorten the notice period required with respect to the hearing on the Sale Motion, all as more fully described in the Motion to Shorten; and it appearing that the Court has jurisdiction to consider the Motion to Shorten pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that the Motion to Shorten is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265), Wet Seal Catalog, Inc. (7604), and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

United States Constitution; and it appearing that venue of these Cases and of the Motion to Shorten is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and it appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion to Shorten is granted to the extent set forth herein.

2. The hearing on the Sale Motion shall take place on April 1, 2015, at 10:00 a.m. (ET) before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

3. All objections to (i) the Sale Motion, (ii) the Debtors' proposed assumption and assignment of Contracts and Leases pursuant to the Sale Motion, or (iii) the Cure Amounts with respect to such Contracts and Leases must be filed and served so as to be received on or before March 27, 2015, at 4:00 p.m. (ET) shall be filed with the Court and served upon counsel to the Debtors so as to be received no later than March 27, 2015, at 4:00 p.m. (ET).

4. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: March 17, 2015
Wilmington, Delaware

*[signature]*
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE