**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>THE WET SEAL, INC., a Delaware corporation, *et al*.[1]<br>Debtors. | Chapter 11<br>Case No.: 15-10081 (CSS)<br>(Jointly Administered) |

**NOTICE OF HEARING TO CONSIDER APPROVAL OF SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS TO MADOR LENDING, LLC**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Sale Motion. On March 16, 2015, the above-captioned debtors and debtors-in-possession (the "***Debtors***") filed the *Motion For Entry Of An Order Authorizing (A) The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Claims, Liens, Rights, Interests And Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 426] (the "Sale Motion"),[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"), requesting, among other things, approval of (i) the Debtors' entry into that certain Asset Purchase Agreement dated as of March 12, 2015 (collectively, with all related agreements, documents or instruments and all exhibits, schedules and addenda to any of the foregoing, including any amendments thereto, the "APA"), by and among the Debtors and Mador Lending, LLC (together with its permitted successors, designees and assigns, the "Buyer"); (ii) the sale to the Buyer, pursuant to the terms of the APA, of substantially all of the Debtors' operating assets (other than certain Excluded Assets, as defined in the APA), free and clear of all claims, liens, rights, interests and encumbrances (other than certain Permitted Liens and BofA Liens, as defined in the APA); and (iii) the assumption by the Buyer of certain Assumed Liabilities (as defined in the APA) of the Debtors.

2. Sale Hearing. The Debtors have requested that a hearing (the "Sale Hearing") be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, on **April 1, 2015 at 10:00 a.m. (prevailing Eastern Time)**, in Courtroom 6 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, to consider entry of an order approving the Sale Motion (the "Sale Order"), and for such other and further relief as may be just or proper. The Sale Hearing may be rescheduled or continued from time to time without further notice other than the announcement of the adjourned date(s) at the Sale Hearing or any continued hearing or on the applicable hearing agenda.

3. Releases and Injunctions. The proposed Sale Order contains certain releases and injunctions related to the Debtors, the Buyer and the assets and liabilities to be acquired by the Buyer under the APA. *See* Paragraphs Q, 14-16, 18-21, 50, 51 and 54 of the Sale Order. Parties are encouraged

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265); Wet Seal Catalog, Inc. (7604); and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

[2] Unless otherwise stated, all capitalized terms not defined herein shall have the same meaning as set forth in the Sale Motion.

to obtain a copy of the proposed Sale Order and carefully review such proposed Sale Order as their rights may be affected thereunder. If you do not timely object to the Sale Motion or Sale Order, you will be bound to the terms of any releases and injunctions approved by the Bankruptcy Court upon entry of the order approving the Sale Motion.

4. Deadline for Objections to Sale Motion. Objections, if any, to approval of the Sale Motion and entry of the Sale Order must (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the legal and factual basis and nature of any objection or response; and (d) be filed with the Bankruptcy Court and served on the following parties so as to be actually received **before 4:00 p.m. (prevailing Eastern Time) on March 27, 2015**: (i) counsel to the Debtors, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067 (Attn: Michael L. Tuchin, Esq. and Lee R. Bogdanoff, Esq.; Email: mtuchin@ktbslaw.com and lbogdanoff@ktbslaw.com); and Young Conaway Stargatt & Taylor, LLP, 1000 N. King St., Rodney Square, Wilmington, Delaware 19801 (Attn: Michael R. Nestor, Esq. and Maris J. Kandestin, Esq.; Email: mnestor@ycst.com and mkandestin@ycst.com); (ii) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067 (Attn: Jeffrey N. Pomerantz, Esq. and Shirley S. Cho, Esq.; Email: jpomerantz@pszjlaw.com and scho@pszjlaw.com) and 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Bradford J. Sandler, Esq.; Email: bsandler@pszjlaw.com); (iii) counsel to Mador Lending, LLC, Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman, Esq.; Email: petermann@gtlaw.com) and Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801 (Attn: Domenic E. Pacitti, Esq.; Email: dpacitti@klehr.com); and (iv) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.; Email: benjamin.a.hackman@usdoj.gov). If you do not timely object to the Sale Motion, you will be bound to the terms of any order entered approving the Sale Motion.

5. Copies of the Sale Motion and Sale Order. Copies of the Sale Motion and proposed Sale Order (and all exhibits thereto) are available for review by accessing https://donlinrecano.com/wetseal. In addition, copies of the Sale Motion and proposed Sale Order (and all exhibits thereto) are available upon written request via first class mail to Donlin, Recano & Company, Inc., Re: The Wet Seal, Inc., et al., P.O. Box 899, Madison Square Station, New York, NY 10010.

Dated: March 17, 2015

*/s/ Maris J. Kandestin*

Michael R. Nestor, Esq. (DE Bar No. 3526)
Maris J. Kandestin, Esq. (DE Bar No. 5294)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253
Email: mnestor@ycst.com
mkandestin@ycst.com

Lee R. Bogdanoff, Esq.
Michael L. Tuchin, Esq.
David M. Guess, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel: (310) 407-4022
Fax: (310) 407-9090
Email: lbogdanoff@ktbslaw.com
mtuchin@ktbslaw.com
dguess@ktbslaw.com