**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>THE WET SEAL, INC., a Delaware corporation, *et al.*[1]<br><br>                Debtors. | Chapter 11<br>Case No.: 15-10081 (CSS)<br>(Jointly Administered)<br><br>**Objection Deadline: April 8, 2015 at 4:00 p.m. (ET)**<br>**Hearing Date: April 15, 2015 at 12:00 p.m. (ET)** |

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF REORGANIZATION OF THE WET SEAL, INC. AND SUBSIDIARY DEBTORS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. <u>Plan and Disclosure Statement</u>. On February 11, 2015, the above-captioned debtors (the "<u>Debtors</u>") filed the *Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors* (as it may be amended, supplemented or modified from time to time pursuant to its terms, the "<u>Plan</u>")[2] and the related *Disclosure Statement for the Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors* (as it may be amended, supplemented or modified from time to time, the "<u>Disclosure Statement</u>"). In light of the Debtors' entry into that certain Asset Purchase Agreement dated as of March 12, 2015, by and among the Debtors and Mador Lending, LLC, as described in more detail in the Debtors' *Motion For Entry Of An Order Authorizing (A) The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Claims, Liens, Rights, Interests And Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 426], the Debtors anticipate filing amended versions of the Plan and Disclosure Statement.

2. <u>Disclosure Statement Hearing</u>. A hearing (the "<u>Disclosure Statement Hearing</u>") will be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in Courtroom 6 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 on **April 15, 2015 at 12:00 p.m. (prevailing Eastern Time)** to consider the entry of an order (i) approving the Disclosure Statement and finding, among other things, that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>") and (ii) setting certain dates and deadlines relating to voting on the Plan and confirmation of the Plan.

3. <u>Copies of Plan and Disclosure Statement</u>. Copies of the Plan and Disclosure Statement are available for review under the "Plan and Disclosure Statement" tab by accessing https://donlinrecano.com/wetseal. In addition, copies of the Plan and Disclosure Statement are available upon written request via first class mail to the Debtors' claims agent at Donlin, Recano & Company, Inc., Re: The Wet Seal, Inc., *et al.*, P.O Box 899, Madison Square Station, New York, NY 10010. Further, the

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265); Wet Seal Catalog, Inc. (7604); and Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Plan and Disclosure Statement can be requested via email to balloting@donlinrecano.com with Wet Seal referenced in the subject line.

       4.      <u>Objections to Disclosure Statement</u>.  Responses and objections, if any, to the approval of the Disclosure Statement, or the other relief sought by the Debtors in connection with approval of the Disclosure Statement, must (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection or response and include proposed language to be inserted in the Disclosure Statement to resolve any such objection or response; and (d) be filed with the Bankruptcy Court and served on the following parties so as to be actually received **before 4:00 p.m. (Eastern Standard Time) on April 8, 2015**: (i) counsel to the Debtors, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067 (Attn: Michael L. Tuchin, Esq. and Lee R. Bogdanoff, Esq.; Email: mtuchin@ktbslaw.com and lbogdanoff@ktbslaw.com); and Young Conaway Stargatt & Taylor, LLP, 1000 N. King St., Rodney Square, Wilmington, Delaware 19801 (Attn: Michael R. Nestor, Esq. and Maris J. Kandestin, Esq.; Email: mnestor@ycst.com and mkandestin@ycst.com); (ii) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067 (Attn: Jeffrey N. Pomerantz, Esq. and Shirley S. Cho, Esq.; Email: jpomerantz@pszjlaw.com and scho@pszjlaw.com) and 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Bradford J. Sandler, Esq.; Email: bsandler@pszjlaw.com); (iii) counsel to Mador Lending, LLC, Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman, Esq.; Email: petermann@gtlaw.com) and Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801 (Attn: Domenic E. Pacitti, Esq.; Email: dpacitti@klehr.com); and (iv) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.; Email: benjamin.a.hackman@usdoj.gov).

       5.      **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN.  VOTES ON THE PLAN WILL BE SOLICITED IF AND WHEN THE BANKRUPTCY COURT APPROVES A DISCLOSURE STATEMENT.**

       6.      <u>Continuance of Disclosure Statement Hearing</u>.  The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing.

Dated: March 19, 2015

*/s/ Maris J. Kandestin*

| | |
|---|---|
| Michael R. Nestor, Esq. (DE Bar No. 3526) | Lee R. Bogdanoff, Esq. |
| Maris J. Kandestin, Esq. (DE Bar No. 5294) | Michael L. Tuchin, Esq. |
| Young Conaway Stargatt & Taylor, LLP | David M. Guess, Esq. |
| Rodney Square | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| 1000 North King Street | 1999 Avenue of the Stars, 39th Floor |
| Wilmington, Delaware 19801 | Los Angeles, CA 90067 |
| Tel:   (302) 571-6600 | Tel:   (310) 407-4022 |
| Fax:   (302) 571-1253 | Fax:   (310) 407-9090 |
| Email:  mnestor@ycst.com | Email:  lbogdanoff@ktbslaw.com |
|           mkandestin@ycst.com |          mtuchin@ktbslaw.com |
| |          dguess@ktbslaw.com |