# EXHIBIT A

# ORACLE®

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 6448496 |
|---|---|
| INVOICE DATE | 27-Jan-2015 |
| YOUR P.O. NUMBER | PO# 76955 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 26-Feb-2015 |

BILL TO :
THE WET SEAL INC
Accounts Payable
P.O.Box 5062
Lake Forest, CA 92609
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 6448496 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle America, Inc.<br>PO BOX 44471<br>SAN FRANCISCO  94144 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK<br>ABA    121000248<br>ACCT  4522-020841 |

SHIP TO :
THE WET SEAL INC
26972 Burbank
Foothill Ranch, CA  92610
United States

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER  (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
|  | 300384182 | Accounts Payable | THE WET SEAL INC |

| ITEM NO. | DESCRIPTION | | | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | Gagnon, Mr Luc | 5.50Hours @ | 180.00 USD | 1 | N | 990.00 |
| 2 | Douglas, Cedric | 8.00Hours @ | 180.00 USD | 1 | N | 1,440.00 |
| 3 | Mizukami, Mr Roy | 3.50Hours @ | 180.00 USD | 1 | N | 630.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 3,060.00 | 0.00 | 3,060.00 |
| | Less payments | | 765.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 27-Feb-2015 | | 2,295.00 |

# ORACLE

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 42876401 |
|---|---|
| INVOICE DATE | 27-Feb-2015 |
| YOUR P.O. NUMBER | EXPIRED-71769 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 29-Mar-2015 |

BILL TO :
THE WET SEAL INC
Accounts Payable
P.O.Box 5062
Lake Forest, CA 92609
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 42876401 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | Oracle America, Inc.<br>PO BOX 44471<br>SAN FRANCISCO 94144 | |
| WIRE TRANSFERS TO: | WELLS FARGO BANK<br>ABA   121000248<br>ACCT  4522-020841 | |

SHIP TO :
THE WET SEAL INC
26972 Burbank
Foothill Ranch, CA 92610
United States

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Basheeruddin, Mr Syed Moyeenuddin | 5839936 | Accounts Payable | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Taleo Onboarding Cloud Service - Hosted Named User - Oracle Taleo Onboarding Cloud Service - Hosted Named User - HOSTED NAMED USER: 27-FEB-2015 : 26-FEB-2016 | 6500 | N | 11,217.96 |
| 2 | Oracle Taleo Analytics Cloud Service - Hosted Named User - Oracle Taleo Analytics Cloud Service - Hosted Named User - HOSTED NAMED USER: 27-FEB-2015 : 26-FEB-2016 | 6500 | N | 11,217.96 |
| 3 | Oracle Taleo Hourly Assessment Content Cloud Service - Hoster Named User - Oracle Taleo Hourly Assessment Content Cloud Service - Hoster Named User - HOSTED NAMED USER: 27-FEB-2015 : 26-FEB-2016 | 5200 | N | 17,948.74 |
| 4 | Oracle Taleo Platform Cloud Service - Hosted Named User - Oracle Taleo Platform Cloud Service - Hosted Named User Product Bundle v1 - HOSTED NAMED USER: 27-FEB-2015 : 26-FEB-2016 | 6500 | N | 22,435.74 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 175,000.00 | 0.00 | 175,000.00 |
| | Less payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 20-Mar-2015 | | 175,000.00 |

# ORACLE

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 42876401 |
|---|---|
| INVOICE DATE | 27-Feb-2015 |
| YOUR P.O. NUMBER | EXPIRED-71769 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 29-Mar-2015 |

| | | | | |
|---|---|---|---|---|
| 5 | Oracle Taleo Goal Management Cloud Service - Hosted Named User - Oracle Taleo Goal Management Cloud Service - Hosted Named User - HOSTED NAMED USER: 27-FEB-2015 : 26-FEB-2016 | 6500 | N | 22,435.92 |
| 6 | Oracle Taleo Performance Management Cloud Service - Hosted Named User - Oracle Taleo Performance Management Cloud Service - Hosted Named User - HOSTED NAMED USER: 27-FEB-2015 : 26-FEB-2016 | 6500 | N | 22,435.92 |
| 7 | Oracle Taleo Succession Planning Cloud Service - Hosted Named User - Oracle Taleo Succession Planning Cloud Service - Hosted Named User - HOSTED NAMED USER: 27-FEB-2015 : 26-FEB-2016 | 1300 | N | 4,487.18 |
| 8 | Oracle Taleo Development Planning Cloud Service - Hosted Named User - Oracle Taleo Development Planning Cloud Service - Hosted Named User - HOSTED NAMED USER: 27-FEB-2015 : 26-FEB-2016 | 1300 | N | 4,487.18 |
| 9 | Oracle Taleo Recruiting Cloud Service - Hosted Employee - Oracle Taleo Recruiting Cloud Service - Hosted Employee Product Bundle v1 - HOSTED EMPLOYEE: 27-FEB-2015 : 26-FEB-2016 | 6500 | N | 44,871.84 |
| 10 | Oracle Taleo Hosted Connect Integration Cloud Service - Hosted Named User - Oracle Taleo Hosted Connect Integration Cloud Service - Hosted Named User - HOSTED NAMED USER: 27-FEB-2015 : 26-FEB-2016 | 6500 | N | 5,608.98 |
| 11 | Oracle Taleo Store Manager Assessment Content Cloud Service - Hosted Named User - Oracle Taleo Store Manager Assessment Content Cloud Service - Hosted Named User - HOSTED NAMED USER: 27-FEB-2015 : 26-FEB-2016 | 1300 | N | 7,852.58 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 175,000.00 | 0.00 | 175,000.00 |
| | Less payments | | 0.00 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 20-Mar-2015 | | 175,000.00 |