## EXHIBIT A

DOCS_DE:199454.1 93583/002

## SUMMARY OF PROFESSIONALS

March 1, 2015 through March 31, 2015

| | HOURLY RATE | APPLICATION HOURS | TOTAL FEES |
|---|---|---|---|
| Paul Huygens, Principal | $635.00 | 88.5 | $56,197.50 |
| Peter Kravitz, Principal | $650.00 | 21.7 | $14,105.00 |
| Stilian Morrison, Director | $465.00 | 94.3 | $43,849.50 |
| Victor Delaglio, Director | $500.00 | 13.9 | $6,950.00 |
| Walter Bowser, Director | $440.00 | 69.8 | $30,712.00 |
| Ricky Ng, Senior Analyst | $295.00 | 41.0 | $12,095.00 |
| **Total** | | **329.2** | **$163,909.00** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 17.4 | $5,888.00 |
| Claims Administration/Objections | 101.2 | $46,824.50 |
| Fee/Employment Applications | 16.0 | $8,034.50 |
| Committee Activities | 27.8 | $15,615.50 |
| Data Analysis | 42.5 | $21,377.00 |
| Litigation | 43.7 | $18,790.00 |
| Plan and Disclosure Statement | 23.8 | $13,504.50 |
| Financing Activities | 52.6 | $31,208.00 |
| Travel Time | 4.2 | $1,333.50 |

| Task | Entry Date | Person | Comment | Hours | Billing Rate | Amount |
|------|------------|--------|---------|-------|--------------|--------|
| | | | | **Sum: 329.20** | | **Sum: $163,909.00** |
| **Case Administration** | | | | **Sum: 17.40** | | **Sum: $5,888.00** |
| | 3/2/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.50 | 295.00 | $147.50 |
| | 3/5/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.60 | 295.00 | $177.00 |
| | 3/4/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.50 | 295.00 | $147.50 |
| | 3/3/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.70 | 295.00 | $206.50 |
| | 3/6/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.70 | 295.00 | $206.50 |
| | 3/9/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.50 | 295.00 | $147.50 |
| | 3/10/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.60 | 295.00 | $177.00 |
| | 3/10/2015 | Victor Delaglio | Created a pacer account for Stilian Morrison and merged into existing administrative account. | 0.50 | 500.00 | $250.00 |
| | 3/11/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.50 | 295.00 | $147.50 |
| | 3/11/2015 | Walter Bowser | Search for Province Retention Order, review. Briefly review and add a dozen docket items to Province repository. | 0.70 | 440.00 | $308.00 |
| | 3/13/2015 | Ricky Ng | Briefly review the recently filed dockets regarding the DIP financing from Mador Lending, LLC for a case update. | 1.10 | 295.00 | $324.50 |

| 3/13/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.50 | 295.00 | $147.50 |
|---|---|---|---|---|---|
| 3/13/2015 | Ricky Ng | Review request from P Huygens for recent documents that were filed with the court. Download docket #411, 410, 409, 408, and 407 and all supplemental attachments. Format the files and email to team. | 0.30 | 295.00 | $88.50 |
| 3/12/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.60 | 295.00 | $177.00 |
| 3/13/2015 | Paul Huygens | Review a dozen ECF and also RR Donnelly vault notices. Identify 9 documents that need to be reviewed by team. Draft and send email allocating responsibility. | 0.40 | 635.00 | $254.00 |
| 3/13/2015 | Walter Bowser | Clean up notes and files. | 1.50 | 440.00 | $660.00 |
| 3/13/2015 | Victor Delaglio | Review PACER for updated claims and docket items. | 0.30 | 500.00 | $150.00 |
| 3/16/2015 | Ricky Ng | Download the latest court documents that were filed since Friday. Organize the document files and sent to team. | 0.60 | 295.00 | $177.00 |
| 3/19/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.40 | 295.00 | $118.00 |
| 3/18/2015 | Ricky Ng | Read through recent court filings for case updates. | 0.60 | 295.00 | $177.00 |
| 3/18/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.50 | 295.00 | $147.50 |
| 3/16/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room, with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.60 | 295.00 | $177.00 |
| 3/17/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.40 | 295.00 | $118.00 |
| 3/23/2015 | Ricky Ng | Update the file index for the Project Jumpsuit Dropbox data room, with the new file descriptions. Upload the new files from the data room into the shared Dropbox folder. | 0.40 | 295.00 | $118.00 |
| 3/20/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.40 | 295.00 | $118.00 |

DOCS_DE:199454.1 93583/002

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/20/2015 | Paul Huygens | Review and correspond with Caine and Morrison regarding ongoing projects and status of claim analysis work, along with request for additional information. | 0.40 | 635.00 | $254.00 |
| 3/25/2015 | Ricky Ng | Update the file index for the Project Jumpsuit Dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.40 | 295.00 | $118.00 |
| 3/24/2015 | Ricky Ng | Update the file index for the Project Jumpsuit Dropbox data room with the new file descriptions. Upload the new files from the data room into the shared Dropbox folder. | 0.40 | 295.00 | $118.00 |
| 3/27/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.60 | 295.00 | $177.00 |
| 3/26/2015 | Ricky Ng | Update the file index for the Project Jumpsuit Dropbox data room with the new file descriptions. Upload the new files from the data room into the shared Dropbox folder. | 0.50 | 295.00 | $147.50 |
| 3/30/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.40 | 295.00 | $118.00 |
| 3/31/2015 | Ricky Ng | Update the file index for the Project Jumpsuit dropbox data room with the new file descriptions. Upload the new files from the data room into the shared dropbox folder. | 0.30 | 295.00 | $88.50 |
| **Claims Analysis and Objections** | | | **Sum: 101.20** | | **Sum: $46,824.50** |
| 3/1/2015 | Stilian Morrison | Prepared debtor-by-debtor overview of scheduled claims, accounting for intercompany and duplicative claims. | 1.60 | 465.00 | $744.00 |
| 3/2/2015 | Walter Bowser | Review docket and claims register for new items, consolidate notes | 0.60 | 440.00 | $264.00 |
| 3/4/2015 | Paul Huygens | Call with Morrison to discuss the FTI response to our data request, treatment of landlord guarantee claims and findings on schedules claims vs our earlier estimates. | 0.40 | 635.00 | $254.00 |
| 3/4/2015 | Stilian Morrison | Integration of scheduled claim register into reorganization model analysis | 1.00 | 465.00 | $465.00 |
| 3/4/2015 | Paul Huygens | Review major landlord scheduled claims vs 502b6 calcs on a store by store basis. Call with Bowser to discuss, then review version 2 of the same schedules. Draft and send emails to certain major landlords in effort to validate the accuracy of the schedules. | 1.20 | 635.00 | $762.00 |
| 3/4/2015 | Walter Bowser | Build list of claims for major landlords, and send same to Huygens. | 1.30 | 440.00 | $572.00 |
| 3/4/2015 | Walter Bowser | Complete reconciliation of claim estimates to scheduled amounts. | 3.30 | 440.00 | $1,452.00 |

4

| 3/4/2015 | Walter Bowser | Call with Huygens re: landlord scheduled claims, then research identified missing stores in the schedules | 3.00 | 440.00 | $1,320.00 |
|---|---|---|---|---|---|
| 3/4/2015 | Walter Bowser | Continue researching and compile list of store claims missing from the schedules and send same to Huygens. | 2.90 | 440.00 | $1,276.00 |
| 3/4/2015 | Stilian Morrison | Calculated underlying GUC claims pool based on reconciliation from schedules, excluding guarantees, intercompany  etc. | 1.10 | 465.00 | $511.50 |
| 3/4/2015 | Stilian Morrison | Teleconference with Huygens to review diligence items received and pending from FTI. | 0.40 | 465.00 | $186.00 |
| 3/4/2015 | Stilian Morrison | Finish integration of scheduled claim register into reorganization model analysis | 0.70 | 465.00 | $325.50 |
| 3/4/2015 | Stilian Morrison | Telephone call with Julie Minnick of GGP to review scheduled Debtors' claim estimates for GGP. Province internal discussion on process for contacting other committee members to review scheduled claims in effort to validate the accuracy of the schedules | 0.80 | 465.00 | $372.00 |
| 3/4/2015 | Paul Huygens | Correspond with Julie Minnick and review her schedule of GGP potential claims by location. Call with Bowser and then with Morrison to discuss locations missing from the schedules and absence of tenant allowances in the filed schedules. Call with Minnick to discuss same. | 1.30 | 635.00 | $825.50 |
| 3/4/2015 | Paul Huygens | Review summary findings comparing scheduled claims to province estimates. Call with Bowser to discuss and comment on analysis. Draft and send email to Pomerantz and Feinstein with findings and analysis. | 0.80 | 635.00 | $508.00 |
| 3/3/2015 | Stilian Morrison | Preliminary revisions to reorganization model and UCC slide deck based on comments received from PSZJ in previous day's review call. | 1.40 | 465.00 | $651.00 |
| 3/3/2015 | Stilian Morrison | Initial review of latest Debtors' schedules and claims filed by creditors. | 0.60 | 465.00 | $279.00 |
| 3/3/2015 | Stilian Morrison | First cut integrating Debtors' landlord scheduled claims | 0.60 | 465.00 | $279.00 |
| 3/3/2015 | Walter Bowser | Call with Huygens to discuss list of scheduled landlord claims, findings from first pass through schedules and how they compare to previous estimates. | 0.60 | 440.00 | $264.00 |
| 3/4/2015 | Stilian Morrison | Completed first draft of consolidated claims register based on schedules of all claims filed against Wet Seal Debtors. | 2.20 | 465.00 | $1,023.00 |
| 3/3/2015 | Walter Bowser | Analyze claims registers, build high-level summary. | 1.10 | 440.00 | $484.00 |
| 3/3/2015 | Walter Bowser | Extract claims list from schedule file, review claim detail and correct categorization to capture landlord claims. | 3.30 | 440.00 | $1,452.00 |
| 3/3/2015 | Walter Bowser | Correspond with Paul Huygens and Stilian Morrison on various schedule claim questions. | 0.50 | 440.00 | $220.00 |
| 3/3/2015 | Walter Bowser | Parse selected major landlords from schedules, test for completeness. | 2.10 | 440.00 | $924.00 |

5

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/3/2015 | Walter Bowser | Complete prep of select major landlords scheduled claims, call with Stilian Morrison on 502b6 total for GGP. | 1.40 | 440.00 | $616.00 |
| 3/3/2015 | Walter Bowser | Add 502b6 estimates to select major landlord scheduled claims spreadsheet, send same to Paul Huygens. | 0.90 | 440.00 | $396.00 |
| 3/3/2015 | Stilian Morrison | Spread WS Inc. and Retail schedules by claim priority for purposes of estimating effective GUC claim pool and priority claims to be paid at confirmation. | 1.70 | 465.00 | $790.50 |
| 3/3/2015 | Ricky Ng | Conduct search on the claims agent website to find copies of all proof of claims, as requested by S Morrison. | 0.30 | 295.00 | $88.50 |
| 3/3/2015 | Ricky Ng | Call with claims agent to request for copies of the proof of claims. | 0.20 | 295.00 | $59.00 |
| 3/3/2015 | Ricky Ng | Send email to S Morrison and W Bowser to follow up on their request regarding copies of the proof of claims. | 0.10 | 295.00 | $29.50 |
| 3/3/2015 | Paul Huygens | Call with Bowser to discuss initial findings from his review of the sofa/schedules - primarily what the claims look like relative to what we've reported to the committee. | 0.60 | 635.00 | $381.00 |
| 3/6/2015 | Ricky Ng | Call with Donlin, Recano and Company requesting the proof of claims from the claims register. | 0.10 | 295.00 | $29.50 |
| 3/5/2015 | Paul Huygens | Call with Pomerantz to discuss the current claim estimate, the missing stores and tenant allowances in the schedules. Then draft and send email to Pomerantz, FTI and Klee regarding the known missing scheduled claims. | 0.30 | 635.00 | $190.50 |
| 3/5/2015 | Walter Bowser | Draft note re: missing TAs and properties on schedules to FTI. | 0.40 | 440.00 | $176.00 |
| 3/5/2015 | Walter Bowser | Analyze other landlords on scheduled claim list to try and locate stores missing from the schedules, correspond with Paul Huygens re: same. | 2.90 | 440.00 | $1,276.00 |
| 3/5/2015 | Walter Bowser | Research TA liability estimates by property, call with Stilian Morrison re: same. | 1.10 | 440.00 | $484.00 |
| 3/5/2015 | Walter Bowser | Finalize list of properties missing from the schedules, send same to Paul Huygens. | 0.40 | 440.00 | $176.00 |
| 3/6/2015 | Paul Huygens | Call with Bowser to discuss landlord claim schedule and KTBS email regarding missing TA and stores. Also discuss subcon and apportionment of admin, 503b9 and dip loan. | 0.50 | 635.00 | $317.50 |
| 3/6/2015 | Walter Bowser | Review and compare store list provided by select landlords and Klee counsel to schedules. | 0.90 | 440.00 | $396.00 |
| 3/6/2015 | Walter Bowser | Call with Paul Huygens to discuss missing TA from schedules, also discuss subcon analysis. | 0.50 | 440.00 | $220.00 |
| 3/8/2015 | Stilian Morrison | Reconciled additional 150 filed claims vs. scheduled amounts as provided in claims agent's register. | 2.60 | 465.00 | $1,209.00 |
| 3/7/2015 | Stilian Morrison | Performed reconciliation of 120 filed claims with scheduled amounts in register received from claims agent. | 1.80 | 465.00 | $837.00 |

6

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/7/2015 | Walter Bowser | Add store numbers to landlord schedule worksheet. | 0.60 | 440.00 | $264.00 |
| 3/7/2015 | Stilian Morrison | Prepare integrated claims register and reconciliation based on claims filed and scheduled to date. | 1.20 | 465.00 | $558.00 |
| 3/9/2015 | Stilian Morrison | Prepared revised claims administration waterfall for priority and admin claim satisfaction pursuant to potential 363 sale of estate's assets. | 0.50 | 465.00 | $232.50 |
| 3/11/2015 | Paul Huygens | Call with Morrison to go through auction results in more detail. Discuss treatment of guarantee claims. Also discuss claim register variances. | 0.40 | 635.00 | $254.00 |
| 3/11/2015 | Stilian Morrison | Call with Huygens to review variance analysis of filed vs. scheduled claim amounts by active claimant. also discuss the effect of guarantees on claim recoveries | 0.40 | 465.00 | $186.00 |
| 3/12/2015 | Stilian Morrison | Continue matching filed claims to scheduled claims based on latest register available from claims agent. | 0.70 | 465.00 | $325.50 |
| 3/12/2015 | Stilian Morrison | Additional matching of filed claims to scheduled claims based on latest register available from claims agent. | 0.40 | 465.00 | $186.00 |
| 3/12/2015 | Stilian Morrison | Incorporated additional 21 filed claims into register, including amendments and supersedings of previously filed and scheduled claims. | 0.80 | 465.00 | $372.00 |
| 3/12/2015 | Stilian Morrison | Completed claims reconciliation as of 3/12. Identified variance between matched filed and scheduled claims. | 1.30 | 465.00 | $604.50 |
| 3/16/2015 | Stilian Morrison | Identified filed liquidated claims that had not been scheduled by the Debtors. Reviewed latest claims register on agent's site to identify additional newly filed claims. | 0.50 | 465.00 | $232.50 |
| 3/19/2015 | Walter Bowser | Revise landlord claim list. | 0.30 | 440.00 | $132.00 |
| 3/19/2015 | Ricky Ng | Continue to review the 502(b)(6) analysis and compare the annual lease data for each location with their respective lease abstracts. | 0.90 | 295.00 | $265.50 |
| 3/19/2015 | Walter Bowser | Complete population of guarantees to landlord claims, send revised list to Huygens. | 2.10 | 440.00 | $924.00 |
| 3/18/2015 | Paul Huygens | Correspond with Andy Caine (PSZJ) regarding lease rejections. Review sampling of lease abstracts and compared to 502b6 calcs and commitment analysis. Locate and send lease commitment analysis and 502b6 analysis to Caine. | 1.10 | 635.00 | $698.50 |
| 3/16/2015 | Paul Huygens | Review filed claim to scheduled claim, plus extrapolation analysis. Also, review summary schedules regarding same. Correspond with Morrison with comments. | 0.70 | 635.00 | $444.50 |

7

| 3/23/2015 | Paul Huygens | Review and respond internally, and to PSZJ, to emails regarding status of lease abstract review and comparative to 502b6 Calcs, along with exchanges related to most recent claims register, to coordinating meeting times for committee professionals update call, and regarding the Visa/MC valuation exercise. | 0.60 | 635.00 | $381.00 |
|---|---|---|---|---|---|
| 3/23/2015 | Stilian Morrison | Start to submit additionally filed claims into active register tracking GUC claimants. | 0.10 | 465.00 | $46.50 |
| 3/23/2015 | Stilian Morrison | Complete submitting additionally filed claims into active register tracking GUC claimants. | 0.60 | 465.00 | $279.00 |
| 3/23/2015 | Stilian Morrison | Continue submitting additionally filed claims into active register tracking GUC claimants. | 1.50 | 465.00 | $697.50 |
| 3/22/2015 | Stilian Morrison | Updated claims register for additional 111 filed claims. Matched filed to scheduled claims. | 1.10 | 465.00 | $511.50 |
| 3/22/2015 | Stilian Morrison | Submitted revised comparison of filed claims vs. schedules. | 0.50 | 465.00 | $232.50 |
| 3/23/2015 | Ricky Ng | Check the annual rent information from the lease abstracts with the rent data from the 502(B)(6) calculations to ensure accuracy. | 1.60 | 295.00 | $472.00 |
| 3/19/2015 | Paul Huygens | Call with Ron Tucker regarding Simon lease list reconciliation, followed by call with Bowser to get him started on the analysis to validate the filed schedules. | 0.30 | 635.00 | $190.50 |
| 3/19/2015 | Paul Huygens | Review latest register of filed claims, and compared to our analysis. | 0.70 | 635.00 | $444.50 |
| 3/19/2015 | Walter Bowser | Call with Huygens and analysis re lease claims. | 0.40 | 440.00 | $176.00 |
| 3/19/2015 | Ricky Ng | Start reviewing the 502(b)(6) analysis done by FTI and compare the lease data for each location with their respective Lease Abstracts. | 2.40 | 295.00 | $708.00 |
| 3/19/2015 | Ricky Ng | Continue to review the 502(b)(6) analysis and compare the annual lease data for each location with their respective lease abstracts. | 0.70 | 295.00 | $206.50 |
| 3/20/2015 | Stilian Morrison | Teleconference with Andy Caine of PSZJ to review status of 502(b)(6) and vendor claims review to discuss diligence request for Visa/MC claim. | 0.60 | 465.00 | $279.00 |
| 3/21/2015 | Ricky Ng | Continue to compare the data in the 502(B)(6) analysis with the information from the lease abstracts. | 1.90 | 295.00 | $560.50 |
| 3/21/2015 | Ricky Ng | Calculate the total discrepancy between the lease data in the 502(B)(6) analysis and lease abstracts. | 0.60 | 295.00 | $177.00 |
| 3/20/2015 | Ricky Ng | Continue to check the lease information for the 502(B)(6) analysis with the lease abstracts to find data discrepancies. | 0.60 | 295.00 | $177.00 |
| 3/20/2015 | Ricky Ng | Continue to compare the 502(B)(6) analysis with the lease abstracts. | 0.40 | 295.00 | $118.00 |

8

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/20/2015 | Ricky Ng | Call with P Huygens, S Morrison, W Bowser, and A Caine of Pachulski to discuss the lease rejection claims and other outstanding matters. | 0.40 | 295.00 | $118.00 |
| 3/20/2015 | Paul Huygens | Review and approve analysis of store list split between go forward and reject stores that includes our 502b6 calc and guarantees. | 0.70 | 635.00 | $444.50 |
| 3/20/2015 | Paul Huygens | Prepare for and attend conference call with Bowser and Andy Caine at PSZJ regarding work completed and to do on lease rejection damage claims, the status of the claim register and comparative to what we're showing. | 0.70 | 635.00 | $444.50 |
| 3/20/2015 | Stilian Morrison | Prepared status update on GUC claim reconciliations. | 0.50 | 465.00 | $232.50 |
| 3/20/2015 | Stilian Morrison | Call with P Huygens, W Bowser, and A Caine of Pachulski to discuss the lease rejection claims and other outstanding matters. | 0.40 | 465.00 | $186.00 |
| 3/20/2015 | Walter Bowser | Conference call with A. Caine, Paul Huygens, Stilian Morrison re: 502b6 and other claims analyses. | 0.50 | 440.00 | $220.00 |
| 3/24/2015 | Paul Huygens | Prepare for, then attend conference call with Pomerantz, Feinstein, and Morrison to discuss case update, progress on HL fees, documentation requests for future claim reconciliation, and Visa/MC case valuation. | 0.90 | 635.00 | $571.50 |
| 3/24/2015 | Ricky Ng | Review the lease for the corporate headquarters, and the additional lease agreements that were recently received from Pachulski for purposes of 502b6 | 0.80 | 295.00 | $236.00 |
| 3/25/2015 | Stilian Morrison | Contacted claims agent to request copy of Sekses civil litigation proof of claim. | 0.10 | 465.00 | $46.50 |
| 3/24/2015 | Stilian Morrison | Identified stores missing lease terms for purposes of comparison with respect to 502(b)(6) calculations. | 0.50 | 465.00 | $232.50 |
| 3/24/2015 | Ricky Ng | Review email from legal pertaining to the lease rejection damage calculations and the missing lease abstracts. | 0.20 | 295.00 | $59.00 |
| 3/24/2015 | Ricky Ng | Review email from S Morrison regarding the leases that were received and the data in the 502(B)(6) Analysis. | 0.20 | 295.00 | $59.00 |
| 3/24/2015 | Ricky Ng | Draft email to S Morrison and P Huygens with initial comments on reconciling the leases with the 502(B)(6) analysis. | 0.40 | 295.00 | $118.00 |
| 3/24/2015 | Stilian Morrison | Review of 502(b)(6) calculations for corporate office and Everett Mall store. | 0.90 | 465.00 | $418.50 |
| 3/24/2015 | Stilian Morrison | Reviewed Everett Mall lease amendments and CAM definitions as provided in lease abstracts. | 0.60 | 465.00 | $279.00 |
| 3/24/2015 | Stilian Morrison | Telephone call with PSZJ to discuss memo for sale and valuation of VMC claim along with HL fee negotiation status | 0.60 | 465.00 | $279.00 |
| 3/24/2015 | Paul Huygens | Reviewed and responded to several emails regarding reconciling lease abstracts to 502b6 calcs. Review worksheet regarding same. | 0.30 | 635.00 | $190.50 |

9

| 3/25/2015 | Stilian Morrison | Prepared follow-up data request for verification on CAM, corporate office lease, and scheduled store claims that are missing CAM to submit through Andy Caine of PSZJ through Debtors' side. | 0.30 | 465.00 | $139.50 |
|---|---|---|---|---|---|
| 3/26/2015 | Paul Huygens | Review Sekses Distribution lawsuit and claim materials. Form an opinion. Draft and send email to counsel regarding same. | 0.80 | 635.00 | $508.00 |
| 3/26/2015 | Paul Huygens | Review corporate office 502b6 calc and agreement along with email exchange regarding discrepancies. Draft and respond to Morrison regarding same. | 0.70 | 635.00 | $444.50 |
| 3/26/2015 | Stilian Morrison | Prepared comparison of CAM/Taxes/Other charges from 502(b)(6) calculations to SAP run for 19 stores. | 0.80 | 465.00 | $372.00 |
| 3/26/2015 | Stilian Morrison | Prepared comparison of CAM/Taxes/Other charges from 502(b)(6) calculations to SAP run for 39 stores. | 1.20 | 465.00 | $558.00 |
| 3/26/2015 | Stilian Morrison | Prepared comparison of CAM/Taxes/Other charges from 502(b)(6) calculations to SAP run for 70 stores. | 1.30 | 465.00 | $604.50 |
| 3/25/2015 | Paul Huygens | Review and respond to many emails regarding the next round of document requests from the debtor and findings from the lease abstract analysis.  Approve sending final request list to counsel. | 0.80 | 635.00 | $508.00 |
| 3/26/2015 | Stilian Morrison | Submitted follow-up through Committee counsel for request to Debtors, to provide rent charges detail report for the majority of 338 stores that were closed in January, and that comprise rejection damages. | 0.40 | 465.00 | $186.00 |
| 3/26/2015 | Stilian Morrison | Follow-up with FTI re: minimum rent reconciliation to 502(b)(6) calculation of rejection damages for corporate office. Reviewed latest court docket for claim objections to lease and contract assumption/assignment and cure amounts. Retrieved full proof of claim from claims agent, Donlin Recano re: civil suit litigation. | 0.50 | 465.00 | $232.50 |
| 3/26/2015 | Stilian Morrison | Prepared comparison of CAM/Taxes/Other charges from 502(b)(6) calculations to SAP run for 15 stores. Reviewed Opt-out group from Visa/MC final settlement order to identify claimants for review in determining interchange fees paid by opt-in class for purposes of payout claim calculation. | 0.50 | 465.00 | $232.50 |
| 3/26/2015 | Stilian Morrison | Comparison of monthly CAM amounts used by Debtors vs. rent charges reports to identify frequency of tax payments from rent charge reports. | 0.50 | 465.00 | $232.50 |

10

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/26/2015 | Stilian Morrison | Prepared comparison of CAM/Taxes/Other charges from 502(b)(6) calculations to SAP run for 21 stores. | 0.60 | 465.00 | $279.00 |
| 3/27/2015 | Stilian Morrison | Constructed cure claim comparisons between debtors and landlords based on objections filed for 22 stores. Added stub rent calculations to bridge residual variance of cure claims between debtors and landlords who had filed objections. | 1.00 | 465.00 | $465.00 |
| 3/27/2015 | Stilian Morrison | Constructed cure claim comparisons between debtors and landlords based on objections filed for 70 stores. | 1.50 | 465.00 | $697.50 |
| 3/27/2015 | Paul Huygens | Review Macerich Cure objection and correspond with Morrison, and then PSZJ regarding analysis needed on cure amounts. Review a dozen or so similar cure objections from other landlords. | 1.20 | 635.00 | $762.00 |
| 3/28/2015 | Stilian Morrison | Constructed cure claim comparisons between debtors and landlords based on objections filed for 35 stores. Added stub rent calculations to bridge residual variance of cure claims between debtors and landlords who had filed objections. Prepared comparison schedule for internal submission, identifying residual variance that is unexplained by stub rent. | 2.90 | 465.00 | $1,348.50 |
| 3/30/2015 | Stilian Morrison | Email exchange with FTI to attempt to resolve variance differences between Debtors' cure amounts and landlords' cure claim objections that have been filed to date. | 0.60 | 465.00 | $279.00 |
| 3/31/2015 | Stilian Morrison | Additional cure claim objections and reconciliations. Review of Circuit City VMC interchange data for comparable purposes in valuation of potential claim assignment for Wet Seal | 0.90 | 465.00 | $418.50 |
| **Committee Activities** | | | **Sum: 27.80** | | **Sum: $15,615.50** |
| 3/1/2015 | Paul Huygens | Review latest committee materials with transaction math and claim analysis. Call with Bowser and then with Morrison to go thru comments. Review version 3, finalize and send to Pomerantz to review. | 1.80 | 635.00 | $1,143.00 |
| 3/1/2015 | Paul Huygens | Call with Pomerantz to discuss and explain our committee materials. | 0.60 | 635.00 | $381.00 |
| 3/1/2015 | Paul Huygens | Call with Bowser to pass on PSZJ comments on committee materials, then review revised slides and send back to Pomerantz. | 0.70 | 635.00 | $444.50 |
| 3/1/2015 | Walter Bowser | Call with Stilian Morrison re: presentation prep status. | 0.20 | 440.00 | $88.00 |
| 3/1/2015 | Walter Bowser | Call with Paul Huygens and make revisions to slides, resend committee presentation. | 0.50 | 440.00 | $220.00 |
| 3/1/2015 | Stilian Morrison | Completed update of restructuring model based on comments received with respect to DIP claims and voting consideration. Revised UCC slide deck for additional Province comments. | 1.90 | 465.00 | $883.50 |

11

| 3/2/2015 | Stilian Morrison | Committee call to review DIP performance and discuss agenda for next week's auction. Review of KEIP proposal by Debtors' and Hansae proposal to settle reclamation claim and restore pre-petition credit terms. | 0.90 | 465.00 | $418.50 |
|---|---|---|---|---|---|
| 3/2/2015 | Peter Kravitz | Review materials and participate in committee conference call | 1.30 | 650.00 | $845.00 |
| 3/2/2015 | Paul Huygens | Prepare for and attend committee update meeting to discuss proposed plan revisions, performance update and bidder guidance. | 1.30 | 635.00 | $825.50 |
| 3/2/2015 | Paul Huygens | Call with PSZJ and Province teams to discuss DW Asset mgmt discussion and to go thru and discuss our transaction math using a number of different approaches. | 1.80 | 635.00 | $1,143.00 |
| 3/2/2015 | Stilian Morrison | Teleconference with Pachulski to review UCC deck covering restructuring economics under various auction and 363 recovery scenarios | 1.80 | 465.00 | $837.00 |
| 3/5/2015 | Paul Huygens | Review first draft of this week's committee materials and take notes. | 0.80 | 635.00 | $508.00 |
| 3/5/2015 | Stilian Morrison | Submitted slightly revised UCC update materials to PSZJ for pre-committee call discussion tomorrow | 0.40 | 465.00 | $186.00 |
| 3/5/2015 | Paul Huygens | Review latest committee update slide deck and call with Morrison to run through comments before sending to counsel to review. | 0.70 | 635.00 | $444.50 |
| 3/4/2015 | Paul Huygens | Review UST notice of Hudson resignation and correspond with committee and team re same. | 0.30 | 635.00 | $190.50 |
| 3/6/2015 | Stilian Morrison | Prepared revisions to UCC deck based on comments provided by PSZJ in call to set UCC agenda for discussion. | 0.80 | 465.00 | $372.00 |
| 3/5/2015 | Paul Huygens | Call with Kravitz to get him up to speed on the day's events and discuss our materials for the committee meeting with him in advance of the calls tomorrow. | 0.40 | 635.00 | $254.00 |
| 3/5/2015 | Paul Huygens | Call with Kravitz to update him on the revised projections and the bidder dynamics. | 0.40 | 635.00 | $254.00 |
| 3/5/2015 | Stilian Morrison | Prepared draft of UCC update deck for PSZJ discussion and call with Committee ahead of live auction. | 1.50 | 465.00 | $697.50 |
| 3/5/2015 | Peter Kravitz | Call with Huygens to recap day's events and discuss our materials for the committee meeting in advance tomorrow's calls. | 0.40 | 650.00 | $260.00 |
| 3/5/2015 | Peter Kravitz | Call with Huygens re: revised projections and bidder dynamics. | 0.40 | 650.00 | $260.00 |
| 3/6/2015 | Victor Delaglio | Joined the committee call to discuss the update presentation to the official committee of unsecured creditors. | 0.80 | 500.00 | $400.00 |
| 3/6/2015 | Paul Huygens | Prep for and attend internal call with PSZJ counsel and Morrison, Bowser and Kravitz from Province to discuss bids, our committee materials and subcon issues. | 1.50 | 635.00 | $952.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/6/2015 | Paul Huygens | Call with Ron Tucker to discuss current bid dynamics, revised forecast and his claim. | 0.30 | 635.00 | $190.50 |
| 3/6/2015 | Paul Huygens | Call with Morrison to discuss PSZJ comments on our draft slide deck. | 0.30 | 635.00 | $190.50 |
| 3/6/2015 | Paul Huygens | Review final slide deck including PSZJ comments and approve to sent to committee. | 0.50 | 635.00 | $317.50 |
| 3/6/2015 | Paul Huygens | Call with Kravitz then with Morrison to download on the committee call and events of the last few hours. | 0.40 | 635.00 | $254.00 |
| 3/6/2015 | Walter Bowser | Prepare for and call with PSZJ team to review committee presentation and subcon analysis. | 1.50 | 440.00 | $660.00 |
| 3/6/2015 | Walter Bowser | Review revised committee presentation. | 0.40 | 440.00 | $176.00 |
| 3/6/2015 | Stilian Morrison | Call with Huygens to discuss PSZJ comments on our draft slide deck. | 0.30 | 465.00 | $139.50 |
| 3/6/2015 | Peter Kravitz | Call with Huygens re: committee call. | 0.20 | 650.00 | $130.00 |
| 3/6/2015 | Peter Kravitz | Prep & call with PSZJ, Huygens, Morrison, Bowser to discuss bids, materials and subcon issues. | 1.40 | 650.00 | $910.00 |
| 3/6/2015 | Victor Delaglio | Reviewed the updated presentation to the official committee of unsecured creditors ahead of the committee call. | 1.00 | 500.00 | $500.00 |
| 3/29/2015 | Stilian Morrison | Submitted DIP variance and budget update to UCC counsel for distribution to Committee. | 0.30 | 465.00 | $139.50 |
| **Data Analysis** | | | **Sum: 42.50** | | **Sum: $21,377.00** |
| 3/1/2015 | Walter Bowser | Prepare chart with spread of escalating bid prices for 363 sale. | 0.50 | 440.00 | $220.00 |
| 3/1/2015 | Walter Bowser | Revise 363 sale chart and send to Stilian Morrison and Paul Huygens. | 0.80 | 440.00 | $352.00 |
| 3/2/2015 | Stilian Morrison | Revised DIP variance analysis to reflect full six-week rolling period. | 0.80 | 465.00 | $372.00 |
| 3/2/2015 | Walter Bowser | Call with PSZJ team to review bid scenarios | 1.80 | 440.00 | $792.00 |
| 3/5/2015 | Paul Huygens | Call with Morrison to go through the revised debtor projections and what happens to confirmation cash levels. Also run through initial comments on draft committee materials. | 1.10 | 635.00 | $698.50 |
| 3/5/2015 | Paul Huygens | Review updated debtor financial model and take notes. | 1.30 | 635.00 | $825.50 |
| 3/5/2015 | Walter Bowser | Call with Huygens and Cho, then clean up and consider substantive consolidation analysis, send same to PSZJ team. | 0.90 | 440.00 | $396.00 |
| 3/4/2015 | Paul Huygens | Review PSZJ memo regarding subcon. Call with Shirley Cho to discuss valuation at each of the debtors and various creditor guarantee treatment. | 0.60 | 635.00 | $381.00 |
| 3/4/2015 | Paul Huygens | Review the updated DIP variance and correspond with Morrison and then with Pomerantz regarding debtor performance and material reduction in their ecommerce forecast. | 0.50 | 635.00 | $317.50 |

| 3/3/2015 | Paul Huygens | Review open litigation list, consider, research comparables in other similar matters, then draft and send email with my valuation estimate for each to Bowser and Pomerantz. | 0.80 | 635.00 | $508.00 |
|---|---|---|---|---|---|
| 3/3/2015 | Victor Delaglio | Reviewed the monthly operating report for January and compared to due diligence materials received to date. | 1.60 | 500.00 | $800.00 |
| 3/3/2015 | Paul Huygens | Review original and then revised MOR along with related internal emails. | 0.50 | 635.00 | $317.50 |
| 3/5/2015 | Paul Huygens | Review and discuss substantive consolidation analysis with Bowser. | 0.60 | 635.00 | $381.00 |
| 3/5/2015 | Paul Huygens | Call with Bowser and Cho re: substantive consolidation analysis. | 0.30 | 635.00 | $190.50 |
| 3/5/2015 | Walter Bowser | Review updated 5-yr financial projection. | 0.40 | 440.00 | $176.00 |
| 3/5/2015 | Walter Bowser | Discuss substantive consolidation analysis with Huygens. | 0.60 | 440.00 | $264.00 |
| 3/5/2015 | Stilian Morrison | Prepared preliminary revisions to operating model to reflect under-performance through seven weeks of DIP period | 0.30 | 465.00 | $139.50 |
| 3/5/2015 | Walter Bowser | Prepare substantive consolidation analysis and send draft to Huygens. | 2.90 | 440.00 | $1,276.00 |
| 3/6/2015 | Paul Huygens | Review latest draft of subcon analysis and call with Bowser to go through comments. | 0.50 | 635.00 | $317.50 |
| 3/6/2015 | Walter Bowser | Revise subcon analysis based on call with PSZJ team. | 0.90 | 440.00 | $396.00 |
| 3/6/2015 | Walter Bowser | Call with Huygens to review latest draft of subcon analysis. | 0.50 | 440.00 | $220.00 |
| 3/6/2015 | Walter Bowser | Continue work on subcon analysis. | 2.20 | 440.00 | $968.00 |
| 3/6/2015 | Walter Bowser | Complete revised draft of subcon analysis and send to Paul Huygens. | 0.80 | 440.00 | $352.00 |
| 3/6/2015 | Walter Bowser | Consider and prepare alternate version of subcon based on call with Huygens. | 1.40 | 440.00 | $616.00 |
| 3/8/2015 | Walter Bowser | Run additional subcon scenarios, determine most supportive and send results to Huygens. | 1.90 | 440.00 | $836.00 |
| 3/8/2015 | Stilian Morrison | Updated reorg model analysis based on reconciled claim register | 2.00 | 465.00 | $930.00 |
| 3/7/2015 | Walter Bowser | Call with Huygens re: subcon, then revise intercompany calculation. | 0.40 | 440.00 | $176.00 |
| 3/7/2015 | Walter Bowser | Revise intercompany calculation then analyze various appropriation combinations for subcon. | 1.60 | 440.00 | $704.00 |
| 3/9/2015 | Paul Huygens | Review several scenarios of the non-subcon recovery analysis and have call with Bowser to discuss. | 1.10 | 635.00 | $698.50 |
| 3/9/2015 | Walter Bowser | Revise subcon analysis to revise and standardize asset stack across scenarios. | 2.10 | 440.00 | $924.00 |
| 3/9/2015 | Walter Bowser | Call with Huygens to review subcon scenarios. | 0.40 | 440.00 | $176.00 |
| 3/9/2015 | Stilian Morrison | Completed spread of daily flash sales as reported calendar YTD through March 9. | 1.10 | 465.00 | $511.50 |
| 3/10/2015 | Stilian Morrison | Spread latest DIP budget performance and forecast numbers in reorganization model. Prepared variance tracking output and identified deferred rent variance for follow-up with Debtors' side. | 1.90 | 465.00 | $883.50 |

DOCS_DE:199454.1 93583/002

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/10/2015 | Paul Huygens | Review and consider latest subcon analysis draft, then send to counsel for their review before finalizing. | 0.60 | 635.00 | $381.00 | |
| 3/10/2015 | Paul Huygens | Review latest operating budget from debtor. Discuss with counsel and with Morrison. Meeting with FTI to go through initial comments. | 0.80 | 635.00 | $508.00 | |
| 3/10/2015 | Paul Huygens | Review latest forecast with post-closing costs. Call with Pomerantz then Morrison to discuss followed by call with O'Laughlin to review our comments. Draft and send email to debtor and committee comments with recommended revisions. | 1.20 | 635.00 | $762.00 | |
| 3/10/2015 | Walter Bowser | Revise subcon and download docket items to Province register. | 1.20 | 440.00 | $528.00 | |
| 3/13/2015 | Paul Huygens | Review weekly variance, borrowing base calcs and revised 13 week budget (and compare to the prior version). Draft and send email to team with my thoughts. | 0.80 | 635.00 | $508.00 | |
| 3/20/2015 | Paul Huygens | Review latest variance report and dip budget then correspond with Morrison regarding same. Review and approve performance update slides to be sent to the committee. | 0.80 | 635.00 | $508.00 | |
| 3/20/2015 | Stilian Morrison | Update of DIP forecast and variance report. | 0.30 | 465.00 | $139.50 | |
| 3/27/2015 | Stilian Morrison | Variance analysis of latest DIP budget weekly and rolling performance. Preliminary research and correspondence into cure claim objections as filed by selected landlords. | 0.90 | 465.00 | $418.50 | |
| 3/30/2015 | Paul Huygens | Review latest dip budget variance analysis along with analysis showing debtors cure calcs by store, relative to cure objections. Note large differences and correspond with Morrison regarding comments and next steps. | 0.80 | 635.00 | $508.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fee / Employment Applications** | | | **Sum: 16.00** | | **Sum: $8,034.50** | |
| 3/3/2015 | Paul Huygens | Review January and February time and expense entries and comment thereon. | 1.00 | 635.00 | $635.00 | |
| 3/9/2015 | Walter Bowser | Revise and edit February billing. | 1.60 | 440.00 | $704.00 | |
| 3/9/2015 | Paul Huygens | Discussion with Bowser re preparation of Province first monthly fee application. | 0.40 | 635.00 | $254.00 | |
| 3/9/2015 | Walter Bowser | Sort February billing by person and task category. | 0.50 | 440.00 | $220.00 | |
| 3/9/2015 | Walter Bowser | Review fee app and billing codes with Huygens. | 0.40 | 440.00 | $176.00 | |
| 3/10/2015 | Paul Huygens | Review time sheet markup for January and February and respond with further comments. | 0.30 | 635.00 | $190.50 | |
| 3/11/2015 | Paul Huygens | Review rough draft of first fee app. Comment and draft several sections and send to Bowser. | 0.90 | 635.00 | $571.50 | |

15

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/11/2015 | Paul Huygens | Finalize review of hours and billing for January and February and interface with Bowser regarding fee application drafting. | 0.70 | 635.00 | $444.50 |
| 3/11/2015 | Walter Bowser | Prepare fee app, review other fee app filings, summarize billing activities for February. | 1.50 | 440.00 | $660.00 |
| 3/11/2015 | Walter Bowser | Complete project category descriptions, fill in hours by person and category, send draft to Huygens. | 0.40 | 440.00 | $176.00 |
| 3/11/2015 | Walter Bowser | Revise declaration section of fee application. | 0.70 | 440.00 | $308.00 |
| 3/11/2015 | Walter Bowser | Draft project category descriptions for fee app. | 0.80 | 440.00 | $352.00 |
| 3/11/2015 | Walter Bowser | Review Order re: compensation procedures for professionals. | 0.20 | 440.00 | $88.00 |
| 3/11/2015 | Walter Bowser | Call with Huygens to review progress on fee app | 0.20 | 440.00 | $88.00 |
| 3/11/2015 | Walter Bowser | Complete draft of fee application. | 1.30 | 440.00 | $572.00 |
| 3/13/2015 | Walter Bowser | Review edits from Cho on fee app and reply. | 0.50 | 440.00 | $220.00 |
| 3/13/2015 | Walter Bowser | Call with Huygens on final comments, revise application, then send to Cho for review. | 0.80 | 440.00 | $352.00 |
| 3/12/2015 | Paul Huygens | Review and revise time entries for task category consistency. Review and approve expense summary. Review latest draft of first fee app. | 0.80 | 635.00 | $508.00 |
| 3/12/2015 | Walter Bowser | Reclassify claim analysis work entries to correct category on February billings. | 0.90 | 440.00 | $396.00 |
| 3/12/2015 | Walter Bowser | Review Huygens' edits to fee app. | 0.20 | 440.00 | $88.00 |
| 3/12/2015 | Walter Bowser | Input expenses into fee app. | 0.20 | 440.00 | $88.00 |
| 3/12/2015 | Walter Bowser | Draft summary language for fee app. | 0.70 | 440.00 | $308.00 |
| 3/13/2015 | Paul Huygens | Review trustee comments to our employment app, research the questions, then draft and send a response. | 0.40 | 635.00 | $254.00 |
| 3/13/2015 | Paul Huygens | Review near final draft of first fee app, markup and call Bowser to run through my final comments, then approve to send to counsel for review. | 0.60 | 635.00 | $381.00 |
| **Financing Activities** | | | **Sum: 52.60** | | **Sum: $31,208.00** |
| | 3/5/2015 | Paul Huygens | Review Versa bid transmission letter and their redline to the plan sponsorship agreement, then correspond with PSZJ and internally regarding same. | 1.20 | 635.00 | $762.00 |
| | 3/5/2015 | Paul Huygens | Review Versa redline to plan of reorg, revised dip loan and security agreement and final order. | 1.30 | 635.00 | $825.50 |
| | 3/4/2015 | Stilian Morrison | Teleconference with UCC and PSZJ to review equity plan term sheet and alignment of committee following Hudson Bay sale of claim. | 1.20 | 465.00 | $558.00 |

| 3/4/2015 | Paul Huygens | Call with Committee, Pomerantz, Feinstein, and Morrison to discuss plan equity term sheet and feedback to date from each of the bidders. | 1.20 | 635.00 | $762.00 |
|---|---|---|---|---|---|
| 3/4/2015 | Paul Huygens | Review PSZJ securities counsel redline to plan equity term sheet in prep for 10:30 call. | 0.50 | 635.00 | $317.50 |
| 3/3/2015 | Paul Huygens | Review article of b riley buying cache, then call with Pomerantz to discuss same. Also discuss Hudson sale to Versa and the proposed KEIP plan. | 0.70 | 635.00 | $444.50 |
| 3/5/2015 | Paul Huygens | Call with Feinstein to update him on the revised projections and the bidding dynamics. | 0.30 | 635.00 | $190.50 |
| 3/5/2015 | Walter Bowser | Call with Stilian Morrison to discuss Versa bid and landlord scheduled claims. | 0.30 | 440.00 | $132.00 |
| 3/5/2015 | Stilian Morrison | Prepared side-by-side model for comparing initial auction bids among competing sponsors and possible cash offerings. Additional revision to vendors that were over-collateralized in GUC claims pool. | 2.80 | 465.00 | $1,302.00 |
| 3/5/2015 | Stilian Morrison | Reviewed Versa bid and prepared updated side-by-side comparison of underlying auction economics. Internal Province call to review Versa bid and proposed changes to update materials for Committee | 2.80 | 465.00 | $1,302.00 |
| 3/5/2015 | Stilian Morrison | Internal Province call to review Versa bid and proposed changes to update materials for Committee. | 0.30 | 465.00 | $139.50 |
| 3/6/2015 | Paul Huygens | Review KTBS comparative of the credit agreement differences between B Riley and Versa along with their comments and concerns in anticipation of the 1245 call to discuss. | 0.50 | 635.00 | $317.50 |
| 3/6/2015 | Paul Huygens | Prepare for and attend call with KTBS and PSZJ counsel along with Kravitz to discuss Versa bid documents. | 0.70 | 635.00 | $444.50 |
| 3/6/2015 | Walter Bowser | Prepare for and attend call with KTBS and PSZJ to discuss Versa bid documents. | 0.80 | 440.00 | $352.00 |
| 3/6/2015 | Stilian Morrison | Prepare for and attend call with KTBS and PSZJ to discuss Versa bid documents. | 1.00 | 465.00 | $465.00 |
| 3/6/2015 | Stilian Morrison | Prepare for and then join teleconference with PSZJ to review Versa bid and discuss agenda for afternoon call with UCC. | 1.60 | 465.00 | $744.00 |
| 3/9/2015 | Paul Huygens | Prepare for and attend meeting with B Riley, PSZJ, KTBS, debtor leadership and Kravitz regarding B Riley current bid, plan negotiation disagreements and outlook for the auction tomorrow. | 1.60 | 635.00 | $1,016.00 |
| 3/9/2015 | Paul Huygens | Meeting with PSZJ and Kravitz in preparation for Versa meeting. | 0.80 | 635.00 | $508.00 |
| 3/9/2015 | Paul Huygens | Meeting with Versa reps, PSZJ counsel and Kravitz re bid and plan negotiation. | 1.10 | 635.00 | $698.50 |

DOCS_DE:199454.1 93583/002

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/9/2015 | Paul Huygens | Meeting with Feinstein, Sandler, Pomerantz and Kravitz to discuss an debate our strategy for the auction tomorrow and to draft a negotiated purchase term sheet for Versa. | 1.30 | 635.00 | $825.50 |
| 3/9/2015 | Peter Kravitz | Meeting with PSZJ and Huygens in preparation for Versa meeting. | 0.80 | 650.00 | $520.00 |
| 3/9/2015 | Peter Kravitz | Meeting to discuss and debate our strategy for the auction and to draft a negotiated purchase term sheet for Versa. | 1.30 | 650.00 | $845.00 |
| 3/9/2015 | Peter Kravitz | Meeting with Versa reps, counsel and Huygens regarding bid and plan negotiation. | 1.10 | 650.00 | $715.00 |
| 3/9/2015 | Peter Kravitz | Prep & meeting with B Riley, counsel, KTBS, debtor leadership and Huygens regarding B Riley bid, plan negotiation disagreements and outlook for the auction. | 1.60 | 650.00 | $1,040.00 |
| 3/9/2015 | Peter Kravitz | Prep with Huygens, then attend meeting with Ron Tucker, then with committee and PSZJ to go thru the events of the last few days regarding bidder signals and to prepare for the auction tomorrow | 1.80 | 650.00 | $1,170.00 |
| 3/9/2015 | Paul Huygens | Prepare for and attend pre-meeting with Tucker then after with the committee and PSZJ counsel regarding recent communications with B Riley and Versa and in preparation for the auction tomorrow. | 1.80 | 635.00 | $1,143.00 |
| 3/10/2015 | Paul Huygens | Continue negotiation with Versa. | 2.30 | 635.00 | $1,460.50 |
| 3/10/2015 | Paul Huygens | Meetings with B Riley to let them know the status of the bidding. Then meet with the debtor and their professionals and bankers to discuss and allocate work to document the Versa transaction. | 1.30 | 635.00 | $825.50 |
| 3/10/2015 | Paul Huygens | Call with Bowser to update him on the results of the auction and action plan for the next couple weeks. | 0.30 | 635.00 | $190.50 |
| 3/10/2015 | Paul Huygens | Meeting with Versa, committee, PSZJ and Kravitz to try and nail down a deal. | 2.20 | 635.00 | $1,397.00 |
| 3/10/2015 | Walter Bowser | Debrief call on auction with Huygens and action plan for the next couple weeks. | 0.30 | 440.00 | $132.00 |
| 3/10/2015 | Stilian Morrison | Analyzed pending final offer of 363 sale with pot plan from Versa. Determined recovery economics at confirmation and subsequently following affirmative recoveries of litigation, as well as self-administration by GUC Trust. | 1.60 | 465.00 | $744.00 |
| 3/10/2015 | Walter Bowser | Debrief call on auction with Huygens. | 0.30 | 440.00 | $132.00 |
| 3/10/2015 | Peter Kravitz | Prepare for and attend auction meetings with Versa and committee reps re bidding and terms of sale. | 8.10 | 650.00 | $5,265.00 |
| 3/10/2015 | Peter Kravitz | Review financial projections and budget for auction process | 0.60 | 650.00 | $390.00 |
| 3/15/2015 | Stilian Morrison | Completed review of Versa DIP order redline as well as CFO and Houlihan declarations pursuant to winning 363 bid. | 1.00 | 465.00 | $465.00 |

18

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/14/2015 | Paul Huygens | Review motion authorizing post-petition financing, lien and use of cash collateral along with notice and order. | 1.60 | 635.00 | $1,016.00 |
| 3/14/2015 | Paul Huygens | Review motion for order shortening notice for Mador replacement financing and take notes. | 0.50 | 635.00 | $317.50 |
| 3/14/2015 | Paul Huygens | Review Derek Pitts declaration regarding Mador replacement financing and take notes. | 0.30 | 635.00 | $190.50 |
| 3/14/2015 | Paul Huygens | Review Thomas Hildebrand declaration supporting replacement financing with Mador. | 0.30 | 635.00 | $190.50 |
| 3/14/2015 | Paul Huygens | Review notice of auction results. | 0.20 | 635.00 | $127.00 |
| 3/18/2015 | Paul Huygens | Review motions for sale of property free and clear of liens, and Paul Halpern declaration. | 1.30 | 635.00 | $825.50 |
| **Litigation** | | | **Sum: 43.70** | | **Sum: $18,790.00** |
| 3/15/2015 | Stilian Morrison | Comparative review of Visa/MC asset recovery analysis from comparable cases for purposes of framing similar analysis on Wet Seal GUC estate based on litigation rights. Completed preliminary spread of monthly credit and debit card sales for fiscal years 2013 and 2014. | 1.20 | 465.00 | $558.00 |
| 3/19/2015 | Victor Delaglio | Meeting with Ricky Ng to discuss status of comparable gathering for the Visa/MasterCard antitrust litigation and method for obtaining new comparables. | 1.00 | 500.00 | $500.00 |
| 3/19/2015 | Victor Delaglio | Checked the initial draft of Visa/MasterCard antitrust litigation comparables gathered by Ricky Ng and provided comments. | 1.50 | 500.00 | $750.00 |
| 3/18/2015 | Paul Huygens | Review and respond to several emails from Morrison, along with review of comparable case APA, and comparable case auction notice, all related to valuing the Visa/MasterCard claim. | 1.10 | 635.00 | $698.50 |
| 3/18/2015 | Stilian Morrison | Review of dockets for several comparable cases to attempt to identify any other comparable sales of Visa/MC claims. | 0.60 | 465.00 | $279.00 |
| 3/18/2015 | Ricky Ng | Conduct online research to find recent sales of potential Visa/MasterCard antitrust claims by retail companies. | 0.70 | 295.00 | $206.50 |
| 3/18/2015 | Ricky Ng | Continue to research recent sales of the Visa/MasterCard antitrust claim by potential retail claimants. | 0.80 | 295.00 | $236.00 |
| 3/16/2015 | Paul Huygens | Review Visa/MasterCard litigation value analysis, based on relative size compared to comparable cases. Review offers to purchase litigation rights in comparable case. Correspond with Morrison regarding same. | 0.60 | 635.00 | $381.00 |
| 3/16/2015 | Paul Huygens | Reviewed and responded to several additional drafts of the Visa/MasterCard valuation analysis, and emails from counsel with questions. Two calls with Morrison to vet and respond to counsel questions. | 1.20 | 635.00 | $762.00 |

DOCS_DE:199454.1 93583/002

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/16/2015 | Stilian Morrison | Spread historical sales amounts and applicable Visa/MC volume estimates for litigation period as described in class action settlement. Completed antitrust claim recovery analysis to the GUC Trust based on guidance provided in comparable action. | 1.90 | 465.00 | $883.50 |
| 3/16/2015 | Stilian Morrison | Added discount for sale/assignment of card litigation recovery based on comparable sale. | 0.60 | 465.00 | $279.00 |
| 3/16/2015 | Stilian Morrison | Telephone call with Huygens to review litigation recovery analysis and supporting data points from comparable case. Preliminary review of final approval from Visa/MC class action settlement. | 0.80 | 465.00 | $372.00 |
| 3/16/2015 | Stilian Morrison | Prepared additional visa/mc comparable damage recovery analysis based on sale price and data submitted by Pachulski. | 1.00 | 465.00 | $465.00 |
| 3/17/2015 | Victor Delaglio | Meeting with Ricky Ng to discuss request from Stilian Morrison regarding assistance collecting more comparables for the Visa/MasterCard antitrust litigation. | 0.50 | 500.00 | $250.00 |
| 3/17/2015 | Victor Delaglio | Meeting with Ricky Ng to discuss progress and thoughts on best approach for collecting more comparables for the Visa/MasterCard antitrust litigation. | 0.50 | 500.00 | $250.00 |
| 3/17/2015 | Ricky Ng | Discuss with V Delaglio strategy for the Visa/MasterCard antitrust litigation. | 0.50 | 295.00 | $147.50 |
| 3/17/2015 | Victor Delaglio | Reviewed the initial draft of the WTSL Card Recovery Analysis. | 0.90 | 500.00 | $450.00 |
| 3/17/2015 | Stilian Morrison | Incorporated class counsel fees and expenses from cash settlement of class action into comp set comparing claim size to sale amount. | 0.20 | 465.00 | $93.00 |
| 3/17/2015 | Stilian Morrison | Completed schedule tracking availability of settlement funds from Visa/MC class action pursuant to opt-outs and claims administration costs. Additional review of case dockets to attempt to identify further comparable claims that were assigned. | 1.10 | 465.00 | $511.50 |
| 3/17/2015 | Stilian Morrison | Prepared additional Visa/MC claim sale comp. Reviewed additional comparable retail filings to source more claim sales. | 1.60 | 465.00 | $744.00 |
| 3/17/2015 | Ricky Ng | Conduct search to research background information on the Visa/MasterCard antitrust settlement. | 1.00 | 295.00 | $295.00 |
| 3/17/2015 | Ricky Ng | Search online for companies that joined the Visa/MasterCard class action settlement. Search for additional details on retail companies selling their potential claim against Visa/MasterCard. | 0.70 | 295.00 | $206.50 |
| 3/17/2015 | Ricky Ng | Read email from S Morrison regarding the Visa/MasterCard class action settlement and review the data files on hand. | 0.80 | 295.00 | $236.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/23/2015 | Victor Delaglio | Meeting with Ricky Ng to discuss status of the Visa/MasterCard antitrust litigation comparables and memorandum submission. | 0.20 | 500.00 | $100.00 |
| 3/23/2015 | Victor Delaglio | Call with Stilian Morrison to discuss status of the Visa/MasterCard antitrust litigation comparables and memorandum submission. | 0.50 | 500.00 | $250.00 |
| 3/23/2015 | Stilian Morrison | Call with Delaglio to discuss status of the Visa/MasterCard antitrust litigation comparables and memorandum submission. | 0.50 | 465.00 | $232.50 |
| 3/23/2015 | Ricky Ng | Meeting with Delaglio to discuss status of the Visa/MasterCard antitrust litigation comparables and memorandum submission. | 0.20 | 295.00 | $59.00 |
| 3/22/2015 | Victor Delaglio | Provided comments after reviewing the latest draft of the Visa/MasterCard antitrust litigation comparables and memorandum. | 1.80 | 500.00 | $900.00 |
| 3/22/2015 | Paul Huygens | Review valuation memo and comp set on Visa/ MasterCard antitrust suit. Correspond with Morrison regarding same. Approve to send to PSZJ. | 0.70 | 635.00 | $444.50 |
| 3/22/2015 | Stilian Morrison | Drafted summary proposal to Committee counsel reflecting analysis of path to monetizing Visa and MasterCard litigation rights | 1.80 | 465.00 | $837.00 |
| 3/19/2015 | Victor Delaglio | Updated previously built application for inter and intra platform searching to help isolate potential comparables for the Visa/MasterCard antitrust litigation. | 2.00 | 500.00 | $1,000.00 |
| 3/19/2015 | Victor Delaglio | Tested application to ensure it was functioning as expected. | 0.50 | 500.00 | $250.00 |
| 3/19/2015 | Ricky Ng | Conduct online research to find recent sales information for the Visa/MasterCard Antitrust claim. | 0.90 | 295.00 | $265.50 |
| 3/19/2015 | Ricky Ng | Aggregate the Visa/MasterCard antitrust claims sales data and organize the information on a spreadsheet. | 1.40 | 295.00 | $413.00 |
| 3/19/2015 | Ricky Ng | Discuss with V Delaglio about the project status. | 1.00 | 295.00 | $295.00 |
| 3/21/2015 | Stilian Morrison | Prepared Visa/MC data spread in comp set for 2 more comparable sales. | 0.60 | 465.00 | $279.00 |
| 3/21/2015 | Stilian Morrison | Spread interchange fee data by brand as made available to Province for 3 more retail companies in comp set. | 1.00 | 465.00 | $465.00 |
| 3/21/2015 | Stilian Morrison | Spread interchange fee data by brand as made available to Province for comp set. Completed all other brands. Prepared roll-up comp schedule based on prevailing (5) names for which data and sale price were available. | 1.70 | 465.00 | $790.50 |
| 3/20/2015 | Stilian Morrison | Prepare detailed diligence request pending for Visa/MC and preference. | 0.30 | 465.00 | $139.50 |
| 3/27/2015 | Ricky Ng | Create a list in excel of all the major companies that opted out of the Settlement. | 0.30 | 295.00 | $88.50 |

21

| | | | | | |
|---|---|---|---|---|---|
| 3/27/2015 | Ricky Ng | Conduct online search for data on the interchange payments Walmart made to Visa/MasterCard. | 0.30 | 295.00 | $88.50 |
| 3/27/2015 | Ricky Ng | Review the exclusion request list that shows all the companies that opted out of the Visa/MasterCard Payment Card Interchange Settlement. | 0.80 | 295.00 | $236.00 |
| 3/28/2015 | Ricky Ng | Search online for news coverage of retailers filing opt-out lawsuits against Visa/MasterCard. Create a list of the major retailers that have filed a suit. | 0.70 | 295.00 | $206.50 |
| 3/28/2015 | Ricky Ng | Search on Pacer for court documents relating to the opt-out antitrust suit. | 0.80 | 295.00 | $236.00 |
| 3/28/2015 | Ricky Ng | Reviewed the complaints that were filed by opt-out retailers to find details on the interchange fees they paid to Visa/MasterCard and damage estimates. | 0.60 | 295.00 | $177.00 |
| 3/28/2015 | Ricky Ng | Download opt out 1 annual reports to attain their net sales data from 2004 - 2012. Input the sales data into a spreadsheet to estimate interchange fees paid. | 0.50 | 295.00 | $147.50 |
| 3/28/2015 | Ricky Ng | Download opt out 2 annual report to attain their net retail sales data from 2004 - 2012. Input the retail sales data into a spreadsheet to estimate interchange fees paid. | 0.50 | 295.00 | $147.50 |
| 3/30/2015 | Ricky Ng | Continue to search online for the annual reports of the opt-out plaintiffs in the Visa/MasterCard case. Input the annual revenue figures through the class period into a spreadsheet. | 1.20 | 295.00 | $354.00 |
| 3/30/2015 | Ricky Ng | Search online for the annual reports of the opt-out plaintiffs in the Visa/MasterCard case. Input the annual revenue figures through the class period into a spreadsheet. | 0.80 | 295.00 | $236.00 |
| 3/30/2015 | Stilian Morrison | Review of opt-out plaintiff complaints in Visa-MasterCard antitrust litigation to use in estimating net pro rata payout to Wet Seal claim for purposes of valuation and assignment. | 0.90 | 465.00 | $418.50 |
| 3/30/2015 | Ricky Ng | Draft an email to S Morrison with an update on the research for the interchange fees paid by the opt-out merchants to Visa/MasterCard. | 0.10 | 295.00 | $29.50 |
| 3/30/2015 | Victor Delaglio | Respond to question from Ng re: interchange fees for opt-out merchants. | 0.30 | 500.00 | $150.00 |
| **Plan and Disclosure Statement** | | | **Sum: 23.80** | | **Sum: $13,504.50** |
| 3/2/2015 | Paul Huygens | Review markup of the plan reflecting everyone's comments to date. | 2.20 | 635.00 | $1,397.00 |
| 3/2/2015 | Paul Huygens | Review summaries of filings in the 2 weeks ending Feb 28. | 0.80 | 635.00 | $508.00 |
| 3/2/2015 | Paul Huygens | Call with Bob Lehane and Peter Kravitz to discuss post confirmation structure along with trustee selection. | 0.30 | 635.00 | $190.50 |
| 3/2/2015 | Peter Kravitz | Call with Lehane and Huygens regarding structure of post confirmation trust and potential trustees | 0.30 | 650.00 | $195.00 |

22

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/8/2015 | Paul Huygens | Review and respond to a number of emails regarding the accuracy of the financial performance section of the DS. Correspond with Morrison re same. Research and tie out numbers. | 2.20 | 635.00 | $1,397.00 |
| 3/7/2015 | Stilian Morrison | Prepared redline of Debtors's disclosure discussion on post-petition operations citing Province's analysis and review of DIP performance to date. | 1.10 | 465.00 | $511.50 |
| 3/10/2015 | Stilian Morrison | Telephone call with FTI to review draft DIP budget to be finalized and DIP submitted to FTI. Prepared annotation comment for submission with budget specific to administration of GUC Trust claims and wind-down of OldCo by Versa/NewCo | 0.70 | 465.00 | $325.50 |
| 3/12/2015 | Paul Huygens | Correspond with PSZJ counsel regarding status of APA negotiations. | 0.30 | 635.00 | $190.50 |
| 3/14/2015 | Stilian Morrison | Preliminary review of Debtors' motions for new DIP and confirmation of Versa as winning bidder. | 0.50 | 465.00 | $232.50 |
| 3/18/2015 | Ricky Ng | Start to review docket #426 regarding the Asset Purchase Agreement. | 1.00 | 295.00 | $295.00 |
| 3/18/2015 | Stilian Morrison | Complete review of APA as filed with the Court on 3/16. Submitted comments and observations on behalf of Province vis-a-vis recovery effects for UCC. | 2.70 | 465.00 | $1,255.50 |
| 3/16/2015 | Paul Huygens | Review order extending deadline to assume/reject leases. | 0.20 | 635.00 | $127.00 |
| 3/19/2015 | Paul Huygens | Call with Morrison to discuss all comments on APA, to research past budgets to determine what exactly is assumed and left behind by the buyer. Draft and send email to PSZJ with Province thoughts on same. | 1.30 | 635.00 | $825.50 |
| 3/19/2015 | Paul Huygens | Review asset purchase agreement and took down observations, concerns, and comments.  Correspond with Morrison regarding compiling comments and thoughts to pass onto the committee. | 1.60 | 635.00 | $1,016.00 |
| 3/19/2015 | Paul Huygens | Call with Kravitz regarding case update. Discuss APA, cure analysis and pending plan revisions. | 0.60 | 635.00 | $381.00 |
| 3/19/2015 | Peter Kravitz | Call with Huygens regarding case update. | 0.60 | 650.00 | $390.00 |
| 3/19/2015 | Stilian Morrison | Telephone call with Huygens to review and discuss terms of APA and issues flagged for follow-up with Pachulski, etc. | 1.20 | 465.00 | $558.00 |
| 3/26/2015 | Paul Huygens | Review draft of first amended plan and comparative to filed plan and take notes, consider and strategize | 1.70 | 635.00 | $1,079.50 |
| 3/25/2015 | Peter Kravitz | review and analyze revised plan related documents and strategize re same | 1.80 | 650.00 | $1,170.00 |
| 3/27/2015 | Stilian Morrison | Commenced review of draft amended plan of liquidation. Preliminary spread of week's DIP performance. | 0.30 | 465.00 | $139.50 |
| 3/27/2015 | Stilian Morrison | Commenced review of draft amended plan of liquidation. | 1.20 | 465.00 | $558.00 |

23

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/30/2015 | Paul Huygens | Review omnibus response of Mador to litany of objections to debtor motion for sale of its assets and assumption assignment of exec contracts and leases. Correspond with Morrison regarding same, along with summary of cure discrepancies and communication with FTI regarding discrepancies. | 1.20 | 635.00 | $762.00 |
| **Travel Time** | | | **Sum: 4.20** | | **Sum: $2,667.00** |
| 3/9/2015 | Paul Huygens | Travel from Las Vegas to LAX, and then onto Century City for meeting with B Riley reps. | 2.20 | 635.00 | $1,397.00 |
| 3/10/2015 | Paul Huygens | Travel from Century City to LAX and then fly home. | 2.00 | 635.00 | $1,270.00 |

24

## EXPENSE SUMMARY

| Expense Category | Description | Total Expenses |
|---|---|---|
| Airfare | Paul Huygens, airfare for one roundtrip from LAS to LAX | $474.20 |
| Ground Transportation | Taxi and parking | $410.30 |
| Meals | Various | $40.63 |
| Lodging | One night in LA for Paul Huygens & Peter Kravitz to attend auction | $357.18 |

| Type | Date | Source Name | Memo | Category | Amount |
|---|---|---|---|---|---|
| Credit Card Charge | 02/02/2015 | Fetch Me | Peter Kravitz: transport from Hotel to Airport for Philadelphia trip 01.30.2015  Wet Seal (poten... | Ground | 294.00 |
| Credit Card Charge | 03/03/2015 | Southwest Airlines | Paul Huygens: roundtrip to Los Angeles LAS-LAX 03.09-03.11.2015 conf#8MJZEV tix#5262488490089 Bi... | Air | 474.20 |
| Credit Card Charge | 03/09/2015 | Yellow Cab | Paul Huygens Taxi Los Angeles trip LAS-LAX 03.09-03.11.2015 Bill Wet Seal | Ground | 54.30 |
| Credit Card Charge | 03/09/2015 | Pei Wei | Paul Huygens: meal Los Angeles trip LAS-LAX 03.09-03.11.2015 -Bill Wet Seal | Meals | 16.30 |
| Credit Card Charge | 03/10/2015 | Gold Garage | Paul Huygens Parking Los Angeles trip LAS-LAX 03.09-03.11.2015 - Bill Wet Seal | Ground | 22.00 |
| Credit Card Charge | 03/10/2015 | Hyatt | Peter Kravitz and Paul Huygens: Hotel 03.09-03.11.2015 Bill to Wet Seal | Lodge | 357.18 |
| Credit Card Charge | 03/10/2015 | Hyatt | Peter Kravitz and Paul Huygens: Parking LAS-LAX 03.09-03.11.2015 Bill to Wet Seal | Ground | 40.00 |
| Credit Card Charge | 03/10/2015 | Hyatt | Peter Kravitz: Meal LAS-LAX 03.09-03.11.2015  Bill to Wet Seal | Meals | 10.00 |
| Credit Card Charge | 03/10/2015 | Hyatt Regency | Paul Huygens: Starbucks Meal  LAS-LAX 03.09-03.11.2015 Bill Wet Seal | Meals | 14.33 |
| | | | | | 988.31 |
| | | | TOTAL | | 1,282.31 |

25