**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>SEAL123, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.:  15-10081 (CSS)<br><br>(Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 27, 2015 AT 10:00 A.M. (ET)**

---

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING**
**HAS BEEN CANCELLED WITH THE COURT'S PERMISSION**

---

## RESOLVED/CONTINUED MATTERS

1.      Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Procedures and Deadlines Concerning Executory Contracts and Unexpired Leases, (V) Approving Solicitation Packages and Procedures and Deadlines for Soliciting, Receiving and Tabulating Votes on the Plan, and (VI) Approving the Forms of Ballots and Notice to Non-Voting Plan Classes [D.I. 355; 2/25/15]

      Response/Objection Deadline:      March 11, 2015 at 4:00 p.m. (ET); Extended to March 13, 2015 at 5:00 p.m. (ET) for Mador Lending, LLC

      Related Pleadings:

           a)  Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors [D.I. 297; 2/11/15]

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

[2] **All amendments appear in bold.**

b) Disclosure Statement for the Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors [D.I. 298; 2/11/15]

c) Notice of Hearing to Consider Approval of Disclosure Statement for the Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors [D.I. 299; 2/11/15]

d) Notice of Filing of Exhibit B to Disclosure Statement for the Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors [D.I. 331; 2/18/15]

e) Notice of (I) Auction Results and (II) Status of (A) Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors and (B) Disclosure Statement for Joint Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors [D.I. 407; 3/13/15]

f) Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors [D.I. 459; 3/19/15]

Objections/Responses Received:          None.

Status:     This matter is continued to May 26, 2015 at 11:00 a.m. (ET).

2.     Motion of The Irvine Company LLC for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 377; 3/4/15]

Response/Objection Deadline:          March 23, 2015 at 4:00 p.m. (ET); Extended to April 23, 2015 at 4:00 p.m. (ET)

Related Pleadings:

a) Motion for an Order Shortening Notice Period for and Scheduling an Expedited Hearing on Motion of The Irvine Company LLC for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 378; 3/4/15]

b) Debtors' Objection to The Irvine Company LLC's Motion for an Order Shortening Notice Period for and Scheduling an Expedited Hearing on Motion of The Irvine Company LLC for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 384; 3/6/15]

c) Order [Denying Motion for an Order Shortening Notice Period for and Scheduling an Expedited Hearing on Motion of The Irvine Company LLC for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)] [D.I. 393; 3/9/15]

    d)  Notice of Motion of The Irvine Company LLC for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 394; 3/9/15]

    e)  Certification of Counsel Regarding Stipulation Concerning Continuance of Hearing on Motion of The Irvine Company LLC for Relief from the Automatic Stay [D.I. 470; 3/23/15]

    f)  Order Approving Stipulation Concerning Continuance of Hearing on Motion of The Irvine Company LLC for Relief from the Automatic Stay [D.I. 471; 3/23/15]

    g)  Notice of Withdrawal [D.I. 624; 4/21/15]

Objections/Responses Received:

Status:    This matter has been withdrawn. No hearing is required.

3.    Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 426; 3/16/15]

Response/Objection Deadline:    March 27, 2015 at 4:00 p.m. (ET); Extended to March 31, 2015 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors; Regarding all formal objections to the Sale, the objection deadline has been extended to March 30, 2015 at 12:00 p.m. (ET); With respect to all formal Cure/Adequate Assurance Objections, the deadline to object has been extended to May 8 and/or May 11, 2014 at 4:00 p.m. (ET) as applicable and all such objections are adjourned to the hearing scheduled for May 26, 2015 at 11:00 a.m. (ET).

Related Pleadings:

    a)  Order Approving Certain Bid Procedures Governing the Submission of Competing Proposals to (I)(A) Sponsor a Plan of Reorganization for the Debtors or (B) Acquire All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and (II) Provide Debtor-in-Possession Financing [D.I. 329; 2/18/15]

    b)  Notice of Entry of Order Approving Certain Bid Procedures Governing the Submission of Competing Proposals to (I)(A) Sponsor a Plan of

Reorganization for the Debtors or (B) Acquire All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code and (II) Provide Debtor-in-Possession Financing [D.I. 332; 2/18/15]

c) Notice of (I) Auction Results and (II) Status of (A) Joint Chapter 11 Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors and (B) Disclosure Statement for Joint Chapter 11 Plan of Reorganization of The Wet Seal, Inc. and Subsidiary Debtors [D.I. 407; 3/13/15]

d) Declaration of Thomas R. Hillebrandt in Support of Motion of the Debtors for Entry of Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (I) Authorizing Replacement Postpetition Financing from Mador Lending, LLC, (II) Granting Liens and Providing Superpriority Administrative Expense Priority, (III) Authorizing Use of Cash Collateral and Providing for Adequate Protection, and (IV) Modifying the Automatic Stay [D.I. 409; 3/13/15]

e) Declaration of Derek Pitts in Support of Motion of the Debtors for Entry of Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (I) Authorizing Replacement Postpetition Financing from Mador Lending, LLC, (II) Granting Liens and Providing Superpriority Administrative Expense Priority, (III) Authorizing Use of Cash Collateral and Providing for Adequate Protection, and (IV) Modifying the Automatic Stay [D.I. 410; 3/13/15]

f) Notice of Filing of Transcript of Auction Held on March 10 and 12, 2015 [D.I. 422; 3/16/15]

g) Motion for an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 427; 3/16/15]

h) Declaration of Paul Halpern in Support of Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 428; 3/16/15]

    i)    Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 434; 3/17/15]

    j)    Notice of Hearing to Consider Approval of Sale of Substantially All of the Debtors' Assets to Mador Lending, LLC [D.I. 440; 3/17/15]

    k)    Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [D.I. 451; 3/18/15]

    l)    Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [D.I. 452; 3/18/15]

    m)    Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 538; 4/1/15]

    n)    Notice of Sale Closing and Effective Date of Amendment of Case Caption [D.I. 595; 4/15/15]

Sale Objections/Responses Received:

    a)    The Taubman Landlords' Objection to the Motion for Approval of Sale of All Assets, Assumption and Assignment of Real Property Leases, and Cure Claim Objection [D.I. 468; 3/23/15]

    b)    Objection of McKinley Mall LLC to Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 499/535; 3/27/15]

    c)    Oracle's Limited Objection to and Reservation of Rights Regarding (1) Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (2) Notice of (I) Possible Treatment of Contracts

and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 501; 3/27/15]

d) Objection of Eatontown Monmouth Mall, LLC to (A) Debtors' Motion to Sell Substantially All Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, and (B) Debtors' Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 502; 3/27/15]

e) Limited Objection of Carousel Center Company, L.P., Crossgates Mall General Company NewCo, LLC, Crystal Run NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, and Pyramid Walden Company, L.P. to (I) Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 504; 3/27/15]

f) Limited Objection of Washington Prime Group Inc. d/b/a WP Glimcher to (1) Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases and (2) Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 505; 3/27/15]

g) Objection of Macomb Mall Partners, LLC to the Motion for Approval of Sale of All Assets, Assumption and Assignment of Real Property Leases, and to Proposed Cure Amounts as Set Forth in Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 506; 3/27/15]

h) Limited Objection of Uptown Village at Cedar Hill, L.P. to Motion for for Approval of Sale of All Assets Assumption and Assignment of Real Property Leases and Proposed Cure Amounts [D.I. 510; 3/27/15]

i) Consolidated Objection by Westfield, LLC and Certain of Its Affiliates to: (I) Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and

Unexpired Leases and Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 511; 3/27/15]

j)   Local Texas Tax Authorities' Objection to Debtors' Motion for Entry of an Order Authorizing (A) the Sale  of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 515; 3/27/15]

k)   Limited Objection and Reservation of Rights of The Macerich Company, Starwood Retail Partners LLC, Steadfast Companies, UCR Asset Services, and Passco Companies, LLC to the Debtors' Motion for Entry of an Order Authorizing (A) the Sale  of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 516; 3/30/15]

l)   Consolidated Objection of Aronov Realty Management to Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto and Joinder of Aronov Realty Management in the in the Limited Objection and Reservation of Rights of Certain Landlords to the Debtors' Motion for Entry of an Order Authorizing (A) the Sale  of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 517; 3/30/15]

m)   Omnibus Response of Mador Lending, LLC, an Affiliate of Versa Capital Management, LLC, to the Objections to the Debtors' Motion for Entry of an Order Authorizing (A) the Sale  of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter into and Perform Their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 520; 3/30/15]

n)   Supplement to the Limited Objection of Carousel Center Company, L.P., Crossgates Mall General Company NewCo, LLC, Crystal Run NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, and Pyramid Walden Company, L.P. to (I) Debtors' Motion for Entry of an Order Authorizing (A) the Sale  of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and

01:17009752.1

Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 618; 4/20/15]

Cure Objections/Responses Received:

a) The Taubman Landlords' Objection to the Motion for Approval of Sale of All Assets, Assumption and Assignment of Real Property Leases, and Cure Claim Objection [D.I. 468; 3/23/15]

b) Limited Objection of FFP, LLC to Proposed Cure Amount in the Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [D.I. 472; 3/23/15]

c) Google Inc.'s Objection to the Debtors' Possible Assumption of Google's Contract and Proposed Cure Amount Relating to Debtors' Motion to Settl Substantially All of Debtors' Assets [D.I. 481; 3/25/15]

d) Limited Objection of Simon Property Group, Inc. to Proposed Cure Amounts in the Notice of (I) Possible  Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [D.I. 486; 3/26/15]

e) Limited Objection of River Park Properties II to Proposed Cure Amounts in the Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [D.I. 489; 3/26/15]

f) Objection of The Macerich Company, Starwood Retail Partners LLC, Steadfast Companies, UCR Asset Services, and Passco Companies, LLC to the Debtors Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [D.I. 492; 3/27/15]

g) Objection of Winsum Limited Partnership to Debtors' Proposed Cure Amount and Response to Proposed Assumption and Assignment of Lease (Store #731) [D.I. 493; 3/27/15]

h) Objection of Warwick Mall L.L.C. to Debtors' Proposed Cure Amount and Response to Proposed Assumption and Assignment of Lease (Store #765) [D.I. 494; 3/27/15]

i) Limited Objection of Skillsoft Corporation's to the Proposed Cure Amount in the Notice of (I) Potential Treatment of Contracts and Leases,

(II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [D.I. 495; 3/27/15]

j) Limited Objection of CBL & Associates Management, Inc. to Proposed Cure Amounts [D.I. 497; 3/27/15]

k) Objection of McKinley Mall LLC to Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 499/535; 3/27/15]

l) Objection of Plaza Las Americas, Inc. to Proposed Cure Amount and Reservation of Rights [D.I. 500; 3/27/15]

m) Oracle's Limited Objection to and Reservation of Rights Regarding (1) Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (2) Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 501; 3/27/15]

n) Objection of Eatontown Monmouth Mall, LLC to (A) Debtors' Motion to Sell Substantially All Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, and (B) Debtors' Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 502; 3/27/15]

o) Limited Objection of Carousel Center Company, L.P., Crossgates Mall General Company NewCo, LLC, Crystal Run NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, and Pyramid Walden Company, L.P. to (I) Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 504; 3/27/15]

p) Limited Objection of Washington Prime Group Inc. d/b/a WP Glimcher to (1) Debtors' Motion for Entry of an Order Authorizing (A) the Sale of

Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases and (2) Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 505; 3/27/15]

q)  Objection of Macomb Mall Partners, LLC to the Motion for Approval of Sale of All Assets, Assumption and Assignment of Real Property Leases, and to Proposed Cure Amounts as Set Forth in Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 506; 3/27/15]

r)  Cure Objection of Easton Town Center II, LLC to Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 507; 3/27/15]

s)  Limited Objection and Reservation of Rights of QKC Maui Owner, LLC to Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 508; 3/27/15]

t)  Limited Objection of Uptown Village at Cedar Hill, L.P. to Motion for for Approval of Sale of All Assets Assumption and Assignment of Real Property Leases and Proposed Cure Amounts [D.I. 510; 3/27/15]

u)  Consolidated Objection by Westfield, LLC and Certain of Its Affiliates to: (I) Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases and Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 511; 3/27/15]

v)  Objection of DDR Corp., Forest City Commercial Management, GGP Limited Partnership, The Irvine Company LLC, and Turnberry Associates to the Debtors' Proposed Assumption and Assignment of Unexpired Leases and Proposed Cure Amounts [D.I. 512; 3/27/15]

w)  Consolidated Objection of Aronov Realty Management to Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto and Joinder of Aronov Realty Management in the in the Limited Objection and Reservation of Rights of Certain Landlords to the Debtors' Motion for Entry of an Order Authorizing (A) the Sale of Substantially All of the Debtors' Assets Free

and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases [D.I. 517; 3/30/15]

x) Objection of Triple 5 to Proposed Cure Amount in the Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. TBD; TBD]

y) Objection of MetroNational Corporation to Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [D.I. 523; 3/31/15]

z) Supplement to the Limited Objection of Carousel Center Company, L.P., Crossgates Mall General Company NewCo, LLC, Crystal Run NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, and Pyramid Walden Company, L.P. to (I) Debtors' Motion for Entry of an Order Authorizing (A) the Sale  of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances; (B) the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing Cure Amounts, and (III) Deadline to Object Thereto [D.I. 618; 4/20/15]

aa) Supplement to Limited Objection of River Park Properties II to Proposed Cure Amounts in the Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [D.I. 623; 4/20/15]

Status:    An order has been entered by the Court approving the Sale.    All Cure/Adequate Assurance objections have been adjourned to May 26, 2015 at 11:00 a.m. (ET).

4.    Request of EdgeCast Networks, Inc. for Allowance and Payment of Administrative Expense Claim [D.I. 530; 3/31/15]

Response/Objection Deadline:          April 20, 2015 at 4:00 p.m. (ET); Extended to May 19, 2015 at 4:00 p.m. (ET) for the Debtors

Related Pleadings:          None.

Objections/Responses Received:          None.

Status:        This matter is continued to May 26, 2015 at 11:00 a.m. (ET).


Dated:  April 23, 2015

                                  */s/ Maris J. Kandestin*
Michael R. Nestor, Esq. (DE Bar No. 3526)
Maris J. Kandestin, Esq. (DE Bar No. 5294)
Travis G. Buchanan, Esq. (DE Bar No. 5595)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email:  mnestor@ycst.com
         mkandestin@ycst.com
         tbuchanan@ycst.com

and

Lee R. Bogdanoff, Esq.
Michael L. Tuchin, Esq.
David M. Guess, Esq.
Jonathan M. Weiss, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN  LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4022
Fax:    (310) 407-9090
Email: lbogdanoff@ktbslaw.com
        mtuchin@ktbslaw.com
        dguess@ktbslaw.com
        jweiss@ktbslaw.com

*Counsel for the Debtors and
Debtors in Possession*