IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEAL123, INC., *et al.*,[1] | ) | Case No. 15-10081 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

Objection Deadline: May 18, 2015 at 4:00 p.m. (ET)
Hearing Date: May 26, 2015 at 11:00 a.m. (ET)

**NOTICE OF FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JANUARY 30, 2015 THROUGH MARCH 31, 2015**

**PLEASE TAKE NOTICE** that on April 27, 2015, Pachulski Stang Ziehl & Jones LLP ("PSZ&J") filed and served the *First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from January 30, 2015 through March 31, 2015* (the "Application") seeking compensation for the reasonable and necessary services rendered as financial advisor to the Official Committee of Unsecured Creditors in the above-captioned matter (the "Committee") in the amount of $612,123.75, and reimbursement for actual and necessary expenses in the amount of $9,242.36 for the period from January 30, 2015 through March 31, 2015.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing, and be filed with the United States Bankruptcy Court for

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 18, 2015 at 4:00 p.m. prevailing Eastern time.**

The Fee Application is submitted pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on February 10, 2105 [Docket No. 279] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following: (a) counsel to the Debtors: (i) Klee, Tuchin, Bogdanoff &Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, Attn: Lee R. Bogdanaff, Esq. and Michael L. Tuchin, Esq.; and (ii) Young Conaway Stargatt &Taylor, LLP 1000 N. King St., Rodney Square, Wilmington, Delaware 19801, Attn; Michael R. Nestor, Esq.; (b) counsel to the Prepetition Lender: Raemex & Braunstein LLP, Times Square Tower, Seven Times Square, New York, New York 10036, Attn: Steven E. Fox, Esq.; (c) counsel to B. Riley: Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer II, Esq. and Adithya Mani, Esq.; (d) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Benjamin Hackman, Esq.; and (e) counsel to the Official Committee of Unsecured Creditors: Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067-4100, Attn: Jeffrey N. Pomerantz, Esq. and Shirley S. Cho, Esq., and 919 N. Market Street, 17th Floor, Wilmington, DE 19899-8705, Attn: Bradford J. Sandler, Esq.

DOCS_DE:198974.3 93583/002

-3-

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801 ON **MAY 26, 2015 AT 11:00 A.M. (PREVAILING EASTERN TIME).**

IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OF HEARING.

Dated: April 27, 2015

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ Peter J. Keane_

Bradford J. Sandler (Bar No. 4142)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   bsandler@pszjlaw.com
         jpomerantz@pszjlaw.com
         pkeane@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

DOCS_DE:198974.3 93583/002