# Exhibit A

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JNP

| | |
|---|---|
| | May 31, 2015 |
| Invoice | 109997 |
| Client | 93583 |
| Matter | 00002 |
| | **JNP** |

RE:  OCC

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  05/31/2015

| | |
|---|---|
| FEES | $31,160.00 |
| EXPENSES | $989.13 |
| **TOTAL CURRENT CHARGES** | $32,149.13 |
| **BALANCE FORWARD** | **$216,088.67** |
| **LAST PAYMENT** | **$130,424.75** |
| **TOTAL BALANCE DUE** | **$117,813.05** |

Pachulski Stang Ziehl & Jones LLP

Wet Seal O.C.C.

93583    00002

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AC | Avoidance Actions | 0.20 | $185.00 |
| AD | Asset Disposition [B130] | 1.60 | $1,375.00 |
| BL | Bankruptcy Litigation [L430] | 3.70 | $2,097.50 |
| CA | Case Administration [B110] | 14.30 | $4,619.50 |
| CO | Claims Admin/Objections[B310] | 1.40 | $878.00 |
| CP | Compensation Prof. [B160] | 6.60 | $3,159.50 |
| CPO | Comp. of Prof./Others | 4.80 | $2,554.00 |
| EC | Executory Contracts [B185] | 1.10 | $423.50 |
| GC | General Creditors Comm. [B150] | 6.80 | $4,435.50 |
| PD | Plan & Disclosure Stmt. [B320] | 11.50 | $9,762.50 |
| TI | Tax Issues [B240] | 1.80 | $1,670.00 |
| | | 53.80 | $31,160.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| AWC | Caine, Andrew W. | Counsel | 925.00 | 0.20 | $185.00 |
| BJS | Sandler, Bradford J. | Partner | 825.00 | 7.70 | $6,352.50 |
| JEO | O'Neill, James E. | Partner | 750.00 | 1.60 | $1,200.00 |
| JHR | Rosell, Jason H. | Associate | 525.00 | 5.20 | $2,730.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 4.10 | $3,669.50 |
| MB | Bove, Maria A. | Counsel | 725.00 | 1.20 | $870.00 |
| MM | Molitor, Monica | Paralegal | 305.00 | 20.00 | $6,100.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 2.90 | $884.50 |
| PJK | Keane, Peter J. | Associate | 525.00 | 1.90 | $997.50 |
| RJF | Feinstein, Robert J. | Partner | 995.00 | 5.80 | $5,771.00 |
| SSC | Cho, Shirley S. | Counsel | 750.00 | 3.20 | $2,400.00 |
| | | | | 53.80 | $31,160.00 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

## Summary of Expenses

| Description | Amount |
|---|---|
| Conference Call [E105] | $122.02 |
| Delivery/Courier Service | $277.28 |
| Federal Express [E108] | $22.03 |
| Pacer - Court Research | $46.80 |
| Postage [E108] | $120.10 |
| Reproduction Expense [E101] | $157.10 |
| Reproduction/ Scan Copy | $243.80 |
| | $989.13 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    4
Invoice 109997
May 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Avoidance Actions** | | | | | | |
| 05/15/2015 | AWC | AC | Emails regarding Project 28 potential preference claim, details, strategy. | 0.20 | 925.00 | $185.00 |
| | | | | 0.20 | | $185.00 |
| **Asset Disposition [B130]** | | | | | | |
| 05/07/2015 | BJS | AD | Review notice of assumption/assignment | 0.10 | 825.00 | $82.50 |
| 05/11/2015 | BJS | AD | Various emails with Counsel re: Project 28 | 0.40 | 825.00 | $330.00 |
| 05/12/2015 | BJS | AD | Various emails with S. Southard re: status | 0.10 | 825.00 | $82.50 |
| 05/14/2015 | BJS | AD | Review assumption notice | 0.10 | 825.00 | $82.50 |
| 05/15/2015 | JNP | AD | Review and respond to email regarding proposed response to Versa regarding request for extension. | 0.10 | 895.00 | $89.50 |
| 05/15/2015 | BJS | AD | Various emails with KTBS/PSZJ regarding Versa | 0.10 | 825.00 | $82.50 |
| 05/18/2015 | JNP | AD | Review and respond to email regarding buyer request for extension of time to allocate purchase price. | 0.10 | 895.00 | $89.50 |
| 05/18/2015 | RJF | AD | Emails regarding purchase price allocation. | 0.10 | 995.00 | $99.50 |
| 05/22/2015 | RJF | AD | Emails regarding auction of Visa/Mastercard claims. | 0.10 | 995.00 | $99.50 |
| 05/28/2015 | BJS | AD | Review Oracle objection | 0.10 | 825.00 | $82.50 |
| 05/28/2015 | BJS | AD | Review Rosenthal stipulation; Various emails with MT regarding same | 0.20 | 825.00 | $165.00 |
| 05/29/2015 | JNP | AD | Review email from M. Tuchin regarding visa mastercard claims and emails regarding same. | 0.10 | 895.00 | $89.50 |
| | | | | 1.60 | | $1,375.00 |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 05/21/2015 | MM | BL | Email exchange with Jason H. Rosell regarding CourtCall registration for 5/26/15 hearing (.1); email to Linda Miazza regarding same (.1) | 0.20 | 305.00 | $61.00 |
| 05/22/2015 | JEO | BL | Review Agenda and binder for hearing. | 0.40 | 750.00 | $300.00 |
| 05/22/2015 | MM | BL | Prepare hearing binder regarding 5/26/15 hearing (.3); refer to James E. O'Neill and prepare clean omnibus fee order (.1) | 0.40 | 305.00 | $122.00 |
| 05/22/2015 | PJK | BL | Review 5/26/15 agenda; emails with PSZJ team regarding same | 0.20 | 525.00 | $105.00 |
| 05/22/2015 | JNP | BL | Email to Bradford J. Sandler regarding hearing coverage. | 0.10 | 895.00 | $89.50 |
| 05/22/2015 | MM | BL | Email exchanges with Bradford J. Sandler, James E. | 0.20 | 305.00 | $61.00 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | O'Neill, and Peter J. Keane regarding 5/26/15 hearing | | | |
| 05/26/2015 | JEO | BL | Prepare for and attend fee/Omnibus Hearing. | 0.80 | 750.00 | $600.00 |
| 05/26/2015 | JEO | BL | Email to Brad and Peter regarding status of hearing. | 0.20 | 750.00 | $150.00 |
| 05/26/2015 | JEO | BL | Email for Shirley S. Cho regarding status of hearing. | 0.20 | 750.00 | $150.00 |
| 05/26/2015 | MM | BL | Obtain and review amended agenda regarding 5/26/15 hearing | 0.10 | 305.00 | $30.50 |
| 05/26/2015 | PJK | BL | Emails with James E. O'Neill regarding 5/26/15 hearing status; discuss with James E. O'Neill | 0.40 | 525.00 | $210.00 |
| 05/26/2015 | MM | BL | Email exchanges with James E. O'Neill and conference with Peter J. Keane regarding CourtCall registration for P. Huygens | 0.20 | 305.00 | $61.00 |
| 05/26/2015 | JHR | BL | Attend 5/26 hearing telephonically | 0.30 | 525.00 | $157.50 |
| | | | | 3.70 | | $2,097.50 |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.2) | 0.40 | 305.00 | $122.00 |
| 05/01/2015 | MM | CA | Email to Kathe F. Finlayson regarding removal deadline extended by USBC order | 0.10 | 305.00 | $30.50 |
| 05/01/2015 | BJS | CA | Various emails with PSZJ regarding UST certification | 0.20 | 825.00 | $165.00 |
| 05/04/2015 | MM | CA | Update dockets and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.70 | 305.00 | $213.50 |
| 05/04/2015 | MM | CA | Coordinate service data updates regarding Lewisville Independent School District | 0.10 | 305.00 | $30.50 |
| 05/05/2015 | MM | CA | Update docket and review (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.40 | 305.00 | $122.00 |
| 05/06/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.60 | 305.00 | $183.00 |
| 05/07/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the | 0.50 | 305.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:      6
Invoice 109997
May 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | | | |
| 05/08/2015 | MM | CA | Update dockets and review (.3); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.7) | 1.10 | 305.00 | $335.50 |
| 05/08/2015 | MM | CA | Return creditor calls regarding filing proofs of claim inquiries and notices received | 0.30 | 305.00 | $91.50 |
| 05/11/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1) | 0.30 | 305.00 | $91.50 |
| 05/12/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.4); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.90 | 305.00 | $274.50 |
| 05/12/2015 | JHR | CA | Review new docket entries | 0.30 | 525.00 | $157.50 |
| 05/13/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 05/14/2015 | MM | CA | Update dockets and review (.1); update critical dates memorandum (.2); email critical dates memo to Peter J. Keane and Shirley S. Cho for review and comment (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.60 | 305.00 | $183.00 |
| 05/18/2015 | MM | CA | Update dockets and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.3); email exchange with Jason H. Rosell regarding bar date information (.2); distribute critical dates memo to PSZJ team (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.3) | 1.20 | 305.00 | $366.00 |
| 05/18/2015 | JHR | CA | Review draft critical dates memorandum | 0.20 | 525.00 | $105.00 |
| 05/19/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up | 0.70 | 305.00 | $213.50 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding same (.2) | | | |
| 05/20/2015 | MM | CA | Update dockets and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 05/20/2015 | MM | CA | Coordinate 2002 service data update regarding PA Department of Labor | 0.10 | 305.00 | $30.50 |
| 05/21/2015 | MM | CA | Update dockets and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 1.00 | 305.00 | $305.00 |
| 05/22/2015 | MM | CA | Update dockets and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.80 | 305.00 | $244.00 |
| 05/22/2015 | JHR | CA | Review new docket entries | 0.20 | 525.00 | $105.00 |
| 05/26/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2) | 0.60 | 305.00 | $183.00 |
| 05/26/2015 | MM | CA | Email exchange with P. Huygens regarding Province telephonic participation at 5/26/15 fee hearing | 0.10 | 305.00 | $30.50 |
| 05/27/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 05/28/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.50 | 305.00 | $152.50 |
| 05/29/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.50 | 305.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    8
Invoice 109997
May 31, 2015

|  |  |  | | 14.30 | $4,619.50 |

### Claims Admin/Objections[B310]

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2015 | BJS | CO | Telephone conference with counsel for High Tech Out regarding claims, case status | 0.30 | 825.00 | $247.50 |
| 05/01/2015 | JHR | CO | Research re: Hi-Tech OS proof of claim | 0.20 | 525.00 | $105.00 |
| 05/05/2015 | JHR | CO | Review Hi-Tech Outsourcing proof of claim | 0.20 | 525.00 | $105.00 |
| 05/07/2015 | BJS | CO | Various emails with PSZJ/Province regarding administrative claims | 0.20 | 825.00 | $165.00 |
| 05/13/2015 | PJK | CO | Emails with Bradford J. Sandler regarding administrative bar date | 0.20 | 525.00 | $105.00 |
| 05/18/2015 | MM | CO | Email exchange with Jason H. Rosell regarding bar date and administrative claims bar date (.1); obtain and review bar date notice (.1) | 0.20 | 305.00 | $61.00 |
| 05/19/2015 | JNP | CO | Review and respond to email regarding settlement with LOC provider. | 0.10 | 895.00 | $89.50 |
|  |  |  |  | 1.40 |  | $878.00 |

### Compensation Prof. [B160]

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/05/2015 | SSC | CP | Attention to outstanding fees. | 0.10 | 750.00 | $75.00 |
| 05/11/2015 | PJK | CP | Review certificate of no objection regarding Province second fee application; review application | 0.20 | 525.00 | $105.00 |
| 05/12/2015 | SSC | CP | Review and revise PSZJ April invoice. | 0.40 | 750.00 | $300.00 |
| 05/12/2015 | PJJ | CP | Draft April fee statement. | 1.10 | 305.00 | $335.50 |
| 05/13/2015 | PJJ | CP | Draft PSZJ April fee statement. | 1.10 | 305.00 | $335.50 |
| 05/18/2015 | MM | CP | Email to Bradford J. Sandler, Jeffrey N. Pomerantz,Shirley S. Cho and Peter J. Keane regarding certificates of no objection regarding second monthly and first quarterly fee applications for PSZJ | 0.10 | 305.00 | $30.50 |
| 05/20/2015 | MM | CP | Prepare certificate of no objection regarding PSZJ second fee application (.2); prepare certificate of no objection regarding PSZJ first quarterly fee application (.2); emails from Bradford J. Sandler and Jeffrey N. Pomerantz regarding certificates of no objection (.1); finalize certificates of no objection and coordinate filing and service regarding same (.2) | 0.70 | 305.00 | $213.50 |
| 05/20/2015 | PJK | CP | Review certificates of no objection regarding Province and PSZJ fee applications; review applications | 0.20 | 525.00 | $105.00 |
| 05/21/2015 | JNP | CP | Review monthly bill. | 0.20 | 895.00 | $179.00 |
| 05/21/2015 | JNP | CP | Review emails regarding fee application status. | 0.10 | 895.00 | $89.50 |
| 05/21/2015 | PJJ | CP | Review quarterly fee application (.1); Email P. | 0.10 | 305.00 | $30.50 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Keane re same (.1). | | | |
| 05/21/2015 | BJS | CP | Various emails with PSZJ regarding fee application | 0.20 | 825.00 | $165.00 |
| 05/21/2015 | PJK | CP | Discuss PSZJ interim fee application issues with Monica Molitor; emails with Pat Jefferies regarding same; revise Certification of Counsel and Order regarding same; emails with Monica Molitor | 0.50 | 525.00 | $262.50 |
| 05/26/2015 | PJJ | CP | Review and revise April fee statement. | 0.60 | 305.00 | $183.00 |
| 05/26/2015 | SSC | CP | Review interim fee order (.2); attention to PSZJ fee payment (.2). | 0.40 | 750.00 | $300.00 |
| 05/26/2015 | SSC | CP | Telephone conference with D. Guess re payment of interim fee applications. | 0.10 | 750.00 | $75.00 |
| 05/26/2015 | SSC | CP | Correspond with P. Huygens re first interim fee order. | 0.10 | 750.00 | $75.00 |
| 05/26/2015 | SSC | CP | Review and revise PSZJ April monthly fee application. | 0.40 | 750.00 | $300.00 |
| | | | | 6.60 | | $3,159.50 |

### Comp. of Prof./Others

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2015 | RJF | CPO | Review Houlihan fee application, calculation of success fee. | 0.30 | 995.00 | $298.50 |
| 05/03/2015 | BJS | CPO | Various emails with Robert J. Feinstein, Jeffrey N. Pomerantz regarding HL fee | 0.10 | 825.00 | $82.50 |
| 05/06/2015 | BJS | CPO | Review Certification of Counsel regarding PWC | 0.10 | 825.00 | $82.50 |
| 05/07/2015 | SSC | CPO | Correspond with Huygens re Province fee application. | 0.10 | 750.00 | $75.00 |
| 05/07/2015 | MM | CPO | Email exchange with Shirley S. Cho regarding certificate of no objection regarding Province second fee application | 0.10 | 305.00 | $30.50 |
| 05/08/2015 | MM | CPO | Confer with Bradford J. Sandler regarding Province second fee application and certificate of no objection regarding same; email to Shirley S. Cho and Peter J. Keane regarding same | 0.10 | 305.00 | $30.50 |
| 05/11/2015 | SSC | CPO | Review Houlihan fee application. | 0.10 | 750.00 | $75.00 |
| 05/11/2015 | SSC | CPO | Review and analysis re Province April fee application. | 0.40 | 750.00 | $300.00 |
| 05/11/2015 | BJS | CPO | Reviewed KT fee app | 0.10 | 825.00 | $82.50 |
| 05/12/2015 | BJS | CPO | Various emails with SC re: Committee fees | 0.20 | 825.00 | $165.00 |
| 05/12/2015 | PJK | CPO | Review Province third fee application | 0.20 | 525.00 | $105.00 |
| 05/14/2015 | MM | CPO | Email exchange with C. Corazza regarding fee application binders and orders regarding 5/26/15 hearing | 0.20 | 305.00 | $61.00 |

Pachulski Stang Ziehl & Jones LLP

Wet Seal O.C.C.

93583    00002

Page:    10

Invoice 109997

May 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/14/2015 | MM | CPO | Email to Bradford J. Sandler, Jeffrey N. Pomerantz, Shirley S. Cho, Peter J. Keane regarding Certification of Counsel and Order regarding Committee fee applications | 0.10 | 305.00 | $30.50 |
| 05/18/2015 | MM | CPO | Email to PSZJ team regarding certificate of no objection regarding Province first quarterly fee application | 0.10 | 305.00 | $30.50 |
| 05/18/2015 | BJS | CPO | Various emails with Shirley S. Cho regarding Province fee application | 0.10 | 825.00 | $82.50 |
| 05/19/2015 | MM | CPO | Prepare certificate of no objection regarding Province first quarterly fee application | 0.20 | 305.00 | $61.00 |
| 05/20/2015 | MM | CPO | Finalize and coordinate filing and service regarding certificate of no objection regarding Province first quarterly fee application | 0.20 | 305.00 | $61.00 |
| 05/20/2015 | MM | CPO | Prepare omnibus fee order regarding Committee professionals | 0.50 | 305.00 | $152.50 |
| 05/20/2015 | MM | CPO | Prepare Certification of Counsel regarding omnibus fee order regarding Committee professionals (.3); email to Peter J. Keane regarding Certification of Counsel and Order regarding Committee professionals fee applications (.1); confer with Peter J. Keane regarding same (.1); email to Bradford J. Sandler, Jeffrey N. Pomerantz, and Shirley S. Cho regarding Certification of Counsel and omnibus order (.1) | 0.60 | 305.00 | $183.00 |
| 05/21/2015 | MM | CPO | Email from Bradford J. Sandler regarding edit to Certification of Counsel regarding omnibus order regarding Committee quarterly fee applications and expense reimbursement application (.1); revise and finalize Certification of Counsel (.2); email to Linda Miazza regarding filing of same (.1) | 0.40 | 305.00 | $122.00 |
| 05/21/2015 | MM | CPO | Email to C. Corazza regarding Committee fee certificates of no objection and Certification of Counsel regarding omnibus order | 0.10 | 305.00 | $30.50 |
| 05/26/2015 | BJS | CPO | Various conferences with James E. O'Neill regarding fee hearing | 0.20 | 825.00 | $165.00 |
| 05/26/2015 | BJS | CPO | Various emails with P. Huggens regarding fee hearing | 0.10 | 825.00 | $82.50 |
| 05/27/2015 | BJS | CPO | Various emails with PSZJ regarding committee expenses | 0.20 | 825.00 | $165.00 |
| | | | | 4.80 | | $2,554.00 |

### Executory Contracts [B185]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/07/2015 | MM | EC | Email exchange with Shirley S. Cho regarding notices of assumption of leases and contracts (.2); | 0.40 | 305.00 | $122.00 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | review notices regarding same (.2) | | | |
| 05/14/2015 | MM | EC | Email exchange with Shirley S. Cho regarding notices of assumption and assignment regarding executory contracts (.2); review same for information regarding affected parties (.1) | 0.30 | 305.00 | $91.50 |
| 05/19/2015 | JHR | EC | Call with creditor re: rejection of contract | 0.20 | 525.00 | $105.00 |
| 05/28/2015 | JHR | EC | Review Oracle objection to notice of assumption and assignment | 0.20 | 525.00 | $105.00 |
| | | | | 1.10 | | $423.50 |

## General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/04/2015 | JHR | GC | Review new pleadings and draft summary memo | 0.80 | 525.00 | $420.00 |
| 05/06/2015 | MM | GC | Call to B. Reyes regarding case status inquiry; left voice mail | 0.10 | 305.00 | $30.50 |
| 05/07/2015 | SSC | GC | Correspond with Committee members re UST certification. | 0.20 | 750.00 | $150.00 |
| 05/08/2015 | MM | GC | Emails to Shirley S. Cho regarding creditor call from J. Johnson and follow up on same | 0.10 | 305.00 | $30.50 |
| 05/09/2015 | JNP | GC | Email to Committee about upcoming call enclosing materials. | 0.20 | 895.00 | $179.00 |
| 05/11/2015 | MM | GC | Email to Shirley S. Cho regarding US Trustee certification | 0.10 | 305.00 | $30.50 |
| 05/11/2015 | JNP | GC | Emails regarding Committee call. | 0.20 | 895.00 | $179.00 |
| 05/12/2015 | MM | GC | Return call to R. Oelke at Orly Shoe Company (.1); email to Bradford J. Sandler, Jeffrey N. Pomerantz, and Shirley S. Cho regarding same (.1) | 0.20 | 305.00 | $61.00 |
| 05/13/2015 | JNP | GC | Participate in Committee call. | 0.50 | 895.00 | $447.50 |
| 05/13/2015 | SSC | GC | Correspond with Committee members re UST certifications. | 0.10 | 750.00 | $75.00 |
| 05/13/2015 | SSC | GC | Review Committee agenda and correspondence to Committee. | 0.20 | 750.00 | $150.00 |
| 05/13/2015 | JHR | GC | Conference call with Committee re: status of case | 0.50 | 525.00 | $262.50 |
| 05/13/2015 | RJF | GC | Telephonic committee meeting. | 0.50 | 995.00 | $497.50 |
| 05/13/2015 | BJS | GC | Committee call | 1.00 | 825.00 | $825.00 |
| 05/15/2015 | JHR | GC | Review Province 5/13 committee presentation | 0.20 | 525.00 | $105.00 |
| 05/18/2015 | MM | GC | Email exchange with Shirley S. Cho regarding Committee certifications for US Trustee | 0.20 | 305.00 | $61.00 |
| 05/18/2015 | MM | GC | Confer with Shirley S. Cho regarding Simon Property certification | 0.20 | 305.00 | $61.00 |
| 05/18/2015 | SSC | GC | Telephone conference with M. Molitor re committee certifications. | 0.10 | 750.00 | $75.00 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/19/2015 | JHR | GC | Draft memo of substantive pleadings | 0.70 | 525.00 | $367.50 |
| 05/19/2015 | JHR | GC | Revise memo to Committee re: pleadings per B. Sandler | 0.10 | 525.00 | $52.50 |
| 05/20/2015 | SSC | GC | Review Committee member certifications. | 0.20 | 750.00 | $150.00 |
| 05/20/2015 | MM | GC | Email to Shirley S. Cho regarding US Trustee's certification regarding Committee members | 0.10 | 305.00 | $30.50 |
| 05/20/2015 | MM | GC | Call to R. Tucker regarding US Trustee certification from all Committee members | 0.10 | 305.00 | $30.50 |
| 05/27/2015 | SSC | GC | Attention to Committee member reimbursement. | 0.10 | 750.00 | $75.00 |
| 05/28/2015 | JNP | GC | Conference with J. Kim regarding status report. | 0.10 | 895.00 | $89.50 |
| | | | | 6.80 | | $4,435.50 |

## Plan & Disclosure Stmt. [B320]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/04/2015 | JNP | PD | Conference with B. Sandler, M. Bove and R. Feinstein re plan. | 0.40 | 895.00 | $358.00 |
| 05/04/2015 | RJF | PD | Review and reply to plan comments. | 0.40 | 995.00 | $398.00 |
| 05/04/2015 | RJF | PD | Telephone conferences with Jeffrey N. Pomerantz, Maria Bove regarding plan revisions. | 0.50 | 995.00 | $497.50 |
| 05/04/2015 | RJF | PD | Transmit plan to debtor. | 0.20 | 995.00 | $199.00 |
| 05/04/2015 | RJF | PD | Telephone conference with Eric Wilson regarding trust agreement. | 0.20 | 995.00 | $199.00 |
| 05/04/2015 | MB | PD | Review R. Feinstein comments re plan; revise plan re same. | 0.20 | 725.00 | $145.00 |
| 05/04/2015 | MB | PD | Conference call with J. Pomerantz, B. Sandler and R. Feinstein re plan comments. | 0.30 | 725.00 | $217.50 |
| 05/04/2015 | MB | PD | Revise plan. | 0.20 | 725.00 | $145.00 |
| 05/04/2015 | MB | PD | Telephone conference with R. Feinstein re plan comments. | 0.10 | 725.00 | $72.50 |
| 05/04/2015 | BJS | PD | Various emails with PSZJ regarding plan issues | 0.30 | 825.00 | $247.50 |
| 05/04/2015 | BJS | PD | Telephone conference with Robert J. Feinstein, Jeffrey N. Pomerantz regarding revised plan, tax issues | 0.30 | 825.00 | $247.50 |
| 05/06/2015 | RJF | PD | Telephone conference and emails Wilson regarding LT agreement. | 0.30 | 995.00 | $298.50 |
| 05/07/2015 | RJF | PD | Review revised Province liquidation analysis and emails regarding same. | 0.30 | 995.00 | $298.50 |
| 05/07/2015 | BJS | PD | Review Province report regarding plan issues | 0.30 | 825.00 | $247.50 |
| 05/08/2015 | BJS | PD | Review revised plan | 0.40 | 825.00 | $330.00 |
| 05/08/2015 | BJS | PD | Various emails with counsel regarding revised plan | 0.30 | 825.00 | $247.50 |

Pachulski Stang Ziehl & Jones LLP

Wet Seal O.C.C.

93583    00002

Page:    13

Invoice 109997

May 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/2015 | MB | PD | Review revised plan and compare to Committee markup. | 0.40 | 725.00 | $290.00 |
| 05/09/2015 | BJS | PD | Various emails with PSZJ/Province regarding report | 0.20 | 825.00 | $165.00 |
| 05/11/2015 | RJF | PD | Emails regarding Versa request for extension. | 0.10 | 995.00 | $99.50 |
| 05/11/2015 | RJF | PD | Telephone conference with Wilson regarding liquidating trust agreement. | 0.30 | 995.00 | $298.50 |
| 05/12/2015 | RJF | PD | Emails regarding trust agreement issues. | 0.20 | 995.00 | $199.00 |
| 05/12/2015 | MM | PD | Email to Kathe F. Finlayson regarding exclusivity extension pending | 0.10 | 305.00 | $30.50 |
| 05/12/2015 | BJS | PD | Reviewed Exclusivity Motion | 0.10 | 825.00 | $82.50 |
| 05/13/2015 | JNP | PD | Conference with Klee, Tuchin, Robert J. Feinstein, and Bradford J. Sandler regarding Plan issues. | 0.40 | 895.00 | $358.00 |
| 05/13/2015 | RJF | PD | Email Wilson, Guess regarding liquidation trust. | 0.10 | 995.00 | $99.50 |
| 05/13/2015 | RJF | PD | Telephone conference with Jeffrey N. Pomerantz, Solomon regarding NOL's. | 0.30 | 995.00 | $298.50 |
| 05/13/2015 | SSC | PD | Review and analysis re Debtors' motion to extend exclusivity periods. | 0.20 | 750.00 | $150.00 |
| 05/19/2015 | JHR | PD | Review draft first amended joint plan | 1.10 | 525.00 | $577.50 |
| 05/20/2015 | RJF | PD | Emails regarding plan status. | 0.10 | 995.00 | $99.50 |
| 05/20/2015 | BJS | PD | Various emails with KTBS/PSZJ regarding plan | 0.20 | 825.00 | $165.00 |
| 05/27/2015 | JNP | PD | Review buyer comments to Plan. | 0.10 | 895.00 | $89.50 |
| 05/27/2015 | BJS | PD | Various emails with PSZJ regarding preferences | 0.10 | 825.00 | $82.50 |
| 05/27/2015 | BJS | PD | Various emails with KTBS regarding plan | 0.20 | 825.00 | $165.00 |
| 05/28/2015 | JNP | PD | Conference with Bradford J. Sandler regarding status of negotiations over plan and call with Versa. | 0.20 | 895.00 | $179.00 |
| 05/28/2015 | RJF | PD | Telephone conference with Bradford J. Sandler regarding Versa redraft of plan. | 0.20 | 995.00 | $199.00 |
| 05/29/2015 | BJS | PD | Telephone conference with P. Huggens regarding plans issues | 0.40 | 825.00 | $330.00 |
| 05/30/2015 | JNP | PD | Conference with Robert J. Feinstein and Bradford J. Sandler regarding Plan and other related issues. | 0.50 | 895.00 | $447.50 |
| 05/30/2015 | RJF | PD | Review Versa markup of draft plan of liquidation. | 0.40 | 995.00 | $398.00 |
| 05/30/2015 | RJF | PD | Call with Jeffrey N. Pomerantz and Bradford J. Sandler regarding plan issues. | 0.40 | 995.00 | $398.00 |
| 05/30/2015 | BJS | PD | Telephone conference with Robert J. Feinstein, Jeffrey N. Pomerantz regarding plan issues | 0.50 | 825.00 | $412.50 |
| | | | | **11.50** | | **$9,762.50** |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    14
Invoice 109997
May 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Tax Issues [B240]** | | | | | | |
| 05/05/2015 | RJF | TI | Emails regarding NOLs. | 0.30 | 995.00 | $298.50 |
| 05/05/2015 | JNP | TI | Brief review of m Solomon tax email. | 0.10 | 895.00 | $89.50 |
| 05/09/2015 | JNP | TI | Email to M.Solomon regarding NOL issues. | 0.10 | 895.00 | $89.50 |
| 05/12/2015 | JNP | TI | Conference with M. Tuchin regarding Plan tax issues and follow up with Robert J. Feinstein regarding same. | 0.20 | 895.00 | $179.00 |
| 05/13/2015 | JNP | TI | Conference with Robert J. Feinstein and M. Solomon regarding tax issues. | 0.20 | 895.00 | $179.00 |
| 05/14/2015 | BJS | TI | Various emails with Jeffrey N. Pomerantz, Robert J. Feinstein regarding NOLs | 0.10 | 825.00 | $82.50 |
| 05/16/2015 | JNP | TI | Regarding email from M. Tuchin and forward to M. Solomon. | 0.10 | 895.00 | $89.50 |
| 05/22/2015 | RJF | TI | Draft email to Tuchin regarding NOL's. | 0.50 | 995.00 | $497.50 |
| 05/27/2015 | BJS | TI | Various emails with PSZJ regarding NOLs | 0.20 | 825.00 | $165.00 |
| | | | | **1.80** | | **$1,670.00** |

**TOTAL SERVICES FOR THIS MATTER:**                              **$31,160.00**

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583     00002

Page:    15
Invoice 109997
May 31, 2015

## Expenses

| Date | Type | Description | Amount |
|---|---|---|---|
| 03/02/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 4.29 |
| 03/02/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 21.07 |
| 03/04/2015 | CC | Conference Call [E105] AT&T Conference Call, BJS | 4.24 |
| 03/04/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 16.03 |
| 03/06/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 19.58 |
| 03/08/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 6.27 |
| 03/08/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 1.64 |
| 03/16/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 19.46 |
| 03/16/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 3.75 |
| 03/17/2015 | CC | Conference Call [E105] AT&T Conference Call, BJS | 1.51 |
| 03/19/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 5.74 |
| 03/24/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 4.88 |
| 04/02/2015 | CC | Conference Call [E105] AT&T Conference Call, RJF | 3.94 |
| 04/29/2015 | CC | Conference Call [E105] AT&T Conference Call,  JNP | 9.62 |
| 05/01/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/01/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/02/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 05/02/2015 | RE2 | SCAN/COPY ( 84 @0.10 PER PG) | 8.40 |
| 05/02/2015 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 05/02/2015 | RE2 | SCAN/COPY ( 84 @0.10 PER PG) | 8.40 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    16
Invoice 109997
May 31, 2015

| | | | |
|---|---|---|---|
| 05/04/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 05/04/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/04/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 05/04/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 05/04/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 05/04/2015 | RE | ( 124 @0.10 PER PG) | 12.40 |
| 05/04/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 05/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/04/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/04/2015 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 05/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/05/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 05/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/05/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/05/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 05/06/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 05/06/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/06/2015 | RE | ( 14 @0.10 PER PG) | 1.40 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

| | | | |
|---|---|---|---|
| 05/07/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 05/07/2015 | RE | ( 47 @0.10 PER PG) | 4.70 |
| 05/07/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/07/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 05/07/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/07/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/08/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/08/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 05/08/2015 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 05/08/2015 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 05/11/2015 | FE | 93583.00002 FedEx Charges for 05-11-15 | 22.03 |
| 05/11/2015 | PO | 93583.00002 :Postage Charges for 05-11-15 | 3.50 |
| 05/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/11/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 05/11/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 05/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/11/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 05/11/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 05/11/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/11/2015 | RE2 | SCAN/COPY ( 77 @0.10 PER PG) | 7.70 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    18
Invoice 109997
May 31, 2015

| | | | |
|---|---|---|---|
| 05/11/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/11/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/11/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/12/2015 | DC | 93583.00002 Digital Legal Charges for 05-12-15 | 10.65 |
| 05/12/2015 | DC | 93583.00002 Digital Legal Charges for 05-12-15 | 13.00 |
| 05/12/2015 | PO | 93583.00002 :Postage Charges for 05-12-15 | 6.00 |
| 05/12/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 05/12/2015 | RE | ( 107 @0.10 PER PG) | 10.70 |
| 05/12/2015 | RE | ( 160 @0.10 PER PG) | 16.00 |
| 05/12/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 05/12/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/12/2015 | RE | ( 35 @0.10 PER PG) | 3.50 |
| 05/12/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/12/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 05/12/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 05/12/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/12/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 05/12/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/12/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/12/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 05/12/2015 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    19
Invoice 109997
May 31, 2015

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 05/12/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 05/13/2015 | DC | 93583.00002 Digital Legal Charges for 05-13-15 | 12.57 |
| 05/13/2015 | DC | 93583.00002 Digital Legal Charges for 05-13-15 | 13.00 |
| 05/13/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/13/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 05/13/2015 | RE | ( 81 @0.10 PER PG) | 8.10 |
| 05/13/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 05/13/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/13/2015 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 05/15/2015 | RE | ( 110 @0.10 PER PG) | 11.00 |
| 05/15/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 05/15/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 05/18/2015 | RE | ( 26 @0.10 PER PG) | 2.60 |
| 05/18/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/18/2015 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 05/18/2015 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 05/18/2015 | RE2 | SCAN/COPY ( 767 @0.10 PER PG) | 76.70 |
| 05/19/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/19/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/19/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 05/19/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

| | | | |
|---|---|---|---|
| 05/19/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 05/19/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 05/19/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/19/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/20/2015 | PO | 93583.00002 :Postage Charges for 05-20-15 | 3.50 |
| 05/20/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 05/20/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/20/2015 | RE | ( 30 @0.10 PER PG) | 3.00 |
| 05/20/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/20/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 05/20/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 05/20/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 05/20/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/20/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/20/2015 | RE2 | SCAN/COPY ( 76 @0.10 PER PG) | 7.60 |
| 05/20/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/20/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/20/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/20/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/20/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 05/20/2015 | RE2 | SCAN/COPY ( 89 @0.10 PER PG) | 8.90 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    21
Invoice 109997
May 31, 2015

| Date | | Description | Amount |
|---|---|---|---|
| 05/20/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/20/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 05/20/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/20/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/20/2015 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 05/20/2015 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 05/20/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/20/2015 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 05/20/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/20/2015 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 05/20/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/21/2015 | DC | 93583.00002 Digital Legal Charges for 05-21-15 | 7.78 |
| 05/21/2015 | DC | 93583.00002 Digital Legal Charges for 05-21-15 | 25.00 |
| 05/21/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/21/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 05/21/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/21/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 05/21/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/21/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/21/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/21/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

| 05/21/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/21/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/21/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/22/2015 | RE | ( 25 @0.10 PER PG) | 2.50 |
| 05/22/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/22/2015 | RE | ( 39 @0.10 PER PG) | 3.90 |
| 05/22/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 05/26/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/26/2015 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 05/26/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 05/26/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 05/26/2015 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 05/26/2015 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 05/26/2015 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 05/26/2015 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 05/27/2015 | PO | 93583.00002 :Postage Charges for 05-27-15 | 107.10 |
| 05/27/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 05/27/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 05/27/2015 | RE | ( 318 @0.10 PER PG) | 31.80 |
| 05/27/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 05/27/2015 | RE | ( 55 @0.10 PER PG) | 5.50 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    23
Invoice 109997
May 31, 2015

| | | | |
|---|---|---|---:|
| 05/27/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/28/2015 | DC | 93583.00002 Digital Legal Charges for 05-28-15 | 7.78 |
| 05/28/2015 | DC | 93583.00002 Digital Legal Charges for 05-28-15 | 187.50 |
| 05/28/2015 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | 7.20 |
| 05/28/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 05/28/2015 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 05/29/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/29/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 05/29/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 05/29/2015 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 05/31/2015 | PAC | Pacer - Court Research | 46.80 |

**Total Expenses for this Matter**                                                    **$989.13**

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    24
Invoice 109997
May 31, 2015

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 05/31/2015

| | |
|---|---|
| Total Fees | $31,160.00 |
| Chargeable costs and disbursements | $989.13 |
| Total Due on Current Invoice...................... | $32,149.13 |

Outstanding Balance from prior Invoices as of 05/31/2015    **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 109712 | 04/30/2015 | $75,226.50 | $10,437.42 | $85,663.92 |

| | |
|---|---|
| **Total Amount Due on Current and Prior Invoices** | $117,813.05 |