# **Exhibit A**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JNP

June 30, 2015
Invoice    110424
Client    93583
Matter    00002
**JNP**

RE:  OCC

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   06/30/2015**

| | |
|---|---|
| FEES | $27,270.50 |
| EXPENSES | $398.48 |
| **TOTAL CURRENT CHARGES** | **$27,668.98** |
| **BALANCE FORWARD** | **$117,813.05** |
| **LAST PAYMENT** | **$70,618.62** |
| **TOTAL BALANCE DUE** | **$74,863.41** |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583      00002

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 6.00 | $4,898.00 |
| BL | Bankruptcy Litigation [L430] | 0.30 | $157.50 |
| CA | Case Administration [B110] | 15.80 | $5,805.00 |
| CO | Claims Admin/Objections[B310] | 0.90 | $555.00 |
| CP | Compensation Prof. [B160] | 5.50 | $2,647.00 |
| CPO | Comp. of Prof./Others | 2.70 | $1,558.50 |
| EC | Executory Contracts [B185] | 0.50 | $204.50 |
| FN | Financing [B230] | 0.70 | $488.00 |
| GC | General Creditors Comm. [B150] | 0.70 | $480.00 |
| HE | Hearing | 1.50 | $699.50 |
| PD | Plan & Disclosure Stmt. [B320] | 11.70 | $9,695.00 |
| SL | Stay Litigation [B140] | 0.10 | $82.50 |
| | | 46.40 | $27,270.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BJS | Sandler, Bradford J. | Partner | 825.00 | 14.60 | $12,045.00 |
| JHR | Rosell, Jason H. | Associate | 525.00 | 4.10 | $2,152.50 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 0.50 | $447.50 |
| MM | Molitor, Monica | Paralegal | 305.00 | 15.90 | $4,849.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 1.50 | $457.50 |
| PJK | Keane, Peter J. | Associate | 525.00 | 2.10 | $1,102.50 |
| RJF | Feinstein, Robert J. | Partner | 995.00 | 1.80 | $1,791.00 |
| SSC | Cho, Shirley S. | Counsel | 750.00 | 5.90 | $4,425.00 |
| | | | | 46.40 | $27,270.50 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

## Summary of Expenses

| Description | Amount |
|---|---|
| Conference Call [E105] | $15.99 |
| Delivery/Courier Service | $66.81 |
| Federal Express [E108] | $12.68 |
| Pacer - Court Research | $37.50 |
| Postage [E108] | $22.30 |
| Reproduction Expense [E101] | $181.90 |
| Reproduction/ Scan Copy | $61.30 |
| | $398.48 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:     4
Invoice 110424
June 30, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 06/03/2015 | MM | AD | Email exchange with Bradford J. Sandler regarding sale order | 0.10 | 305.00 | $30.50 |
| 06/03/2015 | BJS | AD | Various emails with S. Morrison regarding HL, leases | 0.30 | 825.00 | $247.50 |
| 06/03/2015 | BJS | AD | Review Asset Purchase Agreement, sale order regarding plan issues | 0.70 | 825.00 | $577.50 |
| 06/03/2015 | BJS | AD | Telephone conference with J. Minnick regarding lease assumption payments | 0.30 | 825.00 | $247.50 |
| 06/03/2015 | BJS | AD | Review Certification of Counsel regarding contract assumptions | 0.10 | 825.00 | $82.50 |
| 06/04/2015 | BJS | AD | Telephone conference with J. Minnick regarding lease assumption | 0.20 | 825.00 | $165.00 |
| 06/04/2015 | BJS | AD | Various emails with Province regarding GGP | 0.20 | 825.00 | $165.00 |
| 06/05/2015 | BJS | AD | Various emails with Province, B. Langsdorf regarding leases | 0.30 | 825.00 | $247.50 |
| 06/05/2015 | BJS | AD | Various emails with Shirley S. Cho regarding Versa designation extension | 0.40 | 825.00 | $330.00 |
| 06/08/2015 | BJS | AD | Various emails with J. Minnick regarding assumption order | 0.20 | 825.00 | $165.00 |
| 06/16/2015 | BJS | AD | Various emails with D. Guess regarding CIT | 0.20 | 825.00 | $165.00 |
| 06/17/2015 | BJS | AD | Review 9019 motion | 0.10 | 825.00 | $82.50 |
| 06/17/2015 | BJS | AD | Various emails with Province regarding lease rejection | 0.20 | 825.00 | $165.00 |
| 06/19/2015 | BJS | AD | Various emails with J. Minnick regarding GGP | 0.10 | 825.00 | $82.50 |
| 06/20/2015 | BJS | AD | Various emails with Province re-leases | 0.10 | 825.00 | $82.50 |
| 06/21/2015 | BJS | AD | Various emails with J. Minnick regarding GGP | 0.20 | 825.00 | $165.00 |
| 06/22/2015 | BJS | AD | Various emails with J. Minnick regarding GGP | 0.20 | 825.00 | $165.00 |
| 06/22/2015 | BJS | AD | Review objection regarding Glincher | 0.10 | 825.00 | $82.50 |
| 06/22/2015 | BJS | AD | Telephone conference with R. Tucker regarding Versa | 0.40 | 825.00 | $330.00 |
| 06/24/2015 | BJS | AD | Telephone conference with Province regarding administrative claims | 0.40 | 825.00 | $330.00 |
| 06/24/2015 | BJS | AD | Various emails with KTBS regarding administrative claims | 0.30 | 825.00 | $247.50 |
| 06/24/2015 | BJS | AD | Various conferences with Jeffrey N. Pomerantz regarding administrative claims, Versa budget | 0.30 | 825.00 | $247.50 |
| 06/24/2015 | BJS | AD | Various emails with PSZJ regarding designation deadline/budget | 0.40 | 825.00 | $330.00 |

Pachulski Stang Ziehl & Jones LLP                                     Page:    5
Wet Seal O.C.C.                                                       Invoice 110424
93583      00002                                                      June 30, 2015

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/29/2015 | BJS | AD | Telephone conference with R. Tucker regarding designation extension | 0.20 | 825.00 | $165.00 |
| | | | | 6.00 | | $4,898.00 |

## Bankruptcy Litigation [L430]

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/18/2015 | JHR | BL | Review 9019 motion re: CIT LOC | 0.30 | 525.00 | $157.50 |
| | | | | 0.30 | | $157.50 |

## Case Administration [B110]

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.40 | 305.00 | $122.00 |
| 06/01/2015 | MM | CA | Confer with Shirley S. Cho regarding 2019 statement and US Trustee's email regarding same | 0.10 | 305.00 | $30.50 |
| 06/01/2015 | BJS | CA | Various emails with PSZJ regarding committee certifications | 0.20 | 825.00 | $165.00 |
| 06/01/2015 | BJS | CA | Various emails with Jeremy V. Richards regarding memo to committee | 0.10 | 825.00 | $82.50 |
| 06/01/2015 | BJS | CA | Review PSZJ memo to committee | 0.10 | 825.00 | $82.50 |
| 06/01/2015 | JHR | CA | Review new docket entries and draft memorandum re: same | 0.90 | 525.00 | $472.50 |
| 06/02/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1) | 0.50 | 305.00 | $152.50 |
| 06/03/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1) | 0.50 | 305.00 | $152.50 |
| 06/04/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1) | 0.50 | 305.00 | $152.50 |
| 06/04/2015 | JHR | CA | Review new docket entries | 0.10 | 525.00 | $52.50 |
| 06/05/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2) | 0.50 | 305.00 | $152.50 |
| 06/08/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the | 0.40 | 305.00 | $122.00 |

Pachulski Stang Ziehl & Jones LLP                                        Page:      6
Wet Seal O.C.C.                                                         Invoice 110424
93583      00002                                                        June 30, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | appropriate parties (.2); update critical dates memorandum (.1) |  |  |  |
| 06/09/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1) | 0.20 | 305.00 | $61.00 |
| 06/09/2015 | JHR | CA | Review new docket entries | 0.20 | 525.00 | $105.00 |
| 06/10/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.50 | 305.00 | $152.50 |
| 06/10/2015 | BJS | CA | Review critical dates and discuss with Monica Molitor | 0.10 | 825.00 | $82.50 |
| 06/11/2015 | PJK | CA | Review critical dates memo | 0.20 | 525.00 | $105.00 |
| 06/11/2015 | MM | CA | Update dockets and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); email from Peter J. Keane regarding critical dates memo (.1); distribute critical dates memo to PSZJ team (.1);  email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 06/11/2015 | JHR | CA | Review critical dates memorandum | 0.20 | 525.00 | $105.00 |
| 06/12/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.50 | 305.00 | $152.50 |
| 06/15/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1) | 0.40 | 305.00 | $122.00 |
| 06/15/2015 | JHR | CA | Prepare weekly summary of pleadings for Committee | 0.80 | 525.00 | $420.00 |
| 06/16/2015 | MM | CA | Update docket and review (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.30 | 305.00 | $91.50 |
| 06/17/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    7
Invoice 110424
June 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/18/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1) | 0.40 | 305.00 | $122.00 |
| 06/19/2015 | MM | CA | Update docket and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.80 | 305.00 | $244.00 |
| 06/22/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.60 | 305.00 | $183.00 |
| 06/23/2015 | MM | CA | Update dockets and review (2 times) (.2); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.4); email exchange with Peter J. Keane and Shirley S. Cho for review (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.3) | 1.40 | 305.00 | $427.00 |
| 06/23/2015 | MM | CA | Coordinate 2002 service data updates regarding counsel to United Healthcare | 0.10 | 305.00 | $30.50 |
| 06/24/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.60 | 305.00 | $183.00 |
| 06/24/2015 | JHR | CA | Review new docket entries | 0.20 | 525.00 | $105.00 |
| 06/24/2015 | JHR | CA | Review critical dates memorandum | 0.10 | 525.00 | $52.50 |
| 06/25/2015 | MM | CA | Update dockets and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1) | 0.30 | 305.00 | $91.50 |
| 06/26/2015 | MM | CA | Update docket and review (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.40 | 305.00 | $122.00 |
| 06/29/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.60 | 305.00 | $183.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    8

Wet Seal O.C.C.

Invoice 110424

93583    00002

June 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/29/2015 | JHR | CA | Review docket entries and draft pleadings summary | 0.60 | 525.00 | $315.00 |
| 06/30/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.70 | 305.00 | $213.50 |
| | | | | 15.80 | | $5,805.00 |

### Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/02/2015 | SSC | CO | Review Barajas stipulation. | 0.10 | 750.00 | $75.00 |
| 06/05/2015 | JHR | CO | Correspondence with creditors re: status of claims | 0.20 | 525.00 | $105.00 |
| 06/10/2015 | JHR | CO | Correspondence with Donlin Recano re: status of Hi-Tech claim for rejection damages | 0.20 | 525.00 | $105.00 |
| 06/10/2015 | JHR | CO | Correspondence with M. Keener re: liquidation of stock position | 0.20 | 525.00 | $105.00 |
| 06/22/2015 | BJS | CO | Review claim of BNP Paribos (.2); Various emails with P. Tsang regarding same (.1) | 0.20 | 825.00 | $165.00 |
| | | | | 0.90 | | $555.00 |

### Compensation Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/02/2015 | BJS | CP | Various emails with Shirley S. Cho regarding fee applications | 0.10 | 825.00 | $82.50 |
| 06/11/2015 | SSC | CP | Review and revise PSZJ May fee application exhibit. | 0.40 | 750.00 | $300.00 |
| 06/12/2015 | SSC | CP | Attention to PSZJ monthly fee application. | 0.10 | 750.00 | $75.00 |
| 06/15/2015 | PJJ | CP | Prepare May fee statement. | 1.30 | 305.00 | $396.50 |
| 06/15/2015 | SSC | CP | Correspond with P. Keane and M. Molitor re PSZJ third monthly fee application. | 0.10 | 750.00 | $75.00 |
| 06/15/2015 | SSC | CP | Correspond with P. Jeffries re PSZJ third monthly fee application. | 0.10 | 750.00 | $75.00 |
| 06/15/2015 | SSC | CP | Review and revise PSZJ fourth monthly fee application. | 0.30 | 750.00 | $225.00 |
| 06/15/2015 | MM | CP | Email exchange with Shirley S. Cho regarding third PSZJ fee application | 0.10 | 305.00 | $30.50 |
| 06/15/2015 | MM | CP | Prepare notice and certificate of service regarding PSZJ's third monthly fee application (.2); email to Peter J. Keane regarding review and approval regarding same (.1); revise notice per same (.1) | 0.40 | 305.00 | $122.00 |
| 06/15/2015 | MM | CP | Finalize, file and perfect service of PSZJ's third monthly fee application | 0.40 | 305.00 | $122.00 |

Pachulski Stang Ziehl & Jones LLP

Wet Seal O.C.C.

93583    00002

Page:    9

Invoice 110424

June 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/15/2015 | BJS | CP | Review and revise PSZJ fee application | 0.20 | 825.00 | $165.00 |
| 06/15/2015 | PJK | CP | Review PSZJ April fee application; emails with Monica Molitor and Shirley S. Cho regarding same | 0.30 | 525.00 | $157.50 |
| 06/22/2015 | JNP | CP | Review monthly fee statement. | 0.20 | 895.00 | $179.00 |
| 06/22/2015 | PJJ | CP | Prepare May fee statement for filing. | 0.20 | 305.00 | $61.00 |
| 06/22/2015 | SSC | CP | Coordinate filing PSZJ monthly fee application. | 0.10 | 750.00 | $75.00 |
| 06/23/2015 | MM | CP | Email exchange with Shirley S. Cho and Peter J. Keane regarding PSZJ fourth monthly fee application | 0.20 | 305.00 | $61.00 |
| 06/23/2015 | MM | CP | Prepare notice and certificate of service regarding PSZJ fourth fee application (.2); finalize and coordinate filing and service regarding same (.3) | 0.50 | 305.00 | $152.50 |
| 06/23/2015 | PJK | CP | Review PSZJ's May fee application; emails from Shirley S. Cho and Monica Molitor regarding same | 0.20 | 525.00 | $105.00 |
| 06/26/2015 | BJS | CP | Various emails with UST regarding PSZJ fee application | 0.10 | 825.00 | $82.50 |
| 06/26/2015 | PJK | CP | Emails from US Trustee and Bradford J. Sandler regarding PSZJ 3rd fee application | 0.20 | 525.00 | $105.00 |
| | | | | 5.50 | | $2,647.00 |

## Comp. of Prof./Others

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/01/2015 | BJS | CPO | Review Ordinary Course Professional statements | 0.10 | 825.00 | $82.50 |
| 06/02/2015 | SSC | CPO | Telephone conference with P. Huygens re fee application. | 0.10 | 750.00 | $75.00 |
| 06/03/2015 | SSC | CPO | Review and revise Province fee application. | 0.40 | 750.00 | $300.00 |
| 06/03/2015 | MM | CPO | Email exchange with PSZJ team and P. Huygen regarding certificate of no objection regarding Province's third fee application | 0.10 | 305.00 | $30.50 |
| 06/03/2015 | BJS | CPO | Various emails with PSZJ regarding professional fees | 0.20 | 825.00 | $165.00 |
| 06/04/2015 | MM | CPO | Prepare notice and finalize Province's fourth monthly fee application (.3); review emails from Shirley S. Cho regarding same (.1); finalize and coordinate filing and service regarding same (.2) | 0.60 | 305.00 | $183.00 |
| 06/04/2015 | MM | CPO | Prepare certificate of no objection regarding Province's third fee application (.2); finalize and coordinate filing and service regarding same (.3) | 0.50 | 305.00 | $152.50 |
| 06/04/2015 | BJS | CPO | Review Province fee application | 0.10 | 825.00 | $82.50 |
| 06/04/2015 | BJS | CPO | Review PH fee application | 0.10 | 825.00 | $82.50 |
| 06/05/2015 | SSC | CPO | Review Donlin Recano April invoice. | 0.10 | 750.00 | $75.00 |
| 06/08/2015 | BJS | CPO | Various emails with counsel regarding HL order | 0.10 | 825.00 | $82.50 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583      00002

Page:    10
Invoice 110424
June 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/08/2015 | BJS | CPO | Various emails with Province/B. Langsdorf regarding HL fee | 0.10 | 825.00 | $82.50 |
| 06/10/2015 | BJS | CPO | Review PWC fee application | 0.10 | 825.00 | $82.50 |
| 06/13/2015 | BJS | CPO | Review DR fee application | 0.10 | 825.00 | $82.50 |
| | | | | 2.70 | | $1,558.50 |

**Executory Contracts [B185]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/02/2015 | BJS | EC | Review Certification of Counsel regarding rejected contracts | 0.10 | 825.00 | $82.50 |
| 06/03/2015 | MM | EC | Email exchange with Shirley S. Cho regarding second omnibus notice of assumption and assignment of executory contracts (.1); review notice regarding same (.1) | 0.20 | 305.00 | $61.00 |
| 06/30/2015 | MM | EC | Review sixth omnibus notice of assumption and assignment of leases (.1); email to Shirley S. Cho, Bradford J. Sandler, and Peter J. Keane regarding same (.1) | 0.20 | 305.00 | $61.00 |
| | | | | 0.50 | | $204.50 |

**Financing [B230]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/04/2015 | MM | FN | Email exchange with Bradford J. Sandler regarding Versa DIP order | 0.10 | 305.00 | $30.50 |
| 06/05/2015 | SSC | FN | Analysis re outstanding fees owing for budget purposes. | 0.10 | 750.00 | $75.00 |
| 06/22/2015 | BJS | FN | Review Reimer invoice; Review Womble invoice regarding Bank of America | 0.10 | 825.00 | $82.50 |
| 06/23/2015 | SSC | FN | Attention to PSZJ fee budget. | 0.10 | 750.00 | $75.00 |
| 06/23/2015 | SSC | FN | Telephone conference with Sandler re PSZJ fee budget. | 0.10 | 750.00 | $75.00 |
| 06/23/2015 | SSC | FN | Telephone conference with S. Morrison, Province re PSZJ fee budget. | 0.10 | 750.00 | $75.00 |
| 06/24/2015 | SSC | FN | Correspond with S. Morrison re DIP budget and professional fees. | 0.10 | 750.00 | $75.00 |
| | | | | 0.70 | | $488.00 |

**General Creditors Comm. [B150]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/01/2015 | SSC | GC | Telephone conference with M. Molitor re Committee certifications. | 0.10 | 750.00 | $75.00 |
| 06/01/2015 | SSC | GC | Correspond with UST re Committee certifications. | 0.20 | 750.00 | $150.00 |
| 06/01/2015 | SSC | GC | Telephone conference with M. Molitor re UST letter and calendaring deadlines. | 0.10 | 750.00 | $75.00 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    11
Invoice 110424
June 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2015 | PJK | GC | Emails with Shirley S. Cho and Monica Molitor regarding Committee certifications | 0.20 | 525.00 | $105.00 |
| 06/22/2015 | SSC | GC | Telephone conference with creditor counsel S. Tius, Windward Mall re status of case. | 0.10 | 750.00 | $75.00 |
| | | | | 0.70 | | $480.00 |

### Hearing

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/19/2015 | MM | HE | Obtain and review 6/23/15 hearing agenda (.2); email to Bradford J. Sandler regarding same (.1) | 0.30 | 305.00 | $91.50 |
| 06/19/2015 | MM | HE | Email exchange with Bradford J. Sandler and Peter J. Keane regarding coverage and materials for 6/23/15 hearing | 0.10 | 305.00 | $30.50 |
| 06/19/2015 | PJK | HE | Emails with Bradford J. Sandler and M. Molitor regarding 6/23 hearing | 0.20 | 525.00 | $105.00 |
| 06/21/2015 | JHR | HE | Review 6/23 hearing agenda | 0.10 | 525.00 | $52.50 |
| 06/23/2015 | PJK | HE | Review pleadings and agenda for 6/23/15 hearing | 0.30 | 525.00 | $157.50 |
| 06/23/2015 | PJK | HE | Attend hearing | 0.50 | 525.00 | $262.50 |
| | | | | 1.50 | | $699.50 |

### Plan & Disclosure Stmt. [B320]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/01/2015 | RJF | PD | Internal emails regarding plan issues. | 0.20 | 995.00 | $199.00 |
| 06/01/2015 | BJS | PD | Various emails with Jeffrey N. Pomerantz, Robert J. Feinstein regarding plan | 0.20 | 825.00 | $165.00 |
| 06/01/2015 | BJS | PD | Various emails with S. Morrison regarding administrative claims, Versa, HL fees | 0.10 | 825.00 | $82.50 |
| 06/02/2015 | MM | PD | Email to Kathe F. Finlayson regarding exclusivity extension granted | 0.10 | 305.00 | $30.50 |
| 06/02/2015 | BJS | PD | Various emails with S. Morrison regarding wind down | 0.40 | 825.00 | $330.00 |
| 06/02/2015 | BJS | PD | Various emails with M. Tuchin regarding plan | 0.10 | 825.00 | $82.50 |
| 06/04/2015 | BJS | PD | Telephone conference with N. Peterson regarding plan issues | 0.30 | 825.00 | $247.50 |
| 06/04/2015 | BJS | PD | Telephone conference with Robert J. Feinstein regarding plan issues | 0.20 | 825.00 | $165.00 |
| 06/04/2015 | BJS | PD | Review DIP (Versa) order regarding plan | 0.30 | 825.00 | $247.50 |
| 06/04/2015 | BJS | PD | Review GT's changes to plan | 0.40 | 825.00 | $330.00 |
| 06/05/2015 | RJF | PD | Telephone conference with Bradford J. Sandler regarding his plan discussion with Versa's counsel. | 0.30 | 995.00 | $298.50 |
| 06/10/2015 | BJS | PD | Telephone conference with Jeffrey N. Pomerantz regarding plan discussions | 0.20 | 825.00 | $165.00 |

Pachulski Stang Ziehl & Jones LLP

Wet Seal O.C.C.

93583    00002

Page:   12

Invoice 110424

June 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/10/2015 | BJS | PD | Telephone conference with Robert J. Feinstein regarding revised plan | 0.10 | 825.00 | $82.50 |
| 06/15/2015 | SSC | PD | Telephone conference with M. Page re liquidation trust. | 0.20 | 750.00 | $150.00 |
| 06/15/2015 | SSC | PD | Review plan re trust provisions. | 0.30 | 750.00 | $225.00 |
| 06/15/2015 | SSC | PD | Review and revise liquidating trust agreement. | 0.60 | 750.00 | $450.00 |
| 06/15/2015 | BJS | PD | Various emails with M. Page regarding trust | 0.10 | 825.00 | $82.50 |
| 06/17/2015 | SSC | PD | Review and analysis of plan. | 0.50 | 750.00 | $375.00 |
| 06/17/2015 | SSC | PD | Review and revise liquidating trust agreement. | 1.50 | 750.00 | $1,125.00 |
| 06/17/2015 | BJS | PD | Various emails with Shirley S. Cho regarding plan issues | 0.40 | 825.00 | $330.00 |
| 06/17/2015 | BJS | PD | Review and revise LTA | 0.40 | 825.00 | $330.00 |
| 06/17/2015 | BJS | PD | Various emails with Shirley S. Cho regarding LTA | 0.10 | 825.00 | $82.50 |
| 06/18/2015 | BJS | PD | Various emails with Province regarding administrative expenses | 0.30 | 825.00 | $247.50 |
| 06/22/2015 | RJF | PD | Emails Bradford J. Sandler regarding status. | 0.20 | 995.00 | $199.00 |
| 06/22/2015 | BJS | PD | Review and revise plan | 0.80 | 825.00 | $660.00 |
| 06/22/2015 | BJS | PD | Various emails with N. Peterman regarding plan | 0.20 | 825.00 | $165.00 |
| 06/22/2015 | BJS | PD | Various emails with M. Tuchin regarding plan | 0.10 | 825.00 | $82.50 |
| 06/22/2015 | BJS | PD | Various emails with Robert J. Feinstein, Jeffrey N. Pomerantz regarding plan | 0.20 | 825.00 | $165.00 |
| 06/23/2015 | RJF | PD | Emails Tuchin, Bradford J. Sandler regarding plan issues. | 0.20 | 995.00 | $199.00 |
| 06/23/2015 | RJF | PD | Telephone conference with Bradford J. Sandler regarding plan issues. | 0.20 | 995.00 | $199.00 |
| 06/23/2015 | BJS | PD | Telephone conference with Robert J. Feinstein regarding plan issues | 0.20 | 825.00 | $165.00 |
| 06/23/2015 | BJS | PD | Various emails with N. Peterman regarding plan | 0.20 | 825.00 | $165.00 |
| 06/23/2015 | BJS | PD | Various emails with KTBS/PSZJ regarding plan | 0.30 | 825.00 | $247.50 |
| 06/24/2015 | JNP | PD | Review emails regarding Versa funding; Conference with Robert J. Feinstein and Bradford J. Sandler regarding same. | 0.30 | 895.00 | $268.50 |
| 06/24/2015 | RJF | PD | Emails debtors' counsel regarding Versa funding. | 0.30 | 995.00 | $298.50 |
| 06/25/2015 | RJF | PD | Telephone conference with Bradford J. Sandler regarding plan issue. | 0.20 | 995.00 | $199.00 |
| 06/25/2015 | RJF | PD | Call with Bradford J. Sandler and debtors' counsel regarding plan. | 0.20 | 995.00 | $199.00 |
| 06/25/2015 | BJS | PD | Various emails with N. Peterman regarding plan | 0.20 | 825.00 | $165.00 |
| 06/29/2015 | BJS | PD | Various emails with D. Guess regarding designation | 0.20 | 825.00 | $165.00 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | extension | | | |
| 06/29/2015 | BJS | PD | Various conferences with Robert J. Feinstein regarding designation extension | 0.20 | 825.00 | $165.00 |
| 06/30/2015 | BJS | PD | Various emails with S. Tarr regarding status | 0.20 | 825.00 | $165.00 |
| | | | | 11.70 | | $9,695.00 |

### Stay Litigation [B140]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/02/2015 | BJS | SL | Review Certification of Counsel regarding stay relief | 0.10 | 825.00 | $82.50 |
| | | | | 0.10 | | $82.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                        $27,270.50

Pachulski Stang Ziehl & Jones LLP                          Page:    14
Wet Seal O.C.C.                                            Invoice 110424
93583    00002                                            June 30, 2015

## **Expenses**

| Date | | Description | Amount |
|------|------|-------------|--------|
| 05/04/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 1.65 |
| 05/13/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 10.04 |
| 05/13/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 0.04 |
| 05/27/2015 | FE | 93583.00002 FedEx Charges for 05-27-15 | 12.68 |
| 05/30/2015 | CC | Conference Call [E105] AT&T Conference Call, BJS | 4.26 |
| 06/02/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/02/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 06/02/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/02/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 06/02/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 06/02/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 06/02/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 06/03/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/03/2015 | RE | ( 25 @0.10 PER PG) | 2.50 |
| 06/03/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 06/03/2015 | RE | ( 51 @0.10 PER PG) | 5.10 |
| 06/03/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/03/2015 | RE | ( 42 @0.10 PER PG) | 4.20 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/03/2015 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 06/04/2015 | PO | 93583.00002 :Postage Charges for 06-04-15 | 6.00 |
| 06/04/2015 | RE | ( 54 @0.10 PER PG) | 5.40 |
| 06/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/04/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/04/2015 | RE | ( 30 @0.10 PER PG) | 3.00 |
| 06/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/04/2015 | RE | ( 140 @0.10 PER PG) | 14.00 |
| 06/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/04/2015 | RE | ( 34 @0.10 PER PG) | 3.40 |
| 06/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2015 | DC | 93583.00002 Digital Legal Charges for 06-05-15 | 10.65 |
| 06/05/2015 | DC | 93583.00002 Digital Legal Charges for 06-05-15 | 13.00 |
| 06/05/2015 | RE | ( 45 @0.10 PER PG) | 4.50 |
| 06/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

| | | | |
|---|---|---|---|
| 06/05/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 06/08/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 06/08/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 06/08/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/08/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 06/08/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/08/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 06/10/2015 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 06/11/2015 | RE | ( 70 @0.10 PER PG) | 7.00 |
| 06/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2015 | RE | ( 109 @0.10 PER PG) | 10.90 |
| 06/12/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 06/12/2015 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 06/12/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 06/12/2015 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 06/12/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 06/15/2015 | PO | 93583.00002 :Postage Charges for 06-15-15 | 8.80 |
| 06/15/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 06/15/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/15/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583      00002

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 06/15/2015 | RE | ( 275 @0.10 PER PG) | 27.50 |
| 06/15/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/15/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 06/15/2015 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 06/15/2015 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 06/15/2015 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/15/2015 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 06/16/2015 | DC | 93583.00002 Digital Legal Charges for 06-16-15 | 7.78 |
| 06/16/2015 | DC | 93583.00002 Digital Legal Charges for 06-16-15 | 13.00 |
| 06/17/2015 | RE | ( 95 @0.10 PER PG) | 9.50 |
| 06/18/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 06/18/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 06/19/2015 | RE | ( 77 @0.10 PER PG) | 7.70 |
| 06/19/2015 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/22/2015 | RE | ( 27 @0.10 PER PG) | 2.70 |
| 06/22/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/23/2015 | PO | 93583.00002 :Postage Charges for 06-23-15 | 7.50 |
| 06/23/2015 | RE | ( 92 @0.10 PER PG) | 9.20 |
| 06/23/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    18
Invoice 110424
June 30, 2015

| | | | |
|---|---|---|---|
| 06/23/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 06/23/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/23/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/23/2015 | RE | ( 220 @0.10 PER PG) | 22.00 |
| 06/23/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/23/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 06/23/2015 | RE | ( 21 @0.10 PER PG) | 2.10 |
| 06/23/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/23/2015 | RE | ( 42 @0.10 PER PG) | 4.20 |
| 06/23/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 06/23/2015 | RE | ( 25 @0.10 PER PG) | 2.50 |
| 06/23/2015 | RE | ( 47 @0.10 PER PG) | 4.70 |
| 06/24/2015 | DC | 93583.00002 Digital Legal Charges for 06-24-15 | 9.38 |
| 06/24/2015 | DC | 93583.00002 Digital Legal Charges for 06-24-15 | 13.00 |
| 06/24/2015 | RE | ( 32 @0.10 PER PG) | 3.20 |
| 06/24/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/29/2015 | RE | ( 13 @0.10 PER PG) | 1.30 |
| 06/29/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/29/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 06/29/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    19
Invoice 110424
June 30, 2015

| | | | |
|---|---|---|---:|
| 06/29/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 06/29/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 06/30/2015 | PAC | Pacer - Court Research | 37.50 |
| 06/30/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/30/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/30/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/30/2015 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 06/30/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 06/30/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/30/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 06/30/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/30/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 06/30/2015 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |

**Total Expenses for this Matter**                    **$398.48**

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583     00002

Page:    20
Invoice 110424
June 30, 2015

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 06/30/2015

| | |
|---|---|
| Total Fees | $27,270.50 |
| Chargeable costs and disbursements | $398.48 |
| Total Due on Current Invoice..................... | $27,668.98 |

Outstanding Balance from prior Invoices as of 06/30/2015     **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 109712 | 04/30/2015 | $75,226.50 | $10,437.42 | $15,045.30 |
| 109997 | 05/31/2015 | $31,160.00 | $989.13 | $32,149.13 |

**Total Amount Due on Current and Prior Invoices**                                    $74,863.41