**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>SEAL123, INC., *et al.*,[1]<br>　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered) |

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT FOR FIRST AMENDED JOINT PLAN OF LIQUIDATION OF SEAL123, INC. AND SUBSIDIARY DEBTORS AND THEIR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

　　　　1.　　Plan and Disclosure Statement. On August 10, 2015, the above-captioned debtors (the "Debtors") filed the *First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* [Docket No. 911] (as it may be amended, supplemented or modified from time to time pursuant to the terms thereof, the "Plan") and the related *Disclosure Statement for the First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* [Docket No. 912] (as it may be amended, supplemented or modified from time to time, the "Disclosure Statement"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

　　　　2.　　Summary of Plan. The Plan is a liquidation plan. The Plan provides for the creation of a Liquidation Trust that will administer and liquidate all remaining property of the Debtors after the payment of certain fees and expenses. The Plan also provides for Distributions to certain Holders of Secured Claims, Administrative Claims, Professional Fee Claims, Priority Claims, and General Unsecured Claims, and for the funding of the Liquidation Trust. Finally, the Plan provides for the cancellation of all Equity Interests in the Debtors, the dissolution and wind-up of the affairs of the Debtors, and the transfer of any remaining Assets of the Debtors' Estates to the Liquidation Trust. Under the Plan and pursuant to a Global Plan Settlement, for purposes of voting and distribution in connection with the Plan, the Debtors will be substantively consolidated, meaning that all of the Assets and liabilities of the Debtors will be deemed to be the Assets and liabilities of a single entity.

　　　　3.　　Disclosure Statement Hearing. A hearing (the "Disclosure Statement Hearing") will be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in Courtroom 6 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 on **September 11, 2015 at 11:00 a.m. (prevailing Eastern Time)** to consider the entry of an order (i) approving the disclosure statement and finding, among other things, that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and (ii) setting certain dates and deadlines relating to voting on the Plan and confirmation of the Plan.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265); Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604); and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

4.      Copies of Plan and Disclosure Statement.  Copies of the Plan and Disclosure Statement are available for review under the "Plan and Disclosure Statement" tab by accessing https://www.donlinrecano.com/Clients/wsi/Index. Copies of the Plan and Disclosure Statement are also available upon written request via first class mail to Donlin, Recano & Company, Inc., Re: Seal123, Inc., *et al.*, P.O Box 899, Madison Square Station, New York, NY 10010. The Plan and Disclosure Statement can also be requested by email to balloting@donlinrecano.com with Seal123 noted in the subject line.

5.      Objections to Disclosure Statement.  Responses and objections, if any, to the approval of the Disclosure Statement, or the other relief sought by the Debtors in connection with approval of the Disclosure Statement, must (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection or response and include proposed language to be inserted in the Disclosure Statement to resolve any such objection or response; and (d) be filed with the Bankruptcy Court and served on the following parties so as to be actually received **before 4:00 p.m. (prevailing Eastern Time) on September 4, 2015**: (i) counsel to the Debtors, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067 (Attn: Michael L. Tuchin, Esq. and Lee R. Bogdanoff, Esq.; Email: mtuchin@ktbslaw.com and lbogdanoff@ktbslaw.com); and Young Conaway Stargatt & Taylor, LLP, 1000 N. King St., Rodney Square, Wilmington, Delaware 19801 (Attn: Michael R. Nestor, Esq.; Email: mnestor@ycst.com); (ii) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067 (Attn: Jeffrey N. Pomerantz, Esq. and Shirley S. Cho, Esq.; Email: jpomerantz@pszjlaw.com and scho@pszjlaw.com); 780 Third Ave., 34th Floor, New York, NY 10017 (Attn: Robert J. Feinstein, Esq.; Email: rfeinstein@pszjlaw.com); and 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Bradford J. Sandler, Esq.; Email: bsandler@pszjlaw.com); (iii) counsel to Mador Lending, LLC, Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman, Esq.; Email: petermann@gtlaw.com) and Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801 (Attn: Domenic E. Pacitti, Esq.; Email: dpacitti@klehr.com); and (iv) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.; Email: benjamin.a.hackman@usdoj.gov).

6.      **THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN.  VOTES ON THE PLAN WILL BE SOLICITED IF AND WHEN THE BANKRUPTCY COURT APPROVES A DISCLOSURE STATEMENT.**

7.      Continuance of Disclosure Statement Hearing.  The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing.

Dated:  August 10, 2015
*/s/ Travis G. Buchanan*

| | |
|---|---|
| Michael R. Nestor, Esq. (DE Bar No. 3526) | Lee R. Bogdanoff, Esq. |
| Travis G. Buchanan, Esq. (DE Bar No. 5595) | Michael L. Tuchin, Esq. |
| Young Conaway Stargatt & Taylor, LLP | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| Rodney Square | 1999 Avenue of the Stars, 39th Floor |
| 1000 North King Street | Los Angeles, CA 90067 |
| Wilmington, Delaware 19801 | Tel:     (310) 407-4022 |
| Tel:     (302) 571-6600 | Fax:    (310) 407-9090 |
| Fax:    (302) 571-1253 | Email:  lbogdanoff@ktbslaw.com |
| Email:  mnestor@ycst.com             tbuchanan@ycst.com | mtuchin@ktbslaw.com |