**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEAL123, INC., *et al.*,[1] | ) Case No. 15-10081 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 355** |

**NOTICE OF FILING OF REVISED PROPOSED ORDER APPROVING THE
DISCLOSURE STATEMENT AND RELATED SOLICITATION PROCEDURES**

**PLEASE TAKE NOTICE** that, on February 25, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Procedures and Deadlines Concerning Executory Contracts and Unexpired Leases, (V) Approving Solicitation Packages and Procedures and Deadlines for Soliciting, Receiving and Tabulating Votes on the Plan, and (VI) Approving the Forms of Ballots and Notice to Non-Voting Plan Classes* [Docket No. 355] (the "Disclosure Statement Motion"). Attached thereto as Exhibit A was a proposed order granting the relief requested by the Disclosure Statement Motion (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised proposed order granting the relief requested in the Disclosure Statement Motion (the "Revised Proposed Order"). For the convenience of the Court and all parties in interest,

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

01:17487023.1

attached hereto as **Exhibit 2** is a blackline reflecting all changes made to the Proposed Order.

**PLEASE TAKE FURTHER NOTICE THAT** that the Debtors intend to present the Revised Proposed Order at the hearing scheduled for September 11, 2015, at 11:00 a.m. (ET).

Dated: August 11, 2015

/s/ Travis G. Buchanan
Michael R. Nestor, Esq. (DE Bar No. 3526)
Margaret Whiteman Greecher, Esq. (DE Bar No. 4652)
Travis G. Buchanan, Esq. (DE Bar No. 5595)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: mnestor@ycst.com
          mgreecher@ycst.com
          tbuchanan@ycst.com

and

Lee R. Bogdanoff, Esq.
Michael L. Tuchin, Esq.
David M. Guess, Esq.
Jonathan M. Weiss, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4022
Fax:   (310) 407-9090
Email: lbogdanoff@ktbslaw.com
          mtuchin@ktbslaw.com
          dguess@ktbslaw.com
          jweiss@ktbslaw.com

*Counsel for the Debtors and Debtors in Possession*