IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEAL123, INC., *et al.*,[1] | ) | Case No. 15-10081 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**Objection Deadline: September 4, 2015 at 4:00 p.m. (ET)**
**Hearing Date: September 11, 2015 at 11:00 a.m. (ET)**

**SECOND QUARTERLY APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
THE PERIOD FROM APRIL 1, 2015 THROUGH JUNE 30, 2015**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Effective as of January 30, 2015 by order signed on or about March 16, 2015 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2015 through June 30, 2015[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $133,657.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $11,825.03 |

This is a:     _ monthly    x  interim    _ final application.

The total time expended for preparation of this quarterly fee application was approximately 2.0 hours and the corresponding compensation requested is approximately $2,500.00.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.
[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 06/15/15 | April 1 2015 - April 30, 2015 | $75,226.50 | $10,437.42 | $75,226.50 | $10,437.42 |
| 06/23/15 | May 1, 2015 - May 31 2015 | $31,160.00 | $989.13 | $31,160.00 | $989.13 |
| 07/28/15 | June 1, 2015 - June 31, 2015 | $27,270.50 | $398.48 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew W. Caine | Of Counsel 2013 [Former Partner 1989]; Member of the CA Bar since 1984 | $925.00 | 3.40 | $3,145.00 |
| Beatrice M. Koveleski | Law Clerk/Clerk 2009 | $225.00 | 0.10 | $22.50 |
| Bradford J. Sandler | Partner 2010; Member of the DE Bar since 2001; Member of the PA Bar since 1996; Member of the NJ Bar since 1996; and Member of the NY Bar since 2008 | $825.00 | 39.50 | $32,587.50 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $750.00 | 1.60 | $1,200.00 |
| Jason H. Rosell | Associate 2010; Member of CA Bar since 2010; Member of NY Bar since 2011 | $525.00 | 15.30 | $8,032.50 |
| Jeffrey N. Pomerantz | Partner 1995; Member of CA Bar since 1989 | $895.00 | 17.00 | $15,215.00 |
| Karen S. Neil | Law Clerk/Clerk | $225.00 | 0.80 | $180.00 |
| Margaret L. McGee | Paralegal 2000 | $305.00 | 1.00 | $305.00 |
| Maria A. Bove | Of Counsel 2001; Member of NY Bar since 2001 | $725.00 | 18.50 | $13,412.50 |
| Monica Molitor | Paralegal 2009 | $305.00 | 56.50 | $17,232.50 |
| Patricia Jeffries | Paralegal 1999 | $305.00 | 9.20 | $2,806.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Peter J. Keane | Associate 2010; Member of DE Bar since 2010; Member of NH Bar since 2010; Member of PA Bar since 2008 | $525.00 | 8.30 | $4,357.50 |
| Richard M. Pachulski | Partner 1983; Member of CA Bar since 1979 | $1,095.00 | 2.10 | $2,299.50 |
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982; Member MA Bar since 1982 | $995.00 | 21.20 | $21,094 |
| Robert J. Feinstein | Travel time billed at ½ rate | $497.50 | 3.00 | $1,492.50 |
| Shirley S. Cho | Of Counsel 2009; Member of CA Bar since 1997; Member of NY Bar since 2002 | $750.00 | 13.70 | $10,275.00 |

**Grand Total:** $133,657.00
**Total Hours:** 211.20
**Blended Rate:** $632.84

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis/Recovery | 2.2 | $1,965.00 |
| Asset Disposition | 12.5 | $10,391.50 |
| Avoidance Actions | 1.9 | $1,757.50 |
| Bankruptcy Litigation | 5.2 | $2,871.00 |
| Case Administration | 47.7 | $16,754.50 |
| Claims Administration/Objections | 3.9 | $2,761.00 |
| Compensation of Professionals | 20.9 | $10,013.00 |
| Compensation of Professionals/Others | 22.7 | $13,064.50 |
| Executory Contracts | 3.7 | $1,546.50 |
| Financial Filings | 0.4 | $210.00 |
| Financing | 0.7 | $488.00 |
| General Creditors' Committee | 12.7 | $8,737.50 |
| Hearing | 1.5 | $699.50 |
| Meeting of Creditors | 1.2 | $660.00 |
| Operations | 0.5 | $405.00 |
| Plan and Disclosure Statement | 68.6 | $58,087.50 |
| Stay Litigation | 0.1 | $82.50 |
| Tax Issues | 1.8 | $1,670.00 |
| Travel (Non-working billed at ½ rate) | 3 | $1,492.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | American; US Airways (Coach) | $5,490.20 |
| Auto Travel Expense | Uber / Music Exp. East / Taxi / Integrated Trans. / King Trans. | $1,064.51 |
| Conference Call | AT&T | $163.23 |
| Delivery/Courier Service | Digital Legal/TriState | $755.71 |
| FedEx | | $34.71 |
| Hotel Expense | Hyatt | $1,914.47 |
| Pacer – Court Research | | $123.70 |

---

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Postage | | $220.50 |
| Reproduction Expense | | $913.40 |
| Reproduction/ Scan Copy | | $943.30 |
| Transcript | Reliable, Inc. | $51.30 |
| Travel Expense | Ovation Travel Services | $150.00 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEAL123, INC., *et al.*,[1] | ) | Case No. 15-10081 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**Objection Deadline: September 4, 2015 at 4:00 p.m. (ET)**
**Hearing Date: September 11, 2015 at 11:00 a.m. (ET)**

**SECOND QUARTERLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
THE PERIOD FROM APRIL 1, 2015 THROUGH JUNE 30, 2015**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, signed on or about February 9, 2015 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its *Second Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from April 1, 2015 through June 30, 2015* (the "Application").

By this Application PSZ&J seeks a quarterly interim allowance of compensation in the amount of $133,657.00 and actual and necessary expenses in the amount of $11,825.03 for a total allowance of $145,482.03 and payment of the unpaid portion of such fees and expenses

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

for the period April 1, 2015 through June 30, 2015 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

## Background

1. On January 15, 2015 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession of their property and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On January 30, 2015, the United States Trustee for Region 3 appointed the Committee to represent the interests of all unsecured creditors in this Case pursuant to section 1102 of the Bankruptcy Code.

4. On or about February 9, 2015, the Court signed the Administrative Order, authorizing certain professionals and members of any official committee ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending March 31, 2015, and at three-month

intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

5. The retention of PSZ&J, as counsel to the Committee, was approved effective as of January 30, 2015 by this Court's Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of January 30, 2015, signed on or about March 16, 2015 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Monthly Fee Applications Covered Herein

6. The Monthly Fee Applications for the periods April 1, 2015 through June 30, 2015 of PSZ&J have been filed and served pursuant to the Administrative Order.

7. On June 15, 2015, PSZ&J filed its *Third Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from April 1, 2015 through April 30, 2015* ("Third Monthly Fee Application") requesting $75,226.50 in fees and $10,437.42 in expenses. A true and correct copy of the Third Monthly Fee Application is attached hereto as Exhibit A.

8. On June 23, 2015, PSZ&J filed its *Fourth Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as*

*Counsel for the Official Committee of Unsecured Creditors for the Period from May 1, 2015 through May 31, 2015* ("Fourth Monthly Fee Application") requesting $31,160.00 in fees and $989.13 in expenses. A true and correct copy of the Fourth Monthly Fee Application is attached hereto as Exhibit B.

9. On July 28, 2015, PSZ&J filed its *Fifth Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from June 1, 2015 through June 30, 2015* ("Fifth Monthly Fee Application") requesting $27,270.50 in fees and $398.48 in expenses. The Fifth Monthly Fee Application is pending. A true and correct copy of the Fifth Monthly Fee Application is attached hereto as Exhibit C.

10. The monthly fee applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the Interim Period as well as other detailed information required to be included in fee applications.

## Requested Relief

11. By this Application, PSZ&J requests that the Court allow and approve payment of one-hundred percent (100%) of the fees and expenses incurred by PSZ&J during the Interim Period of April 1, 2015 through June 30, 2015.

12. At all relevant times, PSZ&J has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

13. All services for which compensation is requested by PSZ&J were performed for or on behalf of the Committee.

14. PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases.

15. The professional services and related expenses for which PSZ&J requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PSZ&J's professional responsibilities as attorneys for the Committee in these chapter 11 cases. PSZ&J's services have been necessary and beneficial to the Debtors and their estates, the Committee, creditors and other parties in interest.

16. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, in the form attached hereto, providing that an interim allowance be made to PSZ&J for the period from April 1, 2015 through June 30, 2015 in the sum of $133,657.00, as compensation for necessary professional services rendered, and the sum of $11,825.03, for reimbursement of actual necessary costs and expenses, for a total of $145,482.03; that the Debtors be authorized and directed to pay to PSZ&J the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Dated: August 14, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (Bar No. 4142)
Jeffrey N. Pomerantz (CA Bar No. 143717)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   bsandler@pszjlaw.com
             jpomerantz@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

## VERIFICATION

STATE OF DELAWARE       :
                        :
COUNTY OF NEW CASTLE    :

Bradford J. Sandler, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Committee.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about February 9, 2015 and submit that the Application substantially complies with such Rule and Order.

Dated: August 14, 2015

/s/ *Bradford J. Sandler*
Bradford J. Sandler