IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEAL123, INC., *et al.*,[1] | ) | Case No. 15-10081 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket Nos. 754, 779, 880** |

**Objection Deadline: September 4, 2015 at 4:00 p.m. (ET)**
**Hearing Date: September 11, 2015 at 11:00 a.m. (ET)**

**NOTICE OF SECOND QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM APRIL 1, 2015 THROUGH JUNE 30, 2015**

**PLEASE TAKE NOTICE** that on August 14, 2015, Pachulski Stang Ziehl & Jones LLP ("PSZ&J") filed and served the *Second Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from April 1, 2015 through June 30, 2015* (the "Application") seeking compensation for the reasonable and necessary services rendered as financial advisor to the Official Committee of Unsecured Creditors in the above-captioned matter (the "Committee") in the amount of $133,657.00, and reimbursement for actual and necessary expenses in the amount of $11,825.03 for the period from April 1, 2015 through June 30, 2015.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing, and be filed with the United States Bankruptcy Court for

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 4, 2015 at 4:00 p.m. prevailing Eastern time**.

The Fee Application is submitted pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on February 10, 2105 [Docket No. 279] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following: (a) counsel to the Debtors: (i) Klee, Tuchin, Bogdanoff &Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, Attn: Lee R. Bogdanaff, Esq. and Michael L. Tuchin, Esq.; and (ii) Young Conaway Stargatt &Taylor, LLP 1000 N. King St., Rodney Square, Wilmington, Delaware 19801, Attn; Michael R. Nestor, Esq.; (b) counsel to the Prepetition Lender: Raemex & Braunstein LLP, Times Square Tower, Seven Times Square, New York, New York 10036, Attn: Steven E. Fox, Esq.; (c) counsel to B. Riley: Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer II, Esq. and Adithya Mani, Esq.; (d) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Benjamin Hackman, Esq.; and (e) counsel to the Official Committee of Unsecured Creditors: Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067-4100, Attn: Jeffrey N. Pomerantz, Esq. and Shirley S. Cho, Esq., and 919 N. Market Street, 17th Floor, Wilmington, DE 19899-8705, Attn: Bradford J. Sandler, Esq.

DOCS_DE:198974.7 93583/002

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801 ON **SEPTEMBER 11, 2015 AT 11:00 A.M. (PREVAILING EASTERN TIME)**.

IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OF HEARING.

Dated: August 14, 2015

PACHULSKI STANG ZIEHL & JONES LLP

_/s/_

Bradford J. Sandler (Bar No. 4142)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
       jpomerantz@pszjlaw.com
       pkeane@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors