IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Seal123, Inc., (f/k/a The Wet Seal, Inc.), et al.,[1] | Case No. 15-10081 (CSS) |
| | (Jointly Administered) |
| Debtors. | Objections Due: September 4, 2015 at 4:00 p.m. ET<br>Hearing Date: September 11, 2015 at 11:00 a.m. ET |

**NOTICE OF HEARING REGARDING MOTION OF PROJECT 28 LLC TO COMPEL DEBTORS TO AMEND SCHEDULES PURSUANT TO FED. R. BANKR. P. 1009(a)**

PLEASE TAKE NOTICE that on August 21, 2015, Project 28 Clothing, LLC ("Project 28"), by and through its undersigned counsel, filed its Motion to Compel Debtors to Amend Schedules Pursuant to Fed. R. Bankr. P. 1009(a) (the "Motion").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be received by no later than **September 4, 2015 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") by the following: (i) counsel to Project 28, Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Kevin J. Mangan, Esquire; (ii) counsel to the Debtors, Klee Tuchin Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, Attn: Lee R. Bogdanoff, Esquire, and Young, Conaway, Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Michael R.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604); and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

Nestor, Esquire;  (iii) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor , New York, New York 10017-2024, Attn:  Robert J. Feinstein, Esquire, and 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801, Attn:  Peter J Keane, Esquire, and 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067-4100, Attn: Jeffrey N. Pomerantz, Esquire; and (iv) The Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Benjamin A. Hackman, Esquire (collectively the "Notice Parties").

PLEASE TAKE FURTHER NOTICE that if any responses are timely filed in accordance with this Notice, a hearing with respect to the Motion will be held on **September 11, 2015, at 11:00 a.m. (Eastern Time)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated:  August 21, 2015 | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP** |
| | */s/ Nicholas T. Verna* |
| | Kevin J. Mangan (Del. Bar No. 3810) |
| | Nicholas T. Verna (Del. Bar No. 6082) |
| | 222 Delaware Avenue, Suite 1501 |
| | Wilmington, DE 19801 |
| | Telephone:  (302) 252-4320 |
| | Facsimile:  (302) 252-4330 |
| | E-mail:  kmangan@wcsr.com |
| | E-mail:  nverna@wcsr.com |
| | *Counsel to Project 28 Clothing, LLC* |