# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT ___ DISTRICT OF **DELAWARE** | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>**THE WET SEAL, INC.** | Case Number<br>**15-10081(CSS)** | RECEIVED<br>2015 FEB 27 AM 10: 11<br>US BANKRUPTCY COURT/DRC |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):  83508<br>**PROJECT 28 CLOTHING LLC.**<br>**1407 BROADWAY STE# 2810**<br>**NEW YORK, NY 10018** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.<br>☐ Check box if you have never received any notice from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | USBC DISTRICT COURT OF DELAWARE<br>THE WET SEAL, INC., ET AL<br>CHAPTER 11 CASE NO. 15-10081 (CSS)<br>CLAIM NUMBER: **00235**<br><br>THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent:<br>**WELLS FARGO TRADE CAPITAL SERVICES, INC.**<br>**100 PARK AVE 3RD FLOOR**<br>**NEW YORK, NEW YORK 10017**<br>Telephone number: **212-703-3905** | | |
| Account or other number by which creditor identifies debtor:<br>**#9510132** | Check here if this claim ☐ replaces  ☐ amends  a previously filed claim, dated: __/__/__ | |

**1. Basis for Claim**
☒ Goods sold **& DELIVERED**
☐ Services Performed
☐ Money Loaned
☐ Personal injury / wrongful death
☐ Taxes
☐ Other_____

☐ Retiree benefits as defined in 11 U.S.C.§ 1114(a)
☐ Wage, salaries, and compensation (fill out below)

Your SS#: ___-___-___
Unpaid compensation for services performed
from: __/__/__ to: __/__/__
(date)   (date)

**2. Date debt was incurred:** __/__/__

**3. If court judgment, date obtained:** __/__/__

**4. Total Amount of Claim at Time Case Files:** $ **331,279.20**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral: $_____

Amount of arreage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4000), *earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, which ever is earlier 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other – Specify applicable paragraph of - 11 U.S.C. § 507(a)(  )
*Amounts are subject to adjustments on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach summary
**9. Date-Stamped Copy:** To Receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: *February 23, 2015*

Sign and print name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any): *Antoinette Higgins*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

ANTOINETTE HIGGINS
SENIOR LEGAL COLLECTIONS OPERATIONS MGR.