# EXHIBIT B

| United States Bankruptcy Court<br>DELAWARE BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| In re (Name of Debtor)<br>Wet Seal Inc, The | Case Number  15-10081 |
|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. 503.

Name of Creditor :
Project 28 Clothing LLC        85327

Name and Addresses Where Notices Should be Sent
**Euler Hermes North America Insurance Company**
**AGENT OF  Project 28 Clothing LLC**
**800 Red Brook Boulevard**
**OWINGS MILLS, MD 21117**

Telephone No.    1-800-413-2913

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

FILED
2015 MAR 16  AM 9: 52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

USBC DISTRICT COURT OF DELAWARE
THE WET SEAL, INC., ET AL
CHAPTER 11 CASE NO. 15-10081 (CSS)
CLAIM NUMBER:         00429

THIS SPACE IS FOR
COURT USE ONLY

Account or other number by which creditor identifies debtor:
000392132

Check here if this claim:  ☐ replaces   a previously filed claim, dated:_____
                          ☐ amends

1. BASIS FOR CLAIM:
   ☒ Goods Sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other (Describe briefly)

   ☐ Retiree benefits as defined in 11 U.S.C. 1114 (a)
   ☐ Wages, salaries, and compensations (Fill out below)
      Your social security number _____
      Unpaid compensations for services performed
      from_____to_____
              (date)                        (date)

2. DATE DEBT WAS INCURRED:

3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM
  Attach evidence of perfection of security interest
  Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

  Amount of arrearage and other charges included in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIMS  331,279.20 US$
  A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less that in the amount of the claim.

☐ UNSECURED PRIORITY CLAIM
  Specify the priority of the claim.
  ☐ Wages Salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier)-11U.S.C. 507(a)(3)
  ☐ Contributions to an employee benefit plan U.S.C. 507(a)(4)
  ☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family or household use--11 U.S.C. 507(a)(6)
  ☐ Taxes or penalties of governmental units __11 U.S.C. 507(a)(7)
  ☐ Other __11 U.S.C. 507(a)(2), (a)(5) __(Describe briefly)

5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
   331,279.20 US$      _____  _____
   (Unsecured)         (Secured)        (Priority)

   331,279.20 US$
   (Total)

☐ Check this box if claim includes prepetition charges in addition of the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: *Attach copies of support documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR
COURT USE ONLY

| Date<br>3/03/2015 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any).<br><br>Al  Stokes - Claims Svc Representative |
|---|---|

Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 and 3571.