# EXHIBIT C



# FW: Last check received by Wells 1-9-15 - Check $130,165.56

1 message

From: Arlene Jan [mailto:Arlene.Jan@wetseal.com]
Sent: Tuesday, April 14, 2015 2:45 PM
To: Bruce Cotter; Bill Langsdorf
Subject: RE: Last check received by Wells 1-9-15 - Check $130,165.56

Bruce,
I found out that we issued a check but voided. The check issuance was in January but check was voided in February.

I used January 31, 2015 trial balance to file our Schedule F, so the AP trial balance was incorrect.

Bill,
The AP trial balance was understated by $138,650 for Project 28. Could you let me know how we can correct this?
Thank you.
Arlene


From: Bruce Cotter [mailto:bruce@ikeddi.com]
Sent: Tuesday, April 14, 2015 11:36 AM
To: Arlene Jan
Subject: Last check received by Wells 1-9-15 - Check $130,165.56

HI Arlene,

I believe the check that you delivered to Wells Fargo in January was for the below 2 invoices..

Bruce

Invoice Number

Customer

Factor code

Invoice Date

Due Date

Inv Amount

Discount Amt

Net

61228

WETSE

WF

11/12/2014

12/12/2014

66,502.80

3,325.14

63,177.66

61259

WETSE

WF

11/18/2014

12/18/2014

70,560.00

3,528.00

67,032.00

Grand Total

137,062.80

6,853.14

130,209.66

Customer

ABA Number

DDA Number

Entry Date

4/15/2015    Gmail - FW: Discrepancy in Balance of $138,650.00 - Amount of claim filed by Wells Fargo on behalf of Project 28 Clothing versus balance recognized o...

Case 15-10081-CSS    Doc 948-4    Filed 08/21/15    Page 4 of 7



# FW: Discrepancy in Balance of $138,650.00 - Amount of claim filed by Wells Fargo on behalf of Project 28 Clothing versus balance recognized on Sch F - Wet Seal filing with Bankruptcy Court

1 message

From: Bruce Cotter
Sent: Wednesday, April 15, 2015 10:17 AM
To: 'Arlene Jan'
Subject: RE: Discrepancy in Balance of $138,650.00 - Amount of claim filed by Wells Fargo on behalf of Project 28 Clothing versus balance recognized on Sch F - Wet Seal filing with Bankruptcy Court

HI Arlene,

Thank you for acknowledging the correct balance of $331,279.00 and your efforts in getting there, but unfortunately that will not get P28 paid by Euler Hermes under its insurance policy. Please confirm that your attorney (Johnathan Weiss) filed an amended Schedule F or a motion to allow our claim at the higher amount of $331,279.00.  It would also help to know when we can expect this acknowledgement by the Bankruptcy Court?

Thank you,

Bruce Cotter
212-302-2086

Claim Loss

TS

Item Number

TS

Item Date

Due Date

Curr

Gross Amount

Item Balance

Client Risk

Act. Code

4/15/2015 Gmail - FW: Discrepancy in Balance of $138,650.00 - Amount of claim filed by Wells Fargo on behalf of Project 28 Clothing versus balance recognized o...

Case 15-10081-CSS    Doc 948-4    Filed 08/21/15    Page 5 of 7

Terms

P.O. Number

Schedule #

Type Description

AT

061279

AT

11/25/14

12/25/14

USD

192,628.80

192,628.80

192,629.00

5% 30

660773

014967

Invoice

AT

062373

AT

12/3/14

1/2/15

USD

138,650.40

138,650.40

138,650.00

5% 30

661454

014969

Invoice

4/15/2015   Gmail - FW: Discrepancy in Balance of $138,650.00 - Amount of claim filed by Wells Fargo on behalf of Project 28 Clothing versus balance recognized o...

Case 15-10081-CSS    Doc 948-4    Filed 08/21/15    Page 6 of 7

In the meantime and for validation purposes, I attached a copy of the PO and invoice separately related to the discrepancy of $138,650.00 and the 3rd attachment which includes all documents attached to the Proof of Claim filed by Project 28; including copies of the 2 invoices, PO, Packing List and Bills-of-lading (evidence of shipment).

Please call me after you read the above and review the attachments

Thank you

Bruce Cotter
Project 28 Clothing LLC
212-302-2086


Aging Balances as of today

TS

Item Number

TS

Item Date

Due Date

Curr

Gross Amount

Item Balance

Client Risk

Act. Code

Terms

P.O. Number

Schedule #

Type Description

AT

061279

AT

11/25/14

12/25/14

USD

192,628.80

192,628.80

4/15/2015 Gmail - FW: Discrepancy in Balance of $138,650.00 - Amount of claim filed by Wells Fargo on behalf of Project 28 Clothing versus balance recognized o...

Case 15-10081-CSS    Doc 948-4    Filed 08/21/15    Page 7 of 7

192,629.00

5% 30

660773

014967

Invoice

AT

062373

AT

12/3/14

1/2/15

USD

138,650.40

138,650.40

138,650.00

5% 30

661454

014969

Invoice

331,279.00

---

📄 **winmail.dat**
42K