**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Seal123, Inc., (f/k/a The Wet Seal, Inc.), *et al.*, | ) Case No. 15-10081 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) **Related to Docket No. _____** |

**ORDER GRANTING MOTION OF PROJECT 28 LLC TO COMPEL**
**DEBTORS TO AMEND SCHEDULES PURSUANT TO FED. R. BANKR. P. 1009(a)**

This matter having come before the Court[1] on the Motion brought by Project 28; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances; and the Court having considered the relief requested therein and any opposition thereto; and the Court finding good and sufficient cause appearing therefore,

    IT IS HEREBY ORDERED that:

    1.    The Motion is GRANTED.

    2.    FURTHER ORDERED that the Debtors are directed to amend Schedule F of the Schedules of Assets and Liabilities of The Wet Seal, Inc. (Case No. 15-10081) to reflect the correct claim amount of no less than $$331,279.20 within five (5) days after entry of this Order.

Dated: _____         _____
                                                             Christopher S. Sontchi,
                                                             United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the motion.

WCSR 34901720v2