IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEAL123, INC., *et al.*,[1] | ) | Case No. 15-10081 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 921 and 937** |

Hearing Date: September 11, 2015 at 11:00 a.m. (prevailing Eastern time)

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER APPROVING CERTAIN QUARTERLY FEE APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COMMITTEE PROFESSIONALS

The undersigned hereby certifies the following:

1. Attached hereto as Exhibit 1, is a proposed form of order [with attached Exhibit A], which accurately represents the fees and expenses of professionals, with respect to pending quarterly fee and expense reimbursement applications (the "Applications"), scheduled for the hearing on September 11, 2015, at 11:00 a.m. (prevailing Eastern time).

2. Respective Certifications of No Objection have been filed regarding the Applications.

3. Counsel for the Official Committee of Unsecured Creditors is available, should the Court have any questions regarding the proposed form of order.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

4. It is respectfully requested that the Court enter the attached form of order at its earliest convenience.

Dated: September 8, 2015

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *signature*

Bradford J. Sandler (Bar No. 4142)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:    bsandler@pszjlaw.com
          jpomerantz@pszjlaw.com
          pkeane@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors