# Exhibit 1

**Confirmation Hearing Notice**

154922.11

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SEAL123, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. ___ |

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) ESTABLISHMENT OF VOTING RECORD DATE, (III) HEARING ON CONFIRMATION OF PLAN AND PROCEDURES AND DEADLINE FOR OBJECTING TO CONFIRMATION OF PLAN, AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  *Approval of Disclosure Statement.*  By order dated [_____], 2015 (the "Disclosure Statement Order"), the United States Bankruptcy Court for the District of Delaware (the "Court"), having jurisdiction over the chapter 11 cases of the above-captioned debtors (the "Debtors"), approved the *Disclosure Statement for the First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* (as it may be amended, supplemented or modified from time to time, the "Disclosure Statement") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and authorized the Debtors to solicit votes to accept or reject the *First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* (as it may be amended, supplemented or modified from time to time pursuant to the terms thereof, the "Plan"),[2] annexed as Exhibit A to the Disclosure Statement.

2.  *Deadline for Voting on the Plan.*  By the Disclosure Statement Order, the Bankruptcy Court established **October 19, 2015 at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline") as the deadline by which Ballots accepting or rejecting the Plan must be received. Only Holders of Claims in Class 5 under the Plan are entitled to vote on the Plan and will receive Ballots for casting such votes. To be counted, original Ballots must **actually be received** on or before the Voting Deadline by Donlin, Recano & Company, Inc. (the "Voting Agent") at (i) Donlin, Recano & Company, Inc., Attn: Seal123, Inc. Ballot Processing, P.O. Box 2034, Murray Hill Station, New York, NY 10156-0701, if by first-class mail, or (ii) Donlin, Recano & Company, Inc., Attn: Seal123, Inc. Ballot Processing, 6201 15th Avenue, Brooklyn, NY 11219, if by personal delivery or overnight courier. Ballots cast by e-mail, facsimile or any other electronic format will not be counted, unless approved by the Debtors. Holders of Unimpaired Claims under the Plan and Classes that are deemed to reject the Plan are not entitled to vote on the Plan and, therefore, will receive a Notice of Non-Voting Status rather than a ballot.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265); Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604); and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning provided to them in the Plan.

154922.11

3.  ***Confirmation Hearing***.  A hearing (the "Confirmation Hearing") will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, on **October 30, 2015 at 2:00 p.m. (prevailing Eastern Time)**, in Courtroom 6 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, to consider confirmation of the Plan, and for such other and further relief as may be just or proper.  The Confirmation Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Confirmation Hearing or any continued hearing or on the applicable hearing agenda.  The Plan may be modified in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.  If the Court enters an order confirming the Plan, Bankruptcy Code section 1141 shall become applicable with respect to the Plan and the Plan shall be binding on all parties to the fullest extent permitted by the Bankruptcy Code.

4.  ***Deadline for Objections to Confirmation of Plan***.  Objections, if any, to confirmation of the Plan, must (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the legal and factual basis and nature of any objection or response; and (d) be filed with the Bankruptcy Court and served on the following parties so as to be actually received **before 4:00 p.m. (prevailing Eastern Time) on October 19, 2015**: (i) counsel to the Debtors, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067 (Attn: Michael L. Tuchin, Esq. and Lee R. Bogdanoff, Esq.; Email: mtuchin@ktbslaw.com and lbogdanoff@ktbslaw.com); and Young Conaway Stargatt & Taylor, LLP, 1000 N. King St., Rodney Square, Wilmington, Delaware 19801 (Attn: Michael R. Nestor, Esq.; Email: mnestor@ycst.com); (ii) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067 (Attn: Jeffrey N. Pomerantz, Esq. and Shirley S. Cho, Esq.; Email: jpomerantz@pszjlaw.com and scho@pszjlaw.com); 780 Third Ave., 34th Floor, New York, NY 10017 (Attn: Robert J. Feinstein, Esq.; Email: rfeinstein@pszjlaw.com); and 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Bradford J. Sandler, Esq.; Email: bsandler@pszjlaw.com); (iii) counsel to Mador Lending, LLC, Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 3100, Chicago, IL 60601 (Attn: Nancy A. Peterman, Esq.; Email: petermann@gtlaw.com) and Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801 (Attn: Domenic E. Pacitti, Esq.; Email: dpacitti@klehr.com); and (iv) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman, Esq.; Email: benjamin.a.hackman@usdoj.gov).  Objections to the Plan may be submitted by any parties in interest in the Debtors' Chapter 11 Cases.

5.  ***Releases, Discharges, Injunctions, and Exculpations***.  **PLEASE BE ADVISED THAT THE PLAN CONTAINS CERTAIN RELEASES, DISCHARGES, INJUNCTIONS, AND EXCULPATIONS.  YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, DISCHARGE, INJUNCTION, AND EXCULPATION PROVISIONS SET FORTH IN ARTICLE XI OF THE PLAN, AS YOUR RIGHTS MIGHT BE AFFECTED.**

6.  ***Additional Copies of Documents***.  Copies of the Plan are available for review under the "Plan and Disclosure Statement" tab by accessing https://www.donlinrecano.com/Clients/wsi/Index.  In addition, copies of the Plan are available upon written request via first class mail to the Debtors' Voting Agent at Donlin, Recano & Company, Inc., Re: Seal123, Inc., *et al.*, P.O. Box 2034, Murray Hill Station, New York, NY 10156-0701.  Further, copies of the Plan can be requested via email to balloting@donlinrecano.com with Seal123 referenced in the subject line.

2

Dated: _____, 2015

---

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Tel:   (302) 571-6600  

KLEE, TUCHIN, BOGDANOFF & STERN LLP  
1999 Avenue of the Stars, 39th Floor  
Los Angeles, CA 90067  
Tel:   (310) 407-4022  

*Counsel for the Debtors and Debtors in Possession*