# Exhibit 2

**Form of Class 5 Ballot**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SEAL123, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered) |

**BALLOT FOR CLASS 5 GENERAL UNSECURED CLAIMS
FOR ACCEPTING OR REJECTING THE FIRST AMENDED JOINT PLAN
OF LIQUIDATION OF SEAL123, INC. AND SUBSIDIARY DEBTORS
AND THEIR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

> **TO BE COUNTED, YOUR VOTE MUST BE <u>ACTUALLY</u> <u>RECEIVED</u> BY DONLIN, RECANO & COMPANY, INC. BY OCTOBER 19, 2015, AT 4:00 P.M. (PREVAILING EASTERN TIME).**

This ballot (the "<u>Ballot</u>") is being submitted to you by the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") to solicit your vote to accept or reject the *First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* (as it may be amended, supplemented or modified from time to time pursuant to the terms thereof, the "<u>Plan</u>")[2] submitted by the Debtors and described in the related *Disclosure Statement for the First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* (as it may be amended, supplemented or modified from time to time, the "<u>Disclosure Statement</u>"), that was approved by an order of the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"). The Disclosure Statement describes the Plan and provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate Court approval of the Plan. If you do not have a Disclosure Statement or Plan, you may obtain a copy free of charge at the Debtors' restructuring website maintained by Donlin, Recano & Company, Inc. (the "<u>Voting Agent</u>") at https://www.donlinrecano.com/Clients/wsi/Index. Copies of the Disclosure Statement and Plan are also available: (a) for a fee, on the Court's website, www.deb.uscourts.gov (a PACER account is required); (b) upon written request to the Voting Agent at Donlin, Recano & Company, Inc., Re: Seal123, Inc., *et al.*, P.O. Box 2034, Murray Hill Station, New York, NY 10156; or (c) by contacting the Voting Agent via email to balloting@donlinrecano.com with Seal123 referenced in the subject line.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265); Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604); and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

[2] All capitalized terms used but not otherwise defined herein have the meanings set forth in the Plan.

> **IMPORTANT**
>
> You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in Class 5 – General Unsecured Claims under the Plan.
>
> If your Ballot is not <u>actually</u> <u>received</u> by the Voting Agent on or before October 19, 2015, at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>"), and such deadline is not extended by the Debtors (in consultation with the Creditors' Committee) or order of the Court, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Court it will be binding on you whether or not you vote.
>
> You may return your Ballot in the return envelope provided in your package or send it to:
>
> *If by First Class Mail:*  
> Donlin, Recano & Company, Inc.  
> Re: Seal123, Inc., *et al.*  
> Attn: Seal123, Inc. Ballot Processing  
> P.O. Box 2034, Murray Hill Station  
> New York, NY 10156-0701
>
> *If by Hand Delivery or Overnight Courier:*  
> Donlin, Recano & Company, Inc.  
> Re: Seal123, Inc., *et al.*  
> Attn: Seal123, Inc. Ballot Processing  
> 6201 15th Avenue  
> Brooklyn, NY 11219

## ACCEPTANCE OR REJECTION OF THE PLAN

**Item 1. Vote Amount.** For purposes of voting to accept or reject the Plan, as of September 8, 2015 (the "<u>Voting Record Date</u>"), the undersigned (the "<u>Claimant</u>") was a holder of a Class 5 General Unsecured Claim in the aggregate amount set forth below.

        Amount: $_____

**Item 2. Vote on Plan. CHECK ONE BOX ONLY:**

    ☐    **ACCEPTS (votes FOR) the Plan.**

    ☐    **REJECTS (votes AGAINST) the Plan.**

**Item 3. Tax Information.** Under penalty of perjury, Claimant certifies that:

    A.    Claimant's correct taxpayer identification number is:

        (Social Security Number) ____-__-____,

        (or Employer Identification Number) ___-_____; and

    B.    Claimant is not subject to backup withholding because (please check appropriate box):

    ☐    (i) Claimant is exempt from backup withholding;

    ☐    (ii) Claimant has not been notified by the Internal Revenue Service ("<u>IRS</u>") that Claimant is subject to backup withholding as a result of a failure to report all interest or dividends; or

    ☐    (iii) The IRS has notified Claimant that Claimant is no longer subject to backup withholding.

**Item 4. Opt-Out Election (for Holders of Class 5 General Unsecured Claims that DO NOT vote to accept or reject the Plan only).** By checking the box below, the undersigned Claimant that **DID NOT** either vote to accept or reject the Plan, elects **NOT** to release the Released Parties as set forth in Section 11.12 of the Plan. **IF YOU VOTED IN ITEM 2 ABOVE ONLY TO REJECT THE PLAN, REGARDLESS OF WHETHER YOU CHECK THE BOX BELOW, YOU WILL NOT BE BOUND BY THE RELEASES SET FORTH IN SECTION 11.12 OF THE PLAN. IF YOU VOTED IN ITEM 2 ABOVE ONLY TO ACCEPT THE PLAN, REGARDLESS OF WHETHER YOU CHECK THE BOX BELOW, YOU WILL BE DEEMED TO HAVE CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY AND FOREVER RELEASED AND DISCHARGED THE RELEASED PARTIES FROM ANY AND ALL CLAIMS AND CAUSES OF ACTION TO THE EXTENT PROVIDED IN SECTION 11.12 OF THE PLAN.**

☐  **The undersigned Claimant elects _not_ to grant (OPTS OUT of) the releases set forth in Section 11.12 of the Plan.**

### IMPORTANT INFORMATION REGARDING THE RELEASES

Following confirmation, subject to Article IX of the Plan, the Plan will be substantially consummated on the Effective Date. Among other things, effective as of the Confirmation Date but subject to the occurrence of the Effective Date, certain release, injunction, exculpation and discharge provisions set forth in Section 11.12 of the Plan will become effective. In determining how to cast your vote on the Plan, it is important to read the provisions contained in Section 11.12 of the Plan very carefully so that you understand how confirmation and substantial consummation of the Plan — which effectuates such provisions — will affect you and any Claim(s) you may hold against the Released Parties under the Plan.

Specifically, the releases in Section 11.12 of the Plan (the "Releases") bind the "Releasing Parties," which the Plan defines as "(a) the Debtors, (b) the Estates, (c) any Entity seeking to exercise the rights of the Estates, including, without limitation, any successor to the Debtors or any Estate representative appointed or selected pursuant to section 1123(b)(3) of the Bankruptcy Code, (d) Rodam, and (e) all Holders of Claims in Class 5 that (i) vote to accept the Plan or (ii) do not otherwise vote to accept or reject the Plan and do not timely submit a Release Opt-Out indicating such Holder's decision to not participate in the releases set forth in Section 11.12 of the Plan; provided, however, that, for the avoidance of doubt, Holders of Claims in Class 5 that do not receive Distributions solely as a result of Section 7.6 of the Plan are not Releasing Parties." The Releases provide for, among other things, the following:

*On the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, each of the Releasing Parties shall be deemed to have forever released, waived, and discharged each of the Released Parties from any and all claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action (including, without limitation, Avoidance Actions), and liabilities whatsoever, whether known or unknown, whether foreseen or unforeseen, whether liquidated or unliquidated, whether fixed or contingent, whether matured or unmatured, existing or hereafter arising, at law, in equity, or otherwise, that are based in whole or in part on any act, omission, transaction, event, or other occurrence taking place on or prior to the Effective Date in any way relating to the Debtors, the conduct of the Debtors' business, the Chapter 11 Cases, the Plan or any other previously-proposed chapter 11 plan of reorganization or plan sponsorship agreement, the APA, or the Sale Order, except for acts or omissions that are determined in a Final Order to have constituted actual fraud, gross negligence or willful misconduct; provided, however, that nothing in this Section 11.12 shall affect any Person's rights, claims or causes of action against the Debtors, the Liquidation Trust or Buyer under the Plan, the Confirmation Order, the APA, the Sale Order, the L/C Credit Agreement, or the L/C Facility Orders, or the liabilities or obligations of such parties thereunder.*

**Item 5. Certification.** By signing this Ballot, the Claimant certifies that: (a) on the Voting Record Date, it was the Holder of the Class 5 General Unsecured Claim to which this Ballot pertains or an authorized signatory for such Holder; (b) it has full power and authority to vote to accept or reject the Plan, make the Opt Out Election, execute, and return the Ballot; and (c) it has received a copy of the Disclosure Statement, the Plan, and other solicitation materials. The undersigned understands that an otherwise properly completed, executed and timely-returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted. The undersigned also certifies that its vote on the Plan is subject to all the terms and conditions set forth in the Plan and the Disclosure Statement.

Name of Claimant: _____

Signature: _____

Name (if different from Claimant): _____

Title: _____

Address: _____

_____

_____

Dated: _____

**Please make sure you have provided all information requested in this Ballot. Please read and follow the instructions set forth in the attached Voting Instructions carefully. Please complete, sign and date this Ballot and return it by mail, hand delivery or overnight courier so that it is received by the Voting Agent by October 19, 2015, at 4:00 p.m. (prevailing Eastern Time).**

## VOTING INSTRUCTIONS

1. In order for your vote to count, you must:

    (i) In the boxes provided in Item 2 of the Ballot, indicate <u>either</u> acceptance or rejection of the Plan by checking the appropriate box; and

    (ii) Review and sign the certifications in Item 5 of the Ballot. Please be sure to sign and date your Ballot. Your signature is required in order for your vote to be counted. If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing. If the General Unsecured Claim is held by an entity, your Ballot must be executed in the name of an authorized signatory. In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or if no such mailing label is attached to the Ballot.

2. To facilitate distributions under the Plan (to the extent that the Plan is confirmed and consummated), please complete Item 3, which requests certain tax information that is necessary to make distributions to Holders of Claims.

3. If you <u>did not</u> either vote to accept or reject the Plan, review the opt-out election disclosure in Item 4, and determine whether to opt out of the Plan's release provisions by checking the box in Item 4.

4. **To have your vote counted and for any elections made in this Ballot to be effective, you must complete, sign and return this Ballot so that it is <u>actually</u> received by the Voting Agent not later than 4:00 p.m. (prevailing Eastern Time) on October 19, 2015.**

5. Return the completed Ballot to the Voting Agent in the pre-addressed, postage pre-paid return envelope enclosed with this Ballot or return it to:

| *If by First Class Mail:* | *If by Hand Delivery or Overnight Mail:* |
|---|---|
| Donlin, Recano & Company, Inc. | Donlin, Recano & Company, Inc. |
| Re: Seal123, Inc., *et al.* | Re: Seal123, Inc., *et al.* |
| Attn: Seal123, Inc. Ballot Processing | Attn: Seal123, Inc. Ballot Processing |
| P.O. Box 2034, Murray Hill Station | 6201 15th Avenue |
| New York, NY 10156-0701 | Brooklyn, NY 11219 |

6. DO NOT SUBMIT YOUR BALLOT BY FAX, EMAIL OR ELECTRONIC TRANSMISSION. A Ballot submitted by fax, email or electronic transmission will not be counted, unless approved by the Debtors or otherwise ordered by the Court.

7. A Ballot that either indicates both acceptance and rejection of the Plan or fails to indicate either an acceptance or rejection of the Plan, will not be counted.

8. You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. A Ballot that partially rejects and partially accepts the Plan will not be counted.

9. If you have previously delivered a valid Ballot for the acceptance or rejection of the Plan, you may revoke such Ballot and change your vote by delivering to the Voting Agent prior to the Voting Deadline a subsequent properly completed Ballot for acceptance or rejection of the Plan.

5

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last timely received, properly executed Ballot will be deemed to reflect your intent and shall supersede and revoke any earlier received Ballot. If you cast multiple Ballots on account of the same Claim, which are received by the Voting Agent on the same day and at the same time, but which are voted inconsistently, such Ballots shall not be counted.

10. Any Ballot that is illegible or that contains insufficient information to permit the identification of the Claimant will not be counted.

11. This Ballot does not constitute, and shall not be deemed to be, a proof of claim against any of the Debtors or an assertion or admission of a Claim by any of the Debtors.

12. It is important that you vote. The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"). If the requisite acceptances are not obtained, the Court nonetheless may confirm the Plan if it finds that the Plan: (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes voting to reject the Plan; and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. To confirm a plan over the objection of a dissenting Class, the Court also must find that at least one Impaired Class has accepted the plan, with such acceptance being determined without including the acceptance of any "insider" in such Class.

13. NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER SOLICITATION MATERIALS APPROVED BY THE COURT, INCLUDING, WITHOUT LIMITATION, THE DISCLOSURE STATEMENT.

14. PLEASE RETURN YOUR BALLOT PROMPTLY.

IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THESE VOTING INSTRUCTIONS, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT (877) 814-9751.