# Exhibit 3

**Notice of Non-Voting Status**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>SEAL123, INC., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered) |

### NOTICE OF NON-VOTING STATUS TO HOLDERS OF
### CLASS 1, 2, 3, 4, 6 & 7 CLAIMS AND EQUITY INTERESTS

PLEASE TAKE NOTICE THAT the above-captioned debtors and debtors in possession (the "Debtors") submitted the *First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* (as it may be amended, supplemented or modified from time to time pursuant to the terms thereof, the "Plan"),[2] which is described in the related *Disclosure Statement for the First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* (as it may be amended, supplemented or modified from time to time, the "Disclosure Statement"), that was approved by an order (the "Disclosure Statement Order") of the United States Bankruptcy Court for the District of Delaware (the "Court"). The Disclosure Statement Order authorizes the Debtors to solicit votes to accept or reject the Plan, from the Holders of Claims in Voting Classes that are (or may be) entitled to receive Distributions under the Plan.

YOU ARE OR MIGHT BE THE HOLDER OF CLAIMS AND/OR EQUITY INTERESTS IN THE FOLLOWING CLASSES OF UNIMPAIRED CLAIMS AND EQUITY INTERESTS OR IMPAIRED CLAIMS AND EQUITY INTERESTS UNDER ARTICLE II OF THE PLAN THAT, IN EITHER CASE, ARE NOT ENTITLED TO VOTE ON THE PLAN:

| Class | Description of Class | Treatment |
|---|---|---|
| 1 | Prepetition Credit Agreement Claims | Unimpaired; Deemed to Accept Plan |
| 2 | Secured Claims | Unimpaired; Deemed to Accept Plan |
| 3 | Priority Claims | Unimpaired; Deemed to Accept Plan |
| 4 | Assumed General Unsecured Claims | Unimpaired; Deemed to Accept Plan |
| 6 | Subordinated Claims | Impaired; Deemed to Reject Plan |
| 7 | Equity Interests | Impaired; Deemed to Reject Plan |

UNDER THE TERMS OF THE PLAN, HOLDERS OF CLAIMS AGAINST AND EQUITY INTERESTS IN THE DEBTORS IN CLASSES 1, 2, 3 AND 4 ARE UNIMPAIRED UNDER THE PLAN AND, THEREFORE, PURSUANT TO BANKRUPTCY CODE SECTION

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265); Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604); and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

[2] All capitalized terms used but not otherwise defined herein have the meanings set forth in the Plan.

1126(f), ARE (I) PRESUMED TO HAVE ACCEPTED THE PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN.

UNDER THE TERMS OF THE PLAN, HOLDERS OF CLAIMS OR EQUITY INTERESTS IN CLASSES 6 AND 7 ARE IMPAIRED AND ARE NOT ENTITLED TO RECEIVE OR RETAIN ANY PROPERTY ON ACCOUNT OF THEIR CLAIMS OR EQUITY INTERESTS IN THOSE CLASSES AND ARE THEREFORE, PURSUANT TO BANKRUPTCY CODE SECTION 1126(g), (I) DEEMED TO HAVE REJECTED THE PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN.

To request a copy of the Plan, Disclosure Statement, or Disclosure Statement Order, contact the Debtors' Voting Agent, Donlin, Recano & Company, Inc., via email to balloting@donlinrecano.com with Seal123 referenced in the subject line, or in writing at Donlin, Recano & Company, Inc., Re: Seal123, Inc., *et al.*, P.O. Box 2034, Murray Hill Station, New York, NY 10156-0701. Please be advised that the Voting Agent cannot provide legal advice. Copies of the Plan, Disclosure Statement, Disclosure Statement Order, Solicitation Procedures Order, and other materials are available online for free at https://www.donlinrecano.com/Clients/wsi/Index. Alternatively, these documents may be accessed for a fee through the Court's "pacer" website, https://ecf.deb.uscourts.gov. A pacer password and login are needed to access documents on the court's "pacer" website. A pacer password can be obtained at http://www.pacer.gov.


DATED: [_____], 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Michael R. Nestor, Esq.
*-and-*
KLEE, TUCHIN, BOGDANOFF & STERN LLP
Lee R. Bogdanoff, Esq.
Michael L. Tuchin, Esq.
David M. Guess, Esq.

*Counsel for the Debtors and Debtors in Possession*