# Exhibit 4

## Letter Recommendation for Plan Voting

**Recommendation of Seal123, Inc. (f/k/a The Wet Seal, Inc.), *et al.*, and their Official Committee of Unsecured Creditors that Unsecured Creditors Vote in Favor of the Plan**

September ___, 2015

To:   Our Voting General Unsecured Creditors

Seal123, Inc. (f/k/a The Wet Seal, Inc.), together with its debtor affiliates Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (collectively, the "Debtors"), and the official committee of unsecured creditors (together with the Debtors, the "Plan Proponents"), are pleased to present for your consideration the *First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* (the "Plan"). Enclosed with this letter you will also find the *Disclosure Statement for the First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* (the "Disclosure Statement").

As explained in the Disclosure Statement, if the Plan is confirmed, the Debtors' remaining property, including the proceeds from the sale of substantially all of the Debtors' operating assets after the payment of fees and expenses, will be transferred to a trust (the "Liquidation Trust") that will be responsible for making distributions to the Debtors' creditors, according to legal priorities as set forth in the Plan. Although there can be no certainty until all of the Debtors' assets are liquidated and, among other things, all claims are asserted and reconciled, the Plan Proponents estimate that holders of allowed General Unsecured Claims in Class 5 (both as defined in the Plan) should recover between 5.5% and 6.6% of the total amount of their allowed General Unsecured Claims.

The Plan is the product of extensive, good faith negotiations between the Plan Proponents and provides for an immediate exit from the Debtors' chapter 11 cases, which will pave the way for the efficient liquidation and distribution of all remaining assets by the Liquidation Trust. The Plan Proponents believe that, as explained in the Disclosure Statement, the Debtors' general unsecured creditors would receive more under the Plan than they would if the Debtors' estates were liquidated pursuant to chapter 7 of the Bankruptcy Code. The Plan Proponents also believe that pursuing alternatives to the Plan at this time will result in additional cost and the potential for additional litigation and undue delay in distributions to general unsecured creditors.

**We believe that the Plan is fair and equitable, will maximize recoveries to creditors, and is in the best interests of the Debtors and their constituents. For these reasons, we urge all voting general unsecured creditors to vote to accept the Plan.**

With best regards,

_____            _____
Simon Property Group, Inc.              Bill Langsdorf
Solely in its Capacity as Chair of the  President and CEO of Seal123, Inc.
Official Committee of Unsecured Creditors
By: Ronald M. Tucker

154922.11