# Exhibit A

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JNP

|         |              |
|---------|--------------|
| August 31, 2015 | |
| Invoice | 110844 |
| Client  | 93583  |
| Matter  | 00002  |
|         | **JNP** |

RE:  OCC

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  08/31/2015

| | |
|---|---|
| FEES | $19,792.00 |
| EXPENSES | $1,003.17 |
| **TOTAL CURRENT CHARGES** | $20,795.17 |
| **BALANCE FORWARD** | $30,207.44 |
| **LAST PAYMENT** | $5,454.10 |
| **TOTAL BALANCE DUE** | $45,548.51 |

Pachulski Stang Ziehl & Jones LLP

Wet Seal O.C.C.

93583    00002

Page:    2

Invoice 110844

August 31, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 1.00 | $825.00 |
| CA | Case Administration [B110] | 13.50 | $4,419.50 |
| CO | Claims Admin/Objections[B310] | 0.20 | $105.00 |
| CP | Compensation Prof. [B160] | 6.50 | $2,945.50 |
| CPO | Comp. of Prof./Others | 4.30 | $1,954.50 |
| EC | Executory Contracts [B185] | 0.30 | $91.50 |
| FF | Financial Filings [B110] | 0.20 | $105.00 |
| GC | General Creditors Comm. [B150] | 1.30 | $682.50 |
| HE | Hearing | 1.40 | $691.00 |
| OP | Operations [B210] | 0.20 | $182.00 |
| PD | Plan & Disclosure Stmt. [B320] | 10.30 | $7,790.50 |
| | | 39.20 | $19,792.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BJS | Sandler, Bradford J. | Partner | 825.00 | 6.30 | $5,197.50 |
| JHR | Rosell, Jason H. | Associate | 525.00 | 4.60 | $2,415.00 |
| MB | Bove, Maria A. | Counsel | 725.00 | 3.80 | $2,755.00 |
| MM | Molitor, Monica | Paralegal | 305.00 | 17.40 | $5,307.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 2.00 | $610.00 |
| PJK | Keane, Peter J. | Associate | 525.00 | 2.50 | $1,312.50 |
| RJF | Feinstein, Robert J. | Partner | 995.00 | 1.00 | $995.00 |
| SSC | Cho, Shirley S. | Counsel | 750.00 | 1.60 | $1,200.00 |
| | | | | 39.20 | $19,792.00 |

Pachulski Stang Ziehl & Jones LLP

Wet Seal O.C.C.

93583    00002

Page:    3

Invoice 110844

August 31, 2015

## Summary of Expenses

| Description | Amount |
|---|---|
| Delivery/Courier Service | $536.87 |
| Reproduction Expense [E101] | $354.80 |
| Reproduction/ Scan Copy | $111.50 |
| | $1,003.17 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    4
Invoice 110844
August 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Disposition [B130]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/01/2015 | BJS | AD | Review amendment to Asset Purchase Agreement | 0.20 | 825.00 | $165.00 |
| 07/02/2015 | BJS | AD | Various emails with counsel regarding Asset Purchase Agreement amendment | 0.30 | 825.00 | $247.50 |
| 07/09/2015 | BJS | AD | Various emails with counsel regarding assumption issues | 0.30 | 825.00 | $247.50 |
| 07/30/2015 | BJS | AD | Review Certification of Counsel regarding leases | 0.10 | 825.00 | $82.50 |
| 08/20/2015 | BJS | AD | Reviewed Assumption Notice | 0.10 | 825.00 | $82.50 |
| | | | | 1.00 | | $825.00 |

**Case Administration [B110]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/02/2015 | BJS | CA | Review critical dates and discuss with Margaret L. McGee | 0.10 | 825.00 | $82.50 |
| 07/13/2015 | BJS | CA | Review critical dates and discuss with Monica Molitor | 0.10 | 825.00 | $82.50 |
| 08/03/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.40 | 305.00 | $122.00 |
| 08/04/2015 | MM | CA | Update dockets and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.3); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.70 | 305.00 | $213.50 |
| 08/05/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 08/05/2015 | MM | CA | Coordinate 2002 service update per notice of address change regarding WP Glimcher | 0.10 | 305.00 | $30.50 |
| 08/05/2015 | JHR | CA | Review new docket entries | 0.20 | 525.00 | $105.00 |
| 08/06/2015 | MM | CA | Update docket and review (.1);  update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.30 | 305.00 | $91.50 |
| 08/06/2015 | JHR | CA | Review new docket entries | 0.10 | 525.00 | $52.50 |
| 08/07/2015 | MM | CA | Update dockets and review (.1); review daily | 0.70 | 305.00 | $213.50 |

Pachulski Stang Ziehl & Jones LLP

Wet Seal O.C.C.

93583    00002

Page:    5

Invoice 110844

August 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | | | |
| 08/07/2015 | MM | CA | Email critical dates memo to Shirley S. Cho and Peter J. Keane for review and comments | 0.10 | 305.00 | $30.50 |
| 08/09/2015 | JHR | CA | Review new docket entries | 0.10 | 525.00 | $52.50 |
| 08/10/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email critical dates memo to PSZJ team (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.80 | 305.00 | $244.00 |
| 08/11/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.30 | 305.00 | $91.50 |
| 08/11/2015 | MM | CA | Email to Linda Miazza regarding 2002 service data adjustment regarding WP Glimcher | 0.10 | 305.00 | $30.50 |
| 08/11/2015 | JHR | CA | Review critical dates memorandum | 0.20 | 525.00 | $105.00 |
| 08/12/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.4); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.3) | 1.00 | 305.00 | $305.00 |
| 08/13/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.3) | 0.90 | 305.00 | $274.50 |
| 08/14/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.70 | 305.00 | $213.50 |
| 08/14/2015 | JHR | CA | Review new docket entries | 0.20 | 525.00 | $105.00 |
| 08/17/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates | 0.60 | 305.00 | $183.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      6
Wet Seal O.C.C.                                                      Invoice 110844
93583     00002                                                     August 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | | | |
| 08/18/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.3); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 08/19/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1) | 0.30 | 305.00 | $91.50 |
| 08/20/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.50 | 305.00 | $152.50 |
| 08/21/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.40 | 305.00 | $122.00 |
| 08/24/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.50 | 305.00 | $152.50 |
| 08/25/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.2); email critical dates memo to Peter J. Keane and Shirley S. Cho for review and comment (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 08/26/2015 | MM | CA | Update docket and review (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.30 | 305.00 | $91.50 |
| 08/27/2015 | MM | CA | Update dockets and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.1); update critical dates memorandum (.1); email exchanges with counsel regarding pending deadlines and follow-up | 0.40 | 305.00 | $122.00 |

Pachulski Stang Ziehl & Jones LLP

Wet Seal O.C.C.

93583    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding same (.1) | | | |
| 08/28/2015 | MM | CA | Update dockets and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email critical dates memo to PSZJ team (.1); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.2) | 0.80 | 305.00 | $244.00 |
| 08/28/2015 | MM | CA | Email from Peter J. Keane regarding critical dates memo | 0.10 | 305.00 | $30.50 |
| 08/31/2015 | MM | CA | Update docket and review (.1); review daily correspondence and pleadings and forward to the appropriate parties (.2); update critical dates memorandum (.2); email exchanges with counsel regarding pending deadlines and follow-up regarding same (.1) | 0.60 | 305.00 | $183.00 |
| 08/31/2015 | JHR | CA | Review critical dates memorandum | 0.10 | 525.00 | $52.50 |
| | | | | 13.50 | | $4,419.50 |

### Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/27/2015 | JHR | CO | Review landlord inquiry re administrative claim. | 0.20 | 525.00 | $105.00 |
| | | | | 0.20 | | $105.00 |

### Compensation Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/15/2015 | BJS | CP | Various emails with PSZJ regarding fee application | 0.20 | 825.00 | $165.00 |
| 07/28/2015 | BJS | CP | Review and revise PSZJ fee application | 0.20 | 825.00 | $165.00 |
| 08/03/2015 | MM | CP | Prepare notice of second quarterly fee application regarding PSZJ | 0.20 | 305.00 | $61.00 |
| 08/11/2015 | PJJ | CP | Revise interim fee application. | 0.60 | 305.00 | $183.00 |
| 08/11/2015 | SSC | CP | Correspond with P. Jeffries re PSZJ interim fee application. | 0.10 | 750.00 | $75.00 |
| 08/11/2015 | SSC | CP | Correspond with M. Molitor re interim fee applications. | 0.10 | 750.00 | $75.00 |
| 08/11/2015 | SSC | CP | Correspond with M. Molitor and P. Keane re interim fee application filings. | 0.10 | 750.00 | $75.00 |
| 08/11/2015 | SSC | CP | Correspond with P. Keane re fee applications. | 0.10 | 750.00 | $75.00 |
| 08/11/2015 | PJK | CP | Review PSZJ second interim fee application; emails with Shirley S. Cho regarding same | 0.30 | 525.00 | $157.50 |
| 08/14/2015 | PJJ | CP | Draft July fee statement. | 1.10 | 305.00 | $335.50 |
| 08/14/2015 | SSC | CP | Review and revise PSZJ July fee statement. | 0.20 | 750.00 | $150.00 |
| 08/14/2015 | SSC | CP | Correspond with M. Molitor re PSZJ second interim | 0.10 | 750.00 | $75.00 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    8
Invoice 110844
August 31, 2015

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | fee application. | | | |
| 08/14/2015 | MM | CP | Email to Shirley S. Cho and Peter J. Keane regarding PSZJ second quarterly fee application | 0.10 | 305.00 | $30.50 |
| 08/14/2015 | MM | CP | Confer with Shirley S. Cho and email exchange with Shirley S. Cho and Peter J. Keane regarding PSZJ second quarterly fee application (.1); revise application and notice and certificates of service regarding same (.3); finalize and coordinate filing and service regarding same (.3) | 0.70 | 305.00 | $213.50 |
| 08/14/2015 | PJK | CP | Call with Bradford J. Sandler regarding PSZJ second interim fee application; emails with Monica Molitor regarding same | 0.20 | 525.00 | $105.00 |
| 08/19/2015 | MM | CP | Email exchange with PSZJ team regarding Cert of No Obj. regarding PSZJ's 5th monthly fee application | 0.10 | 305.00 | $30.50 |
| 08/24/2015 | MM | CP | Prepare Cert of No Obj. and Certificate of Service regarding PSZJ's fifth fee application | 0.20 | 305.00 | $61.00 |
| 08/24/2015 | MM | CP | Finalize and coordinate filing and service of Cert of No Obj. regarding PSZJ's fifth fee application (.2); confer with Peter J. Keane regarding same (.1) | 0.30 | 305.00 | $91.50 |
| 08/24/2015 | PJK | CP | Review Cert of No Obj. regarding PSZJ June 2015 fee application; review same | 0.20 | 525.00 | $105.00 |
| 08/31/2015 | PJJ | CP | Finalize July fee statement. | 0.30 | 305.00 | $91.50 |
| 08/31/2015 | SSC | CP | Review and revise PSZJ July monthly fee application. | 0.30 | 750.00 | $225.00 |
| 08/31/2015 | MM | CP | Email from Peter J. Keane regarding PSZJ sixth monthly fee application (.1); prepare notice and Certificate of Service regarding same (.2); finalize and coordinate filing and service regarding same (.2) | 0.50 | 305.00 | $152.50 |
| 08/31/2015 | BJS | CP | Various emails with Monica Molitor regarding PSZJ fee application (.1); Review and revise PSZJ fee application (.2) | 0.30 | 825.00 | $247.50 |
| | | | | **6.50** | | **$2,945.50** |

### Comp. of Prof./Others

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/10/2015 | BJS | CPO | Review KT fee application | 0.10 | 825.00 | $82.50 |
| 08/10/2015 | SSC | CPO | Review DCR invoice and telephone conference with Rosell re same. | 0.10 | 750.00 | $75.00 |
| 08/11/2015 | SSC | CPO | Telephone conference with Huygens re Province interim fee application. | 0.20 | 750.00 | $150.00 |
| 08/11/2015 | MM | CPO | Email exchange with Shirley S. Cho regarding second interim fee application regarding Province (.1); review docket and related information regarding same (.1) | 0.20 | 305.00 | $61.00 |

Pachulski Stang Ziehl & Jones LLP

Wet Seal O.C.C.

93583    00002

Page:    9

Invoice 110844

August 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/11/2015 | MM | CPO | Prepare notice of Province's second quarterly fee application and certificates of service (.3); prepare proposed order approving second quarterly fee application (.2) | 0.50 | 305.00 | $152.50 |
| 08/11/2015 | MM | CPO | Review email from Shirley S. Cho and P. Huygens regarding Province's second quarterly fee application (.2); collate exhibits, notice and certificates of service (.2); revise objection deadline regarding same (.1); confer with Peter J. Keane regarding same (.1); finalize and coordinate filing and service regarding same (.2) | 0.80 | 305.00 | $244.00 |
| 08/11/2015 | PJK | CPO | Emails with Province regarding fee application; emails with Diane Potts regarding same | 0.20 | 525.00 | $105.00 |
| 08/11/2015 | PJK | CPO | Review Province fee application for filing | 0.20 | 525.00 | $105.00 |
| 08/14/2015 | JHR | CPO | Review DRC invoices and fee applications | 0.40 | 525.00 | $210.00 |
| 08/14/2015 | SSC | CPO | Telephone conference with J. Rosell re Donlin invoices. | 0.10 | 750.00 | $75.00 |
| 08/17/2015 | BJS | CPO | Review YCST fee application | 0.10 | 825.00 | $82.50 |
| 08/19/2015 | SSC | CPO | Review Province July fee application. | 0.20 | 750.00 | $150.00 |
| 08/19/2015 | MM | CPO | Email from Shirley S. Cho regarding Province sixth monthly fee application (.1); prepare notice and Certificate of Service regarding same (.2); refer all to Peter J. Keane for review and signature (.1) | 0.40 | 305.00 | $122.00 |
| 08/20/2015 | MM | CPO | Confer with Peter J. Keane regarding Province sixth fee application (.1); revise and finalize same (.1); coordinate filing and service regarding same (.1) | 0.30 | 305.00 | $91.50 |
| 08/20/2015 | BJS | CPO | Reviewed Province fee application | 0.10 | 825.00 | $82.50 |
| 08/27/2015 | JHR | CPO | Review DRC invoices through case and compare to budget | 0.20 | 525.00 | $105.00 |
| 08/31/2015 | MM | CPO | Email exchange with C. Corazza regarding second interim fee hearing and binder submission regarding same | 0.20 | 305.00 | $61.00 |
| | | | | 4.30 | | $1,954.50 |

## Executory Contracts [B185]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/05/2015 | MM | EC | Email to Shirley S. Cho regarding eighth omnibus notice of assumption of executory contracts | 0.10 | 305.00 | $30.50 |
| 08/28/2015 | MM | EC | Obtain and review fourth omnibus rejection to executory contracts (.1); email to Shirley S. Cho regarding same (.1) | 0.20 | 305.00 | $61.00 |
| | | | | 0.30 | | $91.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   10
Wet Seal O.C.C.                                                      Invoice 110844
93583     00002                                                     August 31, 2015

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Financial Filings [B110]**

| 08/21/2015 | JHR | FF | Review motion to compel debtors to revise schedule F (Project 28 claim) | 0.20 | 525.00 | $105.00 |
| | | | | **0.20** | | **$105.00** |

**General Creditors Comm. [B150]**

| 08/03/2015 | PJK | GC | Call with D. Patel regarding case status | 0.20 | 525.00 | $105.00 |
| 08/10/2015 | JHR | GC | Draft summary of substantive pleadings | 1.10 | 525.00 | $577.50 |
| | | | | **1.30** | | **$682.50** |

**Hearing**

| 08/09/2015 | PJK | HE | Review critical dates; emails with Bradford J. Sandler regarding 8/10/15 hearing | 0.20 | 525.00 | $105.00 |
| 08/10/2015 | PJK | HE | Review binder; prepare for 8/1015 hearing | 0.30 | 525.00 | $157.50 |
| 08/10/2015 | PJK | HE | Attend hearing | 0.40 | 525.00 | $210.00 |
| 08/10/2015 | PJK | HE | Email to PSZJ team regarding status of 8/10/15 hearing | 0.10 | 525.00 | $52.50 |
| 08/12/2015 | MM | HE | Obtain and review 8/14/15 hearing agenda | 0.20 | 305.00 | $61.00 |
| 08/12/2015 | PJK | HE | Review 8/14/15 agenda | 0.20 | 525.00 | $105.00 |
| | | | | **1.40** | | **$691.00** |

**Operations [B210]**

| 08/12/2015 | BJS | OP | Review operating report | 0.10 | 825.00 | $82.50 |
| 08/19/2015 | RJF | OP | Review email regarding Sharp letter of credit draw. | 0.10 | 995.00 | $99.50 |
| | | | | **0.20** | | **$182.00** |

**Plan & Disclosure Stmt. [B320]**

| 07/01/2015 | BJS | PD | Various emails with Province regarding administrative claims | 0.30 | 825.00 | $247.50 |
| 07/06/2015 | BJS | PD | Telephone conference with Robert J. Feinstein regarding plan | 0.20 | 825.00 | $165.00 |
| 07/10/2015 | BJS | PD | Telephone conference with V. Simonte regarding plan | 0.40 | 825.00 | $330.00 |
| 07/10/2015 | BJS | PD | Review amended plan | 0.40 | 825.00 | $330.00 |
| 07/13/2015 | BJS | PD | Various emails with PSZJ regarding amended plan | 0.40 | 825.00 | $330.00 |
| 07/17/2015 | BJS | PD | Review and revise trust agreement | 0.40 | 825.00 | $330.00 |
| 07/22/2015 | BJS | PD | Various emails with counsel regarding amended | 0.40 | 825.00 | $330.00 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    11
Invoice 110844
August 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | plan | | | |
| 07/23/2015 | BJS | PD | Various emails with counsel regarding disclosure statement | 0.30 | 825.00 | $247.50 |
| 08/04/2015 | MB | PD | Review redlines of plan with buyer's and debtor's comments. | 0.40 | 725.00 | $290.00 |
| 08/04/2015 | MB | PD | Review Kelley Drye emails re liquidation trust agreement; revise liquidation trust agreement and circulate. | 0.20 | 725.00 | $145.00 |
| 08/07/2015 | MB | PD | Revise liquidation trust agreement per E. Wilson comments. | 0.10 | 725.00 | $72.50 |
| 08/07/2015 | MB | PD | Review revised plan (.5) and disclosure statement (.5). | 1.00 | 725.00 | $725.00 |
| 08/08/2015 | BJS | PD | Various emails with Robert J. Feinstein regarding plan | 0.10 | 825.00 | $82.50 |
| 08/10/2015 | RJF | PD | Attention to execution and filing of plan and DS. | 0.30 | 995.00 | $298.50 |
| 08/12/2015 | JHR | PD | Review revised proposed disclosure statement order | 0.90 | 525.00 | $472.50 |
| 08/16/2015 | BJS | PD | Review ballot/solicitation package | 0.30 | 825.00 | $247.50 |
| 08/18/2015 | JHR | PD | Review proposed disclosure statement | 0.70 | 525.00 | $367.50 |
| 08/21/2015 | BJS | PD | Telephone conference with V. Simonte regarding Plan. | 0.40 | 825.00 | $330.00 |
| 08/24/2015 | MB | PD | Review prior iterations and comments to solicitation procedures and current version of same. | 0.80 | 725.00 | $580.00 |
| 08/24/2015 | BJS | PD | Various emails with E. Wilson regarding LTA | 0.10 | 825.00 | $82.50 |
| 08/25/2015 | RJF | PD | Telephone conference with Maria Bove regarding plan status. | 0.20 | 995.00 | $199.00 |
| 08/25/2015 | MB | PD | Review current redline of disclosure statement order and exhibits. | 0.30 | 725.00 | $217.50 |
| 08/25/2015 | BJS | PD | Various emails with KT regarding disclosure statement | 0.30 | 825.00 | $247.50 |
| 08/26/2015 | RJF | PD | Office conference with Maria Bove regarding solicitation procedures, related emails. | 0.40 | 995.00 | $398.00 |
| 08/26/2015 | MB | PD | Review orders and email comments to disclosure statement order to PSZJ team. | 0.60 | 725.00 | $435.00 |
| 08/26/2015 | MB | PD | Review first omni claim objection (re Rule 3018 and voting issues). | 0.20 | 725.00 | $145.00 |
| 08/31/2015 | MB | PD | Review U.S. Trustee comments to plan. | 0.20 | 725.00 | $145.00 |
| | | | | 10.30 | | $7,790.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                                                      **$19,792.00**

Pachulski Stang Ziehl & Jones LLP                          Page:   12
Wet Seal O.C.C.                                            Invoice 110844
93583    00002                                             August 31, 2015

## Expenses

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 08/04/2015 | RE | ( 23 @0.10 PER PG) | 2.30 |
| 08/04/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/04/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 08/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/05/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 08/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/05/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 08/05/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 08/07/2015 | RE | ( 16 @0.10 PER PG) | 1.60 |
| 08/07/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/07/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 08/10/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/10/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 08/10/2015 | RE | ( 39 @0.10 PER PG) | 3.90 |
| 08/10/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/10/2015 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 08/10/2015 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 08/10/2015 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 08/10/2015 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 08/11/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    13

Wet Seal O.C.C.

Invoice 110844

93583    00002

August 31, 2015

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/11/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 08/11/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 08/11/2015 | RE | ( 162 @0.10 PER PG) | 16.20 |
| 08/11/2015 | RE | ( 321 @0.10 PER PG) | 32.10 |
| 08/11/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/11/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 08/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/11/2015 | RE | ( 450 @0.10 PER PG) | 45.00 |
| 08/11/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/11/2015 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 08/11/2015 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 08/11/2015 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 08/11/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 08/11/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 08/11/2015 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 08/11/2015 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 08/12/2015 | DC | 93583.00002 Digital Legal Charges for 08-12-15 | 10.65 |
| 08/12/2015 | DC | 93583.00002 Digital Legal Charges for 08-12-15 | 225.00 |
| 08/12/2015 | RE | ( 87 @0.10 PER PG) | 8.70 |
| 08/12/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   14
Wet Seal O.C.C.                                                      Invoice 110844
93583    00002                                                       August 31, 2015

| | | | |
|---|---|---|---:|
| 08/12/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 08/12/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/12/2015 | RE | ( 184 @0.10 PER PG) | 18.40 |
| 08/12/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 08/12/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/12/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/13/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/13/2015 | RE | ( 91 @0.10 PER PG) | 9.10 |
| 08/13/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 08/13/2015 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 08/13/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 08/13/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 08/13/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 08/14/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 08/14/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 08/14/2015 | RE | ( 48 @0.10 PER PG) | 4.80 |
| 08/14/2015 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 08/14/2015 | RE | ( 745 @0.10 PER PG) | 74.50 |
| 08/14/2015 | RE | ( 276 @0.10 PER PG) | 27.60 |
| 08/14/2015 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 08/14/2015 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    15
Invoice 110844
August 31, 2015

| 08/14/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
|---|---|---|---|
| 08/17/2015 | DC | 93583.00002 Digital Legal Charges for 08-17-15 | 6.19 |
| 08/17/2015 | DC | 93583.00002 Digital Legal Charges for 08-17-15 | 225.00 |
| 08/17/2015 | RE | ( 35 @0.10 PER PG) | 3.50 |
| 08/17/2015 | RE | ( 173 @0.10 PER PG) | 17.30 |
| 08/18/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 08/18/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 08/18/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 08/18/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 08/18/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/18/2015 | RE | ( 82 @0.10 PER PG) | 8.20 |
| 08/18/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/20/2015 | RE | ( 48 @0.10 PER PG) | 4.80 |
| 08/20/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/20/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 08/20/2015 | RE | ( 25 @0.10 PER PG) | 2.50 |
| 08/20/2015 | RE | ( 110 @0.10 PER PG) | 11.00 |
| 08/21/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 08/21/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/21/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/21/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |

Pachulski Stang Ziehl & Jones LLP

Wet Seal O.C.C.

93583     00002

Page:    16

Invoice 110844

August 31, 2015

| | | | |
|---|---|---|---|
| 08/21/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 08/21/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 08/24/2015 | DC | 93583.00002 Digital Legal Charges for 08-24-15 | 9.38 |
| 08/24/2015 | DC | 93583.00002 Digital Legal Charges for 08-24-15 | 25.00 |
| 08/24/2015 | RE | ( 35 @0.10 PER PG) | 3.50 |
| 08/24/2015 | RE | ( 48 @0.10 PER PG) | 4.80 |
| 08/24/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/24/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 08/24/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/24/2015 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 08/24/2015 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 08/24/2015 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 08/24/2015 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 08/24/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 08/25/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 08/25/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/25/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 08/26/2015 | DC | 93583.00002 Digital Legal Charges for 08-26-15 | 10.65 |
| 08/26/2015 | DC | 93583.00002 Digital Legal Charges for 08-26-15 | 25.00 |
| 08/26/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 08/27/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    17
Wet Seal O.C.C.                                                      Invoice 110844
93583    00002                                                       August 31, 2015

| Date | | | Amount |
|------|------|------|------|
| 08/28/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 08/28/2015 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 08/28/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/28/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/28/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/28/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/31/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 08/31/2015 | RE | ( 80 @0.10 PER PG) | 8.00 |
| 08/31/2015 | RE | ( 37 @0.10 PER PG) | 3.70 |
| 08/31/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 08/31/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 08/31/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/31/2015 | RE | ( 148 @0.10 PER PG) | 14.80 |
| 08/31/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |

**Total Expenses for this Matter**                                 **$1,003.17**

Pachulski Stang Ziehl & Jones LLP
Wet Seal O.C.C.
93583    00002

Page:    18
Invoice 110844
August 31, 2015

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 08/31/2015

| | |
|---|---:|
| Total Fees | $19,792.00 |
| Chargeable costs and disbursements | $1,003.17 |
| Total Due on Current Invoice..................... | $20,795.17 |

Outstanding Balance from prior Invoices as of 08/31/2015    (May not reflect recent payments)

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 110598 | 07/31/2015 | $24,306.00 | $447.34 | $24,753.34 |

**Total Amount Due on Current and Prior Invoices**                                      $45,548.51