IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEAL123, INC., *et al.*,[1] | ) | Case No. 15-10081 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Peter J. Keane hereby certify that on the 21st day of September, 2015, I caused a copy of the documents listed below to be served on the individuals on the attached service list in the manner indicated:

*Notice of Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from August 1, 2015 through August 31, 2015;*

*Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from August 1, 2015 through August 31, 2015 [including Exhibit A thereto]*

_____
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

The Wet Seal, Inc. Fee App Service List
Case No. 15-10081(CSS)
Document No. 198908
02 – Hand Delivery
03 – First Class Mail

**Hand Delivery**
United States Trustee
Office of the U.S. Trustee
Benjamin Hackman, Esquire
J. Caleb Boggs Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel for, Debtors)
Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor, Esquire
Maris J. Kandestin, Esquire
Rodney Square
1000 North King Street
Wilmington, DE 19801

**First Class Mail**
(Counsel for B. Riley)
Van C. Durrer II, Esquire
Adithya Mani, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

**First Class Mail**
(Counsel for Bank of America, N.A.)
Steven E. Fox, Esquire
Riemer & Braunstein LLP
Seven Times Square
Times Square Tower, Suite 2506
New York, NY 10036

**First Class Mail**
(Counsel to the Debtors)
Lee R. Bogdanoff, Esquire
Michael L. Tuchin, Esquire
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067