IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WET SEAL, INC., a Delaware corporation, et al.,[1] | ) ) ) | Case No. 15-10081 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: October 13, 2015 2015 at 4:00 p.m.
Hearing Date: Scheduled only if Necessary

### SECOND APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR REIMBURSEMENT OF EXPENSES INCURRED BY COMMITTEE MEMBERS

The Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtors and debtors in possession (the "Debtors"), by and through its undersigned counsel submits this application (the "Application") for reimbursement of expenses incurred by Committee member Simon Property Group (the "Member") on January 29, 2015, February 9, 2015 and March 9-10, 2015 (the "Application Period") in connection with the Debtors' chapter 11 cases, and respectfully represents as follows:

### JURISDICTION

1.   This Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of these cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: The Wet Seal, Inc. (5940); The Wet Seal Retail, Inc. (6265); Wet Seal Catalog, Inc. (7604); and Wet Seal GC, LLC (2855). The mailing address for each of the Debtors is: 26972 Burbank, Foothill Ranch, CA 92610.

## BACKGROUND

2. On January 15, 2015 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession of their property and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4. On January 30, 2015, the United States Trustee for Region 3 appointed the Committee to represent the interests of all unsecured creditors in this Case pursuant to section 1102 of the Bankruptcy Code.

## RELIEF REQUESTED

5. By this Application, the Committee requests reimbursement of the expenses of the Members incurred during the Application Period, as set forth below, as administrative expenses of the Debtors, and directing payment of same.

## COMMITTEE MEMBER EXPENSES

6. The Member requests reimbursement of expenses in the amount of $4,529.73. Such expenses relate to the attendance of the Member at the Committee formation meeting held on January 29, 2015, at a meeting with the Debtors and potential bidders held on February 9, 2015, and at the auction held on March 9-10, 2015. Respective Committee expense

reimbursement forms, including photocopies of the receipts for the Member's expenses for each of the referenced dates, are annexed hereto as **Exhibits A, B, and C**.

7. The expenses were incurred by the Member in connection with its duties as a Member of the Committee and is submitted pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, signed on or about February 9, 2015 (the "Administrative Order").

8. The expenses incurred by the Member were necessary to permit the effective performance of the Member's duties under section 1103 of the Bankruptcy Code and are reimbursable from the Debtors' estate. *See* 11 U.S.C. § 503(b)(3)(F); *In re First Merchants Acceptance Corp.*, 198 F.3d 394, 397 (3d Cir. 1999); *See also In re Haven Eldercare, LLC*, 382 B.R. 180, 183 (Bankr. D. Conn. 2008) ("The actual and necessary expenses of the lay members of the official unsecured creditors' committee . . . are entitled to treatment as administrative priority claims under Section 503(b)(3)(F)").

9. This is the Committee's second Application[2] for Member expenses and none of the expenses for which reimbursement is requested are duplicative of any expenses requested or awarded in any prior application.

10. The Committee reserves the right to include additional requests for expense reimbursement, if any, for this Application Period in subsequent applications.

---

[2] This is Simon Property Group's first expense reimbursement application request in the above-captioned case.

11. Accordingly, the Member's expenses in the amount of $4,529.73 should be paid as an administrative expense of the Debtors' estate under section 503(b)(3)(F) of the Bankruptcy Code by the Debtors.

**WHEREFORE**, the Committee requests that the expenses incurred by the Member as reflected on **Exhibits A, B, and C** hereto be reimbursed by the Debtors in the total amount of $4,529.73.

Dated: September 22, 2015

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane

Bradford J. Sandler (Bar No. 4142)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   bsandler@pszjlaw.com
         jpomerantz@pszjlaw.com
         pkeane@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

DOCS_DE:201962.1 93583/002