# Exhibit A

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE WET SEAL INC.

### EXPENSE REIMBURSEMENT REPORT

1. Name of Company                                Simon Property Group

2. Date of Meeting                                01/29/2015

3. Location of Meeting                            Wilmington, DE

4. Name of Representative Attending Meeting       Ronald Tucker

5. Reimbursable Expenses:

   (a) <u>Transportation</u>:

      (1) Air or Rail Fare                                $____780.20_____

      (2) Personal automobile miles at $.55 per mile      $_____

      (3) Taxi                                            $_____

      (4) Parking/Tolls                                   $____36.00_____

      (5) Other (describe)                                $____97.05_____

   (b) <u>Lodging</u>:

      (1) Hotel (excluding meals)                         $____174.90_____

   (c) <u>Meals</u>:

      (1) Breakfast                                       $____7.02_____

      (2) Lunch                                           $____14.27_____

      (3) Dinner                                          $____14.54_____

**TOTAL REIMBURSEMENT SOUGHT**                     $__1123.98_____

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Ronald M. Tucker* (signature)

(Signature of Member's Representative Incurring Expenses)

Wet Seal

# Expense Report
# Transmittal Page

TEA000140685



| SUBMIT RECEIPTS TO | SUMMARY INFORMATION | |
|---|---|---|
| **AP** | Employee Name | Ronald M Tucker |
| | Employee Number | 150753 |
| | Expense dates | 01/29/15-02/02/15 |
| Simon Property Group | Net Due Credit Card | 1116.96 USD |
| ATTN: A/P TRAVEL ADMINISTRATOR | Net due Employee | 7.02 USD |
| 225 W WASHINGTON ST 6TH FL | Form ID | TEA000140685 |
| INDIANAPOLIS, IN 46204 | Approver | Patrick T O'Malley |

**Fax Number:**
317-685-7262

## DIRECTIONS FOR SUBMISSION

The transmittal page along with the listed receipts should be sent to the address listed on the transmittal page.

### REQUIRED RECEIPTS

| Rec. # | Date | Receipt Item | Amount | If not submitted - Explain |
|---|---|---|---|---|
| 1) | 01/30/15 | Lodging | 189.90 USD | |

# Expense Report
## Employee and Expense Summary

### REPORT INFORMATION

| | |
|---|---|
| Employee Name | Ronald M Tucker |
| Employee Number | 150753 |
| Expense dates | 01/29/15-02/02/15 |
| Report Name | Wet Seal Organizational Meeting 1-29-15 |
| Purpose | Wet Seal Organizational Meeting 1-29-15 |
| Form ID | TEA000140685 |
| Approver | Patrick T O'Malley |

### REPORT TOTALS

| | |
|---|---|
| Total Expenses | 1123.98 USD |
| Personal | 0.00 USD |
| Net Reimbursable | 1123.98 USD |
| Net Due Credit Card | 1116.96 USD |
| Net due Employee | 7.02 USD |

**\*\* Charges are in USD unless otherwise noted**

### EXPENSE DATA SUMMARY

| Date | Expense Item | Amount | Payment Type | Country | Ex. Rate | Charge to | USD |
|---|---|---|---|---|---|---|---|
| 01/29/15 | Air Travel | 780.20 | Corporate Card | United States (US | 1.00 | | 780.20 |
| 01/29/15 | Individual Meals | 14.27 | Corporate Card | United States (US | 1.00 | | 14.27 |
| 01/30/15 | Lodging | 189.90 | Corporate | United States (US | 1.00 | | 189.90 |
| 01/29/15 | Parking | 15.00 | Corporate Card | United States (US | 1.00 | | 15.00 |
| 01/29/15 | Room Rate | 159.00 | Corporate Card | United States (US | 1.00 | | 159.00 |
| 01/29/15 | Room Tax | 12.72 | Corporate Card | United States (US | 1.00 | | 12.72 |
| 01/29/15 | Room Tax | 3.18 | Corporate Card | United States (US | 1.00 | | 3.18 |
| 01/30/15 | Car Rental | 74.19 | Corporate Card | United States (US | 1.00 | | 74.19 |
| 01/30/15 | Individual Meals | 14.54 | Corporate Card | United States (US | 1.00 | | 14.54 |
| 01/30/15 | Fuel | 7.86 | Corporate Card | United States (US | 1.00 | | 7.86 |
| 01/30/15 | Individual Meals | 7.02 | Cash | United States (US | 1.00 | | 7.02 |
| 02/02/15 | Other Ground Transportation | 36.00 | Corporate Card | United States (US | 1.00 | | 36.00 |

### Charge to

Charge to: HO-3638-106 Default

# Expense Report
## Expense and Miscellaneous Detail

### EXPENSE DETAIL SUMMARY

| Date | Expense Item | Amount | Expense is | Purpose | Category | Receipt Required |
|---|---|---|---|---|---|---|
| 01/29/15 | Air Travel | 780.20 | Reimbursable | | General Travel | No |
| 01/29/15 | Individual Meals | 14.27 | Reimbursable | | General Travel | No |
| 01/30/15 | Lodging | 189.90 | Reimbursable | | General Travel | Yes |
| 01/29/15 | Parking | 15.00 | Reimbursable | | General Travel | Yes |
| 01/29/15 | Room Rate | 159.00 | Reimbursable | | General Travel | Yes |
| 01/29/15 | Room Tax | 12.72 | Reimbursable | | General Travel | Yes |
| 01/29/15 | Room Tax | 3.18 | Reimbursable | | General Travel | Yes |
| 01/30/15 | Car Rental | 74.19 | Reimbursable | | General Travel | No |
| 01/30/15 | Individual Meals | 14.54 | Reimbursable | | General Travel | No |
| 01/30/15 | Fuel | 7.86 | Reimbursable | | General Travel | No |
| 01/30/15 | Individual Meals | 7.02 | Reimbursable | | General Travel | No |
| 02/02/15 | Other Ground Transportation | 36.00 | Reimbursable | | General Travel | No |

### Fuel
Describe: Gas for Rental car on 01/29-01/30/2015

### Other Ground Transportation
Describe: Parking at Indianapolis Airport for 2 days



**DOUBLETREE**
BY HILTON
DOWNTOWN WILMINGTON
LEGAL DISTRICT

700 King Street • Wilmington, DE 19801
Phone (302) 655-0400 • Fax (302) 655-0430
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

Name & Address

TUCKER, RONALD
225 W WASHINGTON ST
INDIANAPOLIS IN 46204
UNITED STATES OF AMERICA

Room: 806/NK1E
Arrival Date: 1/29/2015 5:05:00 PM
Departure Date: 1/30/2015
Adult/Child: 1/0
Room Rate: 159.00
Rate Plan: CON
HH #: 641267461 GOLD
AL:
Car:

*Folio*

Confirmation Number: 82041876

1/29/2015


HHONORS
HILTON WORLDWIDE

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1/29/2015 | 1513638 | PARKING | $15.00 |
| 1/29/2015 | 1513639 | GUEST ROOM | $159.00 |
| 1/29/2015 | 1513639 | OCCUPANCY TAX - 8% | $12.72 |
| 1/29/2015 | 1513639 | OCCUPANCY TAX - CITY | $3.18 |
| | | WILL BE SETTLED TO AX*3007 | $189.90 |
| | | EFFECTIVE BALANCE OF | $0.00 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!

WALDORF ASTORIA
CONRAD
Hilton
DOUBLETREE
EMBASSY SUITES
Hilton Garden Inn
Hampton
HOMEWOOD SUITES
HOME2
Hilton Grand Vacations

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

CARD MEMBER'S SIGNATURE
X

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

DATE OF CHARGE    FOLIO NO./CHECK NO.
332774 A

AUTHORIZATION    INITIAL

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT

PAYMENT DUE UPON RECEIPT

 **Fw: Frequent Parker Credit Card Charges**
Ron Tucker   to: Jewelie Vires                                         02/03/2015 05:00 PM

FYI

Ronald M. Tucker
Vice President/Bankruptcy Counsel



Simon Property Group, L.P.
(317) 263-2346 Office
(317) 263-7901 Fax
rtucker@simon.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this message in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. The transmission of this message shall not constitute a waiver of the attorney-client or work product privilege.

----- Forwarded by Ron Tucker/Simon on 02/03/2015 05:00 PM -----

| | |
|---|---|
| From: | <parkind@ind.com> |
| To: | <rtucker@simon.com>, |
| Date: | 02/02/2015 04:22 PM |
| Subject: | Frequent Parker Credit Card Charges |

Frequent Parker Program Member, Your card on file, American Express xxxxxxxxxxx3007, has been charged $36.00 on Feb 2 2015 4:22PM. We appreciate your continued loyalty and the opportunity to serve

```
Rental Agreement Number: 421600966
Vehicle Number:           67331611
```

## YOUR INFORMATION

```
TUCKER, RONALD
RAPID REZ:      MX978R
BUDGET DISC:                     Rental CAR
   SIMON PROPERTY GROUP
PAYMENT METHOD: AMEX XX3007
```

## YOUR RENTAL

```
Picked up:      PHL
Date/Time:      JAN 29, 2015@03:00PM
Returned:       PHL
Date/Time:      JAN 30, 2015@05:00PM
Veh Group:      Compact
Veh Charged:    Compact
Vehicle:        FORD FOCUS 5DR
Odometer Out:   17389
Odometer In:    17434
Fuel Reading:   Full
```

## YOUR VEHICLE CHARGES

```
   2 DY@  21.00                    4.
YOUR TIME AND MILEAGE:             42
```

## YOUR TAXABLE FEES

```
*"11.11% FEE                       4.84
ENERGY RECOVERY    0.77/DY         1.54

YOUR SUBTOTAL                     48.38
TAXABLE SUBTOT
TAX  8.000%                        3.87
```

## YOUR NON TAXABLE ITEMS

```
                                   1.94
CFC                               16.00
STATE SURCH     2.00/DY            4.00

TOTAL CHARGES                     74.19
NET CHARGES                       74.19
YOUR TOTAL DUE:                    0.00

PAID ON AMEX XX3007
**CONCESSION RECOVERY FEE
```

THANK YOU FOR RENTING WITH BUDGET

For inquiries on e-receipt visit

---

/ Burger King ®  *Dinner*
7439
TIA-TAMPA INTERNATIONAL AIRPORT
(813) 396-3353

**ORDER 41**

TAKE OUT

```
DBL WHOPPER                        5.49
VM SM DBL WHRCH                    8.09
*DBL WHOP CHS
*SM FRY
*SMALL DIET

            SUBTOTAL              13.58
            TAX                    0.96
            TOTAL                 14.54
            CREDIT CARD           14.54
            CHANGE                 0.00
```

```
***********************************************
TOTAL CHARGE              14.54
Amex
  AcctNum: ****3007
  Auth: 521593
  RefNum: 000841
```

I AGREE TO PAY ABOVE TOTAL
CHARGE PER CARD ISSUER AGREEMENT

(NO SIGNATURE REQUIRED)

RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY
***********************************************
==================================
THANK YOU FOR
YOUR VISIT
==================================
Your cashier was Milanes

Fri Jan                                1 C=119

GAS

```
PHILLY AIRPORT PETRO
   15 INDUSTRIAL HWY
ESSINGTON, PA 19029

PHILLY AIRPORT PETRO
15 INDUSTRIAL HIGHWAY
ESSINGTON, PA 19023
Merchant #: H342550160001

01/30/15 16:49:52

Regular Pur    Fuel Ticket #396091
             3.465 G @ 2.269    7.86

Subtotal                      7.86
Sales Tax                     0.00
Total                       $7.86
(Credit Card)(USD)          $7.86

Change                      $0.00

XXXXXX-X XX3007
AMX
Trans# 310373    Approval# 543856
Card Total: $7.86


*** Customer signature on file ***


Change        $      0.00


Trans ID: 792752
Basket:

        Thank you for
```

```
       AREAS USA IND, LLC.
           CHAMPP'S
    INDIANAPOLIS INT'L AIRPORT
CHECK:        4993
TABLE:        41/1
SERVER:       4066 Robert S
DATE:         29JAN'15 12:31PM
CARD TYPE:    AMERICAN EXPRESS
ACCT #:       XXXXXXXXXXX3007
AUTH CODE:    566118
              'D M TUCKER'

SUBTOTAL              12.52

GRAT                   1.75

TOTAL:                14.27

SIGNATURE: _____

      SIGNED COPY TO MERCHANT
      * GRATUITY NOT INCLUDED *
      * PROPINA NO INCLUIDA *
```

```
Chick Fil A 486
Philadelphia International
        Airport
     Philadelphia, PA

1024 Jahi W

Chk 5925 Jan30'15 05:09P Gst 0

Dine In
1 Med Fry              1.75
1 4 Strips Poly        4.75
Honey Mustard
Cash                  10.00

Subtotal               6.50
Tax                    0.52
Payment                7.02
Change Due             2.98

If we did or did not exceed your
expectations, we would like to
hear from you.  Please call
800-426-5971 x1021 or email
wecare@mindspring.com or
text 404-747-5200
```

Print


Ron Tucker
Wet Seal

# Trip Overview



**Trip Name:** Multi-Segment Trip
**Start Date:** Jan 29, 2015
**End Date:** Jan 30, 2015
**Created:** Jan 26, 2015, Jewelie Hathaway-Vires *(Modified: Jan 26, 2015)*
**Description:** Organizational meeting for Wet Seal
**Reason for Trip:** Meetings
**Agency Record Locator:** PJ4ZN0
**Passengers:** Ronald Mark Tucker
**Total Estimated Cost:** $1,029.29 USD

Airfare must be ticketed by an agent by: **01/27/2015 11:00 PM Central**

 

Fox World Travel - GO3 - 16 - Simon Property Group

---

## Reservations

Thursday, January 29, 2015



**Flight    Indianapolis, IN (IND) to Philadelphia, PA (PHL)**

US Airways 4453
Operated by: US AIRWAYS EXPRESS-REPUBLIC AIRLINES

**Departure: 12:55 PM**
Seat: 15D (Confirmed)
Indianapolis Intl Arpt (IND)
Duration: 1 hour, 50 minutes
Nonstop

**Confirmation: D3TX5D**
Status: **Confirmed**
Air Frequent Flyer Number: US-692M2J6

**Arrival: 02:45 PM**
Philadelphia Intl Arpt (PHL)
Terminal: C

**Additional Details**
Aircraft: E-175
E-Ticket
Cabin: Economy (L)

Distance: 586 miles

**Budget Car Rental at: Philadelphia US (PHL)**



Pick-up at: Philadelphia US (PHL)

**Pick Up: 02:45 PM** *Thu Jan 29*
Pick-up at: Philadelphia US (PHL)
Number of Cars: 1

**Confirmation: 04682278US6**
Status: **Confirmed**
Rate Code: EQ

**Return: 06:05 PM** *Fri Jan 30*
Returning to: Philadelphia US (PHL)

**Additional Details**
Rate: $21.00 USD, unlimited miles; $15.76 USD extra hourly rate, unlimited miles
Total Rate: $74.19 USD          Corporate Discount: R024200

**Rental Details**
Compact / Car / Automatic transmission / Air conditioning



## DoubleTree by Hilton Hotel Downtown Wilmington - Legal District

700 N. King Street
Wilmington, Delaware, 19801
US
+1-302-655-0400

**Checking In: Thu Jan 29**
*15:00*
Room 1, Days 1, Guests 1

**Confirmation: 82041876**
Status: **Confirmed**
Frequent Guest Number: 641267461
Rate Code: A01A23

**Checking Out: Fri Jan 30**
*12:00*

**Additional Information**
Daily Rate: $159.00 USD

Total Rate: $174.90 USD

**Room Details**
Room Description: RoomDescriptionCodeA01A23
Special Instructions: Nonsmoking

**Cancellation Policy**
Cxl By 11:59P Day Prior Arvl Or Partial Payment May Be Forfeited

Friday, January 30, 2015



## Flight    Philadelphia, PA (PHL) to Tampa, FL (TPA)

US Airways 1883

**Departure: 06:05 PM**
Seat: 04F (Confirmed)
Philadelphia Intl Arpt (PHL)
Terminal: B
Duration: 2 hours, 53 minutes
Nonstop

**Confirmation: D3TX5D**
Status: **Confirmed**
Air Frequent Flyer Number: US-692M2J6

**Arrival: 08:58 PM**
Tampa Intl (TPA)

**Additional Details**

Aircraft: Airbus A320  
E-Ticket  
Cabin: Economy (M)  

Distance: 920 miles  

Meal: Food for purchase

## Total Estimated Cost

Air                                                                                  <u>View Fare Rules</u>  
    Airfare quoted amount:                          $699.53 USD  
    Taxes and fees:                                      $80.67 USD  
               Air Total Price:              $780.20 USD  
Hotel:                                                                       $174.90 USD  
Car:                                                                         $74.19 USD  
Total Estimated Cost:                                                $1,029.29 USD  

TICKET NOT YET ISSUED. AIRFARE QUOTED IN ITINERARY IS NOT GUARANTEED UNTIL TICKETS ARE ISSUED.