# Exhibit B

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE WET SEAL INC.

## EXPENSE REIMBURSEMENT REPORT

1. Name of Company                                    *Simon Property Group*

2. Date of Meeting                                     *2-9-2015*

3. Location of Meeting                                 *Los Angeles*

4. Name of Representative Attending Meeting            *Ronald Tucker*

5. Reimbursable Expenses:

    (a) <u>Transportation</u>:

        (1) Air or Rail. Fare                    $ *1004.28*

        (2) Personal automobile miles at $.55 per mile    $ _____

        (3) Taxi                                 $ *40.00*

        (4) Parking/Tolls                        $ _____

        (5) Other (describe)                     $ _____

    (b) <u>Lodging</u>:

        (1) Hotel (excluding meals)              $ *853.06*

    (c) <u>Meals</u>:

        (1) Breakfast                            $ *4.30*

        (2) Lunch                                $ *10.36*

        (3) Dinner                               $ *20.00*

**TOTAL REIMBURSEMENT SOUGHT**                          $ *1932.00*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Ronald M. Tucker*
_____
(Signature of Member's Representative
Incurring Expenses)

# Expense Report
## Employee and Expense Summary

| REPORT INFORMATION | | REPORT TOTALS | |
|---|---|---|---|
| Employee Name | Ronald M Tucker | Total Expenses | 1932.00 USD |
| Employee Number | 150753 | Personal | 0.00 USD |
| Expense dates | 02/09/15-02/11/15 | Net Reimbursable | 1932.00 USD |
| Report Name | Wet Seal Committee Meeting | Net Due Credit Card | 1932.00 USD |
| Purpose | Wet Seal Committee Meeting 02/09/-02/10/2015 | Net due Employee | 0.00 USD |
| Form ID | TEA000140712 | | |
| Approver | Patrick T O'Malley | | |

** Charges are in USD unless otherwise noted.

### EXPENSE DATA SUMMARY

| Date | Expense Item | Amount | Payment Type | Country | Ex. Rate | Charge to | USD |
|---|---|---|---|---|---|---|---|
| 02/09/15 | Air Travel | 836.23 | Corporate Card | United States (US | 1.00 | | 836.23 |
| 02/09/15 | Air Travel | 168.05 | Corporate Card | United States (US | 1.00 | | 168.05 |
| 02/11/15 | Lodging | 877.36 | Corporate | United States (US | 1.00 | | 877.36 |
| 02/09/15 | Individual Meals | 20.00 | Corporate Card | United States (US | 1.00 | | 20.00 |
| 02/09/15 | Individual Meals | 2.50 | Corporate Card | United States (US | 1.00 | | 2.50 |
| 02/09/15 | Individual Meals | 1.80 | Corporate Card | United States (US | 1.00 | | 1.80 |
| 02/09/15 | Room Rate | 369.00 | Corporate Card | United States (US | 1.00 | | 369.00 |
| 02/09/15 | Room Tax | 51.66 | Corporate Card | United States (US | 1.00 | | 51.66 |
| 02/09/15 | Room Tax | 0.33 | Corporate Card | United States (US | 1.00 | | 0.33 |
| 02/09/15 | Room Tax | 5.54 | Corporate Card | United States (US | 1.00 | | 5.54 |
| 02/10/15 | Room Rate | 369.00 | Corporate Card | United States (US | 1.00 | | 369.00 |
| 02/10/15 | Room Tax | 51.66 | Corporate Card | United States (US | 1.00 | | 51.66 |
| 02/10/15 | Room Tax | 0.33 | Corporate Card | United States (US | 1.00 | | 0.33 |
| 02/10/15 | Room Tax | 5.54 | Corporate Card | United States (US | 1.00 | | 5.54 |
| 02/11/15 | Other Ground Transportation | 40.00 | Corporate Card | United States (US | 1.00 | | 40.00 |
| 02/11/15 | Individual Meals | 10.36 | Corporate Card | United States (US | 1.00 | | 10.36 |

### Charge to

Charge to:   HO-3638-106 Default

## Expense Report
## Expense and Miscellaneous Detail

### EXPENSE DETAIL SUMMARY

| Date | Expense Item | Amount | Expense is | Purpose | Category | Receipt Required |
|------|--------------|--------|------------|---------|----------|------------------|
| 02/09/15 | Air Travel | 836.23 | Reimbursable | | General Travel | No |
| 02/09/15 | Air Travel | 168.05 | Reimbursable | | General Travel | No |
| **02/11/15** | **Lodging** | **877.36** | **Reimbursable** | | **General Travel** | **Yes** |
| 02/09/15 | *Individual Meals* | *20.00* | *Reimbursable* | | *General Travel* | *Yes* |
| 02/09/15 | *Individual Meals* | *2.50* | *Reimbursable* | | *General Travel* | *Yes* |
| 02/09/15 | *Individual Meals* | *1.80* | *Reimbursable* | | *General Travel* | *Yes* |
| 02/09/15 | *Room Rate* | *369.00* | *Reimbursable* | | *General Travel* | *Yes* |
| 02/09/15 | *Room Tax* | *51.66* | *Reimbursable* | | *General Travel* | *Yes* |
| 02/09/15 | *Room Tax* | *0.33* | *Reimbursable* | | *General Travel* | *Yes* |
| 02/09/15 | *Room Tax* | *5.54* | *Reimbursable* | | *General Travel* | *Yes* |
| 02/10/15 | *Room Rate* | *369.00* | *Reimbursable* | | *General Travel* | *Yes* |
| 02/10/15 | *Room Tax* | *51.66* | *Reimbursable* | | *General Travel* | *Yes* |
| 02/10/15 | *Room Tax* | *0.33* | *Reimbursable* | | *General Travel* | *Yes* |
| 02/10/15 | *Room Tax* | *5.54* | *Reimbursable* | | *General Travel* | *Yes* |
| 02/11/15 | Other Ground Transportation | 40.00 | Reimbursable | | General Travel | No |
| 02/11/15 | Individual Meals | 10.36 | Reimbursable | | General Travel | No |

### Other Ground Transportation

Describe:    Car service to airport

# Expense Report
## Transmittal Page

T E A 0 0 0 1 4 0 7 1 2



| SUBMIT RECEIPTS TO | SUMMARY INFORMATION | |
|---|---|---|

**AP**

Simon Property Group
ATTN: A/P TRAVEL ADMINISTRATOR
225 W WASHINGTON ST 6TH FL
INDIANAPOLIS, IN 46204

**Fax Number:**
317-685-7262

Employee Name — Ronald M Tucker
Employee Number — 150753
Expense dates — 02/09/15-02/11/15
Net Due Credit Card — 1932.00 USD
Net due Employee — 0.00 USD
Form ID — TEA000140712
Approver — Patrick T O'Malley

## DIRECTIONS FOR SUBMISSION

The transmittal page along with the listed receipts should be sent to the address listed on the transmittal page.

### REQUIRED RECEIPTS

| Rec. # | Date | Receipt Item | Amount | If not submitted - Explain |
|---|---|---|---|---|
| 1) | 02/11/15 | Lodging | 877.36 USD | |

*Wet Seal*

## HYATT REGENCY
# CENTURY PLAZA
#### LOS ANGELES

Hyatt Regency Century Plaza
2025 Avenue of the Stars
Los Angeles, CA 90067
Tel: 310-228-1234
Fax: 310-551-7596
www.centuryplaza.hyatt.com

### INVOICE

| | | |
|---|---|---|
| Payee | Ronald Tucker | |
| | 2800 S Street Rd 39 | |
| | Danville IN 46122 | |
| | United States | |

| | |
|---|---|
| Room No. | 1041 |
| Arrival | 02/09/15 |
| Departure | 02/11/15 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | 1161502 |

Confirmation No.   5671693201

Group Name

Booking No.   MEDD5S

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | CHECK# 7266 | 24.30 | |
| 02/09/15 | - Lobby Bar Lunch | | 369.00 | |
| 02/09/15 | Room Rate Package | | 51.66 | |
| 02/09/15 | * # Room Occupancy Tax City | | 0.33 | |
| 02/09/15 | * # CA Room Tourism Tax | | 5.54 | |
| 02/09/15 | * # LA Tourism Assessment | | 369.00 | |
| 02/10/15 | Room Rate Package | | 51.66 | |
| 02/10/15 | * # Room Occupancy Tax City | | 0.33 | |
| 02/10/15 | * # CA Room Tourism Tax | | 5.54 | |
| 02/10/15 | * # LA Tourism Assessment | | | 877.36 |
| 02/11/15 | American Express | XXXXXXXXXXX3007 XX/XX | | |
| | | | 877.36 | 877.36 |

| Total | | 877.36 | 877.36 |
|---|---|---|---|
| Balance | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part of
the full amount of these charges.

### Hyatt Gold Passport Summary

| | |
|---|---|
| Membership: | G54141058Q |
| Bonus Codes: | |
| Qualifying Nights: | 2 |
| Eligible Spend: | 758.00 |
| Redemption Eligible: | 24.30 |

Summary Invoice, please see front desk
for eligibility details.

#### WE HOPE YOU ENJOYED YOUR STAY!

THANK YOU FOR CHOOSING THE HYATT REGENCY CENTURY PLAZA. WE ARE
COMMITTED TO PROVIDING YOU WITH A COMFORTABLE AND ENJOYABLE STAY. WE
WELCOME YOUR FEEDBACK. PLEASE CONTACT ASH AWASTHI, HOTEL MANAGER, AT
ASH.AWASTHI@HYATT.COM

For Questions Regarding your bill, call 855-869-0846 or email na.customerservice@hyatt.com

```
*****************************************
The Counter - T7
Los Angeles  CA
Tel.
Order 4294  Cust. 1

02/11/15   7:50 AM
Table   Server 39 Kimberly
*****************************************
10% OFF ANY PURCHASE
@ YOGURTLAND
Cannot be combine w/
other Discounts
COUPON GOOD ON TODAY'
S VISIT ONLY
*****************************************


1 OMELETTE                   7.50
    TILLAMOOK CDR
    ----
    BFAST PREM TOPS
    BACON                    2.00
    ----
    ----
    ----

              Taxable:       9.50
                          -----------
            Sub-total:       9.50
                Taxes:       0.86
                          -----------
      Total Due:   10.36

Amex:                       10.36


Reference: TUCKER
How was your experience?
Tell us how we did at:
talktous@cmsairports.com
```

Square Receipt

Fwd: Receipt from Mystique Limousine Services, LLC
Ron Tucker
to:
Jewelie Vires
02/11/2015 10:39 AM
Hide Details
From: Ron Tucker/Simon
To: Jewelie Vires/Simon@simon,
My taxi receipt.  FYI

Sent from my iPhone

Begin forwarded message:

**From:** "Square" <noreply@messaging.squareup.com>
**Date:** February 11, 2015 at 7:13:11 AM PST
**To:** rtucker@simon.com
**Subject: Receipt from Mystique Limousine Services, LLC**
**Reply-To:**
r_ojcfiv2ehfldgnrxjuyfinuks.rYUZ.EdjeNxRaEo5VAcRf.8604f0477b5e2462527c668a9652ca9cff148020@reply.squareup.com

Things just got easier.
Now when you shop at sellers who use Square, your receipts
will be delivered automatically.
Learn more.



Mystique Limousine Services, LLC

How was your experience?

 

# $40.00

| | |
|---|---|
| Custom Amount | $40.00 |
| Total | $40.00 |



**FOX** WORLD TRAVEL ®    Electronic Invoice


View your itinerary online

[ Add to Calendar ]

**Electronic Invoice**

Please review your invoice for accuracy within 24 hours of receipt to ensure that all components are correct. Please contact us immediately for any corrections. (
cancellations after 24 hours of receiving this email may result in fare increases or cancellation charges and will be the responsibility of the traveler. Ticket excha
different airline rules and penalties; consult with your Fox travel agent for specifics.

For assistance Monday-Friday 7:00am-7:30PM CST, call 888-363-9539 or 920-236-8024. For Emergency service from the US or Canada AFTER regul
please call: 888-363-9539, from anywhere else in the world please call 920-236-8024. Code: AGO3

**Travelers**

| RONALD MARK TUCKER | Delivery Address: |
|---|---|
| 3638106/MM | SIMON PROPERTY GROUP |
| | RONALD TUCKER |
| | P. O. BOX 7033 |
| | INDIANAPOLIS IN 46207 |

**Flight Information**

United Airlines

Mon, Feb 9, 2015
Leave: 7:45 am
Arrive: 9:57 am
- Terminal: 3
CHECK IN NOW

**United Airlines Inc 500**
Indianapolis Intl Arpt (IND) - Indianapolis IN
San Francisco Intl Arpt (SFO) - San Francisco CA
ECONOMY | 05 hrs 12 mins | Airbus A319
Miles: 1944
Inflight Services: Non-smoking
UA Airline Confirmation: BNKT05

| Seat | Status | **Passenger** |
|---|---|---|
| 32A | (HK) Confirmed | TUCKER/RONALD MARK |

United Airlines

Mon, Feb 9, 2015
Leave: 10:40 am
- Terminal: 3
Arrive: 12:14 pm
- Terminal: 7

**United Airlines Inc 356**
San Francisco Intl Arpt (SFO) - San Francisco CA
Los Angeles Intl Arpt (LAX) - Los Angeles CA
ECONOMY | 01 hrs 34 mins | Airbus A319
Miles: 337
Inflight Services: Non-smoking
UA Airline Confirmation: BNKT05

| Seat | Status | **Passenger** |
|---|---|---|
| 28C | (HK) Confirmed | TUCKER/RONALD MARK |

United Airlines

Wed, Feb 11, 2015
Leave: 9:00 am
- Terminal: 7
Arrive: 10:31 am
- Terminal: 3
CHECK IN NOW

**United Airlines Inc 1256**
Los Angeles Intl Arpt (LAX) - Los Angeles CA
San Francisco Intl Arpt (SFO) - San Francisco CA
ECONOMY | 01 hrs 31 mins | Boeing 737-800
Miles: 337
Inflight Services: Non-smoking
UA Airline Confirmation: BNKT05

| Seat | Status | **Passenger** |
|---|---|---|
| 36C | (HK) Confirmed | TUCKER/RONALD MARK |

United Airlines

Wed, Feb 11, 2015
Leave: 11:15 am
- Terminal: 3
Arrive: 7:32 pm
- Terminal: D

**United Airlines Inc 1743**
San Francisco Intl Arpt (SFO) - San Francisco CA
Philadelphia Intl Arpt (PHL) - Philadelphia PA
ECONOMY | 05 hrs 17 mins | Boeing 737-800
Miles: 2521
Inflight Services: Non-smoking
UA Airline Confirmation: BNKT05

| Seat | Status | **Passenger** |
|---|---|---|
| 37C | (HK) Confirmed | TUCKER/RONALD MARK |

| | | |
|---|---|---|
| United Airlines | **Fri, Feb 13, 2015**<br>Leave: 7:47 pm<br>- Terminal: D<br>Arrive: 8:48 pm<br>CHECK-IN NOW! | **United Airlines Inc 3335**<br>Philadelphia Intl Arpt (PHL) - Philadelphia PA<br>Washington Dulles Intl (IAD) - Washington DC<br>ECONOMY | 01 hrs 01 mins | Embraer RJ135<br>Miles: 134<br>**Inflight Services:** Non-smoking<br>**Flight Operated By:** Trans States Airlines Dba United Express<br>UA Airline Confirmation: BNKT05 |

| **Seat** | **Status** | **Passenger** |
|---|---|---|
| 06A | (HK) Confirmed | TUCKER/RONALD MARK |

| | | |
|---|---|---|
| United Airlines | **Fri, Feb 13, 2015**<br>Leave: 10:09 pm<br>Arrive: 11:57 pm | **United Airlines Inc 3754**<br>Washington Dulles Intl (IAD) - Washington DC<br>Indianapolis Intl Arpt (IND) - Indianapolis IN<br>ECONOMY | 01 hrs 48 mins | Canadair 700<br>Miles: 476<br>**Inflight Services:** Non-smoking<br>**Flight Operated By:** Mesa Airlines Dba United Express<br>UA Airline Confirmation: BNKT05 |

| **Seat** | **Status** | **Passenger** |
|---|---|---|
| 20C | (HK) Confirmed | TUCKER/RONALD MARK |

## Hotel Information

Doubletree Hotels
Dbltree Dwntn Wilmi

| | | |
|---|---|---|
| Nights: | 2 | **Hotel Information** (View Map) |
| Rooms: | 1 | 700 N. King Street |
| Room Type: | Requested | Wilmington DE 19801 |
| Adults: | 1 | US |
| Check In: | Wed, Feb 11, 2015 | Phone: 1-302-655-0400 |
| Check Out: | Fri, Feb 13, 2015 | Fax: 1-302-655-0430 |
| Nightly Rate: | USD 249.00 plus tax and/or additional fees | |
| Hotel Confirmation: | 87940551 | |
| Cancellation Policy: | CXL BY 11:59P DAY PRIOR ARVL. OR PARTIAL PAYMENT MAY BE FORFEITED | |

HOTEL FREQUENT GUEST NUMBER: 641267461.

## Car Rental Information

| | |
|---|---|
| Vendor: | Enterprise Rent A Car |
| Car Type: | Intermediate 2 or 4 Door Automatic A/C Any Fuel (1) |
| Pick Up: | Wed, Feb 11, 2015 7:32 pm<br>1 Arrivals Rd<br>Phone: 215-492-0626 |
| Drop Off: | Fri, Feb 13, 2015 7:47 pm<br>1 Arrivals Rd<br>Phone: 215-492-0626 |
| Mileage: | Unlimited free miles / 0.00 mile |
| Rate: | USD 50.00 Daily |
| Confirmation: | 591880645COUNT |
| Approx Total: | USD144.44 |

ENTERPRISE CAR RENTAL MAY NOT ACCEPT DEBIT CARDS AT THIS LOCATION.

## Trip Remarks

HOTEL GUARANTEED FOR LATE ARRIVAL.
THIS RESERVATION MAY BE NON-REFUNDABLE/NON-TRANSFERRABLE.
CHANGE FEES MAY APPLY.
YOU MUST CANCEL THIS RESERVATION PRIOR TODEPARTURE TO RETAIN ANY TICKET VALUE.

## Expense Summary

| Cost | Ticket Number |
|---|---|

$168.05

0167546431593
United Airlines E-Ticket
American Express ***********3007

Traveler: TUCKER/RONALD MARK
Invoice #: 502060383
New Ticket Value: $804.28
EXCHANGE: Orig. Ticket: 7545537936
EXCHANGE: Orig. Value: $836.23
Airline Change Fee: $200.00

Total Invoiced - Feb 6, 2015

$168.05

Approximate Cost per Air Mile: $0.03

**Department of Transportation Notices**

 **Baggage Fees:**

The baggage fees/rules of United Airlines apply to this itinerary and may be accessed by visiting http://portals.foxworldtravel.com/common/bag:

 **Airline Policies:**

The Airline cancellation, refund, and expiration policies of United Airlines apply to this itinerary and may be accessed by visiting
http://portals.foxworldtravel.com/common/cancel.php

 **Insecticides:**

Some countries require insecticide spraying of aircraft prior to a flight while you are on the aircraft. Please visit the DOT's website for more info

Fox World Travel Internal Use Only: ZFT4GQ Q3 9163a41afd33d9a1d40c493777ec6f0a

**Integrated Transportation Services, Inc (TCP 6721-A)**

PO Box 6960, Beverly Hills, CA 90212
Phone: 310-551-3159 Fax: 310-551-3061
Email: Reservations@itslimo.com
Web: http://www.itslimo.com

## Reservation Confirmation
### ARRIVAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pickup Date: | 02/09/15 Monday | Pickup Time: | 12:14 | Drop: | Pax#: | 1 | Chauf.: |
| Res#: | 300562 | Start Time: | | End: | Veh Type: | SEDAN | Veh.#: |

| | | | |
|---|---|---|---|
| Passenger: | TUCKER, RON | Pickup Phone: | - - |
| Caller: | DEBBIE | Caller#: | 310-390-7685 |
| Account: | A-2390-PACHULSKI, STANG, ZIEHL & JONES , Dept#: 68700-001 | Paid By: | Billing |

**Pickup Address:**

| | | Dropoff Address: | HYATT REGENCY CENTURY PLAZA HOTEL |
|---|---|---|---|
| Airport: | LAX | Street#/Name: | 2025 AVE OF THE STARS |
| Airline: | UA - United Airlines | Apt#/Room#: | |
| Flight#: | 356 ETA: 12:14 | Dropoff Point: | |
| Origin Info: | SFO - SAN FRANCISCO, CA | Address Line2: | |
| Airport Landmark: | LAX | Cross Streets: | |
| Pickup Point: | | City: | CENTURY CITY, CA 90067 |
| Pickup Directions: | | Dropoff Directions: | |

Special Instructions:          PAX CELL # 317-371-1787

**Terms & Conditions:**
The prices above are estimates only. Additional charges for stops, waiting time, parking, etc. may apply. Final charges for the trip are determined upon ride completion. Please note: Same day reservations, changes or cancellations to existing reservations must be phoned into ITS Reservations/Dispatch Center not later than four (4) hours prior to scheduled pick up. Telephone #800-487-4255 or 310-845-1230. Press 1 for Customer Service. Press 2 for Dispatch."

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.