# Exhibit C

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE WET SEAL INC.

## EXPENSE REIMBURSEMENT REPORT

1. Name of Company  _Simon Property Group_
2. Date of Meeting  _3/9 & 3/10, 2015_
3. Location of Meeting  _Los Angeles, CA_
4. Name of Representative Attending Meeting  _Ron Tucker_
5. Reimbursable Expenses:

   (a) <u>Transportation</u>:

      (1) Air or Rail Fare  $ _697.70_

      (2) Personal automobile miles at $.55 per mile  $ _____

      (3) Taxi  $ _____

      (4) Parking/Tolls  $ _54.00_

      (5) Other (describe)  _Tip_  $ _4.00_

   (b) <u>Lodging</u>:

      (1) Hotel (excluding meals)  $ _663.50_

   (c) <u>Meals</u>:

      (1) Breakfast  $ _17.62_

      (2) Lunch  $ _9.38_

      (3) Dinner  $ _27.55_

**TOTAL REIMBURSEMENT SOUGHT**  $ _1473.75_

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_Ronald M. Tucker_
(Signature of Member's Representative Incurring Expenses)

DOCS_LA:285618.1 93583/001



# Expense Report
## Transmittal Page

TEA000143661



| SUBMIT RECEIPTS TO | SUMMARY INFORMATION | |
|---|---|---|
| AP | Employee Name | Ronald M Tucker |
|  | Employee Number | 150753 |
|  | Expense dates | 03/09/15-03/12/15 |
| Simon Property Group | Net Due Credit Card | 1460.37 USD |
| ATTN: A/P TRAVEL ADMINISTRATOR | Net due Employee | 13.38 USD |
| 225 W WASHINGTON ST 6TH FL | Form ID | TEA000143661 |
| INDIANAPOLIS, IN 46204 | Approver | Patrick T O'Malley |

**Fax Number:**
317-685-7262

### DIRECTIONS FOR SUBMISSION

The transmittal page along with the listed receipts should be sent to the address listed on the transmittal page.

### REQUIRED RECEIPTS

| Rec. # | Date | Receipt Item | Amount | If not submitted - Explain |
|---|---|---|---|---|
| 1) | 03/11/15 | Lodging | 691.05 USD | |

Ref: TEA000143661

Page 1

Printed on 03/20/15

# HYATT REGENCY
# CENTURY PLAZA
### LOS ANGELES

Hyatt Regency Century Plaza
2025 Avenue of the Stars
Los Angeles, CA 90067
Tel: 310-228-1234
Fax: 310-551-7596
www.centuryplaza.hyatt.com

INFORMATION INVOICE

| | | | |
|---|---|---|---|
| Payee | Mr Ron Tucker | Room No. | 0805 |
| | 225 W. Washington Street | Arrival | 03/09/15 |
| | Indianapolis IN 46204 | Departure | 03/11/15 |
| | United States | Page No. | 1 of 1 |
| Confirmation No. | 5841233301 | Folio Window | 1 |
| Group Name | | Folio No. | |
| Booking No. | QUITRX | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03/09/15 | - Lobby Bar Dinner | CHECK# 4475 | 27.55 | |
| 03/09/15 | Guest Room Revenue | | 287.00 | |
| 03/09/15 | CA Room Tourism Tax | | 0.26 | |
| 03/09/15 | LA Tourism Assessment | | 4.31 | |
| 03/09/15 | Room Occupancy Tax City | | 40.18 | |
| 03/10/15 | Guest Room Revenue | | 287.00 | |
| 03/10/15 | CA Room Tourism Tax | | 0.26 | |
| 03/10/15 | LA Tourism Assessment | | 4.31 | |
| 03/10/15 | Room Occupancy Tax City | | 40.18 | |
| | **Total** | | **691.05** | **0.00** |
| | **Balance** | | **691.05** | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

### Hyatt Gold Passport Summary

| | |
|---|---|
| Membership: | G54141058Q |
| Bonus Codes: | |
| Qualifying Nights: | 2 |
| Eligible Spend: | 589.02 |
| Redemption Eligible: | 109.55 |

Summary Invoice, please see front desk for eligibility details.

### WE HOPE YOU ENJOYED YOUR STAY!

THANK YOU FOR CHOOSING THE HYATT REGENCY CENTURY PLAZA. WE ARE COMMITTED TO PROVIDING YOU WITH A COMFORTABLE AND ENJOYABLE STAY. WE WELCOME YOUR FEEDBACK. PLEASE CONTACT ASH AWASTHI, HOTEL MANAGER, AT ASH.AWASTHI@HYATT.COM

For Questions Regarding your bill, call 855-869-0846 or email na.customerservice@hyatt.com

# Expense Report
## Employee and Expense Summary

### REPORT INFORMATION

| | |
|---|---|
| Employee Name | Ronald M Tucker |
| Employee Number | 150753 |
| Expense dates | 03/09/15-03/12/15 |
| Report Name | Wet Seal Committee Meeting |
| Purpose | Wet Seal Committee Meeting |
| Form ID | TEA000143661 |
| Approver | Patrick T O'Malley |

### REPORT TOTALS

| | |
|---|---|
| Total Expenses | 1473.75 USD |
| Personal | 0.00 USD |
| Net Reimbursable | 1473.75 USD |
| Net Due Credit Card | 1460.37 USD |
| Net due Employee | 13.38 USD |

\*\* Charges are in USD unless otherwise noted

### EXPENSE DATA SUMMARY

| Date | Expense Item | Amount | Payment Type | Country | Ex. Rate | Charge to | USD |
|---|---|---|---|---|---|---|---|
| 03/09/15 | Air Travel | 697.70 | Corporate Card | United States (US | 1.00 | | 697.70 |
| 03/09/15 | Individual Meals | 7.83 | Corporate Card | United States (US | 1.00 | | 7.83 |
| 03/09/15 | Individual Meals | 6.38 | Cash | United States (US | 1.00 | | 6.38 |
| 03/10/15 | Individual Meals | 3.00 | Cash | United States (US | 1.00 | | 3.00 |
| 03/10/15 | Tips | 4.00 | Cash | United States (US | 1.00 | | 4.00 |
| 03/11/15 | Lodging | 691.05 | Corporate | United States (US | 1.00 | | 691.05 |
| 03/09/15 | Individual Meals | 15.02 | Corporate Card | United States (US | 1.00 | | 15.02 |
| 03/09/15 | Individual Meals | 7.50 | Corporate Card | United States (US | 1.00 | | 7.50 |
| 03/09/15 | Individual Meals | 3.00 | Corporate Card | United States (US | 1.00 | | 3.00 |
| 03/09/15 | Individual Meals | 2.03 | Corporate Card | United States (US | 1.00 | | 2.03 |
| 03/09/15 | Room Rate | 287.00 | Corporate Card | United States (US | 1.00 | | 287.00 |
| 03/09/15 | Room Tax | 0.26 | Corporate Card | United States (US | 1.00 | | 0.26 |
| 03/09/15 | Room Tax | 4.31 | Corporate Card | United States (US | 1.00 | | 4.31 |
| 03/09/15 | Room Tax | 40.18 | Corporate Card | United States (US | 1.00 | | 40.18 |
| 03/10/15 | Room Rate | 287.00 | Corporate Card | United States (US | 1.00 | | 287.00 |
| 03/10/15 | Room Tax | 0.26 | Corporate Card | United States (US | 1.00 | | 0.26 |
| 03/10/15 | Room Tax | 4.31 | Corporate Card | United States (US | 1.00 | | 4.31 |
| 03/10/15 | Room Tax | 40.18 | Corporate Card | United States (US | 1.00 | | 40.18 |
| 03/12/15 | Individual Meals | 9.79 | Corporate Card | United States (US | 1.00 | | 9.79 |
| 03/12/15 | Other Ground Transportation | 54.00 | Corporate Card | United States (US | 1.00 | | 54.00 |

### Charge to

Charge to: HO-3638-106 Default

# Expense Report
## Expense and Miscellaneous Detail

### EXPENSE DETAIL SUMMARY

| Date | Expense Item | Amount | Expense is | Purpose | Category | Receipt Required |
|---|---|---|---|---|---|---|
| 03/09/15 | Air Travel | 697.70 | Reimbursable | | General Travel | No |
| 03/09/15 | Individual Meals | 7.83 | Reimbursable | | General Travel | No |
| 03/09/15 | Individual Meals | 6.38 | Reimbursable | | General Travel | No |
| 03/10/15 | Individual Meals | 3.00 | Reimbursable | | General Travel | No |
| 03/10/15 | Tips | 4.00 | Reimbursable | | General Travel | No |
| 03/11/15 | Lodging | 691.05 | Reimbursable | | General Travel | Yes |
| 03/09/15 | Individual Meals | 15.02 | Reimbursable | | General Travel | Yes |
| 03/09/15 | Individual Meals | 7.50 | Reimbursable | | General Travel | Yes |
| 03/09/15 | Individual Meals | 3.00 | Reimbursable | | General Travel | Yes |
| 03/09/15 | Individual Meals | 2.03 | Reimbursable | | General Travel | Yes |
| 03/09/15 | Room Rate | 287.00 | Reimbursable | | General Travel | Yes |
| 03/09/15 | Room Tax | 0.26 | Reimbursable | | General Travel | Yes |
| 03/09/15 | Room Tax | 4.31 | Reimbursable | | General Travel | Yes |
| 03/09/15 | Room Tax | 40.18 | Reimbursable | | General Travel | Yes |
| 03/10/15 | Room Rate | 287.00 | Reimbursable | | General Travel | Yes |
| 03/10/15 | Room Tax | 0.26 | Reimbursable | | General Travel | Yes |
| 03/10/15 | Room Tax | 4.31 | Reimbursable | | General Travel | Yes |
| 03/10/15 | Room Tax | 40.18 | Reimbursable | | General Travel | No |
| 03/12/15 | Individual Meals | 9.79 | Reimbursable | | General Travel | No |
| 03/12/15 | Other Ground Transportation | 54.00 | Reimbursable | | General Travel | |

### Other Ground Transportation

Describe:   Parking at Indianapolis Airport for Wet Seal Travel

Ron
Wet Seal
Auction

## Trip Overview



**Trip Name:** Trip from Indianapolis to Los Angeles

**Start Date:** Mar 9, 2015

**End Date:** Mar 11, 2015

**Created:** Mar 3, 2015, Jewelie Hathaway-Vires *(Modified: Mar 3, 2015)*

**Description:** Wet Seal Auction / Committee Meeting 03/09/2015-03/11/2015

**Reason for Trip:** Meetings

**Agency Record Locator:** NQH8QC

**Ticket Number(s):** 5262488348139

**Passengers:** Ronald Mark Tucker

**Total Estimated Cost:** $697.70 USD

  Fox World Travel - GO3 - 16 - Simon Property Group

## Reservations

Monday, March 9, 2015

 **Flight    Indianapolis, IN (IND) to Phoenix, AZ (PHX)**

Southwest 4638

**Departure: 10:20 AM**
Seat: No seat assignment
Indianapolis Intl Arpt (IND)
Duration: 4 hours
Nonstop

**Confirmation: 8CX6WO**
Status: Booked directly in Southwest /8CX6WO
Air Frequent Flyer Number: WN-51864223

**Arrival: 11:20 AM**
Sky Harbor Intl Arpt (PHX)

**Additional Details**
Distance: 1484 miles
E-Ticket
Cabin: Wanna Get Away (Q)

● *45 min layover at Sky Harbor Intl Arpt (PHX)*

**Flight    Phoenix, AZ (PHX) to Los Angeles, CA (LAX)**

**Southwest 300**

**Departure: 12:05 PM**
Seat: No seat assignment
Sky Harbor Intl Arpt (PHX)
Duration: 1 hour, 25 minutes
Nonstop

**Confirmation: 8CX6WO**
Status: Booked directly in Southwest /8CX6WO
Air Frequent Flyer Number: WN-51864223

**Arrival: 01:30 PM**
Los Angeles Intl (LAX)

**Additional Details**
Distance: 370 miles
E-Ticket
Cabin: Wanna Get Away (Q)

Wednesday, March 11, 2015



**Flight    Los Angeles, CA (LAX) to Houston, TX (HOU)**

**Southwest 4812**

**Departure: 01:55 PM**
Seat: No seat assignment
Los Angeles Intl (LAX)
Duration: 3 hours, 10 minutes
Nonstop

**Confirmation: 8CX6WO**
Status: Booked directly in Southwest /8CX6WO
Air Frequent Flyer Number: WN-51864223

**Arrival: 07:05 PM**
Houston Hobby Arpt (HOU)

**Additional Details**
Distance: 1386 miles
E-Ticket
Cabin: Wanna Get Away (W)

*40 min layover at Houston Hobby Arpt (HOU)*

**Flight    Houston, TX (HOU) to Indianapolis, IN (IND)**

**Southwest 263**

**Departure: 07:45 PM**
Seat: No seat assignment
Houston Hobby Arpt (HOU)
Duration: 2 hours, 5 minutes
Nonstop

**Confirmation: 8CX6WO**
Status: Booked directly in Southwest /8CX6WO
Air Frequent Flyer Number: WN-51864223

**Arrival: 10:50 PM**
Indianapolis Intl Arpt (IND)

**Additional Details**
Distance: 861 miles
E-Ticket
Cabin: Wanna Get Away (W)

## Total Estimated Cost

**Air**

| | |
|---|---|
| Ticket Number: 5262488348139: | $608.38 USD |
| Taxes and fees: | $89.32 USD |
| **Total Estimated Cost:** | $697.70 USD |



## Missing Receipt/Invoice Affidavit

Name (please print): Ronald Tucker

I certify that I made the purchase shown below but do not have a receipt because (check all that apply):

| | |
|---|---|
| ✓ | Vendor did not provide a detailed receipt. |
| | I have requested an invoice, but the vendor has not provided it. |
| | I had a receipt but cannot locate it. |
| | I have a receipt, but it is not readable (ie, not in English and/or not legible). This document is provided in order to describe the items purchased. |
| | Order was placed via telephone, fax, or Internet, and vendor has not supplied an invoice. |

| | | |
|---|---|---|
| Vendor Name | Hyatt Regency | |
| City | Los Angeles | |
| Date of Purchase | ~~8-20-15~~ 3-10-15 | |
| Detailed Description of Purchase | | Item Amount |
| Check luggage tip | | 4.00 |
| | | |
| | | |
| Cash ☐ | | |
| Credit ☐     Corporate Credit Card ☐ | | |
| | Total Purchase Amount | 4.00 |

This document is in lieu of an invoice or receipt for this transaction. I certify that all items listed above (and on the attached, if applicable) were purchased and received for Simon Property Group or Washington Prime Group business.

Employee Signature: Ronald M. Tucker    Date: 3/20/15

Administrative Assistant Initials: JHV    Date: 3/20/15



Missing Receipt/Invoice Affidavit

Name (please print): Ronald Tucker

I certify that I made the purchase shown below but do not have a receipt because (check all that apply):

|   | |
|---|---|
|   | Vendor did not provide a detailed receipt. |
|   | I have requested an invoice, but the vendor has not provided it. |
| X | I had a receipt but cannot locate it. |
|   | I have a receipt, but it is not readable (ie, not in English and/or not legible). This document is provided in order to describe the items purchased. |
|   | Order was placed via telephone, fax, or Internet, and vendor has not supplied an invoice. |

| | | Item Amount |
|---|---|---|
| Vendor Name | Indianapolis Airport Authority | |
| City | Indianapolis | |
| Date of Purchase | 3/12/15 | |
| Detailed Description of Purchase | Parking at Indianapolis Airport for Travel for Wet Seal | 54.00 |
| Cash ☐ | | |
| Credit ☑    Corporate Credit Card ☑ | Total Purchase Amount | $54.00 |

This document is in lieu of an invoice or receipt for this transaction. I certify that all items listed above (and on the attached, if applicable) were purchased and received for Simon Property Group or Washington Prime Group business.

Employee Signature: Ronald M. Tucker    Date: 3/20/15

Administrative Assistant Initials: JHV    Date: 3/20/15

For Any Questions or Comments
Please Call Felicia At
317-839-5365

***********************************************

## ORDER 72

### DRIVE THRU

| | |
|---|---|
| DBL WHOPPER CHS | 5.19 |
| BIG FISH | 3.79 |
| SUBTOTAL | 9.98 |
| 9.0% TAX | 0.81 |
| TOTAL | 9.79 |
| CREDIT CARD | 9.79 |
| CHANGE | 0.00 |

***********************************************

TOTAL   CHARGE            9.79
Amex
  AcctNum: XXXXXXXXXXXX3007
    Auth: 546977
  RefNum: 012772
Merchant Id: 456160142992
RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY
Survey Code: 04793-72020-12413-051631


Burger King ®
9446

6003 Gateway Drive
Plainfield, IN 46168
317-839-5365

Now Hiring
Thu Mar 12 2015 12:17 AM T=12L I=6 C=123

---

# 373

BUY ONE GET ONE FREE QUARTER POUNDER
W/CHEESE OR EGG MCMUFFIN
Go to www.mcdvoice.com within 7 days
and tell us about your visit.
Validation Code:_____
Expires 30 days after receipt date.
Valid at participating US McDonald's.
7800 COL. H. WEIR COOK MEMORIAL
DRIVE
INDIANAPOLIS
IN
46241
! ! ! THANK YOU ! ! !
TEL# 317-270-9008 Store# 33390

KS# 3                    Mar.09'15 (Mon) 08:36

MFY SIDE 1   KVS Order 73

| QTY ITEM | TOTAL |
|---|---|
| 1 Big Breakfast w/Htck | 5.69 |
| 1 L Coffee | 1.49 |
| Subtotal | 7.18 |
| Tax | 0.65 |
| Take-Out Total | 7.83 |
| Cashless | 7.83 |
| Change | 0.00 |

MER# 68499202
CARD ISSUER            ACCOUNT#
Amex SALE           ***********3007
AUTHORIZATION CODE - 567106
SEQ# 808797


McDonald's Restaurant

```
              HMSHOST
          STARBUCKS COFFEE
       LAX INTERNATIONAL AIRPORT

    251819 Cecilia
    -------------------------------------
    CHK 1934                      GST 1
              MAR09'15  1:48PM
    -------------------------------------
          TO GO

      1 FRP STRAW CRM   V       5.85

         SUBTOTAL                5.85
         TAX                     0.53
         AMOUNT PAID          6 .38
         CASH                   50.00
         CHANGE                 43.62
    --251819 Closed MAR09 01:48PM---

       THANK YOU FOR YOUR BUSINESS!

      TELL US ABOUT YOUR EXPERIENCE

             KULDIP JOHAL
             310-646-3472
         KULDIP.JOHAL@HMSHOST.COM
```



## Missing Receipt/Invoice Affidavit

Name (please print): Ronald Tucker

I certify that I made the purchase shown below but do not have a receipt because (check all that apply):

| | |
|---|---|
| ✓ | Vendor did not provide a detailed receipt. |
| | I have requested an invoice, but the vendor has not provided it. |
| | I had a receipt but cannot locate it. |
| | I have a receipt, but it is not readable (ie, not in English and/or not legible). This document is provided in order to describe the items purchased. |
| | Order was placed via telephone, fax, or Internet, and vendor has not supplied an invoice. |

| | | |
|---|---|---|
| Vendor Name | | |
| City | LA | |
| Date of Purchase | 3-10-15 | |
| Detailed Description of Purchase | | Item Amount |
| Coffee in Hotel @ LA | | 3.00 |
| | | |
| | | |
| Cash ✓ | | |
| Credit ☐   Corporate Credit Card ☐ | | |
| | Total Purchase Amount | 3.00 |

This document is in lieu of an invoice or receipt for this transaction. I certify that all items listed above (and on the attached, if applicable) were purchased and received for Simon Property Group or Washington Prime Group business.

Employee Signature: Ronald M. Tucker    Date: 3/20/15

Administrative Assistant Initials: JW    Date: 3/20/15



Electronic Invoice



View your itinerary online

**Add to Calendar**

**Electronic Invoice**

Please review your invoice for accuracy within 24 hours of receipt to ensure that all components are correct. Please contact us immediately for any corrections. cancellations after 24 hours of receiving this email may result in fare increases or cancellation charges and will be the responsibility of the traveler. Ticket excha subject to different airline rules and penalties; consult with your Fox travel agent for specifics.

For assistance Monday-Friday 7:00am-7:30PM CST, call 888-363-9539 or 920-236-8024. For Emergency service from the US or Canada AFTER regul hours, please call: 888-363-9539, from anywhere else in the world please call 920-236-8024. Code: AGO3

**Travelers**

RONALD MARK TUCKER
3638106/MM

Delivery Address:
SIMON PROPERTY GROUP
RONALD TUCKER
P. O. BOX 7033
INDIANAPOLIS IN 46207

**Flight Information**


Southwest Airlines

Mon, Mar 9, 2015
Leave: 10:20 am
Arrive: 11:20 am
- Terminal: 4
**CHECK IN NOW**

Southwest Airlines 4638
Indianapolis Intl Arpt (IND) - Indianapolis IN
Sky Harbor Intl Arpt (PHX) - Phoenix AZ
Economy | 04 hrs 00 mins | Boeing 737-700
Miles: 1489
Inflight Services: Non-smoking
WN Airline Confirmation: 8CX6WO


Southwest Airlines

Mon, Mar 9, 2015
Leave: 12:05 pm
- Terminal: 4
Arrive: 1:30 pm
- Terminal: 1

Southwest Airlines 300
Sky Harbor Intl Arpt (PHX) - Phoenix AZ
Los Angeles Intl Arpt (LAX) - Los Angeles CA
Economy | 01 hrs 25 mins | Boeing 737-300
Miles: 370
Inflight Services: Non-smoking
WN Airline Confirmation: 8CX6WO


Southwest Airlines

Wed, Mar 11, 2015
Leave: 1:55 pm
- Terminal: 1
Arrive: 7:05 pm
**CHECK IN NOW**

Southwest Airlines 4812
Los Angeles Intl Arpt (LAX) - Los Angeles CA
Houston Hobby Arpt (HOU) - Houston TX
Promotion | 03 hrs 10 mins | Boeing 737-700
Miles: 1390
Inflight Services: Non-smoking
WN Airline Confirmation: 8CX6WO

Southwest Airlines

Wed, Mar 11, 2015
Leave: 7:45 pm
Arrive: 10:50 pm

Southwest Airlines 263
Houston Hobby Arpt (HOU) - Houston TX
Indianapolis Intl Arpt (IND) - Indianapolis IN
Promotion | 02 hrs 05 mins | Boeing 737-300
Miles: 862
Inflight Services: Non-smoking
WN Airline Confirmation: 8CX6WO

**Frequent Flier Numbers Used:** TUCKER R
WN-51864225

**Additional Airline Information**

This itinerary required special booking procedures and the agency is unable to receive schedule change notification. Please refer to the airline's website for upda confirm your reservation 24 hours prior to departure.

Southwest Airlines : http://www.southwest.com/

**Expense Summary**

| Cost | Ticket Number | |
|---|---|---|
| $697.70 | 5262488348139 | Traveler: TUCKER/RONALD MARK |
|  | Southwest Airlines | Invoice #: 503030193 |
|  | American Express **********3007 | |
| $697.70 | | Total Invoiced - Mar 3, 2015 |

Approximate Cost per Air Mile: $0.17

**Department of Transportation Notices**

 **Baggage Fees:**

The baggage fees/rules of Southwest Airlines apply to this itinerary and may be accessed by visiting http://portals.foxworldtravel.com/common/fees.php

 **Airline Policies:**

The Airline cancellation, refund, and expiration policies of Southwest Airlines apply to this itinerary and may be accessed by visiting http://portals.foxworldtravel.com/common/cancel.php

 **Insecticides:**

Some countries require insecticide spraying of aircraft prior to a flight while you are on the aircraft. Please visit the DOT's website for more info

Fox World Travel Internal Use Only: NQH8QC Q7 1f87846d2339a253a29c62b890ce93fc