IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEAL123, INC., et al.,[1] | Case No. 15-10081 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 969 |

## NOTICE OF FILING OF PLAN SUPPLEMENT DOCUMENTS

PLEASE TAKE NOTICE that on September 8, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors in the Debtors' chapter 11 cases (the "Creditors' Committee") filed the *First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* [Docket No. 969] (the "Plan").

PLEASE TAKE FURTHER NOTICE that on September 11, 2015, the Court entered the *Revised Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Solicitation Packages and Procedures and Deadlines for Soliciting, Receiving and Tabulating Votes on the Plan, and (V) Approving the Forms of Ballot and Notice to Non-Voting Plan Classes* [Docket No. 991] that, among other things, approved the *Disclosure Statement for the First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors* [Docket No. 1001] and authorized and approved certain procedures for soliciting acceptances of the Plan, including the establishment of October 19, 2015 at 4:00 p.m. (Eastern) as the Voting Deadline.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

01:17833824.1

157709.1

PLEASE TAKE FURTHER NOTICE that the following documents, copies of which are attached hereto, constitute the Plan Supplement:[2]

- <u>EXHIBIT A</u>:   Form of Liquidation Trust Agreement

- <u>EXHIBIT B</u>:   Identity of Liquidation Trustee and the initial members of the Liquidation Trust Oversight Committee

PLEASE TAKE FURTHER NOTICE that the Debtors and the Creditors' Committee reserve the right to amend, modify or supplement the Plan Supplement documents.

*[Remainder of page intentionally blank]*

---

[2] Section 1.78 of the Plan provides that the Debtors and the Creditors' Committee shall file the Plan Supplement on or before the date which is seven (7) days prior to the Voting Deadline.

Dated:  October 12, 2015

*/s/ Travis G. Buchanan*
Michael R. Nestor, Esq. (DE Bar No. 3526)
Maris J. Kandestin, Esq. (DE Bar No. 5294)
Travis G. Buchanan, Esq. (DE Bar No. 5595)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email: mnestor@ycst.com
          mkandestin@ycst.com
          tbuchanan@ycst.com

and

Lee R. Bogdanoff, Esq.
Michael L. Tuchin, Esq.
David M. Guess, Esq.
Jonathan M. Weiss, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4022
Fax:    (310) 407-9090
Email: lbogdanoff@ktbslaw.com
          mtuchin@ktbslaw.com
          dguess@ktbslaw.com
          jweiss@ktbslaw.com

*Counsel for the Debtors and Debtors in Possession*