IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SEAL123, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-10081 (CSS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                  ) ss:
COUNTY OF KINGS   )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 12th day of October, 2015, I caused a true and accurate copy of the "Notice of Filing of Plan Supplement Documents", along with the relevant exhibits (Docket No. 1042), to be served upon the parties as set forth in Exhibit 1, attached hereto, via First Class US Mail.

4. Said document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 14th day of October, 2015 at Brooklyn, New York.

By _____
   Sung Kim

Sworn before me this
14th day of October, 2015

_____
Notary Public

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000050P002-1325S-240<br>ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, ET AL.<br>500 E. BORDER STREET<br>SUITE 640<br>ARLINGTON TX 76010 | 000073P001-1325S-240<br>BALLARD SPAHR LLP<br>ATTN: DAVID L. POLLACK, ESQ.<br>1735 MARKET STREET<br>MELLON BANK CENTER - 51ST FLOOR<br>PHILADELPHIA PA 19103 | 000074P001-1325S-240<br>BALLARD SPAHR LLP<br>ATTN: T.M. DALUZ, M. SUMMERS & L.HEILMAN<br>919 MARKET STREET<br>11TH FLOOR<br>WILMINGTON DE 19801 | 000017P002-1325S-240<br>BANK OF AMERICA, N.A.<br>(SUCCESSOR IN INTEREST TO FLEET RETAIL GROUP, INC.), AS COLLATERAL AGENT<br>100 FEDERAL STREET<br>9TH FLOOR<br>BOSTON MA 02110 |
| 000104P001-1325S-240<br>BERNSTEIN-BURKLEY, P.C.<br>ATTN: PETER J. ASHCROFT, ESQ.<br>707 GRANT ST.<br>SUITE 2200, GULF TOWER<br>PITTSBURGH PA 15219 | 000099P001-1325S-240<br>BEWLEY, LASSLEBEN & MILLER, LLP<br>ERNIE ZACHARY PARK<br>13215 E. PENN STREET<br>SUITE 510<br>WHITTIER CA 90602-1797 | 000088P001-1325S-240<br>BLANK ROME LLP<br>ATTN: STANLEY B. TARR, ESQ.<br>1201 N. MARKET ST.<br>SUITE 800<br>WILMINGTON DE 19801 | 000089P001-1325S-240<br>BLANK ROME LLP<br>ATTN: JASON S. KIM, ESQ.<br>2029 CENTURY PARK EAST<br>6TH FL.<br>LOS ANGELES CA 90067 |
| 000119P002-1325S-240<br>BUCHALTER NEMER<br>PAUL M. WEISER<br>NANCY K. SWIFT<br>16435 NORTH SCOTTSDALE ROAD<br>SUITE 440<br>SCOTTSDALE AZ 85254-1754 | 000120P001-1325S-240<br>BUCHALTER NEMER<br>ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>55 SECOND STREET, 17TH FL.<br>SAN FRANCISCO CA 94105-3493 | 000139P001-1325S-240<br>CHATHAM COUNTY TAX COMMISSIONER<br>ATTN: THERESA C. HARRELSON<br>P.O. BOX 8324<br>SAVANNAH GA 31412-8324 | 000107P001-1325S-240<br>CLARK HILL PLC<br>ATTN: DAVID M. BLAU, ESQ.<br>151 S. OLD WOODWARD AVE., STE. 200<br>BIRMINGHAM MI 48009 |
| 000108P001-1325S-240<br>CLARK HILL PLC<br>ATTN: KAREN M. GRIVNER, ESQ.<br>824 N. MARKET ST, SUITE 710<br>WILMINGTON DE 19801 | 000102P002-1325S-240<br>COLE SCHOTZ P.C.<br>PATRICK J. REILLEY, ESQ.<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON DE 19801 | 000142P001-1325S-240<br>COMMONWEALTH OF PA, DEPT. OF LABOR AND INDUSTRY<br>ATTN: LINDA MITTEN<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST., ROOM 700<br>HARRISBURG PA 17121 | 000076P001-1325S-240<br>CONNOLLY GALLAGHER LLP<br>KAREN C. BIFFERATO, ESQ.<br>1000 NORTH WEST STREET<br>SUITE 1400<br>WILMINGTON DE 19801 |
| 000057P001-1325S-240<br>COOCH AND TAYLOR, P.A.<br>SUSAN E. KAUFMAN, ESQ.<br>1000 WEST STREET, 10TH FLOOR<br>THE BRANDYWINE BUILDING<br>WILMINGTON DE 19899 | 000113P001-1325S-240<br>CROSS & SIMON, LLC<br>ATTN: JOSEPH GREY, ESQ.<br>1105 N. MARKET ST.<br>SUITE 901<br>WILMINGTON DE 19801 | 000010P001-1325S-240<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON<br>BANKRUPTCY ADMINISTRATOR<br>CSOB 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | 000008P001-1325S-240<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 |
| 000009P001-1325S-240<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER DE 19904 | 000078P001-1325S-240<br>DICKINSON WRIGHT PLLC<br>WILLIAM NOVOTNY<br>1850 NORTH CENTRAL AVENUE<br>SUITE 1400<br>PHOENIX AZ 85004 | 000086P001-1325S-240<br>DUNN CARNEY ALLEN HIGGINS & TONGUE LLP<br>CHRISTOPHER L. PARNELL<br>851 SW SIXTH AVENUE<br>SUITE 1500<br>PORTLAND OR 97204-1357 | 000130P002-1325S-240<br>FL DEPT. OF ENVIRON. PROTECTION<br>ATTN: JONATHAN H. ALDEN<br>MARJORY STONEMAN DOUGLAS BLDG.<br>3900 COMMONWEALTH BLVD.<br>TALLAHASSEE FL 32399-3000 |
| 000053P003-1325S-240<br>FROST BROWN TODD LLC<br>ATTN: RONALD E. GOLD, ESQ.<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST.<br>CINCINNATI OH 45202 | 000135P002-1325S-240<br>FROST BROWN TODD LLC<br>ATTN: JENNIFER A. O'GUINN<br>201 NORTH ILLINOIS ST.<br>SUITE 1900<br>INDIANAPOLIS IN 46204-4236 | 000018P002-1325S-240<br>GENERAL ELECTRIC CAPITAL CORPORATION<br>P.O. BOX 35701<br>BILLINGS MT 59107 | 000049P002-1325S-240<br>GGP LIMITED PARTNERSHIP, AS AGENT<br>KRISTEN N. PATE, LIBBY SCHLEMMER<br>110 N. WACKER DRIVE<br>CHICAGO IL 60606 |

| | | | |
|---|---|---|---|
| 000097P001-1325S-240<br>GOODKIN & LYNCH LLP<br>MICHAEL A. SHAKOURI, ESQ.<br>1875 CENTURY PARK EAST<br>SUITE 1860<br>LOS ANGELES CA 90067 | 000082P002-1325S-240<br>GOULSTON & STORRS PC<br>ATTN: DOUGLAS B. ROSNER, TIMOTHY J. CARTER<br>400 ATLANTIC AVE.<br>BOSTON MA 02110-3333 | 000129P001-1325S-240<br>GREENBERG TRAURIG LLP<br>NANCY A. PETERMAN, ESQ.<br>77 WEST WACKER DRIVE, SUITE 3100<br>CHICAGO IL 60601 | 000084P001-1325S-240<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>LAWRENCE A. LICHTMAN, ESQ.<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT MI 48226 |
| 000127P001-1325S-240<br>IMPERIAL CO. TREASURER-TAX COLL.<br>940 W. MAIN ST., SUITE 106<br>EL CENTRO CA 92243 | 000001P001-1325S-240<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1325S-240<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000140P003-1325S-240<br>INTERNATIONAL BUSINESS MACHINES CORP.<br>ATTN: BANKRUPTCY COORDINATOR<br>ROGER LAVIOLETTE<br>275 VIGER EAST, SUITE 400<br>MONTREAL QC H2X 3R7<br>CANADA |
| 000136P001-1325S-240<br>IRON MOUNTAIN INFORMATION MGMT, LLC<br>JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON MA 02110 | 000112P001-1325S-240<br>IURILLO LAW GROUP, P.A.<br>ATTN: SABRINA C. BEAVENS, ESQ.<br>5628 CENTRAL AVE.<br>ST. PETERSBURG FL 33707 | 000085P001-1325S-240<br>JOHN MARK STERN<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | 000066P001-1325S-240<br>KATTEN MUCHIN ROSENMAN LLP<br>C/O DUSTIN P. BRANCH, ESQ.<br>2029 CENTURY PARK EAST<br>SUITE 2600<br>LOS ANGELES CA 90067-3012 |
| 000071P003-1325S-240<br>KELLEY DRYE & WARREN LLP<br>J.S. CARR, R.L. LEHANE, G.R. SAYDAH, JR.<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 000111P001-1325S-240<br>KELLEY DRYE & WARREN LLP<br>ATTN: MICHAEL ADELSTEIN<br>101 PARK AVE.<br>NEW YORK NY 10178 | 000058P001-1325S-240<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>DOMENIC E. PACITTI, ESQ.<br>919 N. MARKET STREET<br>SUITE 1000<br>WILMINGTON DE 19801 | 000059P001-1325S-240<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>JEFFREY KURTZMAN, ESQ.<br>1835 MARKET STREET<br>SUITE 1400<br>PHILADELPHIA PA 19103 |
| 000114P001-1325S-240<br>KROKIDAS & BLUESTEIN LLP<br>ATTNS: VINCENT PISEGNA/JILL MEIXEL<br>600 ATLANTIC AVE.<br>BOSTON MA 02210 | 000094P001-1325S-240<br>LANDIS RATH & COBB LLP<br>ADAM G. LANDIS, ESQ.<br>MATTHEW B. MCGUIRE, ESQ<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | 000060P002-1325S-240<br>LECLAIRRYAN<br>NICLAS A. FERLAND, ESQ., ILAN MARKUS, ESQ<br>545 LONG WHARF DRIVE<br>9TH FLOOR<br>NEW HAVEN CT 06511 | 000141P003-1325S-240<br>LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O LAW OFFICE OF ROBERT E. LUNA<br>ATTN: GEORGE C. SCHERER, ESQ.<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS TX 75205 |
| 000052P002-1325S-240<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207 | 000079P002-1325S-240<br>LINEBARGER GOGGAN ET AL.<br>ATTN: DAVID G. AELVOET<br>711 NAVARRO ST., STE 300<br>SAN ANTONIO TX 78205 | 000095P002-1325S-240<br>LINEBARGER GOGGAN ET AL.<br>JOHN DILLMAN<br>P.O. BOX 3064<br>HOUSTON TX 77253-3064 | 000101P001-1325S-240<br>LINEBARGER GOGGAN ET AL.<br>ATTN: DIANE WADE SANDERS<br>P.O. BOX 17428<br>AUSTIN TX 78760 |
| 000131P003-1325S-240<br>MAGNOZZI & KYE, LLP<br>ATTN: AMISH R. DOSHI, ESQ.<br>23 GREEN ST., SUITE 302<br>HUNTINGTON NY 11743 | 000134P001-1325S-240<br>MARICOPA COUNTY ATTORNEY'S OFFICE<br>CIVIL SERVICE DIVISION<br>LORI A. LEWIS<br>222 NORTH CENTRAL AVENUE<br>SUITE 1100<br>PHOENIX AZ 85004-2206 | 000092P001-1325S-240<br>MCALLEN INDEPENDENT SCHOOL DISTRICT<br>C/O JOHN T. BANKS<br>PERDUE BRANDON ET AL.<br>3301 NORTHLAND DR., SUITE 505<br>AUSTIN TX 78731 | 000090P001-1325S-240<br>MCCREARY, VESELKA ET AL.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK TX 78680 |

| | | | |
|---|---|---|---|
| 000064P002-1325S-240<br>MENTER, RUDIN & TRIVELPIECE, P.C.<br>KEVIN M. NEWMAN, ESQ.<br>308 MALTBIE ST.<br>SUITE 200<br>SYRACUSE NY 13204-1439 | 000100P002-1325S-240<br>MERCHANT BUSINESS CREDIT INC.<br>JOSEPH SFORZA<br>DIRECTOR OF CREDIT/VP<br>1441 BROADWAY, 22ND FLOOR<br>NEW YORK NY 10018 | 000128P001-1325S-240<br>MICHAEL BAZLEY FBN 2237467<br>651 I ST.<br>SACRAMENTO CA 95814 | 000080P001-1325S-240<br>MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP<br>PAUL W. CAREY<br>100 FRONT STREET<br>WORCESTER MA 01608 |
| 000081P004-1325S-240<br>MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP<br>GINA BARBIERI O'NEIL<br>1800 WEST PARK DRIVE<br>SUITE 400<br>WESTBOROUGH MA 01581 | 000109P001-1325S-240<br>MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>BANKRUPTCY UNIT<br>P.O. BOX 475<br>JEFFERSON CITY MO 65105-0475 | 000124P001-1325S-240<br>MUNICIPALITY OF ANCHORAGE<br>DEPT. OF LAW<br>P.O. BOX 196650<br>ANCHORAGE AK 99519-6650 | 000110P001-1325S-240<br>NEW YORK STATE DEPT. OF TAXATION & FINANCE<br>ROBERT L. COOK, ESQ<br>DISTRICT TAX ATTORNEY, OFFICE OF COUNSEL<br>340 EAST MAIN STREET<br>ROCHESTER NY 14604 |
| 000121P002-1325S-240<br>OFFICE OF ATTORNEY GENERAL<br>ATTN: ALLISON M. DIETZ<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT MI 48202 | 000137P001-1325S-240<br>OFFICE OF ATTORNEY GENERAL<br>ATTN: CAROL E. MOMJIAN<br>SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FL.<br>PHILADELPHIA PA 19107-3603 | 000118P001-1325S-240<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ZACHARY MOSNER<br>BANKRUPTCY & COLLECTIONS UNIT<br>800 FIFTH AVE., SUITE 2000<br>SEATTLE WA 98104-3188 | 000003P002-1325S-240<br>OFFICE OF THE U.S. TRUSTEE<br>BENJAMIN HACKMAN, ESQ.<br>J. CALEB BOGGS BUILDING<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801 |
| 000133P001-1325S-240<br>OKLAHOMA COUNTY TREASURER<br>ATTN: GRETCHEN CRAWFORD,<br>ASSISTANT DISTRICT ATTORNEY<br>320 ROBERT S. KERR, ROOM 505<br>OKLAHOMA CITY OK 73102 | 000105P001-1325S-240<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J. SANDLER, ESQ.<br>919 N. MARKET STREET<br>17TH FLOOR<br>WILMINGTON DE 19899-8705 | 000106P003-1325S-240<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JEFFREY POMERANTZ/SHIRLEY CHO<br>10100 SANTA MONICA BLVD.<br>11TH FLOOR<br>LOS ANGELES CA 90067-4100 | 000126P001-1325S-240<br>PINELLAS COUNTY TAX COLLECTOR<br>ROBIN FERGUSON, CFCA, TAX MANAGER<br>DIANE NELSON, CFC<br>P.O. BOX 4006<br>SEMINOLE FL 33775-4006 |
| 000096P001-1325S-240<br>PLAZA LAS AMERICAS, INC.<br>C/O HOLLAND & KNIGHT LLP<br>ATTN; JAMES H. ROLLINS<br>SUITE 2000, ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE STREET<br>ATLANTA GA 30309-3400 | 000115P001-1325S-240<br>POLSINELLI PC<br>JAMES H. BILLINGSLEY<br>2501 N. HARWOOD STREET<br>SUITE 1900<br>DALLAS TX 75201 | 000116P001-1325S-240<br>POLSINELLI PC<br>JUSTIN EDELSON<br>222 DELAWARE AVENUE<br>SUITE 1101<br>WILMINGTON DE 19801 | 000011P001-1325S-240<br>RIEMER & BRAUNSTEIN LLP<br>DAVID S. BERMAN<br>THREE CENTER PLAZA, 6TH FLOOR<br>BOSTON MA 02108 |
| 000012P001-1325S-240<br>RIEMER & BRAUNSTEIN LLP<br>STEVEN E. FOX<br>SEVEN TIMES SQUARE<br>TIMES SQUARE TOWER, SUITE 2506<br>NEW YORK NY 10036 | 000091P001-1325S-240<br>RIVERSIDE CLAIMS LLC<br>NEIL HERSKOWITZ<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK NY 10024 | 000063P001-1325S-240<br>ROBINSON BROG LEINWAND GREEN ET AL.<br>FRED B. RINGEL<br>875 THIRD AVENUE<br>9TH FLOOR<br>NEW YORK NY 10022 | 000123P001-1325S-240<br>ROSENTHAL & ROSENTHAL, INC.<br>ATTN: ANTHONY DITIRRO<br>1370 BROADWAY<br>NEW YORK NY 10018 |
| 000004P001-1325S-240<br>SECRETARY OF STATE<br>DIVISION OF CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | 000005P001-1325S-240<br>SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | 000006P001-1325S-240<br>SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>OFFICE OF GEN. COUNSEL<br>100 F STREET NE<br>WASHINGTON DC 20549 | 000046P001-1325S-240<br>SIMON PROPERTY GROUP, L.P.<br>RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204 |

# Seal123, Inc., et al.,
## Exhibit Pages

Page # : 4 of 4                                                                                                    10/12/2015 06:37:45 PM

| | | | |
|---|---|---|---|
| 000016P001-1325S-240<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>VAN C. DURRER II<br>300 S. GRAND AVE.<br>SUITE 3400<br>LOS ANGELES CA 90071 | 000051P001-1325S-240<br>SPRING BRANCH INDEPENDENT SCHOOL DISTRICT<br>C/O OWEN M. SONIK<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | 000065P001-1325S-240<br>TAXING DISTRICTS COLLECTED BY POTTER COUNTY<br>C/O PERDUE, BRANDON, FIELDER,<br>COLLINS AND MOTT, LLP<br>P.O. BOX 9132<br>AMARILLO TX 79105 | 000019P001-1325S-240<br>THE BANK OF NEW YORK,<br>AS COLLATERAL AGENT<br>101 BARCLAY STREET<br>NEW YORK NY 10286 |
| 000055P001-1325S-240<br>THE CAFARA COMPANY<br>RICHARD T. DAVIS<br>2445 BELMONT AVENUE<br>P.O. BOX 2186<br>YOUNGSTOWN OH 44504-0186 | 000056P001-1325S-240<br>THE TAUBMAN COMPANY<br>ANDREW S. CONWAY, ESQ.<br>200 EAST LONG LAKE ROAD<br>SUITE 300<br>BLOOMFIELD HILLS MI 48304 | 000098P001-1325S-240<br>THOMAS W. DANIELS, ESQ.<br>1265 SCOTTSVILLE ROAD<br>ROCHESTER NY 14624 | 000138P002-1325S-240<br>TN DEPT. OF REVENUE<br>C/O TN ATTY GENERAL'S OFFICE/BANKRUPTCY DIV.<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 |
| 000132P001-1325S-240<br>TULARE COUNTY TAX COLLECTOR<br>ATTN: MICHAEL SEE, DEPUTY TAX COLLECTOR<br>221 S. MOONEY BLVD. ROOM 104-E<br>VISALIA CA 93291-4593 | 000122P001-1325S-240<br>ULMER & BERNE LLP<br>ATTN: MICHAEL S. TUCKER, ESQ.<br>SKYLIGHT OFFICE TOWER<br>1660 WEST 2ND ST., SUITE 1100<br>CLEVELAND OH 44113-1448 | 000007P002-1325S-240<br>US ATTORNEY'S OFFICE - DIST. OF DEL.<br>ATTN: ELLEN W. SLIGHTS, ESQ.<br>1007 N. ORANGE STREET<br>SUITE 700<br>WILMINGTON DE 19801 | 000020P001-1325S-240<br>US BANCORP<br>1310 MADRID STREET<br>MARSHALL MN 56258 |
| 000125P001-1325S-240<br>VANDERBURGH COUNTY TREASURER<br>ATTN; BANKRUPTCY CLERK<br>ROOM #210 CIVIC CENTER COMPLEX<br>1 NW MARTIN LUTHER KING JR. BLVD<br>EVANSVILLE IN 47708-1882 | 000014P002-1325S-240<br>WILMER CUTLER PICKERING HALE AND DOOR LLP<br>GEORGE W. SHUSTER JR.<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>NEW YORK NY 10007 | 000062P003-1325S-240<br>WILMER CUTLER PICKERING HALE AND DOOR LLP<br>BENJAMIN W. LOVELAND<br>60 STATE STREET<br>BOSTON MA 02109 | 000077P002-1325S-240<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>ERICKA F. JOHNSON, STEVEN K. KORTANEK,<br>222 DELAWARE AVENUE<br>SUITE 1501<br>WILMINGTON DE 19801 |

Records Printed :          100