EXHIBIT A

**The Wet Seal Inc.**
**Tabulation Report as of 10/19/2015**

| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-Out Election |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 000071 | 83182 | 000057.00 | ACCUTIME WATCH CORP. | $ 166,146.20 | | | ACCEPT | 1 | 0 | $ 166,146.20 | $0.00 | 9/28/15 | |
| 5 | 000025 | 56983 | 050124.00 | AMICI | $ 18,568.60 | | | REJECT | 0 | 1 | $ - | $18,568.60 | 9/25/15 | Elected - Invalid |
| 5 | 000867 | 83496 | 000218.00 | AMPHION EXECUTIVE SAFE & SECURITY | $ 10,153.39 | | | ACCEPT | 1 | 0 | $ 10,153.39 | $0.00 | 10/13/15 | |
| 5 | 000391 | 57634 | 000214.00 000863.02 | ARIZONA MILLS MALL, LLC | $ 604,857.42 | | | ACCEPT | 1 | 0 | $ 604,857.42 | $0.00 | 9/30/15 | |
| 5 | 000620 | 85501 | 000802.02 | ARUNDEL MILLS LIMITED PARTNERSHIP | $ 11,286.48 | | | ACCEPT | 1 | 0 | $ 11,286.48 | $0.00 | 9/30/15 | |
| 5 | 000481 | 83465 | 000883.02 | AVENUES MALL, LLC | $ 31,016.70 | | | ACCEPT | 1 | 0 | $ 31,016.70 | $0.00 | 9/30/15 | |
| 5 | 000711 | 85510 | 000967.00 | BACM 2005-3 RETAIL 1445, LLC | $ 3,708.67 | | | ACCEPT | 1 | 0 | $ 3,708.67 | $0.00 | 10/19/15 | |
| 5 | 000387 | 57574 | 000836.02 | BATTLEFIELD MALL, L.L.C. | $ 522,208.41 | | | ACCEPT | 1 | 0 | $ 522,208.41 | $0.00 | 9/30/15 | |
| 5 | 000615 | 85490 | 000811.02 | BELL WETHER PROPERTIES OF | $ 31,777.62 | | | ACCEPT | 1 | 0 | $ 31,777.62 | $0.00 | 9/30/15 | |
| 5 | 000243 | 83427 | 000098.00 000099.00 001365.00 001366.00 | BLOOMFIELD HOLDINGS, LLC | $ 282,305.52 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/8/15 | Opt-out |
| 5 | 000024 | 56964 | 050140.00 | BOSS FACILITY SERVICES INC. | $ 72,908.40 | | | ACCEPT | 1 | 0 | $ 72,908.40 | $0.00 | 9/29/15 | |
| 5 | 000479 | 83463 | 000880.02 | BOWIE MALL COMPANY, LLC | $ 259,563.02 | | | ACCEPT | 1 | 0 | $ 259,563.02 | $0.00 | 9/30/15 | |
| 5 | 000480 | 83464 | 000881.02 | BOYNTON BEACH MALL, LLC | $ 293,873.21 | | | ACCEPT | 1 | 0 | $ 293,873.21 | $0.00 | 9/30/15 | |
| 5 | 000452 | 83435 | 000782.02 000807.02 | BRAINTREE PROPERTY ASSOCIATES LTD PARTNERSHIP | $ 428,561.35 | | | ACCEPT | 1 | 0 | $ 428,561.35 | $0.00 | 9/30/15 | |
| 5 | 000599 | 85464 | 000798.02 | BRIARWOOD LLC | $ 10,702.16 | | | ACCEPT | 1 | 0 | $ 10,702.16 | $0.00 | 9/30/15 | |
| 5 | 000141 | 9001 | 001221.00 | CHRISTOPHER J BROWN | $ 14,596.00 | | | ACCEPT | 1 | 0 | $ 14,596.00 | $0.00 | 10/19/15 | |
| 5 | 000478 | 83462 | 000879.02 | BRUNSWICK SQUARE MALL, LLC | $ 408.96 | | | ACCEPT | 1 | 0 | $ 408.96 | $0.00 | 9/30/15 | |
| 5 | 000716 | 9942 | 000547.00 | ASHLEY L BYNUM | $ 300.80 | | | ACCEPT | 1 | 0 | $ 300.80 | $0.00 | 10/15/15 | |
| 5 | 000698 | 83503 | 000366.00 | CAPITAL BUSINESS CREDIT, LLC | $ 5,557.50 | | | ACCEPT | 1 | 0 | $ 5,557.50 | $0.00 | 10/6/15 | |
| 5 | 000213 | 85682 | 001210.00 | CAPREF BROOKWOOD VILLAGE LLC | $ 60,783.89 | | | ACCEPT | 1 | 0 | $ 60,783.89 | $0.00 | 10/15/15 | |
| 5 | 000214 | 85683 | 001209.00 | CAPREF LLOYD CENTER LLC | $ 235,348.06 | | | ACCEPT | 1 | 0 | $ 235,348.06 | $0.00 | 10/15/15 | |
| 5 | 000233 | 83164 | 000037.00 | CAROUSEL CENTER COMPANY, L.P. | $ 11,963.43 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/9/15 | Opt-out |
| 5 | 000611 | 85483 | 000765.02 | CASTLETON SQUARE, LLC. | $ 19,391.67 | | | ACCEPT | 1 | 0 | $ 19,391.67 | $0.00 | 9/30/15 | |
| 5 | 000731 | 3163 | 000946.00 | CENTER FOR ENVIRONMENTAL HEALTH (CEH) | $ 22,250.00 | | | ACCEPT | 1 | 0 | $ 22,250.00 | $0.00 | 10/14/15 | |
| 5 | 000378 | 57508 | 000835.02 | CHARLES MALL COMPANY LIMITED | $ 278,562.53 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 9/30/15 | |
| 5 | 000482 | 83466 | 000884.02 | CHARLOTTE OUTLETS, LLC | $ 360,609.14 | | | ACCEPT | 1 | 0 | $ 360,609.14 | $0.00 | 9/30/15 | |
| 5 | 000463 | 83447 | 000819.02 | CHARLOTTESVILLE FASHION SQUARE, LLC | $ 363,177.50 | | | ACCEPT | 1 | 0 | $ 363,177.50 | $0.00 | 9/30/15 | |
| 5 | 000410 | 57838 | 000905.02 | CHELSEA ALLEN DEVELOPMENT L.P. | $ 523,803.70 | | | ACCEPT | 1 | 0 | $ 523,803.70 | $0.00 | 9/30/15 | |
| 5 | 000617 | 85495 | 000672.02 | CHELSEA LAS VEGAS HOLDINGS, LLC | $ 14,888.93 | | | ACCEPT | 1 | 0 | $ 14,888.93 | $0.00 | 9/30/15 | |
| 5 | 000470 | 83454 | 000867.02 | CHESAPEAKE MALL, LLC | $ 273,575.07 | | | ACCEPT | 1 | 0 | $ 273,575.07 | $0.00 | 9/30/15 | |
| 5 | 000380 | 57516 | 000833.02 | CIRCLE CENTRE MALL LLC | $ 242,198.58 | | | ACCEPT | 1 | 0 | $ 242,198.58 | $0.00 | 9/30/15 | |
| 5 | 000392 | 57647 | 000919.02 | COLORADO MILLS MALL LIMITED PARTNERSHIP | $ 6,504.36 | | | ACCEPT | 1 | 0 | $ 6,504.36 | $0.00 | 9/30/15 | |
| 5 | 000221 | 57181 | 000514.00 | CONTEMPO CARD CO | $ 13,577.10 | | | ACCEPT | 1 | 0 | $ 13,577.10 | $0.00 | 10/9/15 | |
| 5 | 000606 | 85476 | 000762.02 | CORAL-CS/LTD ASOCIATES | $ 11,807.13 | | | ACCEPT | 1 | 0 | $ 11,807.13 | $0.00 | 9/30/15 | |
| 5 | 000491 | 83478 | 000890.02 | CPG MERCEDES, L.P. | $ 298,160.19 | | | ACCEPT | 1 | 0 | $ 298,160.19 | $0.00 | 9/30/15 | |
| 5 | 000440 | 82363 | 000901.02 001004.02 001005.02 001006.02 | CPG PARTNERS LP | $ 1,156,005.70 | | | ACCEPT | 1 | 0 | $ 1,156,005.70 | $0.00 | 9/30/15 | |
| 5 | 000409 | 57837 | 000902.02 | CPG ROUND ROCK L.P. | $ 332,088.21 | | | ACCEPT | 1 | 0 | $ 332,088.21 | $0.00 | 9/30/15 | |
| 5 | 000238 | 83169 | 000048.00 | CROSSGATES MALL GENERAL COMPANY | $ 15,235.65 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/9/15 | Opt-out |
| 5 | 000449 | 83432 | 000783.02 | CRYSTAL MALL, LLC | $ 287,459.49 | | | ACCEPT | 1 | 0 | $ 287,459.49 | $0.00 | 9/30/15 | |
| 5 | 000237 | 83167 | 000046.00 | CRYSTAL RUN NEWCO, LLC | $ 2,448.42 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/9/15 | Opt-out |
| 5 | 001001 | 85654 | 149.00 001150 | DECKERS OUTDOOR CORPORATION | $ 4.00 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/19/15 | Opt-out |
| 5 | 000596 | 85460 | 000796.02 000861.02 | DEL AMO FASHION CENTER OPERATING CO LLC | $ 18,887.59 | | | ACCEPT | 1 | 0 | $ 18,887.59 | $0.00 | 9/30/15 | |

**The Wet Seal Inc.**
**Tabulation Report as of 10/19/2015**

| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-Out Election |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 000157 | 82991 | 000211.00 | DUNBAR ARMORED INC. | $ 2,346.82 | | | ACCEPT | 1 | 0 | $ 2,346.82 | $0.00 | 10/1/15 | |
| 5 | 000464 | 83448 | 000818.02 | EDISON MALL, LLC | $ 461,486.97 | | | ACCEPT | 1 | 0 | $ 461,486.97 | $0.00 | 9/30/15 | |
| 5 | 000018 | 56932 | 050186.00 | EDWARD JAY ACCESSORIES | $ 73,458.30 | | | ACCEPT | 1 | 0 | $ 73,458.30 | $0.00 | 10/13/15 | |
| 5 | 000241 | 83172 | 000052.00 000239.00 | EKLECCO NEWCO LLC | $ 349,895.32 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/9/15 | Opt-out |
| 5 | 000613 | 85487 | 000808.02 | EMI SANTA ROSA LTD PARTNERSHIP | $ 11,110.88 | | | ACCEPT | 1 | 0 | $ 11,110.88 | $0.00 | 9/30/15 | |
| 5 | 000098 | 85343 | 000499.00 | ENCHANTE ACCESSORIES, INC. | $ 69,456.30 | | | ACCEPT | 1 | 0 | $ 69,456.30 | $0.00 | 9/28/15 | |
| 5 | 000375 | 57452 | 000918.02 | ESPLANADE MALL LIMITED PARTNERSHIP | $ 481,339.34 | | | ACCEPT | 1 | 0 | $ 481,339.34 | $0.00 | 9/30/15 | |
| 5 | 000592 | 85455 | 000850.02 | FASHON CENTRE MALL, LLC | $ 26,325.66 | | | ACCEPT | 1 | 0 | $ 26,325.66 | $0.00 | 9/30/15 | |
| 5 | 000405 | 57831 | 000888.02 | FLORIDA KEYS FACTORY SHOPS, L.P. | $ 304,600.94 | | | ACCEPT | 1 | 0 | $ 304,600.94 | $0.00 | 9/30/15 | |
| 5 | 000612 | 85485 | 000766.02 | FLORIDA MALL ASSOCIATES, LTD | $ 24,836.67 | | | ACCEPT | 1 | 0 | $ 24,836.67 | $0.00 | 9/30/15 | |
| 5 | 000351 | 18646 | 000588.00 | SHENETHA D FLOWERS | $ 3,276.80 | | | ACCEPT | 1 | 0 | $ 3,276.80 | $0.00 | 10/16/15 | |
| 5 | 000382 | 57525 | 000909.02 | GALLERIA AT WOLFCHASE LLC | $ 335,620.15 | | | ACCEPT | 1 | 0 | $ 335,620.15 | $0.00 | 9/30/15 | |
| 5 | 000494 | 83481 | 000911.02 | GALLERIA MALL INVESTORS, L.P. | $ 310,930.47 | | | ACCEPT | 1 | 0 | $ 310,930.47 | $0.00 | 9/30/15 | |
| 5 | 000053 | 69492 | 000309.00 | GLOBAL FACILITY MANAGEMENT & | $ 16,098.14 | | | ACCEPT | 1 | 0 | $ 16,098.14 | $0.00 | 9/25/15 | |
| 5 | 000487 | 83472 | 000831.02 | GREENWOOD PARK MALL, LLC | $ 367,317.27 | | | ACCEPT | 1 | 0 | $ 367,317.27 | $0.00 | 9/30/15 | |
| 5 | 000712 | 85511 | 000968.00 | GSMS 2004-GG2 CARBONDALE MALL, LLC | $ 143,435.90 | | | ACCEPT | 1 | 0 | $ 143,435.90 | $0.00 | 10/19/15 | |
| 5 | 000411 | 57840 | 000891.02 | GULFPORT FACTORY SHOPS, L.P. | $ 300,329.29 | | | ACCEPT | 1 | 0 | $ 300,329.29 | $0.00 | 9/30/15 | |
| 5 | 000448 | 83431 | 000784.02 | HAMILTON TC. LLC | $ 256,716.61 | | | ACCEPT | 1 | 0 | $ 256,716.61 | $0.00 | 9/30/15 | |
| 5 | 000863 | 83429 | 000103.00 | HAWAIIAN ELECTRIC COMPANY, INC. | $ 3,354.93 | | | ACCEPT | 1 | 0 | $ 3,354.93 | $0.00 | 10/15/15 | |
| 5 | 000493 | 83480 | 000792.02 000908.02 | HG GALLERIA I, II, III, L.P. | $ 1,159,038.55 | | | ACCEPT | 1 | 0 | $ 1,159,038.55 | $0.00 | 9/30/15 | |
| 5 | 000011 | 83301 | 000454.00 | HI-TECH OUTSOURCING SERVICES | $ 11,200.00 | | | ACCEPT | 1 | 0 | $ 11,200.00 | $0.00 | 10/12/15 | |
| 5 | 001008 | 85778 | 001399.00 | THOMAS HILLEBRANDT | $ 175,000.00 | | | ACCEPT | 1 | 0 | $ 175,000.00 | $0.00 | 10/16/15 | |
| 5 | 000577 | 85371 | 000559.00 | HILLSBOROUGH COUNTY FIRE MARSHAL | $ 135.00 | | | ACCEPT | 1 | 0 | $ 135.00 | $0.00 | 9/30/15 | |
| 5 | 000236 | 83167 | 000044.00 | HOLYOKE MALL COMPANY, L.P. | $ 9,598.62 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/9/15 | Opt-out |
| 5 | 000688 | 70534 | 050232.00 | INTERSTATE RESTORATION, LLC | $ 5,000.00 | | | ACCEPT | 1 | 0 | $ 5,000.00 | $0.00 | 10/13/15 | |
| 5 | 000068 | 83160 | 000033.00 | J.E.M. INTERNATIONAL INC. | $ 44,193.60 | | | ACCEPT | 1 | 0 | $ 44,193.60 | $0.00 | 9/28/15 | |
| 5 | 000717 | 57119 | 000508.00 | JAVI A/V LLC | $ 4,650.86 | | | ACCEPT | 1 | 0 | $ 4,650.86 | $0.00 | 10/5/15 | |
| 5 | 000070 | 83163 | 000036.00 | JESCO FOOTWEAR GROUP INC. | $ 48,982.50 | | | ACCEPT | 1 | 0 | $ 48,982.50 | $0.00 | 9/28/15 | |
| 5 | 000235 | 83166 | 000043.00 | JPMG MANASSAS MALL OWNER LLC | $ 835.40 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/9/15 | Opt-out |
| 5 | 000149 | 59667 | 000323.00 | LACKAWANNA RIVER BASIN SEWER AUTHORITY | $ 107.94 | | | ACCEPT | 1 | 0 | $ 107.94 | $0.00 | 10/5/15 | |
| 5 | 000376 | 57478 | 000828.02 | LAKELINE DEVELOPERS | $ 412,747.38 | | | ACCEPT | 1 | 0 | $ 412,747.38 | $0.00 | 9/30/15 | |
| 5 | 000379 | 57510 | 000907.02 | LAWRENCE ASSOCIATES | $ 501,496.41 | | | ACCEPT | 1 | 0 | $ 501,496.41 | $0.00 | 9/30/15 | |
| 5 | 000256 | 85250 | 000280.00 000281.00 000282.00 000283.00 | LEEDS RETAIL CENTER, LLC | $ 583,839.88 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/14/15 | Opt-out |
| 5 | 000614 | 85489 | 000810.02 | LENOX SQUARE, LLC | $ 31,192.06 | | | ACCEPT | 1 | 0 | $ 31,192.06 | $0.00 | 9/30/15 | |
| 5 | 000004 | 56943 | 050252.00 | LF CENTENNIAL PTE LTD (AGENT) | $ 40,579.16 | | | ACCEPT | 1 | 0 | $ 40,579.16 | $0.00 | 10/19/15 | |
| 5 | 000407 | 57833 | 000903.02 | LIGHTHOUSE PLACE PREMIUM OUTLETS LLC | $ 308,592.85 | | | ACCEPT | 1 | 0 | $ 308,592.85 | $0.00 | 9/30/15 | |
| 5 | 000492 | 83479 | 000906.02 | LINCOLN PLAZA CENTER, L.P. | $ 269,075.28 | | | ACCEPT | 1 | 0 | $ 269,075.28 | $0.00 | 9/30/15 | |
| 5 | 000490 | 83475 | 000827.02 | LINCOLNWOOD TOWN CENTER, LLC | $ 265,103.75 | | | ACCEPT | 1 | 0 | $ 265,103.75 | $0.00 | 9/30/15 | |
| 5 | 000450 | 83433 | 000929.02 | LIVINGSTON MALL VENTURE | $ 333,378.12 | | | ACCEPT | 1 | 0 | $ 333,378.12 | $0.00 | 9/30/15 | |
| 5 | 000511 | 84520 | 050125.00 | LYNN, AMIEE | $ 12,197.10 | | | ACCEPT | 1 | 0 | $ 12,197.10 | $0.00 | 10/13/15 | |
| 5 | 000259 | 85337 | 001342.00 | MA- CITY OF BOSTON TREASURY DEPARTMENT | $ 202.63 | | | ACCEPT | 1 | 0 | $ 202.63 | $0.00 | 10/5/15 | |
| 5 | 000362 | 57090 | 050260.00 | MAINTENX | $ 2,351.34 | | | ACCEPT | 1 | 0 | $ 2,351.34 | $0.00 | 9/29/15 | |
| 5 | 000607 | 85478 | 000805.02 | MALL AT AUBURN, LLC | $ 15,179.12 | | | ACCEPT | 1 | 0 | $ 15,179.12 | $0.00 | 9/30/15 | |
| 5 | 000602 | 85469 | 000801.02 | MALL AT CONCORD MILLS LIMITED PARTNERSHIP | $ 19,849.15 | | | ACCEPT | 1 | 0 | $ 19,849.15 | $0.00 | 9/30/15 | |
| 5 | 000594 | 85458 | 000852.02 | MALL AT COTTONWOOD, LLC | $ 12,534.20 | | | ACCEPT | 1 | 0 | $ 12,534.20 | $0.00 | 9/30/15 | |
| 5 | 000477 | 83461 | 000878.02 | MALL AT GREAT LAKES, LLC | $ 465,927.05 | | | ACCEPT | 1 | 0 | $ 465,927.05 | $0.00 | 9/30/15 | |

**The Wet Seal Inc.**
**Tabulation Report as of 10/19/2015**

| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-Out Election |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 000590 | 85451 | 000849.02 | MALL AT INGRAM PARK, LLC | $ 6,420.24 | | | ACCEPT | 1 | 0 | $ 6,420.24 | $0.00 | 9/30/15 | |
| 5 | 000618 | 85497 | 000926.02 | MALL AT LEHIGH VALLEY, LP | $ 24,944.73 | | | ACCEPT | 1 | 0 | $ 24,944.73 | $0.00 | 9/30/15 | |
| 5 | 000396 | 57703 | 000895.02 | MALL AT LIBERTY TREE LLC | $ 188,512.32 | | | ACCEPT | 1 | 0 | $ 188,512.32 | $0.00 | 9/30/15 | |
| 5 | 000589 | 85450 | 000752.02 | MALL AT LONGVIEW, LLC | $ 6,122.19 | | | ACCEPT | 1 | 0 | $ 6,122.19 | $0.00 | 9/30/15 | |
| 5 | 000471 | 83455 | 000868.02 | MALL AT MIAMI INTERNATIONAL, LLC | $ 459,397.74 | | | ACCEPT | 1 | 0 | $ 459,397.74 | $0.00 | 9/30/15 | |
| 5 | 000588 | 85449 | 000847.02 | MALL AT MIDLAND PARK, LLC | $ 5,122.90 | | | ACCEPT | 1 | 0 | $ 5,122.90 | $0.00 | 9/30/15 | |
| 5 | 000403 | 57771 | 000921.02 | MALL AT NORTHSHORE LLC | $ 543,250.23 | | | ACCEPT | 1 | 0 | $ 543,250.23 | $0.00 | 9/30/15 | |
| 5 | 000604 | 85473 | 000803.02 | MALL AT ROCKINGHAM. LLC | $ 21,996.14 | | | ACCEPT | 1 | 0 | $ 21,996.14 | $0.00 | 9/30/15 | |
| 5 | 000584 | 85445 | 000844.02 | MALL AT SMITH HAVEN, LLC | $ 41,891.46 | | | ACCEPT | 1 | 0 | $ 41,891.46 | $0.00 | 9/30/15 | |
| 5 | 000402 | 57755 | 000870.02 | MALL AT SUMMIT LLC | $ 241,180.02 | | | ACCEPT | 1 | 0 | $ 241,180.02 | $0.00 | 9/30/15 | |
| 5 | 000398 | 57726 | 000912.02 | MALL AT TUTTLE CROSSING LLC | $ 559,225.55 | | | ACCEPT | 1 | 0 | $ 559,225.55 | $0.00 | 9/30/15 | |
| 5 | 000400 | 57733 | 000820.02 | MALL AT WHITE OAKS LLC | $ 236,990.67 | | | ACCEPT | 1 | 0 | $ 236,990.67 | $0.00 | 9/30/15 | |
| 5 | 000609 | 85480 | 000806.02 | MALL OF GEORGIA, L.L.C. | $ 10,760.09 | | | ACCEPT | 1 | 0 | $ 10,760.09 | $0.00 | 9/30/15 | |
| 5 | 000395 | 57697 | 000910.02 | MAPLEWOOD MALL, LLC | $ 349,990.62 | | | ACCEPT | 1 | 0 | $ 349,990.62 | $0.00 | 9/30/15 | |
| 5 | 001010 | 33301 | 001270.00 | NICOLE MARTINEZ | $ 31,281.00 | | | ACCEPT | 1 | 0 | $ 31,281.00 | $0.00 | 10/16/15 | |
| 5 | 000833 | 74717 | 000363.00 | MAUI ELECTRIC COMPANY, LTD. | $ 1,353.25 | | | ACCEPT | 1 | 0 | $ 1,353.25 | $0.00 | 10/15/15 | |
| 5 | 000456 | 83439 | 000898.02 | MAYFLOWER APPLE BLOSSOM, L.P. | $ 167,966.21 | | | ACCEPT | 1 | 0 | $ 167,966.21 | $0.00 | 9/30/15 | |
| 5 | 000457 | 83440 | 000897.02 | MAYFLOWER CAPE COD, LLC | $ 333,992.41 | | | ACCEPT | 1 | 0 | $ 333,992.41 | $0.00 | 9/30/15 | |
| 5 | 000458 | 83441 | 000896.02 | MAYFLOWER EMERALD SQUARE, LLC | $ 11,706.27 | | | ACCEPT | 1 | 0 | $ 11,706.27 | $0.00 | 9/30/15 | |
| 5 | 000605 | 85475 | 000804.02 | MAYFLOWER SQUARE ONE, LLC | $ 15,167.25 | | | ACCEPT | 1 | 0 | $ 15,167.25 | $0.00 | 9/30/15 | |
| 5 | 000834 | 74782 | 000492.00 | MCG ARCHITECTURE | $ 3,170.48 | | | ACCEPT | 1 | 0 | $ 3,170.48 | $0.00 | 9/29/15 | |
| 5 | 000388 | 57582 | 000916.02 | MEADOWOOD MALL SPE, LLC | $ 451,207.60 | | | ACCEPT | 1 | 0 | $ 451,207.60 | $0.00 | 9/30/15 | |
| 5 | 000754 | 56969 | 050266.00 | MERIDIAN GRAPHICS | $ 22,614.12 | | | ACCEPT | 1 | 0 | $ 22,614.12 | $0.00 | 9/28/15 | |
| 5 | 000497 | 83484 | 000917.02 | MILPITAS MALL LIMITED PARTNERSHIP | $ 7,589.49 | | | ACCEPT | 1 | 0 | $ 7,589.49 | $0.00 | 9/30/15 | |
| 5 | 000679 | 57849 | 000263.00 | MIROMAR OUTLET EAST LLC | $ 209,680.29 | | | ACCEPT | 1 | 0 | $ 209,680.29 | $0.00 | 10/12/15 | |
| 5 | 000412 | 59709 | 001352.00 | MISHAWAKA UTILITIES (MUNICIPALITY) | $ 975.46 | | | ACCEPT | 1 | 0 | $ 975.46 | $0.00 | 10/19/15 | |
| 5 | 000399 | 57728 | 000920.02 | MNH MALL LLC | $ 526,132.64 | | | ACCEPT | 1 | 0 | $ 526,132.64 | $0.00 | 9/30/15 | |
| 5 | 000486 | 83471 | 000923.02 | MUNCIE MALL, LLC | $ 7,650.00 | | | ACCEPT | 1 | 0 | $ 7,650.00 | $0.00 | 9/30/15 | |
| 5 | 000836 | 75830 | 000603.00 | NATIONAL SIGN & MARKETING CORPORATION | $ 86,007.60 | | | ACCEPT | 1 | 0 | $ 86,007.60 | $0.00 | 10/2/15 | |
| 5 | 000837 | 75841 | 000484.00 | NATURAL MODEL MANAGEMENT, LLC | $ 9,030.00 | | | REJECT | 0 | 1 | $ - | $9,030.00 | 10/5/15 | |
| 5 | 000587 | 85448 | 000750.02 000824.02 | NEWPORT CENTRE, LLC | $ 510,834.19 | | | ACCEPT | 1 | 0 | $ 510,834.19 | $0.00 | 9/30/15 | |
| 5 | 000793 | 57377 | 000240.00 | NIXON PEABODY LLP | $ 19,560.84 | | | ACCEPT | 1 | 0 | $ 19,560.84 | $0.00 | 10/13/15 | |
| 5 | 000386 | 57567 | 000874.02 | NORTHGATE MALL PARTNERSHIP | $ 478,252.26 | | | ACCEPT | 1 | 0 | $ 478,252.26 | $0.00 | 9/30/15 | |
| 5 | 000390 | 57614 | 000915.02 | NORTHPARK MALL LIMITED PARTNERSHIP | $ 354,862.85 | | | ACCEPT | 1 | 0 | $ 354,862.85 | $0.00 | 9/30/15 | |
| 5 | 000598 | 85462 | 001417.02 | NORTHWESTERN SIMON, INC. | $ 484,366.90 | | | ACCEPT | 1 | 0 | $ 484,366.90 | $0.00 | 9/30/15 | |
| 5 | 000460 | 83443 | 000825.02 | NORTHWOODS SHOPPING CENTER, LLC | $ 317,497.83 | | | ACCEPT | 1 | 0 | $ 317,497.83 | $0.00 | 9/30/15 | |
| 5 | 000619 | 85500 | 000683.02 | ONTARIO MILLS LIMITED PARTNERSHIP | $ 12,120.94 | | | ACCEPT | 1 | 0 | $ 12,120.94 | $0.00 | 9/30/15 | |
| 5 | 000601 | 85467 | 000800.02 | OPRY MILLS MALL LIMITED PARTNERSHIP | $ 10,296.12 | | | ACCEPT | 1 | 0 | $ 10,296.12 | $0.00 | 9/30/15 | |
| 5 | 000600 | 85465 | 000799.02 | ORANGE CITY MILLS LIMITED PARTNERSHIP | $ 18,091.77 | | | ACCEPT | 1 | 0 | $ 18,091.77 | $0.00 | 9/30/15 | |
| 5 | 000466 | 83450 | 000741.02 000931.02 | ORLAND, L.P. | $ 419,898.69 | | | ACCEPT | 1 | 0 | $ 419,898.69 | $0.00 | 9/30/15 | |
| 5 | 000616 | 85494 | 000671.02 | ORLANDO OUTLET OWNER, LLC | $ 13,658.06 | | | ACCEPT | 1 | 0 | $ 13,658.06 | $0.00 | 9/30/15 | |
| 5 | 000925 | 85128 | 000512.00 | OUTLETS AT CASTLE ROCK | $ 259,791.82 | | | ACCEPT | 1 | 0 | $ 259,791.82 | $0.00 | 9/30/15 | Elected - Invalid |
| 5 | 000394 | 57695 | 000823.02 | PENN ROSS JOINT VENTURE | $ 442,921.21 | | | ACCEPT | 1 | 0 | $ 442,921.21 | $0.00 | 9/30/15 | |
| 5 | 000593 | 85456 | 000794.02 | PENN SQUARE MALL LIMITED PARTNERSHIP | $ 19,779.01 | | | ACCEPT | 1 | 0 | $ 19,779.01 | $0.00 | 9/30/15 | |
| 5 | 000404 | 57828 | 000886.02 | PHOENIX PREMIUM OUTLETS, LLC | $ 254,966.16 | | | ACCEPT | 1 | 0 | $ 254,966.16 | $0.00 | 9/30/15 | |
| 5 | 000372 | 57414 | 000738.02 | PIER PARK, LLC | $ 250,029.50 | | | ACCEPT | 1 | 0 | $ 250,029.50 | $0.00 | 9/30/15 | |
| 5 | 000485 | 83470 | 000830.02 | PLAZA AT TIPPECANOE, LLC | $ 2,007.20 | | | ACCEPT | 1 | 0 | $ 2,007.20 | $0.00 | 9/30/15 | |
| 5 | 000385 | 57564 | 000739.02 | PLAZA CAROLINA MALL L.P. | $ 344,451.02 | | | ACCEPT | 1 | 0 | $ 344,451.02 | $0.00 | 9/30/15 | |
| 5 | 000408 | 57835 | 000889.02 | PLAZA CAROLINA MALL L.P. - BARCELONETA | $ 330,123.36 | | | ACCEPT | 1 | 0 | $ 330,123.36 | $0.00 | 9/30/15 | |

**The Wet Seal Inc.**
**Tabulation Report as of 10/19/2015**

| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-Out Election |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 000749 | 56956 | 001038.00 | POETRY CLOTHING | $ 30,043.50 | | | ACCEPT | 1 | 0 | $ 30,043.50 | $0.00 | 10/2/15 | |
| 5 | 000468 | 83452 | 000899.02 | PORT CHARLOTTE MALL LLC | $ 130,537.23 | | | ACCEPT | 1 | 0 | $ 130,537.23 | $0.00 | 9/30/15 | |
| 5 | 000240 | 83171 | 000051.00 000237.00 | POUGHKEEPSIE GALLERIA LLC | $ 325,903.40 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/9/15 | Opt-Out |
| 5 | 000099 | 85344 | 000563.00 | PUBLIC SERVICE ELECTRIC & GAS COMPANY | $ 7,101.96 | | | ACCEPT | 1 | 0 | $ 7,101.96 | $0.00 | 10/2/15 | |
| 5 | 000234 | 83165 | 000039.00 000041.00 000236.00 | PYRAMID WALDEN COMPANY, L.P. | $ 259,129.48 | 248,685.49 | 8,509.47 | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/9/15 | Opt-Out |
| 5 | 000937 | 85347 | 000503.00 | QUESTAR GAS COMPANY | $ 11.72 | | | ACCEPT | 1 | 0 | $ 11.72 | $0.00 | 10/6/15 | |
| 5 | 000873 | 83997 | 050005.00 | SANDRA QUIJANO | $ 5,045.66 | | | ACCEPT | 1 | 0 | $ 5,045.66 | $0.00 | 10/7/15 | |
| 5 | 000059 | 77572 | 000222.00 | REGENCY SIGN COMPANY, INC. | $ 4,642.14 | | | ACCEPT | 1 | 0 | $ 4,642.14 | $0.00 | 10/15/15 | |
| 5 | 000373 | 57432 | 000809.02 000812.02 | THE RETAIL PROPERTY TRUST | $ 60,978.50 | | | ACCEPT | 1 | 0 | $ 60,978.50 | $0.00 | 9/30/15 | |
| 5 | 000473 | 83457 | 000872.02 | RICHMOND TOWN SQUARE MALL, LLC | $ 220,179.14 | | | ACCEPT | 1 | 0 | $ 220,179.14 | $0.00 | 9/30/15 | |
| 5 | 000582 | 85443 | 000842.02 | RIVER OAKS CENTER, LLC | $ 9,666.65 | | | ACCEPT | 1 | 0 | $ 9,666.65 | $0.00 | 9/30/15 | |
| 5 | 000451 | 83434 | 000652.02 | ROCKAWAY CENTER ASSOCIATES | $ 320,281.76 | | | ACCEPT | 1 | 0 | $ 320,281.76 | $0.00 | 9/30/15 | |
| 5 | 000211 | 85506 | 000942.00 | RODAM, LLC | $ 43,563,461.97 | | | ACCEPT | 1 | 0 | $ 43,563,461.97 | $0.00 | 10/16/15 | |
| 5 | 000461 | 83445 | 000822.02 | ROLLING OAKS MALL, LLC | $ 130,382.45 | | | ACCEPT | 1 | 0 | $ 130,382.45 | $0.00 | 9/30/15 | |
| 5 | 000517 | 84617 | 001324.00 | RPAI SOUTHWEST MANAGEMENT LLC AS | $ 116,895.73 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/19/15 | Opt-Out |
| 5 | 000484 | 83468 | 000887.02 | SAN MARCOS FACTORY STORE,LTD | $ 480,502.80 | | | ACCEPT | 1 | 0 | $ 480,502.80 | $0.00 | 9/30/15 | |
| 5 | 000239 | 83170 | 000050.00 000238.00 | SANGERTOWN SQUARE, L.L.C. | $ 218,598.28 | | | ABSTAIN | 0 | 0 | $ - | $0.00 | 10/9/15 | Opt-Out |
| 5 | 000374 | 57438 | 000832.02 | SDG DADELAND ASSOCIATES, INC. | $ 1,575,623.66 | | | ACCEPT | 1 | 0 | $ 1,575,623.66 | $0.00 | 9/30/15 | |
| 5 | 000621 | 85502 | 000778.02 | SDG FASHION MALL LIMITED PARTNERSHIP | $ 108,659.77 | | | ACCEPT | 1 | 0 | $ 108,659.77 | $0.00 | 9/30/15 | |
| 5 | 000586 | 85447 | 000845.02 | SEMINOLE TOWNE CENTER LIMITED | $ 13,492.33 | | | ACCEPT | 1 | 0 | $ 13,492.33 | $0.00 | 9/30/15 | |
| 5 | 000465 | 83449 | 000817.02 | SHOPPING CENTER ASSOCIATES | $ 414,368.86 | | | ACCEPT | 1 | 0 | $ 414,368.86 | $0.00 | 9/30/15 | |
| 5 | 000475 | 83459 | 000875.02 000876.02 | SHOPS AT MISSION VIEJO, LLC | $ 957,993.45 | | | ACCEPT | 1 | 0 | $ 957,993.45 | $0.00 | 9/30/15 | |
| 5 | 000488 | 83473 | 000834.02 | SHOPS AT SUNSET MALL OWNER, LLC | $ 321,421.07 | | | ACCEPT | 1 | 0 | $ 321,421.07 | $0.00 | 9/30/15 | |
| 5 | 001005 | 85695 | 050134.01 | SIERRA LIQUIDITY FUND, LLC/ AXESORY SOURCE | $ 4,253.10 | | | ACCEPT | 1 | 0 | $ 4,253.10 | $0.00 | 10/19/15 | |
| 5 | 001002 | 85677 | 001187.02 | SIERRA LIQUIDITY FUND, LLC/AXESORY SOURCE | $ 2,187.90 | | | ACCEPT | 1 | 0 | $ 2,187.90 | $0.00 | 10/19/15 | |
| 5 | 000865 | 83487 | 000206.02 | SIERRA LIQUIDITY FUND, LLC/DIGITALPRO, INC. | $ 12,747.27 | | | ACCEPT | 1 | 0 | $ 12,747.27 | $0.00 | 10/19/15 | |
| 5 | 000397 | 57719 | 000882.02 | SIMON CAPITAL LIMITED PARTNERSHIP | $ 364,656.38 | | | ACCEPT | 1 | 0 | $ 364,656.38 | $0.00 | 9/30/15 | |
| 5 | 000377 | 57491 | 000826.02 000853.02 000854.02 000855.02 | SIMON PROPERTY GROUP (TEXAS) L.P. | $ 614,571.32 | | | ACCEPT | 1 | 0 | $ 614,571.32 | $0.00 | 9/30/15 | |
| 5 | 000439 | 82360 | 000839.02 000840.02 000841.02 000851.02 | SIMON PROPERTY GROUP L.P. | $ 391,420.65 | | | ACCEPT | 1 | 0 | $ 391,420.65 | $0.00 | 9/30/15 | |
| 5 | 000597 | 85461 | 000813.02 | SM EMPIRE MALL, LLC | $ 14,924.81 | | | ACCEPT | 1 | 0 | $ 14,924.81 | $0.00 | 9/30/15 | |
| 5 | 000467 | 83451 | 000930.02 | SM MESA MALL, LLC | $ 332,350.83 | | | ACCEPT | 1 | 0 | $ 332,350.83 | $0.00 | 9/30/15 | |
| 5 | 000447 | 83430 | 000105.00 000656.02 | SM RUSHMORE MALL, LLC | $ 135,942.02 | | | ACCEPT | 1 | 0 | $ 135,942.02 | $0.00 | 9/30/15 | |
| 5 | 000585 | 85446 | 000658.02 | SM SOUTHERN HILLS MALL, LLC | $ 165,464.38 | | | ACCEPT | 1 | 0 | $ 165,464.38 | $0.00 | 9/30/15 | |
| 5 | 000401 | 57746 | 000740.02 | SOUTH HILLS VILLAGE ASSOCIATES LP | $ 250,029.50 | | | ACCEPT | 1 | 0 | $ 250,029.50 | $0.00 | 9/30/15 | |
| 5 | 000495 | 83482 | 000914.02 | SOUTHDALE CENTER, LLC | $ 6,704.17 | | | ACCEPT | 1 | 0 | $ 6,704.17 | $0.00 | 9/30/15 | |
| 5 | 000496 | 83483 | 000922.02 | SOUTHDALE CENTER, LLC | $ 432,348.39 | | | ACCEPT | 1 | 0 | $ 432,348.39 | $0.00 | 9/30/15 | |
| 5 | 000472 | 83456 | 000871.02 | SOUTHERN PARK MALL, LLC | $ 271,356.38 | | | ACCEPT | 1 | 0 | $ 271,356.38 | $0.00 | 9/30/15 | |
| 5 | 000393 | 57650 | 000913.02 | SOUTHRIDGE LIMITED PARTNERSHIP | $ 357,745.43 | | | ACCEPT | 1 | 0 | $ 357,745.43 | $0.00 | 9/30/15 | |

**The Wet Seal Inc.**
**Tabulation Report as of 10/19/2015**

| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-Out Election |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 000489 | 83474 | 000837.02 | SPG ANDERSON MALL, LLC | $ 310,517.70 | | | ACCEPT | 1 | 0 | $ 310,517.70 | $0.00 | 9/30/15 | |
| 5 | 000389 | 57583 | 000838.02 | SPG INDEPENDENCE CENTER, LLC | $ 452,416.27 | | | ACCEPT | 1 | 0 | $ 452,416.27 | $0.00 | 9/30/15 | |
| 5 | 000383 | 57526 | 000829.02 | SPG PRIEN, LLC | $ 302,981.29 | | | ACCEPT | 1 | 0 | $ 302,981.29 | $0.00 | 9/30/15 | |
| 5 | 000483 | 83467 | 000885.02 | ST LOUIS PREMIUM OUTLETS, LLC | $ 282,916.46 | | | ACCEPT | 1 | 0 | $ 282,916.46 | $0.00 | 9/30/15 | |
| 5 | 000073 | 83187 | 000431.00 | STERLING NATIONAL BANK, FACTORING & TRADE | $ 134,441.70 | | | ACCEPT | 1 | 0 | $ 134,441.70 | $0.00 | 10/13/15 | |
| 5 | 000849 | 79613 | 000275.00 | STEVEN BLOCK CONSULTING, INC. | $ 17,835.94 | | | REJECT | 0 | 1 | $ - | $17,835.94 | 10/2/15 | |
| 5 | 000595 | 85459 | 000795.02 | STONERIDGE PROPERTIES LLC | $ 22,876.61 | | | ACCEPT | 1 | 0 | $ 22,876.61 | $0.00 | 9/30/15 | |
| 5 | 000459 | 83442 | 000932.02 | SUNLAND PARK MALL, LLC | $ 259,634.82 | | | ACCEPT | 1 | 0 | $ 259,634.82 | $0.00 | 9/30/15 | |
| 5 | 000871 | 83505 | 000367.00 | SUNRISE APPAREL IMPORT INC DBA SHINE | $ 9,704.94 | | | ACCEPT | 1 | 0 | $ 9,704.94 | $0.00 | 10/19/15 | |
| 5 | 000610 | 85482 | 000764.02 | TACOMA MALL PARTNERSHIP | $ 19,888.98 | | | ACCEPT | 1 | 0 | $ 19,888.98 | $0.00 | 9/30/15 | |
| 5 | 000624 | 85540 | 001033.00 | TEMPT IN-STORE PRODUCTION | $ 6,360.85 | | | ACCEPT | 1 | 0 | $ 6,360.85 | $0.00 | 10/16/15 | |
| 5 | 000674 | 50484 | 000517.00 | SHANNON M THAYER | $ 1.00 | | | ACCEPT | 1 | 0 | $ 1.00 | $0.00 | 10/8/15 | |
| 5 | 000730 | 2691 | 000945.00 | EDMOND S. THOMAS | $ 975,000.00 | | | ACCEPT | 1 | 0 | $ 975,000.00 | $0.00 | 10/14/15 | |
| 5 | 000453 | 83436 | 000894.02 | THE TOWN CENTER AT BOCA RATON TRUST | $ 694,566.50 | | | ACCEPT | 1 | 0 | $ 694,566.50 | $0.00 | 9/30/15 | |
| 5 | 000454 | 83437 | 000893.02 000927.02 | TOWN CENTER AT COBB, LLC | $ 813,694.19 | | | ACCEPT | 1 | 0 | $ 813,694.19 | $0.00 | 9/30/15 | |
| 5 | 000462 | 83446 | 000821.02 | TOWNE WEST SQUARE, LLC | $ 116,346.83 | | | ACCEPT | 1 | 0 | $ 116,346.83 | $0.00 | 9/30/15 | |
| 5 | 000469 | 83453 | 000900.02 | TREASURE COAST-JCP ASSOCIATES, LTD | $ 163,927.41 | | | ACCEPT | 1 | 0 | $ 163,927.41 | $0.00 | 9/30/15 | |
| 5 | 000072 | 83184 | 000060.00 | TRU FRAGRANCE & BEAUTY | $ 30,387.31 | | | ACCEPT | 1 | 0 | $ 30,387.31 | $0.00 | 9/28/15 | |
| 5 | 000888 | 84476 | 000466.00 | TUCSON ELECTRIC POWER COMPANY | $ 931.72 | | | ACCEPT | 1 | 0 | $ 931.72 | $0.00 | 10/15/15 | |
| 5 | 000675 | 51861 | 000960.00 | SARAH R UHLER | $ 13,000.00 | | | ACCEPT | 1 | 0 | $ 13,000.00 | $0.00 | 10/19/15 | |
| 5 | 000381 | 57518 | 000869.02 | UNIVERSITY PARK MALL, LLC | $ 246,009.26 | | | ACCEPT | 1 | 0 | $ 246,009.26 | $0.00 | 9/30/15 | |
| 5 | 000313 | 84645 | 050373.00 | VIOX SERVICES, INC. | $ 159.00 | | | ACCEPT | 1 | 0 | $ 159.00 | $0.00 | 9/28/15 | |
| 5 | 000474 | 83458 | 000873.02 | VIRGINIA CENTER COMMONS, LLC | $ 184,713.14 | | | ACCEPT | 1 | 0 | $ 184,713.14 | $0.00 | 9/30/15 | |
| 5 | 000583 | 85444 | 000843.02 | WEST RIDGE MALL, LLC | $ 701.84 | | | ACCEPT | 1 | 0 | $ 701.84 | $0.00 | 9/30/15 | |
| 5 | 000608 | 85479 | 000763.02 | WEST TOWN  MALL, LLC | $ 15,197.15 | | | ACCEPT | 1 | 0 | $ 15,197.15 | $0.00 | 9/30/15 | |
| 5 | 000455 | 83438 | 000892.02 | WESTMINSTER MALL, LLC | $ 264,963.66 | | | ACCEPT | 1 | 0 | $ 264,963.66 | $0.00 | 9/30/15 | |
| 5 | 000806 | 61405 | 000341.00 | WILD HEART | $ 12,960.00 | | | ACCEPT | 1 | 0 | $ 12,960.00 | $0.00 | 10/6/15 | |
| 5 | 000356 | 54808 | 001047.03 | JENNIFER WILLIAMS | $ 23,388.78 | | | ACCEPT | 1 | 0 | $ 23,388.78 | $0.00 | 10/19/15 | |
| 5 | 000384 | 57531 | 000176.00 000864.02 000865.02 | WOODFIELD MALL LLC | $ 1,717,780.90 | | | ACCEPT | 1 | 0 | $ 1,717,780.90 | $0.00 | 9/30/15 | |
| 5 | 000591 | 85452 | 000793.02 | WOODLAND HILLS MALL, LLC | $ 18,408.93 | | | ACCEPT | 1 | 0 | $ 18,408.93 | $0.00 | 9/30/15 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **The Wet Seal Inc.** |
|  | **Tabulation Report as of 10/19/2015** |
| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-Out Election |
| | | |  | Totals for Class 5  GENERAL UNSECURED CLAIMS | | | | | | | | | |
| | | | | Aggregate Class 5 Claim Amount Voted to Accept: | $   81,959,681.18 | 99.94% | | | | | Opt-Out Election Count: | | 13 | |
| | | | | Aggregate Class 5 Claim Amount Voted to Reject: | $        45,434.54 | 0.06% | | | | | | | | |
| | | | | Aggregate Class 5 Claim Amount Voted: | $   82,005,115.72 | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | Aggregate Class 5 Claim Quantity Voted to Accept: | 188 | 98.43% | | | | | | | | |
| | | | | Aggregate Class 5 Claim Quantity Voted to Reject: | 3 | 1.57% | | | | | | | | |
| | | | | Aggregate Class 5 Claim Quantity Voted: | 191 | | | | | | | | | |

EXHIBIT B

**The Wet Seal Inc.**
**Opt-Out Election as of 10/19/2015**

| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Opt-Out Election |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 000243 | 83427 | 000098.00 000099.00 001365.00 001366.00 | BLOOMFIELD HOLDINGS, LLC | $ 282,305.52 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/8/15 | Opt-out |
| 5 | 000233 | 83164 | 000037.00 | CAROUSEL CENTER COMPANY, L.P. | $ 11,963.43 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/9/15 | Opt-out |
| 5 | 000238 | 83169 | 000048.00 | CROSSGATES MALL GENERAL COMPANY | $ 15,235.65 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/9/15 | Opt-out |
| 5 | 000237 | 83168 | 000046.00 | CRYSTAL RUN NEWCO, LLC | $ 2,448.42 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/9/15 | Opt-out |
| 5 | 001001 | 85654 | 001148.00 001149.00 001150.00 001151.00 | DECKERS OUTDOOR CORPORATION | $ 4.00 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/19/15 | Opt-out |
| 5 | 000241 | 83172 | 000052.00 000239.00 | EKLECCO NEWCO LLC | $ 349,895.32 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/9/15 | Opt-out |
| 5 | 000236 | 83167 | 000044.00 | HOLYOKE MALL COMPANY, L.P. | $ 9,598.62 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/9/15 | Opt-out |
| 5 | 000235 | 83166 | 000043.00 | JPMG MANASSAS MALL OWNER LLC | $ 835.40 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/9/15 | Opt-out |
| 5 | 000256 | 85250 | 000280.00 000281.00 000282.00 000283.00 | LEEDS RETAIL CENTER, LLC | $ 583,839.88 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/14/15 | Opt-out |
| 5 | 000240 | 83171 | 000051.00 000237.00 | POUGHKEEPSIE GALLERIA LLC | $ 325,903.40 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/9/15 | Opt-Out |
| 5 | 000234 | 83165 | 000039.00 000041.00 000236.00 | PYRAMID WALDEN COMPANY, L.P. | $ 259,129.48 | $ 248,685.49 | $ 8,509.47 | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/9/15 | Opt-Out |
| 5 | 000517 | 84617 | 001324.00 | RPAI SOUTHWEST MANAGEMENT LLC AS | $ 116,895.73 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/19/15 | Opt-Out |
| 5 | 000239 | 83170 | 000050.00 000238.00 | SANGERTOWN SQUARE, L.L.C. | $ 218,598.28 | | | ABSTAIN | 0 | 0 | $0.00 | $0.00 | 10/9/15 | Opt-Out |