IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEAL123, INC., *et al.,*[1] | ) | Case No. 15-10081 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**Objection Deadline: February 10, 2016 at 4:00 p.m.**
**Hearing Date: Scheduled only if Necessary**

**NOTICE OF FILING OF THIRD COMMITTEE**
**EXPENSE REIMBURSEMENT APPLICATION**

**PLEASE TAKE NOTICE** that on January 20, 2016, members of the Official Committee of Unsecured Creditors in the above-captioned proceeding, filed their *Third Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members* (the "Application") seeking reimbursement of actual and necessary expenses in the amount of $7,567.36 for attendance at the committee formation meeting.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing, and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 10, 2016 at 4:00 p.m. prevailing Eastern time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon:

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

     a.     counsel to the Debtors, Klee, Tuchin, Bogdanoff &Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, Attn: Lee R. Bogdanaff, Esq. and Michael L. Tuchin, Esq.;

     b.     counsel to the Debtors, Young Conaway Stargatt &Taylor, LLP 1000 N. King St., Rodney Square, Wilmington, Delaware 19801, Attn; Michael R. Nestor, Esq.;

     c.     counsel to the Prepetition Lender, Raemex &Braunstein LLP, Times Square Tower, Seven Times Square, New York, New York 10036, Attn: Steven E. Fox, Esq.;

     d.     counsel to B. Riley, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071, Attn: Van C. Durrer II, Esq. and Adithya Mani, Esq.;

     e.     the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801; and

     f.     counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067-4100, Attn: Jeffrey N. Pomerantz, Esq. and Shirley S. Cho, Esq., and 919 N. Market Street, 17th Floor, Wilmington, DE 19899-8705, Attn: Bradford J. Sandler, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT IF ANY OBJECTIONS TO THE APPLICATION ARE FILED, A HEARING ON THE APPLICATION AND ANY SUCH OBJECTIONS WILL BE HELD AT THE CONVENIENCE OF THE BANKRUPTCY COURT.

Dated: January 20, 2016

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (Bar No. 4142)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
             jpomerantz@pszjlaw.com
             pkeane@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors