IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEAL123, INC., *et al.*,[1] | ) | Case No. 15-10081 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 1594** |

## CERTIFICATION OF NO OBJECTION REGARDING THE LIQUIDATION TRUST'S FIFTH MOTION PURSUANT TO, *INTER ALIA*, FED.R.BANKR.P. 9006(B) FOR AN ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Liquidation Trust's Fifth Motion Pursuant to, Inter Alia, Fed.R.Bankr.P. 9006(b) for an Order Extending the Deadline to Object to Claims* (Docket No. 1594) *(*the "Motion") filed on March 6, 2018 with the United States Bankruptcy Court for the District of Delaware (the "Court").

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, responses to the Motion were to be filed and served no later than March 20, 2018 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address is 26972 Burbank, Foothill Ranch, CA 92610.

| | |
|---|---|
| Dated: March 22, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane*  <br>Bradford J. Sandler (Bar No. 4142)  <br>Jeffrey N. Pomerantz (CA Bar No. 143717)  <br>Peter J. Keane (DE Bar No. 5503)  <br>919 North Market Street, 17th Floor  <br>P.O. Box 8705  <br>Wilmington, DE 19899-8705 (Courier 19801)  <br>Telephone: (302) 652-4100  <br>Facsimile: (302) 652-4400  <br>Email: bsandler@pszjlaw.com  <br>   jpomerantz@pszjlaw.com  <br>   pkeane@pszjlaw.com  <br><br>Counsel to the Seal123, Inc. Liquidation Trust |