# EXHIBIT A

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEAL123, INC., *et al.*,[1] | ) | Case No. 15-10081 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### DECLARATION OF WILLIAM LANGSDORF IN SUPPORT OF SEAL123, INC. LIQUIDATION TRUST'S SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO AMENDED AND SUPERSEDED CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

I, William Langsdorf, pursuant to 28 U.S.C. § 1746, declare:[2]

1.     I am the former President of Seal123, Inc. (f/k/a The Wet Seal, Inc.), one of the Debtors in these above-captioned chapter 11 cases. I have been retained by META Advisors LLC (the "Trustee"), the Liquidation Trustee of the Seal123, Inc. Liquidation Trust (the "Trust"), to assist and advise in the administration of the Trust, including but not limited to addressing the reconciliation and objections to proofs of claim filed against the Debtors. In my former capacity as President of Seal123, Inc., I became familiar with the Debtors, their books and records, their day-to-day operations and their business and financial affairs. Beginning as President of the Debtors and continuing as a consultant to the Trust, I am and have been one of the persons responsible for overseeing the claims reconciliation and objection process with respect to General Unsecured Claims in the Debtors' chapter 11 cases. I have read the *Seal123, Inc. Liquidation Trust's Seventh Omnibus (Non-Substantive) Objection to Amended and Superseded Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003*

---

[1]     The post-confirmation Debtors are: Seal123, Inc. (f/k/a The Wet Seal, Inc.); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.); Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.); and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC).

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

*and 3007, and Local Rule 3007-1* (the "<u>Objection</u>") and am directly, or by and through personnel and agents under my supervision, familiar with the information contained therein, the proposed form of order (the "<u>Proposed Order</u>"), and the exhibit attached to the Proposed Order.

2. Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors' estates in these cases. The claims were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate personnel. These efforts resulted in the identification of the objectionable Claims identified in <u>Exhibit 1</u> to the Proposed Order (the "<u>Amended and Superseded Claims</u>"). The information contained in <u>Exhibit 1</u> to the Proposed Order is true and correct to the best of my knowledge and belief.

3. At the direction of the Trustee, I and those operating under my direction and supervision have reviewed the Debtors' books and records, the official claims register maintained in these chapter 11 cases, and the proofs of claim filed by the claimants with the Bankruptcy Court, including all attachments, and determined that the claimants asserting the Amended and Superseded Claims filed claims which were subsequently superseded by an amended claim for the same liability filed by the claimant. Based on my review and recommendation, the Trust is objecting to the Amended and Superseded Claims and seeking entry of an Order disallowing and expunging the Amended and Superseded Claims identified on <u>Exhibit 1</u> to the Proposed Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Sept 28, 2018

William Langsdorf