**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>SEAL123, INC., *et al.*,[1]<br><br>Post-Confirmation Debtors. | ) Chapter 11<br>)<br>) Case No. 15-10081 (CSS)<br>)<br>) Jointly Administered<br>)<br>) **Hearing Date: February 20, 2019 at 10:00 a.m. (EST)**<br>) **Obj. Deadline: February 13, 2019 at 4:00 p.m. (EST)** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on January 30, 2019, the Seal123, Inc. Liquidation Trust (the "Trust") filed the attached *Motion of Seal123, Inc. Liquidation Trust Under 11 U.S.C. §§ 105(a) and 350(a), Fed. R. Bank. P. 3022, Del. Bankr. L.R. 3022-1 and Section 11.21 of the Plan for Order and Final Decree (I) Closing the Chapter 11 Case of the Lead Debtor; (II) Approving Abandonment of Remaining Trust Assets; and (III) Discharging the Liquidation Trustee and Liquidation Trust Oversight Committee* (the "Motion").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **February 13, 2019 at 4:00 p.m. (Eastern Standard Time)**.

PLEASE TAKE FURTHER NOTICE that if any objections or responses are received, a hearing with respect to the Motion will be held on **February 20, 2019 at 10:00 a.m. (Eastern Standard Time)** before the Honorable Christopher S. Sontchi, Chief United States

---

[1] The post-confirmation Debtors are: Seal123, Inc. (f/k/a The Wet Seal, Inc.); Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.); Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.); and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC). The chapter 11 cases of all Debtors other than Seal123, Inc. previously were closed by order of the Court entered February 13, 2017.

Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
January 30, 2019               PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:   bsandler@pszjlaw.com
          acaine@pszjlaw.com
          pkeane@pszjlaw.com

– and –

KELLEY DRYE & WARREN LLP

James S. Carr
Dana P. Kane
101 Park Avenue
New York, NY  10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel to the Seal123, Inc. Liquidation Trust*